```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
       CIVIL DOCKET ENTRIES FOR CASE A05-0085--CV (JKS)
               "SALLY C. PURSER V JOSEF F. BOEHM"

         Including terminated parties, excluding terminated counsel
```

```
   Presiding Judge:  The Honorable James K. Singleton, U.S. District Judge
   Magistrate Judge:
     Referral Rule:
             Filed: 04/22/05
            Closed: NO

      Jurisdiction: (3) Federal Question (US Govt not a Party)
     PLF Diversity:
     DEF Diversity:

    Nature of Suit: (440) Other Civil Rights

            Origin: (1) Original Proceeding
            Demand: 9999
        Filing fee: Paid $250.00 on 04/22/05 receipt # 00125554
          Trial by: Jury
```

Parties of Record:                          Counsel of Record:

PLF 1.1          PURSER, SALLY C.           Darryl L. Jones
                                            Law Office of Darryl L. Jones
                                            109 W. 6th Avenue, Suite 200
                                            Anchorage, AK 99501
                                            907-278-1212
                                            FAX 907-278-1213

DEF 1.1          BOEHM, JOSEF F.            Kevin T. Fitzgerald
                                            Ingaldson Maassen
                                            813  W. 3rd Avenue
                                            Anchorage, AK 99501-2001
                                            907-258-8750
                                            FAX 907-258-8751

DEF 2.1          BOLLING, ALLEN K.          Allen K. Bolling
                                            Pro Per: 21984
                                            Anchorage Correctional Complex W
                                            1300 E 4th Avenue
                                            Anchorage, AK 99501

DEF 3.1      [T] WILLIAMS, LESLIE J. JR.    No counsel found for this party!

DEF 4.1          TYREE, BAMBI               No counsel found for this party!

```
                    UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                         CIVIL DOCKET ENTRIES FOR CASE A05-0085--CV (JKS)
                              "SALLY C. PURSER V JOSEF F. BOEHM"

                                     For all filing dates


   Presiding Judge:  The Honorable James K. Singleton, U.S. District Judge
  Magistrate Judge:
     Referral Rule:
             Filed: 04/22/05
            Closed: NO

      Jurisdiction: (3) Federal Question (US Govt not a Party)
     PLF Diversity:
     DEF Diversity:

    Nature of Suit: (440) Other Civil Rights

            Origin: (1) Original Proceeding
            Demand: 9999
        Filing fee: Paid $250.00 on 04/22/05 receipt # 00125554
          Trial by: Jury


 Document #   Filed      Docket text

      1 -  1  04/22/05   Complaint filed; Summons issued.

      2 -  1  04/22/05   PLF 1 Jury Demand.

      3 -  1  04/29/05   JWS Minute Order recusing himself; case is re-assigned to Judge
                         Singleton for all further proceedings; use case number A05-085 CV (JKS)
                         on all future filings. cc: cnsl, Judge Singleton

      4 -  1  06/01/05   PLF 1 Notice of absence from state from 6/7/05 through 7/24/05.

      5 -  1  06/07/05   PLF 1 Notice of filing amended complaint.

      6 -  1  06/07/05   PLF 1 Complaint (Amended).

   NOTE -  1  06/08/05   Issued: summons re: DEF 1,2,3, & 4.

      7 -  1  06/28/05   DEF 2 Answer to Amended Complaint w/att aff.

      7 -  2  06/28/05   DEF 2 Jury Demand.

      8 -  1  07/08/05   JKS Minute Order re plf to file proofs of service re D1,3,4. cc: cnsl

      9 -  1  07/29/05   USm Return of Service Executed re; DEF 1 on 7/26/05.

     10 -  1  07/29/05   USM Return of Service Executed re: DEF 4 on 6/14/05.

     11 -  1  08/02/05   JKS Minute Order re pltf to require an answer or apply for default re D4
                         due w/in 20 days; (warning) re plt to file proof of service re D3 due
                         120 days from flg of complaint. cc: cnsl

   NOTE -  2  08/04/05   Issued: summons re: DEF 3.

     12 -  1  08/12/05   DEF 1 Attorney Appearance of K. Fitzgerald.

     13 -  1  08/24/05   JKS Minute Order re pltf to require an answer or apply for default re
                         DEF 1; (warniing) that pltf to require an answer or apply for dafult re
                         DEF 4; case dismissed re DEF 3. cc: cnsl
```

```
                UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                    CIVIL DOCKET ENTRIES FOR CASE A05-0085--CV (JKS)
                           "SALLY C. PURSER V JOSEF F. BOEHM"

                                  For all filing dates


Document #    Filed      Docket text

    14 -  1   08/25/05   DEF 3 motion to strike minute order dismissing Leslie Williams, Jr. for
                         lack of serivce.

    15 -  1   08/26/05   DEF 1 Unopposed motion for ext of time to 8/29 to answer amended
                         complaint w/att aff.

    16 -  1   08/29/05   DEF 1 Answer to Amended Complaint.

    17 -  1   08/30/05   USM Return of svc of summons re: DEF 3 executed on 8/29/05.

    18 -  1   09/02/05   JKS Order granting unopposed motion for ext of time to 8/29 to answer
                         amended complaint (15-1). cc: cnl

    18A-  1   09/20/05   PLF 1 Application for entry of default re: DEF 4.

    19 -  1   09/21/05   JKS Order denying w/o prejudice motion to strike minute order dismissing
                         Leslie Williams, Jr. for lack of service (14-1).  cc: cnsl

    20 -  1   09/23/05   Clerk's Notice entering default as to Bambi Tyree. cc: cnsl, B. Tyree

    21 -  1   09/23/05   JKS Minute Order re: initial case stat rpt/case S&P; Rule 16(b) rpt is
                         due w/in 28 days from svc of this ord. cc: cnsl

    22 -  1   09/26/05   PLF 1 motion (ex parte) (application) for ext of time to 10/23 to file
                         response.

    22 -  2   09/28/05   JKS Order granting motion (application) for ext of time to 10/23 to file
                         response (22-1). cc: cnsl

    23 -  1   10/05/05   DEF 2 Initial CAse Scheduling and Planning Response.

    24 -  1   10/27/05   DEF 3 opposition to all allegations as set forth by plf.

    25 -  1   11/01/05   PLF 1; DEF 1 Scheduling & Planning Conference Report.

    26 -  1   11/10/05   JKS Scheduling and Planning Order setting pretrial deadlines: Original
                         discovery 11/16/06; Dispositive motions deadline 12/18/06. cc: cnsl
```