Kevin T. Fitzgerald, Esquire
ABA No. 87811085
Ingaldson, Maassen &
Fitzgerald, P.C.
813 West Third Avenue
Anchorage, Alaska 99501
(907) 258-8750
(907) 258-8751/Facsimile
E-mail: kevin@impc-law.com

Attorneys for Defendant Boehm

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| SALLY C. PURSER, ) | |
| ) | Case No. 3:05-cv-00085 JKS |
| Plaintiff, ) | |
| ) | **DEFENDANT BOEHM'S** |
| v. ) | **UNOPPOSED MOTION FOR** |
| ) | **SUBSTITUTION OF COUNSEL** |
| JOSEF F. BOEHM, ALLEN K. ) | |
| BOLLING, LESLIE WILLIAMS, ) | |
| JR., and BAMBI TYREE, ) | |
| ) | |
| Defendants. ) | |
| ) | |

Comes now Joseph Boehm by and through counsel, Ingaldson, Maassen & Fitzgerald, P.C., and hereby moves for substitution of counsel.

Substitute Counsel shall be:

David Kenner
Kenner Law Firm
16000 Ventura Blvd., Suite 1208
Encino, CA 91436
Telephone: (818) 995-1195
Fax: (818) 475-5369

INGALDSON,
MAASSEN &
FITZGERALD,
P.C.
Lawyers
813 W. 3rd Avenue
Anchorage,
Alaska
99501-2001
(907) 258-8750
FAX: (907) 258-8751

Opposing counsel, Darryl Jones, has been notified of this request and does not oppose it.

Signing of the motion shall act as consent to the motion by Ingaldson, Maassen & Fitzgerald, P.C.

Dated at Anchorage, Alaska May 19, 2006.

INGALDSON, MAASSEN & FITZGERALD, P.C.
Attorneys for Defendant Boehm

/s/ Kevin T. Fitzgerald
ABA No. 8711085
813 West Third Avenue
Anchorage, AK 99501
Telephone: (907) 258-8750
Fax: (907) 258-8751
E-mail: kevin@impc-law.com

**CERTIFICATE OF SERVICE**

I hereby certify that on 5/19/06,
a copy of the foregoing Unopposed Motion
was served electronically on:

Darryl L. Jones, Esquire

and by regular U.S. Mail on:

Allen K. Bolling
#14911-006
USP Terre Haute
U.S. Penitentiary
P.O. Box 12015
Terre Haute, IN  47801

/s/  Kevin T. Fitzgerald
F:\W\3063-4\Pleading\Caption Federal.doc

INGALDSON,
MAASSEN &
FITZGERALD,
P.C.
Lawyers
813 W. 3rd Avenue
Anchorage,
Alaska
99501-2001
(907) 258-8750
FAX: (907) 258-8751

Purser v. Boehm
Case 3:05-00085-JKS
Unopposed Motion