IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| SALLY C. PURSER, ) | Case No. 3:05-cv-00085 JKS |
| ) | |
| Plaintiff, ) | **ORDER ON** |
| ) | **DEFENDANT BOEHM'S** |
| v. ) | **UNOPPOSED MOTION FOR** |
| ) | **SUBSTITUTION OF COUNSEL** |
| JOSEF F. BOEHM, ALLEN K. ) | |
| BOLLING, LESLIE WILLIAMS, ) | |
| JR., and BAMBI TYREE, ) | |
| ) | |
| Defendants. ) | |
| _____) | |

This matter, having come before the court upon defendant Boehm's Unopposed Motion for Substitution of Counsel, and the court being fully advised,

IT IS ORDERED that Mr. Boehm's proposed substitute counsel David Kenner shall file his entry of appearance by June 6, 2006, and after receipt of same, shall be considered as substitute counsel for Mr. Boehm, at the following address and telephone number:

> David Kenner
> Kenner Law Firm
> 16000 Ventura Blvd., Suite 1208
> Encino, CA 91436
> Telephone: (818) 995-1195
> Fax: (818) 475-5369

DATED: May 23, 2006.

> ____/s/James K. Singleton____
> JAMES K. SINGLETON
> U.S. District Court Judge

**INGALDSON, MAASSEN & FITZGERALD, P.C.**
Lawyers
813 W. 3rd Avenue
Anchorage, Alaska 99501-2001
(907) 258-8750
FAX: (907) 258-8751

Purser v. Boehm
Case 3:05-00085-JKS
Order