## NOTICE TO NON-RESIDENT ATTORNEY

To: David Kenner          Case Number:  3:05-cv-00085-JKS

Case Title:  Sally C. Purser  v.  Josef F, Boehm, et al.

This Notice is being sent to advise you that your application to participate as a non-resident counsel in the above referenced case has been granted.  A fee in the amount **$150.00** is required for each case in which an attorney is permitted to participate as a non-resident counsel.  Please forward the required fee of **$150.00, within 15 days of receipt of this notice,** with a copy of this notice to:

U.S. District Court
Clerk's Office
222 West 7th Avenue, #4
Anchorage, Alaska 99513

Distribution:
Finance

Non-Resident Attorney Notice:  Jan. 2006