IN THE DISTRICT COURT FOR THE STATE OF ALASKA

AT ANCHORAGE

RECEIVED
JUN 0 6 2006
CLERK U.S. DISTRICT COURT
ANCHORAGE ALASKA

| | |
|---|---|
| SALLEY C. PURSER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| JOSEF BOEHM, ALLEN K. | ) |
| BOLLING, LESLIE | ) |
| WILLIAMS, JR. AND | ) |
| BAMBI TYREE, | ) |
| | ) |
| Defendant. | ) |
| | ) Case No: A05-0085 (JKS) |

## CERTIFICATE OF SERVICE

This is to certify that on the 6th day of June, 2006, a true and correct copy of the foregoing document was caused to be mailed to the following parties of record via United States Certified Mail:

Allen K. Bolling
Inmate No: 14911-006
USP Terre Haute
U.S. Penitentiary
P.O. Box 12015
Terre Haute, IN 47801
CM No.: 7004 1160 0001 3615 3376

Leslie Williams
Inmate No: 14903-006
FCI Victorville
Federal Correctional Institution
P.O. Box 5700
Adelanto, CA 92301
CM No: 7004 1160 0001 3615 3383

DARRYL L. JONES
ATTORNEY AT LAW
109 W. 6TH AVENUE, SUITE 200
ANCHORAGE, ALASKA 99501
PH: (907) 278-1212   FAX: (907) 278-1213

Bambi Tyree
Inmate No: 13016-006
FCI Dublin
Federal Correctional Institution
5701 8th Street – Camp Parks
Dublin, CA 94568
CM No: 7002 0510 0003 4246 4125

Josef Boehm
c/o David Kenner
Kenner Law Firm
16000 Ventura Blvd., Ste. 1208
Encino, CA 91436
CM No: 7002 0510 0003 4246 4118

*/s/ Deborah Fenton*
Deborah Fenton
Legal Assistant to Darryl L. Jones

DARRYL L. JONES
ATTORNEY AT LAW
1.09 W. 6TH AVENUE, SUITE 200
ANCHORAGE, ALASKA 99501
PH: (907) 278-1212  FAX: (907) 278-1213