Darryl L. Jones, Esq.
109 W. 6th Avenue, Suite 200
Anchorage, AK 99501
Tel (907) 278-1212
Fax (907) 278-1213
Attorney for Plaintiff

RECEIVED
JUN 1 2 2006
CLERK U.S. DISTRICT COURT
ANCHORAGE, ALASKA

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| Sally C. Purser, | ) |
| Plaintiff, | ) |
| vs. | ) |
| Josef F. Boehm, Allen K. Bolling, and Bambi Tyree, | ) |
| Defendants. | ) Case No. A05-0085 (JKS) |

## MOTION FOR PARTIAL SUMMARY JUDGMENT

Plaintiff, by and through undersigned counsel, hereby moves for partial summary judgment pursuant to Rule 56 of the Federal Rules of Civil Procedure. Specifically, plaintiff requests summary judgment as to liability for damages and she supports this motion with the memorandum of points and authorities filed herewith and exhibits annexed thereto.

DATED this 9th day of June 2006 at Anchorage, Alaska.

Darryl L. Jones, Esq.
Attorney for Plaintiff
ABA No: 8811188

DARRYL L. JONES
ATTORNEY AT LAW
109 W. 6TH AVENUE, SUITE 200
ANCHORAGE, ALASKA 99501
PH: (907) 278-1212  FAX: (907) 278-1213