LODGED
JUN 12 2006

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| Salley C. Purser, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) ) |
| Josef F. Boehm, Allen K. Bolling, and Bambi Tyree, | ) ) ) |
| Defendants. | ) ) |
| | ) Case No: A05-0085 (JKS) |

### ORDER GRANTING MOTION FOR PARTIAL SUMMARY JUDGMENT

This Court, having considered all the merits regarding this case, hereby GRANTS the Plaintiff's Motion for Partial Summary Judgment.

A hearing to determine liability for damages has been set for the _____ day of _____, 2006 in Courtroom _____ at _____ a.m./p.m.

DATED this ___ day of _____ 2006.

_____
Honorable James K. Singleton
United States District Court Judge

DARRYL L. JONES
ATTORNEY AT LAW
109 W. 6TH AVENUE, SUITE 200
ANCHORAGE, ALASKA 99501
PH: (907) 278-1212  FAX: (907) 278-1213