Darryl L. Jones, Esq.
109 W. 6th Avenue, Suite 200
Anchorage, AK 99501
Tel (907) 278-1212
Fax (907) 278-1213
Attorney for Plaintiff

RECEIVED
JUN 1 2 2006
CLERK U.S. DISTRICT COURT
ANCHORAGE ALASKA

## IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF ALASKA

| | |
|---|---|
| Salley C. Purser, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| Josef F. Boehm, Allen K. Bolling, | ) |
| and Bambi Tyree, | ) |
| | ) |
| Defendants. | ) |
| | ) Case No: A05-0085 (JKS) |

### CERTIFICATE OF SERVICE

This is to certify that on the 9th day of June, 2006, a true and correct copy of the foregoing document was caused to be mailed to the following parties of record via United States Certified Mail:

Allen K. Bolling
Inmate No: 14911-006
USP Terre Haute
U.S. Penitentiary
P.O. Box 12015
Terre Haute, IN 47801
CM No.: 7002 2410 0006 6742 2348

DARRYL L. JONES
ATTORNEY AT LAW
109 W. 6TH AVENUE, SUITE 200
ANCHORAGE, ALASKA 99501
PH: (907) 278-1212 FAX: (907) 278-1213

Bambi Tyree
Inmate No: 13016-006
FCI Dublin
Federal Correctional Institution
5701 8th Street – Camp Parks
Dublin, CA 94568
CM No: 7002 2410 0006 6742 2324

Josef Boehm
c/o David Kenner
Kenner Law Firm
16000 Ventura Blvd., Ste. 1208
Encino, CA 91436
CM No: 7002 2410 0006 6742 2317

_____
Deborah Fenton
Legal Assistant to Darryl L. Jones