**DAVID E. KENNER**
**KENNER LAW FIRM, LLP**
**16000 Ventura Blvd., Penthouse 1208**
ENCINO, CALIFORNIA 91436
PHONE (818) 995-1195
FAX (818) 475-5369
DAVID@KENNERLAW.COM
OFFICE@KENNERLAW.COM

June 09, 2006

Clerk of the Court
222 W. 7th Ave., #4
Anchorage, AK 99513

Re:   Josef Boehm, Case No. 3:05-CV00085-KLS

Dear Clerk:

Enclosed is a check in the amount of $150.00 made payable to the clerk of the court. This check represents the non resident attorney fee for attorney David Kenner with regard to the above matter.

Thank you for your help in this matter.

Very truly yours,

*[signature]*

Tina M. Haun
Assistant to Attorney David E. Kenner

```
        UNITED STATES
        DISTRICT COURT
         District of Alaska
         Anchorage Division

       #  00128419  -  PS
         June 15, 2006


  Code    Case #    Qty      Amount

  6855XX-N 05-85              150.00 CK


     TOTAL→            150.00


  FROM: TINA M. HAUN FOR
        DAVID KENNER
        NON RESIDENT ATTORNEY FEE
        3:05-CV-00085
```