IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| SALLY C. PURSER,<br><br>        Plaintiff,<br><br>    vs.<br><br>JOSEF F. BOEHM, ALLEN K. BOLLING, and BAMBI TYREE,<br><br>        Defendants. | Case No. 3:05-cv-00085-JKS<br><br>O R D E R |

      Sally Purser sues Josef Boehm in tort for seduction and sexual abuse related to drug use. Two motions are pending. She asks this Court to take judicial notice of Boehm's and the other defendant's federal felony convictions on related matters, as well as pleas, plea agreements, and resulting convictions. Docket No. 33. In reliance on the facts alleged to be found in those materials, Purser seeks partial summary judgment establishing liability. Docket Nos. 34 (motion) and 35 (memorandum). This Court appears to have jurisdiction. *See* 18 U.S.C. § 1595 (allowing victim of "sex trafficking" to bring a civil action in federal district court against the perpetrator).

      The motions are unopposed and the time for opposition has expired. *See* D.Ak. L. R. 7.1(d)(2). The Court has independently reviewed the record and has exercised its independent judgment. It appears that there are no issues of material fact. It is undisputed that the Defendants pleaded guilty to charges relating to this Plaintiff and that under federal law they are collaterally estopped from disputing the facts underlying their convictions. The Court will therefore judicially notice the records of the criminal trial and, based upon those records, grant the motion for partial summary judgment.

      **IT IS THEREFORE ORDERED**:

The motions at **Docket Nos. 33** and **34** are **GRANTED**.

Dated at Anchorage, Alaska, this 13th day of July 2006.

                                               /s/ James K. Singleton, Jr.
                                                **JAMES K. SINGLETON, JR.**
                                                 United States District Judge