Darryl L. Jones, Esq.
109 W. 6th Avenue, Suite 200
Anchorage, AK 99501
Tel (907) 278-1212
Fax (907) 278-1213
Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

| | |
|---|---|
| Salley C. Purser,<br><br>  Plaintiff,<br><br>vs.<br><br>Josef F. Boehm, Allen K. Bolling,<br>Leslie J. Williams, Jr. and Bambi Tyree,<br><br>  Defendants.<br>_____ | )<br>)<br>)<br>)<br>) **CERTIFICATE OF SERVICE**<br>)<br>)<br>)<br>)<br>)<br>) **Case No. A05-0085 CV (JKS)** |

   This is to Certify that on or about July 18, 2006  a true and correct copy of the attached

were caused to be mailed to the following parties of record:

  Josef Boehm
  c/o David Kenner, Esq.
  16000 Ventura Blvd., Suite 1208
  Ventura, CA 91436

  Bambi Tyree
  Inmate No: 13016-006
  FCI Dublin
  5701 8th Street-Camp Parks
  Dublin, CA 94568

  Leslie Williams
  Inmate No: 14903-006
  FCI Victorville
  P.O. Box 5700
  Adelanto, CA 92301

DATED this 18th day of July, 2006 at Anchorage, Alaska.

_____/s/_____
Darryl L. Jones, Esq.
109 W. 6th Avenue, Suite 200
Anchorage, Alaska 99501
(907) 278-1212
ABA #8811188

Case 3:05-cv-00085-JKS   Document 40   Filed 07/18/2006   Page 2 of 2