KENNER LAW FIRM, P.C.
David E. Kenner, SBN 41425
16000 Ventura Boulevard, PH 1208
Encino, CA 91364
818 995 1195
818 475 5369 – fax

Attorney for Defendant Josef F. Boehm

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| Sally C. Purser,<br><br>　　Plaintiff,<br><br>　　v.<br><br>Josef F. Boehm, Allen K. Bolling, and Bambi Tyree,<br><br>　　Defendants. | MOTION TO SET ASIDE ORDER GRANTING PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT<br><br>CASE NO.: A05-0085 (JKS) |

### MOTION TO SET ASIDE PARTIAL SUMMARY JUDGMENT

Defendant Josef Boehm, by and through undersigned counsel, hereby moves an order to set aside this Court's previous Order granting Plaintiff's Partial Summary Judgment Motion. Plaintiff stipulated with Defendant Josef Boehm to extend his time to respond to plaintiff's partial Summary Judgment Motion to August 2, 2006.

July 31, 2006                KENNER LAW FIRM, P.C.

                    By: _____
                        David E. Kenner,
                        Attorney for Defendant Josef F. Boehm

1

MOTION TO SET ASIDE ORDER GRANTING PARTIAL SUMMARY JUDGMENT

KENNER LAW FIRM, P.C.
David E. Kenner, SBN 41425
16000 Ventura Boulevard, PH 1208
Encino, CA 91364
818 995 1195
818 475 5369 - fax

Attorney for Defendant Josef F. Boehm

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| Sally C. Purser, | ) |
| Plaintiff, | ) ORDER |
| v. | ) |
| Josef F. Boehm, Allen K. Bolling, and Bambi Tyree, | ) |
| Defendants. | ) CASE NO.: A05-0085 (JKS) |

**ORDER GRANTING MOTION TO SET ASIDE PARTIAL SUMMARY JUDGMENT**

This Court, having considered defendant's Motion to Set Aside Partial Summary Judgment and plaintiff's Notice to the Court regarding the parties signed stipulation, hereby GRANTS defendant Josef Boehm's Motion to Set Aside Partial Summary Judgment.

DATED this ___ day of _____ 2006.

_____
Honorable James K. Singleton
United States District Court Judge