Darryl L. Jones, Esq.
109 W. 6th Avenue, Suite 200
Anchorage, AK 99501
Tel (907) 278-1212
Fax (907) 278-1213
Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

| | |
|---|---|
| Salley C. Purser, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **CORRECTED CERTIFICATE OF SERVICE** |
| ) | |
| Josef F. Boehm, Allen K. Bolling, ) | |
| Leslie J. Williams, Jr. and Bambi Tyree,) | |
| ) | |
| Defendants. ) | |
| _____ ) | **Case No. A05-0085 CV (JKS)** |

   This is to Certify that on or about August 7th, 2006 a true and correct copy of the attached

documents were caused to be mailed to the following parties of record:

Josef Boehm
c/o David Kenner, Esq.
16000 Ventura Blvd., Suite 1208
Ventura, CA 91436
C.M. No.: 7002 2410 0006 6742 2522

Bambi Tyree
Inmate No: 13016-006
FCI Dublin
5701 8th Street-Camp Parks
Dublin, CA 94568
C.M. No.: 7002 2410 0006 6742 2539

###
###
###
###

Allen K. Bolling
Inmate No: 14911-006
USP Terre Haute
U.S. Penitentiary
P.O. Box 12015
Terre Haute, IN 47801
C.M. 7002 2410 0006 6742 2188

DATED this 7th day of August, 2006 at Anchorage, Alaska.

/s/ Darryl L. Jones
Darryl L. Jones, Esq.
ABA No: 8811188
109 W. 6th Avenue, Suite 200
Anchorage, Alaska 99501