Darryl L. Jones, Esq.
The Law Office of Darryl L. Jones
109 W. 6th Avenue, Suite 200
Anchorage, Alaska 99501
Phone: 907-278-1212
Fax: 907-278-1213

Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

| | |
|---|---|
| SALLEY C. PURSER,  )<br>  )<br>    Plaintiff,  )<br>  )<br>v.  )<br>  )<br>JOSEF F. BOEHM, ALLEN )<br>K. BOLLING, LESLIE  )<br>WILLIAMS AND BAMBI  )<br>TYREE,  )<br>  )<br>    Defendants.  )<br>_____ ) | Case No: A05-0085 CV (JKS) |

**PLAINTIFF'S FINAL WITNESS LIST**

      COMES NOW, Plaintiff Salley C. Purser, by and through her counsel of record, and

herewith submits her Final Witness List as follows:

    1.    Salley C. Purser
        c/o Darryl L. Jones, Esq.
        109 W. 6th Avenue, Suite 200
        Anchorage, Alaska 99501
        907-278-1212

**ATTORNEY-CLIENT PRIVILEDGE APPLIES**

    Ms. Purser is the Plaintiff in this action and has direct and relevant knowledge pertaining to the facts of this case.

2.  Josef F. Boehm
   c/o Kenner Law Firm, P.C.
   David E. Kenner
   16000 Ventura Boulevard, PH 1208
   Encino, CA 91364

   **ATTORNEY-CLIENT PRIVILEDGE APPLIES**

   Mr. Boehm is a Defendant in this action and is believed to have direct and relevant knowledge pertaining to the facts of this case.

3.  Allen K. Bolling
   Inmate No: 14911-006
   USP Terre Haute
   P.O. Box 12015
   Terre Haute, IN 47801
   812-244-4400

   Mr. Bolling is a Defendant in this action and is believed to have direct and relevant knowledge pertaining to the facts of this case.

4.  Leslie J. Williams
   Inmate No: 14903-006
   FCI Victorville Medium II
   Federal Correctional Institution
   P.O. Box 5700
   Adelanto, CA 92301
   760-530-5700

   Mr. Williams has been excused as a Defendant in this matter. However, Mr. Williams is believed to have direct and relevant knowledge pertaining to the facts of this case.

5.  Bambi Tyree
   Inmate No: 13016-006
   FCI Dublin
   Federal Correctional Institution
   5701 8th Street – Camp Parks
   Dublin, CA 94568

   Ms. Tyree is a Defendant in this action and this Court has entered a default judgment in favor of the Plaintiff as Ms. Tyree failed to answer the Plaintiff's

      Complaint. However; Ms. Tyree is believed to have direct and relevant knowledge pertaining to facts of this case.

6. Victoria M. Nelson, Medical Division
Salvation Army Clitheroe Center
1709 S. Bragaw Street, Suite B
Anchorage, Alaska 99508
907-276-2898

   <u>Some privileges may apply under the confidentiality requirements of 42 CFR Part 2.</u>

   Ms. Nelson is believed to have knowledge of the causation of the Plaintiff's substance abuse problem and the treatment thereof.

7. Troya Williamson, BA, CDCII
Salvation Army Clitheroe Center
1709 S. Bragaw Street, Suite B
Anchorage, Alaska 99508
907-276-2898

   <u>Some privileges may apply under the confidentiality requirements of 42 CFR Part 2.</u>

   Ms. Williamson is believed to have knowledge of the causation of the Plaintiff's substance abuse problem and the treatment thereof.

8. Keith Glazer, CDCS
Salvation Army Clitheroe Center
1709 S. Bragaw Street, Suite B
Anchorage, Alaska 99508
907-276-2898

   <u>Some privileges may apply under the confidentiality requirements of 42 CFR Part 2.</u>

   Mr. Glazer is believed to have knowledge of the causation of the Plaintiff's substance abuse problem and the treatment thereof.

9. Peggy Blais, MSW
Salvation Army Clitheroe Center
1709 S. Bragaw Street, Suite B
Anchorage, Alaska 99508
907-276-2898

>  Some privileges may apply under the confidentiality requirements of 42 CFR Part 2.
>
> Ms. Blais is believed to have knowledge of the causation of the Plaintiff's substance abuse problem and the treatment thereof.

10. Ann Stockman, MSW, Ph.D.
    4050 Lake Otis Parkway
    Anchorage, Alaska
    907-562-9619

    Some privileges may apply under the confidentiality requirements of 42 CFR Part 2.

    Ms. Stockman is a psychologist who treated the Plaintiff and is believed to have knowledge of the causation of the Plaintiff's substance abuse problem and the treatment thereof.

11. Erin Axt
    907-317-1988
    No additional information available at this time.

    **ATTORNEY-CLIENT PRIVILEGE MAY APPLY**

    Ms. Axt is believed to have direct knowledge of this matter and is believed to possess information relevant to the issues of causation, liability and damages.

12. Paxton Purser
    435-764-3310
    No additional information available at this time.

    Mr. Purser is the Plaintiff's brother and is believed to have direct knowledge of this matter and possess information relevant to the issues of causation, liability and damages.

13. Kimberly Swentek
    No additional information available at this time.

    Ms. Swentek is believed to have direct knowledge of this matter and possess information relevant to the issues of causation, liability and damages.

14. Gerald Barnes
    No additional information available at this time.

    Mr. Barnes is believed to have direct knowledge of this matter and possess information relevant to the issues of causation, liability and damages.

15. Minor "P.P."
    No further information available at this time.
    Minor Initials taken directly from the Federal Criminal Indictment.

    Minor "P.P." is believed to have direct knowledge of this matter and possess information relevant to the issues of causation, liability and damages.

16. Minor "A.C."
    No further information available at this time.
    Minor Initials taken directly from the Federal Criminal Indictment.

    Minor "A.C." is believed to have direct knowledge of this matter and possess information relevant to the issues of causation, liability and damages.

17. Minor "J.M."
    No further information available at this time.
    Minor Initials taken directly from the Federal Criminal Indictment.

    Minor "J.M." is believed to have direct knowledge of this matter and possess information relevant to the issues of causation, liability and damages.

18. Minor "L.H."
    No further information available at this time.
    Minor Initials taken directly from the Federal Criminal Indictment.

    Minor "L.H." is believed to have direct knowledge of this matter and possess information relevant to the issues of causation, liability and damages.

19. Minor "C.R."
    No further information available at this time.
    Minor Initials taken directly from the Federal Criminal Indictment.

    Minor "C.R." is believed to have direct knowledge of this matter and possess information relevant to the issues of causation, liability and damages.

20. Minor "K.W."
    No further information available at this time.
    Minor Initials taken directly from the Federal Criminal Indictment.

    Minor "K.W." is believed to have direct knowledge of this matter and possess information relevant to the issues of causation, liability and damages.

21. Minor "L.B."
    No further information available at this time.
    Minor Initials taken directly from the Federal Criminal Indictment.

Minor "L.B." is believed to have direct knowledge of this matter and possess information relevant to the issues of causation, liability and damages.

22. Minor "M.D."
No further information available at this time.
Minor Initials taken directly from the Federal Criminal Indictment.

Minor "M.D." is believed to have direct knowledge of this matter and possess information relevant to the issues of causation, liability and damages.

23. Dr. Michael Rose
P.O. Box 242074
Anchorage, Alaska 99524-2074
907-277-0607

<u>Some privileges may apply under the confidentiality requirements of 42 CFR, Part 2.</u>

Dr. Rose is currently treating the Plaintiff and is believed to have knowledge of the causation of the Plaintiff's past substance abuse problems and the treatment thereof.

24. Francis Gallela
2440 Tagalak Drive
Anchorage, Alaska 99504
907-333-6657

Mr. Gallela is an economist and has knowledge of the economic impact of this incident has had and will continue to have on the Plaintiff.

DATED this 2nd day of August, 2006 at Anchorage, Alaska.

/s/ Darryl L. Jones, Esq.
Darryl L. Jones, Esq.
ABA No: 8811188
Attorney for Plaintiff