Darryl L. Jones, Esq.
109 W. 6th Avenue, Suite 200
Anchorage, AK 99501
Tel (907) 278-1212
Fax (907) 278-1213
Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

Salley C. Purser,                          )
                                           )
              Plaintiff,                   )
                                           )
v.                                         )
                                           )
Josef F. Boehm, Allen K. Bolling,          )
and Bambi Tyree,                           )
                                           )
              Defendants.                  )
_____)    Case No: A05-0085 (JKS)

## CERTIFICATE OF SERVICE

This is to certify that on or about the 12th day of August, 2006, a true and correct copy of

the foregoing document was caused to be mailed to the following parties of record via United

States Certified Mail:

        Allen K. Bolling
        Inmate No: 14911-006
        USP Terre Haute
        U.S. Penitentiary
        P.O. Box 12015
        Terre Haute, IN 47801
        CM No.: 7002 2410 0006 6472 2393


        Bambi Tyree
        Inmate No: 13016-006

FCI Dublin
Federal Correctional Institution
5701 8th Street – Camp Parks
Dublin, CA 94568
CM No: 7002 2410 0006 6742 2386


Josef Boehm
c/o David Kenner
Kenner Law Firm
16000 Ventura Blvd., Ste. 1208
Encino, CA 91436
CM No: 7002 2410 0006 6742 2409


/s/ Darryl L. Jones, Esq.
Darryl L. Jones
ABA No: 8811188
**Attorney for Plaintiff**