RECEIVED
AUG 14 2006
CLERK U.S. DISTRICT COURT
ANCHORAGE ALASKA

Darryl L. Jones, Esq.
The Law Office of Darryl L. Jones
109 W. 6th Avenue, Suite 200
Anchorage, Alaska 99501
Phone: 907-278-1212
Fax: 907-278-1213

Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

| | |
|---|---|
| SALLEY C. PURSER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| JOSEF F. BOEHM, ALLEN ) | |
| K. BOLLING, LESLIE ) | |
| WILLIAMS AND BAMBI ) | |
| TYREE, ) | |
| ) | |
| Defendants. ) | |
| _____ ) | Case No: A05-0085 CV (JKS) |

**NOTICE OF FILING**

COMES NOW, Plaintiff Salley Purser, by and through her counsel of record, and hereby Notices this Court of filing the Plaintiff's Expert Witness Reports and Vitaes.

DATED this 14th day of August 2006 at Anchorage, Alaska.

_____
Darryl L. Jones, Esq.
ABA No: 8811188
Attorney for Plaintiff

DARRYL L. JONES
ATTORNEY AT LAW
109 W. 6TH AVENUE, SUITE 200
ANCHORAGE, ALASKA 99501
PH: (907) 278-1212  FAX: (907) 278-1213