# Preliminary Economic Loss Report

Ms. Sally Purser

Prepared by

Francis Anthony Gallela

23 March 2006

**FRANCIS ANTHONY GALLELA**
2440 Tagalak Drive
Anchorage, Alaska 99504
(907) 333-6657
FAX (907) 333-0517

**FRANCIS ANTHONY GALLELA**
2440 Tagalak Drive
Anchorage, Alaska 99504
(907) 333-6657
Fax (907) 333-0517
francis@francisgallela.com

Darryl L. Jones, Esq.
109 W. 6th Ave, Suite 200
Anchorage AK 99501

PRELIMINARY ECONOMIC LOSS REPORT

Dear Mr. Jones:                                          23 March 2006

Here are my findings to date relative to the economic loss resulting from the injuries to Ms. Sally Purser on or about 1 October 2001.

Losses calculated to date are presented in the tables on page 2 of this report.

The losses in the tables are presented under three scenarios:

**Scenario One** utilizes the average wages of a high school graduate.

**Scenario Two** utilizes the average female Alaskan wages.

**Scenario Three** utilizes the average wages of BA degree holder.

The losses are detailed in the following monographs of this report. Research is on going. Should additional information become available this report may be supplemented as appropriate.

1

| **Scenario One** | | Past | | Future | | Total |
|---|---|---:|---|---:|---|---:|
| Wages | $ | 31,447 | $ | 82,953 | $ | 114,400 |
| Retirement | $ | 966 | $ | 15,628 | $ | 16,594 |
| Medical Benefit | $ | 17,863 | $ | 352,017 | $ | 369,880 |
| Totals - Scenario One | $ | 50,276 | $ | 450,598 | $ | 500,874 |

Wage: Average High School

| **Scenario Two** | | Past | | Future | | Total |
|---|---|---:|---|---:|---|---:|
| Wages | $ | 21,894 | $ | 108,255 | $ | 130,149 |
| Retirement | $ | 657 | $ | 16,275 | $ | 16,932 |
| Medical Benefit | $ | 17,863 | $ | 352,017 | $ | 369,880 |
| Totals - Scenario Two | $ | 40,413 | $ | 476,547 | $ | 516,960 |

Wage: Average Alaskan Wage

| **Scenario Three** | | Past | | Future | | Total |
|---|---|---:|---|---:|---|---:|
| Wages | $ | 0 | $ | 560,648 | $ | 560,648 |
| Retirement | $ | 0 | $ | 26,962 | $ | 26,962 |
| Medical Benefit | $ | 0 | $ | 391,089 | $ | 391,089 |
| Totals - Scenario Three | $ | 0 | $ | 978,699 | $ | 978,699 |

Wage: Average BA Degree

| **Other Losses** | | | | | | |
|---|---|---:|---|---:|---|---:|
| Psychological Counseling | $ | Unk | $ | 65,515 | $ | 65,515 |
| Training | $ | 4,543 | $ | 757 | $ | 5,300 |
| Total - other losses | $ | 4,543 | $ | 66,272 | $ | 70,815 |

2

### Lost Wages/Earnings Capacity

Ms. Sally Purser was sexually abused as a young teenager and was subjected to drugs. As a result of abuses suffered, Ms. Purser will not be capable of maintaining a normal worklife and will require psychological counseling and treatment for life (Source: Michael Rose, Ph.D.).

According to Dr. Rose, absent her injuries, Ms. Purser could have maintained a normal worklife and could have completed college. Dr. Rose opines that Sally's career capabilities are now severely negatively impacted. The economic damages are estimated using the three scenarios.

### Scenario One

At time of injury/abuse, Ms. Purser was in high school. The calculations under Scenario One provide Sally could have, absent her injuries, earned the average wage of a high school graduate.

Following are the average wages of a high school graduate, nation wide, by sex, race, and age group:

Age Group
- <25      $18,190
- 25 - 34  $24,646
- 35 – 44  $26,822
- 45 – 54  $26,843
- 55 – 64  $27,222
- 65 – 74  $23,429

(Source: U.S. Census Bureau, Educational Attainment in the United States: 2004, Table 9. Note: the 2004 statistics utilize 2003 earnings, therefore; the wages presented above have been converted to 2004 dollars).

Utilizing the above amounts, the year group wages are used as her loss in this category under Scenario One from age 19 (29 March 2005) to end of worklife.

Taxes have been subtracted from past losses as appropriate.

Mitigating income (described in a following section) has been subtracted, year for year, from earnings capacity to arrive at a net loss.

Past losses, those from 29 March 2005 to date of trial, are summed to date of trial and are presented in the tables on page 2 of this report.

Future losses, those from date of trial to statistical end of worklife, are reduced to present value to date of trial and are presented in the tables on page 2 of this report.

### Scenario Two

At time of injury/abuse, Ms. Purser was in high school. The calculations under Scenario Two provide Sally could have, absent her injuries, earned the average wage of Alaskans. This scenario utilizes the average Alaskan wage, by sex and year group as follows:

Age group
| | |
|---|---|
| 19-24 | $12,369 |
| 25-29 | $21,102 |
| 30-34 | $25,170 |
| 35-39 | $27,034 |
| 40-44 | $29,272 |
| 45-49 | $32,310 |
| 50-54 | $33,300 |
| 55-59 | $29,476 |
| 60-64 | $25,627 |
| 65-74 | $16,860 |

Source: Alaska Economic Trends, June 2005, page 6

Utilizing the above amounts, the year group wages are used as her loss in this category under Scenario Two from age 19 (29 March 2005) to end of worklife.

Taxes have been subtracted from past losses as appropriate.

Mitigating income (described in a following section) has been subtracted, year for year, from earnings capacity to arrive at a net income loss.

Past losses, those from 29 March 2005 to date of trial, are summed to date of trial and are presented in the tables on page 2 of this report.

4

Future losses, those from date of trial to statistical end of worklife, are reduced to present value to date of trial and are presented in the tables on page 2 of this report.

**Scenario Three**
Under this scenario, the calculations allow Mr. Purser could have earned the mean wages of a college graduate. Note: Dr. Rose states that Sally is smart enough to complete college however; her injuries will prevent her from doing so.

Ms. Purser earned a GED in March 2004. The calculations allow Sally could have entered college in the fall of 2004 and could have completed her studies in the spring of 2008. The calculations allow Ms. Purser would have obtained full time employment on or about 1 July 2008.

Following are the average wages by sex, race, and year group of BA degree holders nationwide:

Age Group
 25 - 34   $39,088
 35 – 44   $44,920
 45 – 54   $45,217
 55 – 64   $42,121
 65 – 74   $33,349

(Source: U.S. Census Bureau, Educational Attainment in the United States: 2004, Table 9. Note: the 2004 statistics utilize 2003 earnings, therefore; the wages presented above have been converted to 2004 dollars).

Utilizing the above amounts, the year group wages are used as her loss in this category under Scenario Three from 1 July 2008 to end of worklife.

Taxes have been subtracted from past losses as appropriate.

Mitigating income (described in a following section) has been subtracted, year for year, from earnings capacity to arrive at a net income loss.

5

Future losses, those from date of trial to statistical end of worklife, are reduced to present value to date of trial and are presented in the tables on page 2 of this report.

## Mitigating Income

Mitigating income is that income a person has earned, or is expected to earn, in spite of their injuries. Mitigating income is then subtracted, year for year, from lost wages/earnings capacity to derive a net wage loss.

Ms. Purser has worked very little following her abuse. Dr. Rose, in his report dated 6 January 2006 and in subsequent interviews, states Sally may not ever be able to hold down a full time job due to her injuries. Dr. Rose states Sally is not capable of working full time now and won't be capable for some time, at least until Sally's daughter is in school.

Sally may be able to complete beautician school and work part time in this job. Sally will not work full time at least until her daughter is in school full time. According to Dr. Rose, Sally should work 10 hours per week after graduation and increase her hours as she can. To calculate mitigating income, the $24,000 average annual earnings (Source: Academy of Hair Design) were divided by the number of hours Sally may be able to work, increasing each year. The calculations allow Sally will attend and complete beautician school and then work ten hours a week for the first year, fifteen hours per week the second year, and so on. Thus the work week increases to 40 hours per week when Sally's daughter is in first grade. The amounts calculated are then used as mitigating income from April 2007 to end of worklife.

The calculations allow Sally could enter beautician school about April 2006 and the training will take ten and one half months. Subsequent to graduation from beautician school, Sally may be able to earn about $24,000 per year after a year of experience. Most graduates will work in an established salon for the first year or so and then may open their own home based business, etc. In an established salon, the beautician normally rents a chair and is not an employee of the business. (Source: Academy of Hair Design. Anchorage AK).

> N.B. Dr. Rose states Sally can not work a 40 week at this time and the hair academy is 40 hours per week – Sally might not be able to devote 40 hours per week to school. If she does not complete the school as assumed in this report, the losses outlined here will be understated.

## **Retirement Loss**

Ms. Purser has, most likely, lost some employer funded retirement benefits. Absent her injuries, Sally would have, most likely, been covered by an employer funded retirement plan upon obtaining full time employment.

The calculations provide Sally could have obtained employment on or about 29 March 2005 (her 19th birthday) for Scenarios One and Two. For Scenario Three, the losses start on 1 July 2008. Typically, employers contribute 3 percent or more of an employee's gross wages into a 401-K (or similar) retirement account. The calculations utilize the 3 percent per year of earnings capacity for each Scenario to determine the lost employer retirement contribution amount.

> N.B. According to Dr. Rose, Sally may not ever be employed full time and therefore will probably not have any employer funded benefits associated with her employment. Also, the majority of beauticians are self employed, either renting a chair in an established salon or operating a home business and, therefore, do not have employer funded benefits (Source for employment: Academy of Hair Design). Therefore, the entire earnings capacity loss is utilized in the calculations to estimate the lost retirement.

Past losses, those from 29 March 2005 to date of trial (Scenarios One and Two), are summed to date of trial and are presented in the tables on page 2 of this report.

Future losses, those from date of trial to end of worklife, are summed to date of end of worklife and are then reduced to present value to date of trial and are presented in the tables on page 2 of this report.

**Medical Benefits Loss**
Ms. Purser has, most likely, lost employer funded medical insurance benefits. As noted above in the lost wages section and lost retirement section, Sally's ability to obtain full time employment (given her injuries) and enjoy normal employer funded benefits is unlikely.

To estimate the value of medical insurance, the State of Alaska Public Employees Retirement System (PERS) is used as a surrogate for this report.

Under the PERS, the State pays $841 per month or $10,092 per annum for medical insurance benefits.

The amount $10,092 per annum is used as her loss in this category from 29 March 2005 (19th birthday) to end of worklife.

Past losses, those from 29 March to date of trial (Scenarios One and Two), have been summed and are presented in the tables on page 2 of this report.

Future losses, those from date of trial to end of worklife, have been reduced to present value to date of trial and are presented in the tables on page 2 of this repot.

**Medical Expenses**
Ms. Purser has incurred substantial psychological counseling expenses to date and will incur expenses in the future, due to her injures. Past expenses are not presented at this time. Dr. Rose has presented the following future medical expenses:

Psychological counseling sessions: 1 to 2 sessions per week for six months, then monthly for the following two years, then six times per year after that for life.

Note: Additional psychological sessions may be required to intervene in crises situations. These possible crises sessions have not be included in the future losses presented in the tables. Therefore, the calculations presented may be conservative.

8

Ann Stockman, Ph.D., has been counseling Sally and Dr. Rose states Sally will benefit from continued counseling with Dr. Stockman. Counseling sessions cost $200 per hour.

The future cost of psychological counseling has been calculated based upon the programmed number of sessions per year times the cost of a session.

Future losses, those from date of trial to statistical end of life, are reduced to present value to date of trial and are presented in the tables on page 2 of this report.

## Taxes
Taxes have been subtracted from past losses, as appropriate.

## Worklife and Lifespan
Ms. Purser was born on 29 March 1986 (year 1986.24). Date of injury/abuse utilized in this report is 1 October 2001 (year 2001.75). Sally was single at time of injury, is single now, and all calculations are based upon single status. The worklife of a man is commonly used for single females and was used in all worklife calculations in this report. Her statistical worklife at age 19 was 37.21 years placing her statistical date of end of worklife in the year 2042.45. This worklife was used in all Scenario One and Scenario Two calculations.

Sally could have graduated from college in the spring of 2008 and could have obtained employment in the summer of 2008, approximately her 22nd birthday. Sally has a statistical worklife at age 22, as a college graduate, of 38.98 years placing her statistical end of worklife in the year 2047.48 at age 60.98. (Source: Journal of Legal Economics, Vol. 11, No. 1, Spring/Summer 2001, Table 5, Col. Mean, page 38). This worklife was used in all Scenario Three calculations.

Sally's estimated statistical date of death is calculated at age 81.41 years in the year 2067.65 (Source: U. S. Life Tables – 2002, Vol. 53, No. 6, Table 6, 10 November 2004).

**Present Value Calculations**
The calculations utilize the average interest rates of U.S. Treasury securities for 10-year maturities from 1960 through 2003 to calculate an average interest rate of 7.14 percent while the average change in hourly compensation over the same period, 5.53 percent, is utilized as the inflation rate as published in The Economic Report of The President, February 2004, to calculate the net discount rate (NDR) of 1.53 percent in accordance with Alaska statute 09.17.040. This net discount rate is used to reduce lost earnings as well as non-market labor, if appropriate, to present value.

Retirement losses are discounted utilizing the NDR of 1.53 percent.

Medical insurance costs and medical expenses, if appropriate, are discounted using the NDR of .90 percent, the difference between the interest rates and the medical segment of the Consumer Price Index (CPI).

All future losses are reduced to present value to date of trial.

The estimated trial date utilized is 2 January 2007.


**Other Losses**
The losses outlined in this letter do not include any calculations for non-economic losses.


Sincerely,

Francis Anthony Gallela

# FRANCIS ANTHONY GALLELA
2440 Tagalak Drive
Anchorage, Alaska 99504
(907) 333-6657
Fax (907) 333-0517

Cases that have gone to trial or deposition 1993 - Present

1993 - 1995
Alaska Fishing Adventures v Exxon Valdez   Plaintiff, Jameson, Depo, trial, Lost Profits
Berger v Wetherford
Brinkley v U.S. Post Office   Plaintiff, Wrongful Termination, Barbara Norris
Brower v ARCO Alaska, Inc.
Burdick v City of Soldotna
Cook v State
Cozzen v Police Dept., MOA   Plaintiff, Wrongful Termination, Marty Farrell
Deshka River Lodge v Exxon Valdez   Plaintiff, Jameson, Depo, trial, Lost Profits

Dixon v John Acosta
Drifters Landing v Exxon Valdez   Plaintiff, Jameson, Depo, trial, Lost Profits
Ducan Stone v Arctic Alaska Seafood   Plaintiff, Flanigan and Smith, Workers Compensation and Future medicals
Cook v State
Gabbers Fish Camps v Exxon Valdez   Plaintiff, Jameson, Depo, trial, Lost Profits

Garnett v Sanders   Plaintiff, Cowan, Trial, Lost Profits
Gaudreau v APA, MOA   Plaintiff, Farrell, Depo, termination
Great Alaska Fish Camp v Exxon Valdez   Plaintiff, Jameson, Depo, trial, Lost Profits

Heidi Helton v Sterchi
Higgins v DynaPac   Plaintiff, Depo, Flanigan, Lost earnings
James Day v James Willis
James Hayes v Kodiak Partnership, et. al.
Kemper v M/V All American Partnership
Kosbruk v U.S.
Kingsford v Encyclopedia Britannic
Larry Waltrip Guide Service v Exxon Valdez   Plaintiff, Jameson, Depo, trial, Lost Profits
Lee v MacDonald
Lloyd Raymond d/b/a/ Montague Island Lodge v Exxon Valdez   Plaintiff, Jameson, Depo, trial, Lost Profits
Mark Leighton v Arctic Fisheries
McCubbins v State   Plaintiff, Kapolchok, Trial, Injury
Mike McGraw v City of Kodiak
Morris v Safeway
Port Graham Native Corporation v Exxon Valdez   Plaintiff, Fortier, Depo, trial, Lost Profits
Pytel v Burak
Ogar v Brenn

1

Rod N' Reel v Exxon Valdez          Plaintiff, Jameson, Depo, trial, Lost Profits
Roger Wilkins v State Ferry System     Plaintiff, Farrell, Depo, Termination
Rogers v Department of Veterans Affairs
Saddler v Alaska Marine Lines
Samer-I & Asso. V Exxon Valdez       Plaintiff, Jameson, Depo, trial, Lost Profits
Scurvy Creek Fishery v Exxon Valdez   Plaintiff, Jameson, Depo, trial, Lost Profits
Seth Harris v Keys, Meyer & Homer Collins  Plaintiff, Trial  Lost Earnings
Shearer v BonMar Fisheries
Shepard v Shepard     Divorce, Mediation
Silver Salmon Creek Lodge v Exxon Valdez Plaintiff, Jameson, depo, Trial, Lost Profits
Smith v Smith
Stickney v BP Exploration Alaska
Stone v Arctic Alaska Seafoods    Plaintiff, Flanigan, Depo, Injury
Subsistence Fund v State of Alaska  Plaintiff, Calista Corp., Legislative budget
Tate Thoms v Kelly-Ryan, Inc.    Plaintiff, Kapolchok, Injury
Turpe v Polmar Fisheries
Weaver v Groeneweg
Wertman v Mar del Sud
Wilson v Johnson

1996
Kemper v M/V All American
Falconer v Taylor-Welsh  Trial, Van Lawance and Flanigan,  Lost Earnings
Coffey v Kritikos
Helton v Sterchi
Koen v Deep Sea Fisheries, Inc.     Plaintiff, Ledoux
Brenda Culver, et. al. & Schmitt, et. al. & Miller, et. al. V. Rocky Mountain Helicopters, Inc.
Plaintiff, Phil Weidner, Death
Thrifty Car Rental v. Chevron     Plaintiff, Cowan, Lost Profits
Dykman v. Davis
Mohammadi v Mollett  Plaintiff  Depo  Flanigan and Chris Batie   Lost Earnings
Yoon v. Chang       Plaintiff, John Pharr, Lost Profits
Ferguson v. ARCO
Dawson v. Wheeler  Plaintiff  Trial, Flanigan,  Lost Earnings
Walters v. Dr. Beal/Alaska Surgery Center
Robles v. Shoreside and Petrolane      Plaintiff, Laurel Petersen, Injury
Maasen v. R. & R. Scaffold Erectors, Inc.
William Mcvey v. Camille Davis-Mcvey  Defendant, Trial, Steve Smith, Lost Pension


1997
Horsager v. F/V Tricia D.      Plaintiff, LeDoux
Fama v. Bader, et al.
Taylor v. Kralick
Beattie v. Reynolds
Mann v. Quest Business Park, Inc.
Langill v. Great Alaska Lawn Company
Estate of Rudolph Joseph v. State of Alaska    Plaintiff, Kennelly, Death
Webber v. Seward

1998
Melody Medeiros v. Justin Wickliffe              Plaintiff, Flanigan, Injury
Peterson v. Jerry's Discount Fireworks, Inc., et. al.   Plaintiff, Azar
Crosby v. USA                      Plaintiff, Flanigan, Depo, Death
Newhall v. Gladwin                      Plaintiff, Walther

2

| | |
|---|---|
| Nadermann v. State of Alaska | Plaintiff, Kurzmann |
| Criswell v. State of Alaska | Plaintiff, Gaspar, termination |
| Galbraith v. Dilly and Northland Hub, Inc. | Plaintiff, Lawrence Trial |
| Hanson v. ARCO | Plaintiff, Mestas   Trial, Injury |
| Robinson v. George Van Brunt | Plaintiff, Williams, |
| Boone v. City and Borough of Juneau | Defendant, Menandez, Trial, Injury |
| Lovell v. State Farm Insurance | Plaintiff,  Kellicut, Arbitration, Injury |
| Reeves v. Alyeska Pipeline Company | Plaintiff, Tom Vanflein Depo and Trial Lost Profits......Intellectual property |

Adrian Sanders v. State DOTPF  Plaintiff, injury, Phil Weidner, Depo

### 1999
| | | |
|---|---|---|
| Irl Stambaugh v. City of Wasilla | Plaintiff, Geoff McGrath Depo | Termination |
| Costello v. 49er Transportation, Inc. | Plaintiff, Dennis Mestas, Trial  Injury | |
| Bryde v. Smith | Plaintiff,  Steve Smith,  Trial  Injury | |
| Carr v. Mapco, | Plaintiff,   Dick Harren,  Depo  injury | |

Estate of Rick Watson, M. Leona Watson & Lisa Nicole Vest v. Richmond, Plaintiff, Cowan, Depo  Death

| | |
|---|---|
| Gary Clark v. Williams | Plaintiff, Dick Harren,  Depo Injury |
| Giordano v. Valley Hospital | Defendant, Stowers, Trial, Injury, Lost Profits |
| Gottstein V. Fourth Avenue Trolley Tours | Defendant, Boyko, Trial, Lost Profits |
| Harville v. City of Seward | Plaintiff, Eric Jensen, Plaintiff, Depo, |
| Potter V. State | Plaintiff, Mestas, Depo, Death |
| McDowell V. Cooks Tesoro | Defendant, Trial, Paul Davis,  Lost Profits |
| Denardo v. Barrans, et al. | Plaintiff, wrongful termination, Dan DeNardo, depo |
| Zellin v. F/V Aleutian Mariner | Plaintiff, injury, Steve Smith,  Depo |
| Jack Weece v. Kolon, | Plaintiff,  injury,  Phil Weidner,  Depo |

### 2000
| | |
|---|---|
| Norton v. Nissan Motor Co. | Plaintiff,  injury,  Phil Weidner,  Depo |
| Estate of Peterson v. Katmai Fishing Camp, | Plaintiff, death ,  Greg Grebe,   Depo, trial |
| Hamilton v. Bert Smith | Defendant,   Partnership buy-out, Paul Nangle,  Depo |
| Walker v. Laurin | Plaintiff,  Personal Injury, Kapolchok, Depo |
| Brunk v. State of Alaska | Plaintiff,  Personal Injury, Phil Weidner, Depo |
| Kusel v. Safeco | Plaintiff, Personal Injury, Coe, Depo, Arbitration |
| Kubanyi v. Progressive | Plaintiff, Personal Injury, Walther, Arbitration |
| Arvella Thomas v. Donna Adams | Plaintiff, Personal Injury,  Gibbons, Depo |
| Rowe v. Anna Bryant | Plaintiff, personal Injury, Mike Moody, Depo |
| Aumavae v. American Seafoods | Plaintiff, Personal Injury, Azar, Trial |
| In Sun Jun v. Lowe | Plaintiff,  Personal Injury, Dawn Reed Slaton,  Depo |
| Rodriguez v. Nathanson | Plaintiff,  Medical Malpractice, Kapolchok,  Depo |
| Zellin v. F/V Aleutian Mariner | Plaintiff, injury, Steve Smith,  Trial |
| Nelson v. Bootlegger Cove Condo Asso. | Plaintiff,  Richard Harren,  Trial |
| Thompson v. Brian Nelson | Plaintiff, Randall Cavanaugh, Depo |
| Harvy Sookiayak v. Polaris Industries Inc. | Plaintiff,  Mike Moody,  Trial |
| Alaska Web Art, Inc. v. Morris Communication | Plaintiff, Richard Jameson, |

### 2001
| | |
|---|---|
| Polushkin v. Kenai Peninsula borough | plaintiff, Mike Flanigan, Depo |
| Duffield v. Crystal Island Inc. | Plaintiff,  Dick Harren Depo |
| Michael Thompson v. Randall Eledge(Kemper Insurance) | Defense, Nelson Paige, Mediation |
| Freitas v. Ak Radiology Asso. | Defense, P.I.  Med Malpractice  Matt Peterson Trial |
| Reust v. Alaska Petroleum Contractors, | plaintiff, Wrongful Termination , Depo, Trial |

3

Himsel v. Raytheon    Wrongful Death, Cowan, Plaintiff, Depo
Tanya Thompson v. Anch. Parking Authority   Injury, Defense, Craig Stowers
Hansen v. Hansen    Divorce, Business Valuation, Paul Nangle, depo, trial by video
Basargin v. Bayside, et. Al.    Injury, Plaintiff, Dale Walthers,   Depo
River Knowles v. Cook Inlet Tribal Council, Injury, Plaintiff, Laurel Peterson, Depo
Johnson v. TCC & Alyeska, Wrongful Termination, Plaintiff, Kapolchok, depo
Big Iron v. Western Star  Lost Profits, Plaintiff, Tom Van Flein, depo
Tanya Thompson v. Anchorage Parking Authority, PI, Craig Stowers,
Osness v. Newberry Alaska PI, Craig Stowers, Defense
Ellison v. Price,   PI,   Flanigan,   Plaintiff, Depo

**2002**
Woods v. North Pacific Processors   PI,   Cowan,    Plaintiff, Depo
Kensinger v. Eric Brenegan,   PI,  Plaintiff, Grebe,  Depo
ECCI v. ALPAT,  Lost Profits, Plaintiff, Rebecca Hozubin, Depo
Big Iron v. Western Star  Lost Profits, Plaintiff, Tom Van Flein, Trial
Beal v. Nolan    Med Mal Practice, PI, Defendant, Craig Stowers
Domke v. Alyeska Pipeline, PI, Plaintiff, Chuck Robinson, Trial
Selltech v. Miller Brewing Company    Theft of intellectual property, Plaintiff, Randy Clapp, Depo
Ellison v. ACP & Local 375 , Wrongful Termination, Plaintiff, Flanigan, Trial
Christine Andrews v. City of Bethel, PI, Bruce Anders, Depo
Greg Mathew v. State of Alaska and Cooper, Co. PI, Plaintiff, John Suddock, Depo
Anelon v. Peninsula Airways, WD, Plaintiff, Greg Grebe, Depo
Wayne Tyone v. State of Alaska, PI, Plaintiff, Sam Fortier, Depo
Wendy Scovell v. Hinshaw & UPS. PI, Plaintiff, Kapolchok, Depo
Lestenkof v. Gulfstream Coach Inc, et. al.    WD, Plaintiff, Phil Weidner, depo
Tyler v. Hanson, PI, Plaintiff, Jim Fosler, Depo
McCurry v. Anchorage Sand and Gravel, PI,   Plaintiff, Steve Smith, Depo

**2003**
Qhse V. All State, PI, Plaintiff, John Roberson, Arbitration
Hollingsworth v. MacDonald's Corp., PI, Plaintiff, Marc June, Depo
Kluth v. Estate of Jose Romano, Probate, Plaintiff, Coe, Depo
Blackburn v. Carney, PI, Plaintiff, Azar, Depo
Burleson (Cameron Gray) v. Chenana Apts., Wrongful Death, Defense, Rod Sisson
Erkins v. Garrison, Theft of Intellectual Property, Defense, Paul Davis
Mayes v. Blunck, PI, Plaintiff, Depo,    Nangle
Branson v. Alaska Airlines, plaintiff, Depo, Phil Weidner
Scovell v. UPS,  PI, Plaintiff, George Kapolchok, Trial
Totaro v. AAA Valley Gravel, Breech of Contract, Plaintiff, Dick Harren, trial
Angasan v. Able locksmith, PI, Plaintiff, Chuck Merriner, trial
Ocampos v. Western Mechanical Inc. Depo,   PI, Plaintiff, Greg Grebe
JL and TL  v. Cleland Troy Trickle and Salvation Army, Sexual Assaults, Plaintiff, Nelson Page, depo
O'Malley v. Kenneth Sipell/Alaska West Express, Inc., PI, Plaintiff, Marion Kelly, Depo
Geest v. Jyme Shaffer et. al. PI, Plaintiff, Kapolchok, Trial
JI and Tlm, etc. v. Salvation Army , Plaintiff, Nelson Page, Depo
Whaley v. Sturm, Ruger   Plaintiff, PI, Phil Weidner, Depo, Trial
Blackmore v. Nelly Bardman, et. al., Plaintiff, Flanigan, Depo
Hight v. Kenworth, et. al., Plaintiff, Marc June, Depo
Malekos v. Kretsinger,      Plaintiff, Fortier-Mikko, Depo
Romero v. State of Alaska, Plaintiff, Ron Offrett, Trial

4

## 2004
Jl and Tlm, etc. v. Salvation Army , Sexual Assault, Plaintiff, Nelson Page,  Trial
Walker v. Bingham and Vaughn v.  Bingham, Wrongful Death, plaintiff, Coe and Weidner, Trial
Turvey v. City of Sitka, Plaintiff, Jude Pate, Business interference, Video testimony for trial
Parnell v.  Peak Oilfield Services, Plaintiff, Flanigan, Depo, PI, Trial
K&K Recycling v Alaska Gold Company, Defendant, Lost Profits/Valuation, Nelson Page,
Wetzler v.  Fleckenstein, PI, Richard Harren, Arbitration,
Steve Irwin v. The Creamery Corp. PI, Laurel Petersen, Depo

## 2005
Charles Bucolo v. Allstate, PI, Jason Skala,  Plaintiff, Arbitration
Aguchak v. AVCP Housing Authority, PI, Plaintiff, Jim Valcarce, Trial
Moreno v. BP Exploration, PI, Dale Walther, Plaintiff,  Trial
Ted Williams v. Providence Hospital, Wrongful Termination, Plaintiff, Depo, Burt Mason
Walter Gore v.  Anchorage School District, PI,  Plaintiff, Trial, Greg Grebe, David Merseroux
Ronald Davis v. Baranoff Island Housing Authority, PI, Defense,  Greg Miller
Air Gas/Nor Pac v. Rick Eggleston, Non-Compete Clause Violation, Defense, Tom Van Flein
Evan v. AVCP Regional Housing Authority,  PI, Defense, Mark Fineman, Steve Hutchings
Dominador Villasin v.  Janssen Contracting Company and State of Alaska, PI, Nelson Page, Defense
Levi Jeanotte v. U.S., WD, Plaintiff, Jim Wendt, Trial
Wong v.  Ruby,  WD, Plaintiff, Paul Kelly, Trial
Beans v. Bazer & Remuto, PI, Dick Harren,  Plaintiff, Trial
Matson & Christensen v. Penn Air & Cessna, WD, Plaintiff,  Phillip Weidner,  Trial
Doug Barry v. State of Alaska, Retirement Dispute, Plaintiff, John Havelock, Trial
Ball v.  Hicks, Horton , Attorney Malpractice, Bus. Val. Plaintiff, Flanigan, Trial
Leo v. GCI and GCI CC, PI, Plaintiff, Dennis Mestas, Depo