```
KENNER LAW FIRM, P.C.
David E. Kenner, SBN 41425
16000 Ventura Boulevard, PH 1208
Encino, CA 91364
818 995 1195
818 475 5369 - fax

Attorney for Josef F. Boehm
```

IN THE UNITED STATES DISTRICT COURT DISTRICT OF ALASKA

| | |
|---|---|
| Salley C. Purser, | ) CASE NO.: A05-0085 |
| | ) |
| | ) CERTIFICATE OF SERVICE |
| Plaintiff, | ) |
| | ) DATE:   August 28, 2006 |
| v. | ) TIME:   8:30 a.m. |
| | ) |
| Joesef F. Boehm, Allen K. | ) |
| Bolling, Leslie J. Williams, Jr. | ) |
| and Bambi Tyree, | ) |
| | ) |
| Defendants. | ) |
| | ) |

This is to Certify that on or about August 28, 2006 a true and correct copy of the attached documents were caused to be mailed to the following parties of record:

```
Bambi Tyree
Inmate No: 13016-006
FCI Dublin
5701 8th Street-Camp Parks
Dublin, CA 94568
C.M. No.: 7002 2410 0006 6742 2539

Allen K. Bolling
Inmate No: 14911-006
USP Terre Haute
U.S. Penitentiary
P.O. Box 12015
Terre Haute, IN 47801
C.M. 7002 2410 0006 6742 2188
```

1  The following parties were served electronically on August 1, 2006:

3  **Darryl L. Jones**
lodj.federalnotices@yahoo.com

KENNER LAW FIRM, P.C.

By: _/s/ David E. Kenner_
David E. Kenner,
Attorney for Defendant
Josef Boehm