Darryl L. Jones, Esq.
109 W. 6th Avenue, Suite 200
Anchorage, AK 99501
Tel (907) 278-1212
Fax (907) 278-1213
Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

| | |
|---|---|
| Sally C. Purser, | ) |
|   Plaintiff, | ) ) ) |
| vs. | ) ) |
| Josef F. Boehm, Allen K. Bolling, and Bambi Tyree, | ) ) ) |
|   Defendants. | ) ) |
| _____) | Case No. A05-0085 (JKS) |

## MOTION FOR ORDER
## <u>FREEZING DEFENDANT'S ASSETS</u>

  Plaintiff, through undersigned counsel, hereby moves for an order freezing the assets of defendant, Joseph Boehm pending final judgment. More specifically, plaintiff seeks an order which restrains the transfer, sale or encumbrance of any asset, including ownership interest in Alaska Industrial Hardware, Inc., without prior leave of the court. This motion is filed pursuant to Local Rule 7.1 and Rule 65 of the Federal Rules of Civil Procedure and is supported by the memorandum of points and authorities filed herewith.

  DATED this 6th day of September 2006 at Anchorage, Alaska.

                                                /s/   Darryl L. Jones
                                                109 W. 6th Avenue, Suite 200
                                                Anchorage, Alaska 99501
                                                Phone: 907-278-1212
                                                Fax: 907-278-1213
                                                E-mail: lodj.federalnotices@yahoo.com
                                                ABA No.: 8811188

Case 3:05-cv-00085-JKS    Document 55    Filed 09/06/2006    Page 2 of 2