Darryl L. Jones, Esq.
The Law Office of Darryl L. Jones
109 W. 6th Avenue, Suite 200
Anchorage, Alaska 99501
(907) 278-1212
(907) 278-1213
Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

| | |
|---|---|
| Sally C. Purser, | ) |
|   Plaintiff, | ) ) ) |
| vs. | ) ) |
| Josef F. Boehm, Allen K. Bolling, and Bambi Tyree, | ) ) ) |
|   Defendants. | ) ) |
| _____ | ) **Case No. A05-0085 (JKS)** |

**PROPOSED ORDER ON PLAINTIFF'S
MOTION FOR ORDER FREEZING ASSETS**

Plaintiff having requested an order regarding the transfer, encumbrance, or dissipation of the assets belonging to Joseph Boehm, and the Court having considered the motion, grounds therefore and any opposition thereto;

IT IS HEREBY ORDERED, the motion is GRANTED. Defendant, Joseph Boehm is hereby enjoined and shall refrain from transferring, encumbering, disposing of, or otherwise dissipating any of his personal assets without first obtaining leave of this Court.

DATED this ___ day of _____ 2006.

_____
U.S. District Court Judge