Darryl L. Jones, Esq.
109 W. 6th Avenue, Suite 200
Anchorage, Alaska 99501
Ph: (907) 278-1212
Fax: (907) 278-1213

Attorney for Plaintiff


IN THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA


| | |
|---|---|
| Sally C. Purser, | ) |
| | ) |
|    Plaintiff, | ) |
| | ) |
|    vs. | ) |
| | ) |
| Josef F. Boehm, Allen K. Bolling, | ) |
| and Bambi Tyree, | ) |
| | ) |
|    Defendants. | ) |
| _____ ) | **Case No. A05-0085 (JKS)** |

**<u>AFFIDAVIT OF COUNSEL</u>**

STATE OF ALASKA      )
                     ) ss.
THIRD JUDICIAL DISTRICT )


      Darryl L. Jones, being duly sworn, deposes and states as follows:

1.  I have recently been in telephonic touch with defendant Jose F. Boehm's new counsel, Brett A. Greenfield, whose is substituting for counsel David Kenner.

2.  This call was for the purpose of settlement discussion and to arrange a trip to California for that purpose.

3.  During the course of the call Mr. Greefield indicated to me that even if a judgment was secured against Mr. Boehm, collecting on the judgment could prove a problem.

4.  This statement gives to rise to the concern that Mr. Boehm assets, which are substantial, may be being fraudulently transferred or hidden.


FURTHER YOUR AFFIANT SAYETH NAUGHT


_____
Darryl L. Jones, Esq.
ABA No.: 8811188

SUBSCRIBED  AND  SWORN  to  before  me  this  6th day  of  September  2006  at Anchorage, Alaska.


_____
NOTARY PUBLIC IN AND FOR THE
STATE OF ALASKA
My Commission Expires:_____
