Darryl L. Jones, Esq.
109 W. 6th Avenue, Suite 200
Anchorage, AK 99501
Tel (907) 278-1212
Fax (907) 278-1213
Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| Salley C. Purser,            )<br>                              )<br>        Plaintiff,           )<br>                              )<br>v.                            )<br>                              )<br>Josef F. Boehm, Allen K. Bolling, )<br>and Bambi Tyree,             )<br>                              )<br>        Defendants.           )<br>_____) | Case No: A05-0085 (JKS) |

**<u>CERTIFICATE OF SERVICE</u>**

This is to certify that on the 5th day of August, 2006, a true and correct copy of the foregoing document was caused to be mailed to the following parties of record via United States Certified Mail:

    Allen K. Bolling
    Inmate No: 14911-006
    USP Terre Haute
    U.S. Penitentiary
    P.O. Box 12015
    Terre Haute, IN 47801
    CM No.: 7002 2410 0006 6742 2454

Bambi Tyree
Inmate No: 13016-006
FCI Dublin
Federal Correctional Institution
5701 8th Street – Camp Parks
Dublin, CA 94568
CM No: 7002 2410 0006 6742 2447


Josef Boehm
c/o David Kenner
Kenner Law Firm
16000 Ventura Blvd., Ste.1208
Encino, CA 91436
CM No: 7002 2410 0006 6742 2430


DATED this 6th day of September, 2006 at Anchorage, Alaska.


/s/ Darryl L. Jones
Darryl L. Jones, Esq.
ABA No.: 8811188
Attorney for Plaintiff