```
1  KENNER LAW FIRM, P.C.
   David E. Kenner, SBN 41425
2  Brett A. Greenfield, SBN 217343
   16000 Ventura Boulevard, PH 1208
3  Encino, CA 91364
   818 995 1195
4  818 475 5369 - fax

5  Attorney for Defendant Josef F. Boehm
```

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| Sally C. Purser, | ) |
| Plaintiff, | ) DEFENDANT JOSEF BOEHM'S NOTICE OF<br>) MOTION TO SET ASIDE PARTIAL<br>) SUMMARY JUDGMENT ORDER |
| v. | ) |
| Josef F. Boehm, Allen K. Bolling, and Bambi Tyree, | ) |
| Defendants. | ) |
| | ) CASE NO.: A05-0085 (JKS)<br>) |

## MOTION TO SET ASIDE PARTIAL SUMMARY JUDGMENT ORDER

### Fed.R.Civ.P. 6(b) (2)

Comes now the defendant Josef F. Boehm by and through the Law Offices of David Kenner and hereby moves to set aside the prior Order granting the Motion for Partial Summary Judgment. This motion is made pursuant to Fed.R.Civ.Pro.6 (b) and is supported by the following memorandum of law and the attached affidavit of counsel.

September 13, 2006            KENNER LAW FIRM, P.C.

                              By: _____
                              Brett A. Greenfield,
                              Attorney for Defendant Josef F. Boehm

1

NOTICE OF MOTION TO SET ASIDE SUMMARY JUDGMENT ORDER

```
 1  KENNER LAW FIRM, P.C.
    David E. Kenner, SBN 41425
 2  16000 Ventura Boulevard, PH 1208
    Encino, CA 91364
 3  818 995 1195
    818 475 5369 - fax
 4
    Attorney for Josef F. Boehm
 5

 6          IN THE UNITED STATES DISTRICT COURT DISTRICT OF ALASKA

 7
    Salley C. Purser,              )  CASE NO.: A05-0085
 8                                  )
                                    )  CERTIFICATE OF SERVICE
 9              Plaintiff,          )
                                    )  DATE:     September 15, 2006
10         v.                       )  TIME:     8:30 a.m.
                                    )
11  Joesef F. Boehm, Allen K.       )
    Bolling, Leslie J. Williams, Jr.)
12  and Bambi Tyree,                )
                                    )
13              Defendants.         )
                                    )
14  _____

15          This is to Certify that on or about September 15, 2006 a true

16  and correct copy of the attached documents were caused to be mailed

17  to the following parties of record:

18

19  Bambi Tyree
    Inmate No: 13016-006
20  FCI Dublin
    5701 8th Street-Camp Parks
21  Dublin, CA 94568
    C.M. No.: 7002 2410 0006 6742 2539
22
    Allen K. Bolling
23  Inmate No: 14911-006
    USP Terre Haute
24  U.S. Penitentiary
    P.O. Box 12015
25  Terre Haute, IN 47801
    C.M. 7002 2410 0006 6742 2188
26

27

28
```

1  The following parties were served electronically on September 15,
2  2006:

3  **Darryl L. Jones**
4  lodj.federalnotices@yahoo.com

            KENNER LAW FIRM, P.C.

        By: _____
            David E. Kenner,
            Attorney for Defendant
            Josef Boehm