KENNER LAW FIRM, P.C.
David E. Kenner, SBN 41425
Brett A. Greenfield, SBN 217343
16000 Ventura Boulevard, PH 1208
Encino, CA 91364
818 995 1195
818 475 5369 - fax

Attorney for Defendant Josef F. Boehm

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

Sally C. Purser,         )
                         ) AFFIDAVIT OF BRETT A. GREENFIELD
        Plaintiff,       ) IN SUPPORT OF MOTION TO SET ASIDE
                         ) SUMMARY JUDGMENT
     v.                  )
                         )
Josef F. Boehm, Allen K. )
Bolling, and Bambi Tyree,)
                         )
        Defendants.      )
                         )
                         )
_____) CASE NO.: A05-0085 (JKS)
                         )

### AFFIDAVIT IN SUPPORT OF MOTION TO SET ASIDE PARTIAL SUMMARY JUDGMENT ORDER

COMES NOW Brett A. Greenfield being first duly sworn and avers as follows:

1. My name is Brett A Greenfield.

2. I have personal knowledge of the facts contained within this affidavit.

3. I am an attorney associated with The Law Offices of David Kenner as of September 1, 2006.

4. Prior to September 1, 2006, I was a partner at the firm of Fisher & Greenfield, a Partnership Of Professional law

1

AFFIDAVIT IN SUPPORT OF MOTION TO SET ASIDE

Corporations.

5. On July 12, 2006, I received a call from David Kenner asking me to assist him with this case. He had been injured in a fall on June 19, 2006 and required emergency hip replacement surgery. That surgery was followed by a variety of medical complications. The injury, caused by a fall, resulted in the need for emergency hip replacement surgery. He remained under supervised medical care or otherwise limited to his home until August 30, 2006. During September 2006, Mr. Kenner has gradually returned to to his office in a full time capacity.

6. On July 12, 2006 I contacted Darryl Jones, opposing counsel, and notified him of Kenner's medical issues. Mr. Jones, agreed to stipulate to an extension of time to file the response until August 2, 2006. He also agreed to file the notice of stipulation as a matter of professional courtesy. The stipulation was prepared and sent via email to Mr. Jones on July 14, 2006. Mr. Jones filed the stipulation after the response due date on July 18, 2006.

7. I am not familiar with the preferred methods of practice in Alaska. In the jurisdiction where I practice, it is not uncommon to file a stipulation instead of a request for extensions under the state or federal rule. Now that I am familiar with this Court's preference for stronger oversight of its calendaring and case management, that error will not occur again.

I declare the foregoing to be true and correct under the penalty of perjury. Executed this 13th day at Encino, California.

AFFIDAVIT IN SUPPORT OF MOTION TO SET ASIDE

1
2
3
4  _____
   Brett A. Greenfield
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

3

AFFIDAVIT IN SUPPORT OF MOTION TO SET ASIDE

```
 1  KENNER LAW FIRM, P.C.
    David E. Kenner, SBN 41425
 2  16000 Ventura Boulevard, PH 1208
    Encino, CA 91364
 3  818 995 1195
    818 475 5369 - fax
 4
    Attorney for Josef F. Boehm
 5
 6          IN THE UNITED STATES DISTRICT COURT DISTRICT OF ALASKA
 7
    Salley C. Purser,              )  CASE NO.: A05-0085
 8                                  )
                                    )  CERTIFICATE OF SERVICE
 9              Plaintiff,          )
                                    )  DATE:      September 15, 2006
10         v.                       )  TIME:      8:30 a.m.
                                    )
11  Joesef F. Boehm, Allen K.       )
    Bolling, Leslie J. Williams, Jr.)
12  and Bambi Tyree,                )
                                    )
13              Defendants.         )
                                    )
14  _____
15         This is to Certify that on or about September 15, 2006 a true
16  and correct copy of the attached documents were caused to be mailed
17  to the following parties of record:
18
19  Bambi Tyree
    Inmate No: 13016-006
20  FCI Dublin
    5701 8th Street-Camp Parks
21  Dublin, CA 94568
    C.M. No.: 7002 2410 0006 6742 2539
22
    Allen K. Bolling
23  Inmate No: 14911-006
    USP Terre Haute
24  U.S. Penitentiary
    P.O. Box 12015
25  Terre Haute, IN 47801
    C.M. 7002 2410 0006 6742 2188
26
27
28
```

The following parties were served electronically on September 15, 2006:

**Darryl L. Jones**
lodj.federalnotices@yahoo.com

                    KENNER LAW FIRM, P.C.

                    By: /s/ David E. Kenner
                    David E. Kenner,
                    Attorney for Defendant
                    Josef Boehm