UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| SALLY C. PURSER,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>JOSEF F. BOEHM, ALLEN K. BOLLING, LESLIE J. WILLIAMS, JR., and BAMBI TYREE,<br><br>　　　　　Defendants. | Case No. A05-085 CV (JKS) |

**ENTRY OF APPEARANCE**

EIDE, GINGRAS & PATE, attorneys for defendant, Bambi Tyree, enters its appearance on her behalf in this action and requests that any and all documents be mailed to its office at 425 G Street, Suite 930, Anchorage, AK 99501.

DATED at Anchorage, Alaska this 20th day of September, 2006.

　　　　　　　　　　　　　　　　EIDE, GINGRAS & PATE
　　　　　　　　　　　　　　　　Attorneys for Defendant Bambi Tyree


　　　　　　　　　　　　　　　　By _____s/Mary L. Pate_____
　　　　　　　　　　　　　　　　　　　Mary L. Pate
　　　　　　　　　　　　　　　　　　　Alaska Bar No. 9011109

Entry
*Purser v. Boehm, et al*, Case No. A06-031 cv

　　　　　　　　　　　　　　　　　　　　　　　　Page 1

CERTIFICATE OF SERVICE

PATTI J. JULIUSSEN certifies as follows:
That I am a legal secretary employed by the law firm of Eide, Gingras & Pate, P.C. That on this 20th day of September, 2006, I served a true and accurate copy of the foregoing document upon the following counsel of record:

ATTORNEY FOR PLAINTIFF

Darryl L. Jones, Esq.          [X] electronically
109 W. 6th Avenue, Suite 200
Anchorage, AK 99501

ATTORNEYS FOR DEFENDANT JOSEF F. BOEHM

David Kenner, Esq.             [X] electronically
Kenner Law Firm
16000 Ventura Blvd., Suite 1208
Encino, CA 91436

Allen K. Bolling               [X] First Class Maill
Inmate No.: 14911-006
USP Terre Haute
U.S. Penitentiary
P.O. Box 12015
Terre Haute, IN 47801

Leslie Williams                [X] First Class Mail
Reg. 14903-006
Federal Correctional Institution – Victorville – Medium II
P.O. Box 5700
Adelanto, CA 92301

EIDE, GINGRAS & PATE, P.C.

By____s/Patti J. Juliussen_____
        PATTI J. JULIUSSEN

f:\492\02\pleadings/entry

Entry
*Purser v. Boehm, et al,* Case No. A06-031 cv