UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| SALLY C. PURSER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| JOSEF F. BOEHM, ALLEN K. BOLLING, LESLIE ) | |
| J. WILLIAMS, JR., and BAMBI TYREE, ) | |
| ) Case No. A05-085 CV (JKS) | |
| Defendants. ) | |
| ) | |

### MOTION TO SET ASIDE ENTRY OF DEFAULT

COMES NOW defendant, Bambi Tyree, by and through her counsel of record, EIDE, GINGRAS & PATE, P.C., and requests this Court vacate the clerk's entry of default entered on September 23, 2005.

This motion is supported by the attached Memorandum and Affidavit in support thereof, as well as a proposed Order.

DATED at Anchorage, Alaska this 20th day of September, 2006.

EIDE, GINGRAS & PATE
Attorneys for Defendant Bambi Tyree

By _____s/Mary L. Pate_____
Mary L. Pate
Alaska Bar No. 9011109

## CERTIFICATE OF SERVICE

PATTI J. JULIUSSEN certifies as follows:
That I am a legal secretary employed by the law firm of Eide, Gingras & Pate, P.C. That on this 20th day of September, 2006, I served a true and accurate copy of the foregoing document upon the following counsel of record:

ATTORNEY FOR PLAINTIFF

Darryl L. Jones, Esq.          [X] electronically
109 W. 6th Avenue, Suite 200
Anchorage, AK 99501

ATTORNEYS FOR DEFENDANT JOSEF F. BOEHM

David Kenner, Esq.             [X] electronically
Kenner Law Firm
16000 Ventura Blvd., Suite 1208
Encino, CA 91436

Allen K. Bolling               [X] First Class Maill
Inmate No.: 14911-006
USP Terre Haute
U.S. Penitentiary
P.O. Box 12015
Terre Haute, IN 47801

Leslie Williams                [X] First Class Mail
Reg. 14903-006
Federal Correctional Institution – Victorville – Medium II
P.O. Box 5700
Adelanto, CA 92301

EIDE, GINGRAS & PATE, P.C.

By____s/Patti J. Juliussen____
       PATTI J. JULIUSSEN

f:\492\03\motion to set aside entry of default

Motion to Set Aside Entry of Default
*Purcer v. Boehm, et al*, Case No. A06-031 cv