UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| SALLY C. PURSER, | ) |
|           Plaintiff, | ) |
| vs. | ) |
| JOSEF F. BOEHM, ALLEN K. BOLLING, LESLIE J. WILLIAMS, JR., and BAMBI TYREE, | ) |
|           Defendants. | ) Case No. A05-085 CV (JKS) |

## ORDER GRANTING MOTION TO SET ASIDE ENTRY OF DEFAULT

Defendant, Bambi Tyree, by and through her counsel of record, EIDE, GINGRAS & PATE, P.C., moved this Court to vacate the clerk's entry of default entered on September 23, 2005. The Court having reviewed all oppositions thereto and being fully advised in the premises,

IT IS HEREBY ORDERED that the Clerk's Entry of Default entered on September 23, 2005 is hereby set aside.

DATED at Anchorage, Alaska this _____ day of _____, 2006.

_____
James K. Singleton, Jr.
United States District Judge

CERTIFICATE OF SERVICE

PATTI J. JULIUSSEN certifies as follows:
That I am a legal secretary employed by the law firm of Eide, Gingras & Pate, P.C. That on this 20th day of September, 2006, I served a true and accurate copy of the foregoing document upon the following counsel of record:

ATTORNEY FOR PLAINTIFF

Darryl L. Jones, Esq.          [X] electronically
109 W. 6th Avenue, Suite 200
Anchorage, AK 99501

ATTORNEYS FOR DEFENDANT JOSEF F. BOEHM

David Kenner, Esq.             [X] electronically
Kenner Law Firm
16000 Ventura Blvd., Suite 1208
Encino, CA 91436

Allen K. Bolling               [X] First Class Maill
Inmate No.: 14911-006
USP Terre Haute
U.S. Penitentiary
P.O. Box 12015
Terre Haute, IN 47801

Leslie Williams                [X] First Class Mail
Reg. 14903-006
Federal Correctional Institution – Victorville – Medium II
P.O. Box 5700
Adelanto, CA 92301

EIDE, GINGRAS & PATE, P.C.

By____s/Patti J. Juliussen_____
       PATTI J. JULIUSSEN

f:\492\03\order motion to set aside entry of default

Motion to Set Aside Entry of Default
*Purcer v. Boehm, et al*, Case No. A06-031 cv                                    Page 2