UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| SALLY C. PURSER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| JOSEF F. BOEHM, ALLEN K. BOLLING, LESLIE J. WILLIAMS, JR., and BAMBI TYREE, | ) ) ) |
| | ) Case No. A05-085 CV (JKS) |
| Defendants. | ) |

**AFFIDAVIT OF BAMBI TYREE**

STATE OF ALASKA          )
                                      )ss.
THIRD JUDICIAL DISTRICT )

I, Bambi Tyree, being first duly sworn, deposes and says:

1) I am one of the defendants in the above-captioned matter and am therefore familiar with this lawsuit.

2) On June 14, 2005, I was served with the complaint and summons in this case while I was in custody at the Federal Detention Center, in Seattle, Washington.

3) When I received the summons and complaint, I believed it was related to my criminal case, because it alleged the same facts as my criminal case had.

4) I believed that my Federal Public Defender, Sue Ellen Tatter, would handle the case for me, as she had in my criminal case, so I sent the paperwork to her.

5) I tried contacting Sue Ellen by the telephone, but was unable to immediately connect with her.

6) I was later able to speak with her on the telephone and she told me that she could not represent me in this case, as it was a civil matter.

7) When I learned Sue Ellen could not represent me, I had no money to hire an attorney with.

8) Although I read the complaint and summons, I did not understand what all the words meant. I did not know what an entry of default was.

9) I dropped out of public school in 7th grade and although I completed my GED, I have no formal legal training.

10) Before June 14, 2005, I had never been a civil defendant in a suit for monetary damages.

11) While I was incarcerated in home detention, I was able to schedule a meeting with attorneys at Eide, Gingras & Pate, P.C. I met with them on August 29, 2006.

12) I was released from custody on September 6, 2006.

13) If given a chance to answer the complaint against me, I will deny the substantive allegations.

FURTHER YOUR AFFIANT SAYETH NAUGHT.

By: *Bambi L. Tyree*
Bambi Tyree

SUBSCRIBED AND SWORN TO before me this 20th day of September, 2006.

*Patti J. Jul*
Notary Public in and for Alaska
My Commission Expires: 5/29/08

CERTIFICATE OF SERVICE

PATTI J. JULIUSSEN certifies as follows: That I am a legal secretary employed by the law firm of Eide, Gingras & Pate, P.C. That on this 20th day of September, 2006, I a true and accurate copy of the foregoing document upon the following counsel of record:

ATTORNEY FOR PLAINTIFF
Darryl L. Jones, Esq.            [X] electronically
109 W. 6th Avenue, Suite 200
Anchorage, AK 99501

ATTORNEYS FOR DEFENDANT JOSEF F. BOEHM
David Kenner, Esq., Kenner Law Firm    [X] electronically
16000 Ventura Blvd., Suite 1208
Encino, CA 91436

Allen K. Bolling                 [X] First Class Mail
Inmate No.: 14911-006
USP Terre Haute,    U.S. Penitentiary
P.O. Box 12015
Terre Haute, IN 47801

Leslie Williams                  [X] First Class Mail
Reg. 14903-006, Federal Correctional Institution – Victorville – Medium II
P.O. Box 5700
Adelanto, CA 92301

EIDE, GINGRAS & PATE, P.C.

By *Patti J. Jul*
PATTI J. JULIUSSEN

Affidavit of Bambi Tyree
*Wallis v. Boehm, et al*, Case No. A06-031 cv                    Page 3