IN THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

| | |
|---|---|
| Sally C. Purser, | ) |
|     Plaintiff, | ) ) ) |
| vs. | ) ) |
| Josef F. Boehm, Allen K. Bolling, Leslie J. Williams, Jr. and Bambi Tyree, | ) ) ) |
|     Defendants. | ) ) |
| _____) | **Case No. A05-0085 (JKS)** |

**PROPOSED ORDER DENYING REQUEST**
**FOR JUDICIAL NOTICE OF STATE COURT DECISION**

Josef Boehm has asked this Court to take judicial notice of an Alaska Superior Court decision in <u>E.A. v. Boehm</u>, Ak.Super. 3AN-05-11782 Civil. (Docket 61). The motion was opposed and after having reviewed the motion, grounds therefore and any opposition thereto;

IT IS HEREBY ORDERED, the request for judicial notice is DENIED and the decision at Docket 61 is stricken from the Record.

DATED this __ day of September 2006.

_____
U.S. District Court Judge