IN THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

| | |
|---|---|
| Sally C. Purser, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| Josef F. Boehm, Allen K. Bolling, | ) |
| Leslie J. Williams, Jr. and Bambi Tyree, | ) |
| | ) |
|     Defendants. | ) |
| _____ ) | **Case No. A05-0085 (JKS)** |

**PROPOSED ORDER RE: RULE 6(b)(2) MOTION**

Josef Boehm has sought an order setting aside the partial summary judgment entered at Docket 38. (Docket 59). The Court having considered the motion, grounds therefore and the response thereto;

IT IS HEREBY ORDERED, the request for leave to late file the opposition to summary judgment at Docket 43 is GRANTED.

IT IS FURTHER ORDERED, the request for relief from that judgment is DENIED. This Court has made an independent review of the Motion at Docket 35, the Opposition at Docket 43, the reply at Docket 46 and the record before this Court. After having made an independent review, the Court is convinced that there are no issues of material fact in dispute and plaintiff is entitled to judgment on liability as a matter of law. Accordingly, the order granting summary judgment at Docket 38 will remain the order of the Court.

DATED this ___ day of September 2006.

_____
U.S. District Court Judge