```
KENNER LAW FIRM, P.C.
David E. Kenner, SBN 41425
Brett A. Greenfield, SBN 217343
16000 Ventura Boulevard, PH 1208
Encino, CA 91364
818 995 1195
818 475 5369 - fax

Attorney for Defendant Josef F. Boehm
```

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| Sally C. Purser,<br><br>        Plaintiff,<br><br>   v.<br><br>Josef F. Boehm, Allen K. Bolling, and Bambi Tyree,<br><br>        Defendants. | DECLARATION OF BRETT A. GREENFIELD RE OPPOSITION TO PLAINTIFF'S MOTION TO FREEZE ASSETS<br><br>CASE NO.: A05-0085 (JKS) |

I, Brett A. Greenfield, declare as follows:

1. I am an attorney duly licenced to practice law in the State of California and before this Honorable Court.

2. On August 30, 2006, I telephoned plaintiff's counsel Daryl Jones to inquire about the upcoming procedural deadlines and need for a general continuance of all dates due to the extenuating circumstances caused by the emergency health problems of lead counsel David E. Kenner.

3. Mr. Jones responded to my request by communicating the need to speak with plaintiff. Mr. Jones additionally inquired about the possibility of engaging in settlement negotiations in the Los Angeles area.

1

DECLARATION OF BRETT A. GREENFIELD

1  4.    Mr. Jones had inquired about settlement with me on two prior
2  occasions and indicated that he could use the excuse to travel to Las
3  Vegas, Nevada. I told Mr. Jones I would need to speak with Mr. Kenner
4  and defendant as I had in response to the two prior requests.
5  5.    The next day I telephoned plaintiff's counsel Daryl Jones to
6  followup on the request for a general continuance. Mr. Jones denied my
7  request.
8  6.    Mr. Jones again inquired about engaging in settlement discussions
9  in Los Angeles.
10
11 7.    Mr. Jones boasted about his perceived understanding of
12 defendants' financial status.
13 8.    Mr. Jones went on to represent the ease in which he felt he could
14 collect a potential judgment.
15 9.    I could neither confirm nor deny Mr, Jones' statements as I had
16 yet to speak with or meet defendant. I acknowledged Mr. Jones'
17 statement that receiving settlement money is easier than collection
18 work.
19
20 I declare the foregoing to be true and correct under the penalty of
21 perjury. Executed this 23rd of September, 2006 at Encino, California.
22
23          *[signature: Brett Greenfield]*
24              Brett A. Greenfield
25
26
27
28

2

DECLARATION OF BRETT A. GREENFIELD

```
 1  KENNER LAW FIRM, P.C.
    David E. Kenner, SBN 41425
 2  16000 Ventura Boulevard, PH 1208
    Encino, CA 91364
 3  818 995 1195
    818 475 5369 - fax
 4
    Attorney for Josef F. Boehm
 5

 6       IN THE UNITED STATES DISTRICT COURT DISTRICT OF ALASKA

 7
    Salley C. Purser,              ) CASE NO.: A05-0085
 8                                 )
                                   ) CERTIFICATE OF SERVICE
 9              Plaintiff,         )
                                   ) DATE:     August 28, 2006
10       v.                        ) TIME:     8:30 a.m.
                                   )
11  Joesef F. Boehm, Allen K.      )
    Bolling, Leslie J. Williams, Jr.)
12  and Bambi Tyree,               )
                                   )
13              Defendants.        )
                                   )
14  _____

15       This is to Certify that on or about September 25, 2006 a true

16  and correct copy of the attached documents were caused to be mailed

17  to the following parties of record:

18

19  Bambi Tyree
    Inmate No: 13016-006
20  FCI Dublin
    5701 8th Street-Camp Parks
21  Dublin, CA 94568
    C.M. No.: 7002 2410 0006 6742 2539
22
    Allen K. Bolling
23  Inmate No: 14911-006
    USP Terre Haute
24  U.S. Penitentiary
    P.O. Box 12015
25  Terre Haute, IN 47801
    C.M. 7002 2410 0006 6742 2188
26

27

28
```

1  The following parties were served electronically on September 25, 2006:

**Darryl L. Jones**

lodj.federalnotices@yahoo.com

**Mary L. Pate**

mary.pate@egpalaska.com

KENNER LAW FIRM, P.C.

By: /s/ David E. Kenner
David E. Kenner
Attorney for Defendant
Josef Boehm