KENNER LAW FIRM, P.C.
David E. Kenner, SBN 41425
Brett A. Greenfield, SBN 217343
16000 Ventura Boulevard, PH 1208
Encino, CA 91364
818 995 1195
818 475 5369 - fax

Attorney for Defendant Josef F. Boehm

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

Sally C. Purser,                )
                                ) ORDER ON MOTION TO FREEZE
        Plaintiff,              ) DEFENDANT'S ASSETS
                                )
        v.                      )
                                )
Josef F. Boehm, Allen K.        )
Bolling, and Bambi Tyree,       )
                                )
        Defendants.             )
                                )
                                )
_____)
                                ) CASE NO.: A05-0085 (JKS)

### ORDER ON MOTION TO FREEZE DEFENDANTS ASSETS

This court having reviewed the motion to freeze defendant's assets and any opposition filed in response, ORDERS:

The Motion is DENIED

Dated this ____ day of _____, 2006.

1

ORDER

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

2

ORDER

```
 1 │ KENNER LAW FIRM, P.C.
   │ David E. Kenner, SBN 41425
 2 │ 16000 Ventura Boulevard, PH 1208
   │ Encino, CA 91364
 3 │ 818 995 1195
   │ 818 475 5369 - fax
 4 │
   │ Attorney for Josef F. Boehm
 5 │
 6 │      IN THE UNITED STATES DISTRICT COURT DISTRICT OF ALASKA
 7 │
   │ Salley C. Purser,               ) CASE NO.: A05-0085
 8 │                                 )
   │                                 ) CERTIFICATE OF SERVICE
 9 │              Plaintiff,         )
   │                                 ) DATE:      August 28, 2006
10 │      v.                         ) TIME:      8:30 a.m.
   │                                 )
11 │ Joesef F. Boehm, Allen K.       )
   │ Bolling, Leslie J. Williams, Jr.)
12 │ and Bambi Tyree,                )
   │                                 )
13 │              Defendants.        )
   │                                 )
14 │ _____
15 │      This is to Certify that on or about September 25, 2006 a true
16 │ and correct copy of the attached documents were caused to be mailed
17 │ to the following parties of record:
18 │
19 │ Bambi Tyree
   │ Inmate No: 13016-006
20 │ FCI Dublin
   │ 5701 8th Street-Camp Parks
21 │ Dublin, CA 94568
   │ C.M. No.: 7002 2410 0006 6742 2539
22 │
   │ Allen K. Bolling
23 │ Inmate No: 14911-006
   │ USP Terre Haute
24 │ U.S. Penitentiary
   │ P.O. Box 12015
25 │ Terre Haute, IN 47801
   │ C.M. 7002 2410 0006 6742 2188
26 │
27 │
28 │
```

The following parties were served electronically on September 25, 2006:

**Darryl L. Jones**

lodj.federalnotices@yahoo.com

**Mary L. Pate**

mary.pate@egpalaska.com

KENNER LAW FIRM, P.C.

By: _____
David E. Kenner,
Attorney for Defendant
Josef Boehm