```
KENNER LAW FIRM, P.C.
David E. Kenner, SBN 41425
Brett A. Greenfield, SBN 217343
16000 Ventura Boulevard, PH 1208
Encino, CA 91364
818 995 1195
818 475 5369 - fax

Attorney for Defendant Josef F. Boehm
```

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| Sally C. Purser, | ORDER ON MOTION TO FREEZE DEFENDANT'S ASSETS |
| Plaintiff, | |
| v. | |
| Josef F. Boehm, Allen K. Bolling, and Bambi Tyree, | |
| Defendants. | |
| | CASE NO.: A05-0085 (JKS) |

## ORDER ON MOTION TO FREEZE DEFENDANTS ASSETS

This court having reviewed the motion to freeze defendant's assets and any opposition filed in response, ORDERS:

The Motion is DENIED

Dated this ____ day of _____, 2006.

1

ORDER

```
 1  KENNER LAW FIRM, P.C.
    David E. Kenner, SBN 41425
 2  16000 Ventura Boulevard, PH 1208
    Encino, CA 91364
 3  818 995 1195
    818 475 5369 - fax
 4
    Attorney for Josef F. Boehm
 5

 6        IN THE UNITED STATES DISTRICT COURT DISTRICT OF ALASKA

 7
    Salley C. Purser,                ) CASE NO.: A05-0085
 8                                   )
                                     ) CERTIFICATE OF SERVICE
 9              Plaintiff,           )
                                     ) DATE:     September 27, 2006
10        v.                         ) TIME:     8:30 a.m.
                                     )
11  Joesef F. Boehm, Allen K.        )
    Bolling, Leslie J. Williams, Jr.)
12  and Bambi Tyree,                 )
                                     )
13              Defendants.          )
                                     )
14  _____

15        This is to Certify that on or about September 27, 2006 a true

16  and correct copy of the attached documents were caused to be mailed

17  to the following parties of record:

18

19

20  Allen K. Bolling
    Inmate No: 14911-006
21  USP Terre Haute
    U.S. Penitentiary
22  P.O. Box 12015
    Terre Haute, IN 47801
23  C.M. 7002 2410 0006 6742 2188

24

25

26  The following parties were served electronically on September 27,
    2006:
27

28  Darryl L. Jones
    lodj.federalnotices@yahoo.com
```

1 | **Mary L. Pate**
2 | mary.pate@egpalaska.com
3 |
4 |
5 |
6 |
7 |             KENNER LAW FIRM, P.C.
8 |
9 |       By: _____/s/ David Kenner_____
10 |           David E. Kenner,
11 |           Attorney for Defendant
              Josef Boehm
12 |