summary judgment or denies summary judgment.

3. **PLAINTIFF'S ARGUMENT FOR CLAIM PRECLUSION HAS BEEN DECIDED IN DEFENDANTS FAVOR**

Plaintiff's motion for partial summary judgment on the issues of collateral estoppel and for issue preclusion in this case based <u>solely</u> on Defendant's conviction and sentencing. The same issues were litigated on there merits in the related state case of <u>E.A. v. Boehm</u>, Superior Court Case 3AN-05-11782 CI. The motion for partial summary judgment was denied.

4. **CONCLUSION**

For the foregoing reasons defendant respectfully requests that this Court set aside its order granting partial summary judgment and allow the opposition to be re-filed and heard on its own merit.

September 13, 2006                KENNER LAW FIRM, P.C.

By: /s/ David Kenner

David E. Kenner,
Attorney for Defendant Josef F. Boehm
Kenner Law Firm
16000 Ventura Blv.
Penthouse 1208
Encino, CA 91436
Phone: 818-995-1195
Fax: 818-475-5369
Email: office@kennerlaw.com
Bar Number: 41425