```
1  KENNER LAW FIRM, P.C.
   David E. Kenner, SBN 41425
2  16000 Ventura Boulevard, PH 1208
   Encino, CA 91364
3  818 995 1195
   818 475 5369 – fax
4
   Attorney for Josef F. Boehm
5
```

6        IN THE UNITED STATES DISTRICT COURT DISTRICT OF ALASKA

```
 7
    Salley C. Purser,              )  CASE NO.: A05-0085
 8                                  )
                                    )  NOTICE OF ATTACHMENT
 9              Plaintiff,          )
                                    )  DATE:      September 29, 2006
10         v.                       )  TIME:      8:30 a.m.
                                    )
11  Joesef F. Boehm, Allen K.       )
    Bolling, Leslie J. Williams, Jr.)
12  and Bambi Tyree,                )
                                    )
13              Defendants.         )
                                    )
14  _____
```

15     Attached is a proposed order denying plaintiff's motion to
16  freeze defendant's assets.

17
18
19  KENNER LAW FIRM, P.C.
20
21
22                      By: _____
23                      David E. Kenner,
                        Attorney for Defendant
24                      Josef Boehm
                        16000 Ventura Blv.
25                      Penthouse 1208
                        Encino, CA 91436
26                      Bar # 41425
                        Phone: 818-995-1195
27                      Fax: 818-475-5369
                        Email: Office@kennerlaw.com
28

```
1  KENNER LAW FIRM, P.C.
   David E. Kenner, SBN 41425
2  Brett A. Greenfield, SBN 217343
   16000 Ventura Boulevard, PH 1208
3  Encino, CA 91364
   818 995 1195
4  818 475 5369 - fax

5  Attorney for Defendant Josef F. Boehm

6              IN THE UNITED STATES DISTRICT COURT

7                       DISTRICT OF ALASKA

8

9  Sally C. Purser,                )
                                    ) ORDER ON MOTION TO FREEZE
10         Plaintiff,               ) DEFENDANT'S ASSETS
                                    )
11         v.                       )
                                    )
12 Josef F. Boehm, Allen K.         )
   Bolling, and Bambi Tyree,        )
13                                  )
           Defendants.              )
14                                  )
                                    )
15 _____  )
                                    ) CASE NO.: A05-0085 (JKS)
16

17
            ORDER ON MOTION TO FREEZE DEFENDANTS ASSETS
18

19     This court having reviewed the motion to freeze

20 defendant's assets and any opposition filed in response,

21 ORDERS:

22
   The Motion is DENIED
23

24
      Dated this ____ day of _____, 2006.
25

26

27

28

                              1
                            ORDER
```

```
KENNER LAW FIRM, P.C.
David E. Kenner, SBN 41425
16000 Ventura Boulevard, PH 1208
Encino, CA 91364
818 995 1195
818 475 5369 - fax

Attorney for Josef F. Boehm
```

IN THE UNITED STATES DISTRICT COURT DISTRICT OF ALASKA

| | |
|---|---|
| Salley C. Purser, | CASE NO.: A05-0085 |
| Plaintiff, | CERTIFICATE OF SERVICE |
| v. | DATE: September 27, 2006 |
| Joesef F. Boehm, Allen K. Bolling, Leslie J. Williams, Jr. and Bambi Tyree, | TIME: 8:30 a.m. |
| Defendants. | |

This is to Certify that on or about September 27, 2006 a true and correct copy of the attached documents were caused to be mailed to the following parties of record:

```
Allen K. Bolling
Inmate No: 14911-006
USP Terre Haute
U.S. Penitentiary
P.O. Box 12015
Terre Haute, IN 47801
C.M. 7002 2410 0006 6742 2188
```

The following parties were served electronically on September 27, 2006:

**Darryl L. Jones**
lodj.federalnotices@yahoo.com

**Mary L. Pate**

mary.pate@egpalaska.com

KENNER LAW FIRM, P.C.

By: /s/ David Kenner
David E. Kenner,
Attorney for Defendant
Josef Boehm