```
 1  KENNER LAW FIRM, P.C.
    David E. Kenner, SBN 41425
 2  16000 Ventura Boulevard, PH 1208
    Encino, CA 91364
 3  818 995 1195
    818 475 5369 - fax
 4
    Attorney for Josef F. Boehm
 5

 6        IN THE UNITED STATES DISTRICT COURT DISTRICT OF ALASKA

 7
    Salley C. Purser,                  )  CASE NO.: A05-0085
 8                                     )
                                       )
 9               Plaintiff,            )  NOTICE (OTHER) CORRECTING #80,
                                       )  CORRECTION OF ELECTRONIC
10         v.                          )  SIGNATURE PAGE IS ATTACHED.
                                       )
11  Joesef F. Boehm, Allen K.          )
    Bolling, Leslie J. Williams, Jr.)    DATE:     September 29, 2006
12  and Bambi Tyree,                   )
                                       )  TIME:     8:30 a.m.
13              Defendants.            )
                                       )
14  _____

15       Attached is a correction of the electronic signature page
16  concerning docket #80.
17

18

19

20  KENNER LAW FIRM, P.C.
21

22

23
24                    By: /s/ David Kenner
25
                      David E. Kenner,
26                    Attorney for Defendant
27                    Josef Boehm
                      16000 Ventura Blv.
28                    Penthouse 1208
```

Encino, CA 91436
Bar # 41425
Phone: 818-995-1195
Fax: 818-475-5369
Email: Office@kennerlaw.com

1  summary judgment or denies summary judgment.

2  3. **PLAINTIFF'S ARGUMENT FOR CLAIM PRECLUSION HAS BEEN DECIDED IN DEFENDANTS FAVOR**

4  Plaintiff's motion for partial summary judgment on the issues of collateral estoppel and for issue preclusion in this case based <u>solely</u> on Defendant's conviction and sentencing. The same issues were litigated on there merits in the related state case of <u>E.A. v. Boehm</u>, Superior Court Case 3AN-05-11782 CI. The motion for partial summary judgment was denied.

10 4. **CONCLUSION**

For the foregoing reasons defendant respectfully requests that this Court set aside its order granting partial summary judgment and allow the opposition to be re-filed and heard on its own merit.

September 13, 2006          KENNER LAW FIRM, P.C.

By: _/s/ David Kenner_

David E. Kenner,
Attorney for Defendant Josef F. Boehm
Kenner Law Firm
16000 Ventura Blv.
Penthouse 1208
Encino, CA 91436
Phone: 818-995-1195
Fax: 818-475-5369
Email: office@kennerlaw.com
Bar Number: 41425

1  KENNER LAW FIRM, P.C.
   David E. Kenner, SBN 41425
2  16000 Ventura Boulevard, PH 1208
   Encino, CA 91364
3  818 995 1195
   818 475 5369 - fax
4
   Attorney for Josef F. Boehm
5

6         IN THE UNITED STATES DISTRICT COURT DISTRICT OF ALASKA

7
   Salley C. Purser,              ) CASE NO.: A05-0085
8                                  )
                                   ) CERTIFICATE OF SERVICE
9              Plaintiff,          )
                                   ) DATE:      September 29, 2006
10       v.                        ) TIME:      8:30 a.m.
                                   )
11 Joesef F. Boehm, Allen K.       )
   Bolling, Leslie J. Williams, Jr.)
12 and Bambi Tyree,                )
                                   )
13             Defendants.         )
                                   )
14 _____

15       This is to Certify that on or about September 29, 2006 a true

16 and correct copy of the attached documents were caused to be mailed

17 to the following parties of record:

18

19

20 Allen K. Bolling
   Inmate No: 14911-006
21 USP Terre Haute
   U.S. Penitentiary
22 P.O. Box 12015
   Terre Haute, IN 47801
23 C.M. 7002 2410 0006 6742 2188

24

25

26 The following parties were served electronically on September 29,
   2006:
27

28 **Darryl L. Jones**
   lodj.federalnotices@yahoo.com

**Mary L. Pate**

mary.pate@egpalaska.com

 

KENNER LAW FIRM, P.C.

By: _____/s/_____

David E. Kenner,
Attorney for Defendant
Josef Boehm
16000 Ventura Blv.
Penthouse 1208
Encino, CA 91436
Bar # 41425
Phone: 818-995-1195
Fax: 818-475-5369
Email: Office@kennerlaw.com