Darryl L. Jones, Esq.
109 W. 6th Avenue, Suite 200
Anchorage, AK 99501
Tel (907) 278-1212
Fax (907) 278-1213

Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| Salley C. Purser, )<br>)<br>    Plaintiff, )<br>)<br>v. )<br>)<br>Josef F. Boehm, Allen K. Bolling, )<br>and Bambi Tyree, )<br>)<br>    Defendants. )<br>_____) | Case No: A05-0085 (JKS) |

**<u>CERTIFICATE OF SERVICE</u>**

     This is to certify that on the 4th day of October, 2006, a true and correct copy of the foregoing document was caused to be mailed to the following parties of record via United States Certified Mail:

     Allen K. Bolling
     Inmate No: 14911-006
     USP Terre Haute
     U.S. Penitentiary
     P.O. Box 12015
     Terre Haute, IN 47801
     CM No.: 7002 2410 0006 6742 0016

Bambi Tyree
c/o Mary Pate
425 G Street, Suite 930
Anchorage, Alaska 99501
CM No: 7002 2410 0006 6742 0023


Josef Boehm
c/o David Kenner
Kenner Law Firm
16000 Ventura Blvd., Ste.1208
Encino, CA 91436
CM No: 7002 2410 0006 6742 2232

An electronic copy was also served on Attorney Kenner at the following email address: david@kennerlaw.com and was also served on Attorney Pate at the following email address: mary.pate@egpalaska.com

    DATED this 4th day of October, 2006 at Anchorage, Alaska.


    /s/ Darryl L. Jones
    109 W. 6th Avenue, Suite 200
    Anchorage, Alaska 99501
    Phone: 907-278-1212
    Phone: 907-278-1213
    E-mail: lodj.federalnotices@yahoo.com
    ABA No.: 8811188