KENNER LAW FIRM, P.C.
David E. Kenner, SBN 41425
Brett A. Greenfield, SBN 217343
16000 Ventura Boulevard, PH 1208
Encino, CA 91364
818 995 1195
818 475 5369 - fax

Attorney for Defendant Josef F. Boehm

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| Sally C. Purser, | ) |
|     Plaintiff, | ) DEFENDANT BOEHM'S MOTION FOR<br>) CONFERENCE REGARDING SCHEDULING<br>) AND PLANNING |
| v. | ) |
| Josef F. Boehm, Allen K. Bolling, and Bambi Tyree, | ) |
|     Defendants. | ) |

CASE NO.: A05-0085 (JKS)

## MOTION FOR CONFERENCE REGARDING SCHEDULING AND PLANNING

Comes now the defendant by and through counsel and hereby requests a conference to discuss scheduling and planning of this case. New counsel has entered an appearance in this case and needs time to prepare. The deadlines set forth in original order dated November 10th, 2005 are quickly approaching and proper defense necessitates an extension of those dates. Because the Court and opposing counsel also have schedules that need to be coordinated it is requested the court schedule a brief, telephonic conference to address discovery issues.

1

MOTION FOR CONFERENCE REGARDING SCHEDULING AND PLANNING

1  This request is made pursuant to the implications in paragraph
2  7 of the original scheduling order indicating that a
3  conference must be requested if more time is required to
4  complete discovery.
5
6  The defense will present just reason for extension at the
7  conference.
8
9
10
11  October 13, 2006                KENNER LAW FIRM, P.C.
12
13
14
15              By: /s/ David Kenner
                David E. Kenner,
16              Attorney for Defendant Josef Boehm
                KENNER LAW FIRM, P.C.
17              David E. Kenner, SBN 41425
                16000 Ventura Boulevard, PH 1208
18              Encino, CA 91364
                Phone:  818 995 1195
19              Fax:    818 475 5369
20
21
22
23
24
25
26
27
28

2

MOTION FOR CONFERENCE REGARDING SCHEDULING AND PLANNING

```
 1  KENNER LAW FIRM, P.C.
    David E. Kenner, SBN 41425
 2  16000 Ventura Boulevard, PH 1208
    Encino, CA 91364
 3  818 995 1195
    818 475 5369 - fax
 4
    Attorney for Josef F. Boehm
 5
 6        IN THE UNITED STATES DISTRICT COURT DISTRICT OF ALASKA
 7
    Salley C. Purser,              )  CASE NO.: A05-0085
 8                                  )
                                    )  CERTIFICATE OF SERVICE
 9              Plaintiff,          )
                                    )  DATE:      October 13, 2006
10        v.                        )
                                    )
11  Joesef F. Boehm, Allen K.       )
    Bolling, Leslie J. Williams, Jr.)
12  and Bambi Tyree,                )
                                    )
13              Defendants.         )
                                    )
14  _____

15        This is to Certify that on or about October 13, 2006 a true
16  and correct copy of the attached documents were caused to be mailed
17  to the following parties of record:
18
    Allen K. Bolling
19  Inmate No: 14911-006
    USP Terre Haute
20  U.S. Penitentiary
    P.O. Box 12015
21  Terre Haute, IN 47801
    C.M. 7002 2410 0006 6742 2188
22
    The following parties were served electronically on October 13,
23  2006:
24
```

25  **Darryl L. Jones**
    lodj.federalnotices@yahoo.com
26

27  **Mary L. Pate**
28
    mary.pate@egpalaska.com

KENNER LAW FIRM, P.C.

By: _____
David E. Kenner,
Attorney for Defendant Josef Boehm
KENNER LAW FIRM, P.C.
David E. Kenner, SBN 41425
16000 Ventura Boulevard, PH 1208
Encino, CA 91364
Phone:  818 995 1195
Fax:    818 475 5369