```
1  KENNER LAW FIRM, P.C.
   David E. Kenner, SBN 41425
2  16000 Ventura Boulevard, PH 1208
   Encino, CA 91364
3  818 995 1195
   818 475 5369 - fax
4
   Attorney for Josef F. Boehm
5
```

IN THE UNITED STATES DISTRICT COURT DISTRICT OF ALASKA

| | |
|---|---|
| Salley C. Purser, | CASE NO.: A05-0085 |
| Plaintiff, | NOTICE OF ATTACHMENT DOCKET #92. |
| v. | DATE: October 13, 2006 |
| Joesef F. Boehm, Allen K. Bolling, Leslie J. Williams, Jr. and Bambi Tyree, | TIME: 8:30 a.m. |
| Defendants. | |

Attached is the proposed order concerning docket number 92.

KENNER LAW FIRM, P.C.

By: /s/ David Kenner

David E. Kenner,
Attorney for Defendant
Josef Boehm
16000 Ventura Blv.
Penthouse 1208
Encino, CA 91436
Bar # 41425

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Phone: 818-995-1195
Fax: 818-475-5369
Email: Office@kennerlaw.com

KENNER LAW FIRM, P.C.
David E. Kenner, SBN 41425
Brett A. Greenfield, SBN 217343
16000 Ventura Boulevard, PH 1208
Encino, CA 91364
818 995 1195
818 475 5369 - fax

Attorney for Defendant Josef F. Boehm

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| Sally C. Purser, | ) |
| Plaintiff, | ) ORDER FOR CONFERENCE REGARDING<br>) SCHEDULING AND PLANNING |
| v. | ) |
| Josef F. Boehm, Allen K. Bolling, and Bambi Tyree, | ) |
| Defendants. | ) |
| _____ | ) CASE NO.: A05-0085 (JKS) |

### ORDER ON MOTION FOR CONFERENCE REGARDING SCHEDULING AND PLANNING

It is hereby ORDERED that this matter shall be set for conference regarding scheduling and planning on October ____, 2006 at _____, a.m./p.m.

The parties should be prepared to discuss all issues related to discovery at that time.

Dated this _____ day of October, 2006.

_____
James K. Singleton, District Judge

1

ORDER RE MOTION FOR CONFERENCE REGARDING SCHEDULING AND PLANNING

```
 1  KENNER LAW FIRM, P.C.
    David E. Kenner, SBN 41425
 2  16000 Ventura Boulevard, PH 1208
    Encino, CA 91364
 3  818 995 1195
    818 475 5369 - fax
 4
    Attorney for Josef F. Boehm
 5

 6         IN THE UNITED STATES DISTRICT COURT DISTRICT OF ALASKA

 7
    Salley C. Purser,              ) CASE NO.: A05-0085
 8                                  )
                                    ) CERTIFICATE OF SERVICE
 9               Plaintiff,         )
                                    ) DATE:     October 13, 2006
10         v.                       )
                                    )
11  Joesef F. Boehm, Allen K.       )
    Bolling, Leslie J. Williams, Jr.)
12  and Bambi Tyree,                )
                                    )
13               Defendants.        )
                                    )
14  _____

15         This is to Certify that on or about October 13, 2006 a true

16  and correct copy of the attached documents were caused to be mailed

17  to the following parties of record:

18
    Allen K. Bolling
19  Inmate No: 14911-006
    USP Terre Haute
20  U.S. Penitentiary
    P.O. Box 12015
21  Terre Haute, IN 47801
    C.M. 7002 2410 0006 6742 2188
22
    The following parties were served electronically on October 13,
23  2006:

24

25  Darryl L. Jones
    lodj.federalnotices@yahoo.com
26

27  Mary L. Pate

28  mary.pate@egpalaska.com
```

| | |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | KENNER LAW FIRM, P.C. |
| 5 | |
| 6 | By: /s/ David E. Kenner |
| 7 | David E. Kenner, |
| 8 | Attorney for Defendant Josef Boehm |
|   | KENNER LAW FIRM, P.C. |
| 9 | David E. Kenner, SBN 41425 |
| 10 | 16000 Ventura Boulevard, PH 1208 |
| 11 | Encino, CA 91364 |
| 12 | Phone: 818 995 1195 |
|    | Fax: 818 475 5369 |