RECEIVED



NACDL & NCDD Present the 10th Annual DWI Means Defend With Ingenuity® Seminar

# Making Over Your DUI Practice

Caesars Palace Hotel • Las Vegas
October 12 – 14, 2006