IN THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

| | |
|---|---|
| Sally C. Purser,                              ) | |
|         Plaintiff,               ) | |
| vs.                                                  ) | |
| Josef F. Boehm, Allen K. Bollling, ) and Bambi Tyree,                       ) | |
|         Defendants.            ) | Case No.: A05-0085 CV (JKS) |

**PROPOSED ORDER RE: PLAINTIFF'S MOTION TO COMPEL**

This Court, having considered the merits of the Plaintiff's Motion to Compel the Defendant to respond to the Plaintiff's First Discovery Requests, Interrogatories and Admissions, hereby **GRANTS** the Plaintiff's Motion to Compel and hereby **ORDERS** the Defendant, Josef Boehm, to produce _____ years of tax returns and financial documents as requested by the Plaintiff within fifteen days, in addition to answering the Plaintiff's First Discovery Requests, within fifteen days from the date of this Order.

DATED this _____ day of _____, 2006.

_____
Honorable James K. Singleton