Darryl L. Jones, Esq.
109 W. 6th Avenue, Suite 200
Anchorage, AK 99501
Tel (907) 278-1212
Fax (907) 278-1213

Attorney for Plaintiff


IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA


| | |
|---|---|
| Salley C. Purser, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| Josef F. Boehm, Allen K. Bolling, ) | |
| and Bambi Tyree, ) | |
| ) | |
| Defendants. ) | |
| _____ ) | Case No: A05-0085 (JKS) |


**CERTIFICATE OF SERVICE**

This is to certify that on the 17th day of October, 2006, a true and correct copy of the

foregoing document was caused to be mailed to the following parties of record via United States

Certified Mail:


Allen K. Bolling
Inmate No: 14911-006
USP Terre Haute
U.S. Penitentiary
P.O. Box 12015
Terre Haute, IN 47801
CM No.: 7002 2410 0006 6742 2478

Bambi Tyree
c/o Mary Pate
425 G Street, Suite 930
Anchorage, Alaska 99501
CM No: 7002 2410 0006 6742 2485


Josef Boehm
c/o David Kenner
Kenner Law Firm
16000 Ventura Blvd., Ste.1208
Encino, CA 91436
CM No: 7002 2410 0006 6742 2492

An electronic copy was also served on Attorney Kenner at the following email address: david@kennerlaw.com and was also served on Attorney Pate at the following email address: mary.pate@egpalaska.com

DATED this 17th day of October, 2006 at Anchorage, Alaska.


/s/ Darryl L. Jones
109 W. 6th Avenue, Suite 200
Anchorage, Alaska 99501
Phone: 907-278-1212
Phone: 907-278-1213
E-mail: lodj.federalnotices@yahoo.com
ABA No.: 8811188