RECEIVED

OCT 1 7 2006

EIDE, GINGRAS
& PATE P.C.

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| SALLY PURSER, | NO. 3:05-cv-0085-04-JKS |
| Plaintiff, | |
| vs. | **AFFIDAVIT OF** |
| JOSEF F. BOEHM, ALLEN K. BOLLING, LESLIE J. WILLIAMS, JR., and **BAMBI TYREE**, | **SUE ELLEN TATTER** |
| Defendant. | |

STATE OF ALASKA

THIRD JUDICIAL DISTRICT

ss:

Sue Ellen Tatter, being first duly sworn upon oath, deposes and states:

1.      I am an attorney with the Federal Defender's Office.

2.      I represented Defendant Bambi Tyree in the criminal case associated with this matter (Case No. 3:04-cr-0003-04-JWS).

3.      Ms. Tyree contacted me in 2005 about the complaint she received in this civil matter.

4.      As an attorney with the Federal Defender's Office, I was not authorized to assist Ms. Tyree in the civil matter.

5.      At no time did I advise Ms. Tyree with regard to the civil matter. In particular, I did not advise Ms. Tyree to answer or not to answer the complaint.

Exhibit # _____A_____

Page___1___ of___2_____

6.      I received documents from Ms. Tyree while she was in jail.  These documents appeared to come from the attorneys in her civil case.  Because I was not authorized to assist Ms. Tyree in the civil case, I did not open the documents and held them for her until her release from jail.


FURTHER YOUR AFFIANT SAYETH NAUGHT.


_Sue Ellen Tatter_

Sue Ellen Tatter


SUBSCRIBED AND SWORN to before me this 16th day of October 2006.

Notary Public in and for Alaska
My Commission Expires: 12/20/2008


_United States v. Bambi Tyree_
3:05-cv-0085-04-JKS

Page 2

Exhibit #____A_____
Page__2__ of__2__