Darryl L. Jones, Esq.
109 W. 6th Avenue, Suite 200
Anchorage, AK 99501
Tel (907) 278-1212
Fax (907) 278-1213

Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| Salley C. Purser, )<br>)<br>    Plaintiff, )<br>)<br>v. )<br>)<br>Josef F. Boehm, Allen K. Bolling, )<br>and Bambi Tyree, )<br>)<br>    Defendants. )<br>_____ ) | Case No: A05-0085 (JKS) |

**CERTIFICATE OF SERVICE**

      This is to certify that on the 18th day of October, 2006, a true and correct copy of the foregoing document was caused to be mailed to the following parties of record via United States Certified Mail:

      Allen K. Bolling
      Inmate No: 14911-006
      USP Terre Haute
      U.S. Penitentiary
      P.O. Box 12015
      Terre Haute, IN 47801
      CM No.: 7002 2410 0006 6742 2270

Bambi Tyree
c/o Mary Pate
425 G Street, Suite 930
Anchorage, Alaska 99501
CM No: 7002 2410 0006 6742 2508


Josef Boehm
c/o David Kenner
Kenner Law Firm
16000 Ventura Blvd., Ste.1208
Encino, CA 91436
CM No: 7002 2410 0006 6742 2195

An electronic copy was also served on Attorney Kenner at the following email address: david@kennerlaw.com and was also served on Attorney Pate at the following email address: mary.pate@egpalaska.com

DATED this 18th day of October, 2006 at Anchorage, Alaska.


/s/ Darryl L. Jones
109 W. 6th Avenue, Suite 200
Anchorage, Alaska 99501
Phone: 907-278-1212
Phone: 907-278-1213
E-mail: lodj.federalnotices@yahoo.com
ABA No.: 8811188