```
 1  KENNER LAW FIRM, P.C.
    David E. Kenner, SBN 41425
 2  16000 Ventura Boulevard, PH 1208
    Encino, CA 91364
 3  818 995 1195
    818 475 5369 - fax
 4
    Attorney for Josef F. Boehm
 5
```

## IN THE UNITED STATES DISTRICT COURT DISTRICT OF ALASKA

| | |
|---|---|
| Salley C. Purser, | CASE NO.: A05-0085 |
| Plaintiff, | NOTICE OF ATTACHMENT DOCKET #92. |
| v. | DATE:   October 13, 2006 |
| Joesef F. Boehm, Allen K. Bolling, Leslie J. Williams, Jr. and Bambi Tyree, | TIME:   8:30 a.m. |
| Defendants. | |

Attached is the proposed order concerning docket number 92.

KENNER LAW FIRM, P.C.

By: /s/ David Kenner

David E. Kenner,
Attorney for Defendant
Josef Boehm
16000 Ventura Blv.
Penthouse 1208
Encino, CA 91436
Bar # 41425

```
 1                              Phone: 818-995-1195
 2                              Fax:   818-475-5369
 3                              Email: Office@kennerlaw.com
 4
 5
 6
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28
```