1  KENNER LAW FIRM, P.C.
   David E. Kenner, SBN 41425
2  Brett A. Greenfield, SBN 217343
   16000 Ventura Boulevard, PH 1208
3  Encino, CA 91364
   818 995 1195
4  818 475 5369 - fax

5  Attorney for Defendant Josef F. Boehm

6              IN THE UNITED STATES DISTRICT COURT

7                    DISTRICT OF ALASKA

8

9  Sally C. Purser,                    )
                                       )  ORDER FOR CONFERENCE REGARDING
10           Plaintiff,                )  SCHEDULING AND PLANNING
                                       )
11           v.                        )
                                       )
12  Josef F. Boehm, Allen K.           )
    Bolling, and Bambi Tyree,          )
13                                     )
             Defendants.               )
14                                     )
                                       )
15  _____  )
                                       )  CASE NO.: A05-0085 (JKS)
16

17

18        ORDER ON MOTION FOR CONFERENCE REGARDING

19             SCHEDULING AND PLANNING

20      It is hereby ORDERED that this matter shall be set for

21  conference regarding scheduling and planning on October _____,

22  2006 at _____, a.m./p.m.

23      The parties should be prepared to discuss all issues

24  related to discovery at that time.

25

26  Dated this _____ day of October, 2006.

27                          _____

28                          James K. Singleton, District Judge

                                    1

ORDER RE MOTION FOR CONFERENCE REGARDING SCHEDULING AND PLANNING

1 | KENNER LAW FIRM, P.C.
David E. Kenner, SBN 41425
2 | 16000 Ventura Boulevard, PH 1208
Encino, CA 91364
3 | 818 995 1195
818 475 5369 — fax
4 |
Attorney for Josef F. Boehm
5 |

6 |         IN THE UNITED STATES DISTRICT COURT DISTRICT OF ALASKA

7 |
Salley C. Purser,                )   CASE NO.: A05-0085
8 |                                 )
                                 )   CERTIFICATE OF SERVICE
9 |                 Plaintiff,      )
                                 )   DATE:      October 13, 2006
10 |          v.                    )
                                 )
11 | Joesef F. Boehm, Allen K.      )
Bolling, Leslie J. Williams, Jr.)
12 | and Bambi Tyree,               )
                                 )
13 |                 Defendants.    )
                                 )
14 | _____

15 |      This is to Certify that on or about October 13, 2006 a true

16 | and correct copy of the attached documents were caused to be mailed

17 | to the following parties of record:

18 |
Allen K. Bolling
19 | Inmate No: 14911-006
USP Terre Haute
20 | U.S. Penitentiary
P.O. Box 12015
21 | Terre Haute, IN 47801
C.M. 7002 2410 0006 6742 2188
22 |
The following parties were served electronically on October 13,
23 | 2006:

24 |

25 | **Darryl L. Jones**
lodj.federalnotices@yahoo.com
26 |

27 | **Mary L. Pate**
28 |
mary.pate@egpalaska.com

1
2
3
4        KENNER LAW FIRM, P.C.
5
6        By: _____
7        David E. Kenner,
8        Attorney for Defendant Josef Boehm
9        KENNER LAW FIRM, P.C.
         David E. Kenner, SBN 41425
10       16000 Ventura Boulevard, PH 1208
11       Encino, CA 91364
12       Phone:  818 995 1195
         Fax:  818 475 5369
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28