Wade, Kelly & Sullivan
733 W. 4th Avenue, Suite 200
Anchorage, Alaska 99501
(907) 561-7743
(907) 562-8977 / Facsimile
Sullivan@ak.net

Attorneys for Defendant Josef F. Boehm

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| SALLY C. PURSER, </br></br> Plaintiff, </br></br> v. </br></br> JOSEF F. BOEHM, ALLEN K. BOLLING, LESLIE WILLIAMS, JR., and BAMBI TYREE </br></br> Defendants. | ) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) Case No. 3:05-cv-00085 JKS </br> ) |

### MOTION FOR PRO HAC VICE ADMISSION OF DEFENDANT'S COUNSEL

Pursuant to Alaska Civil Rule 81, and upon the Affirmation and Certificate of Good Standing submitted with this motion, the undersigned moves this Court to admit Kenner Law Firm, P.C., to act as lead counsel on this case. The law firm of Wade, Kelly & Sullivan will act as local associate counsel. The firm is located at the following address:

WADE, KELLY & SULLIVAN
733 W. 4TH AVE. SUITE 200
ANCHORAGE, AK 99501
(907) 561-7743
FAX (907) 562-8977

Mtn. Pro Hac Vice
Purser v. Boehm
No. 3:05-cv-00085 JKS

- 1 -

Wade, Kelly & Sullivan
733 W. 4th Ave., Suite 200
Anchorage, Alaska 99501

As local attorney and associate counsel, and in compliance with Rule 81, an attorney from the law firm of Wade, Kelly & Sullivan will be present for all appearances before this Court related to this matter, and at any other times as this Court may require. Local counsel will accept service of any and all papers submitted in relation to this matter.

DATED this 26th day of October, 2006 at Anchorage, Alaska.

WADE, KELLY & SULLIVAN

By: [signature]
Pamela S. Sullivan
Alaska 9711072
(907) 561-7743
733 W. 4th Ave., Suite 200
Anchorage, Alaska 99501

KENNER LAW FIRM

By: [signature]
Brett Greenfield
California 217343
16000 Ventura Blvd.
Penthouse 1208
Encino, California 91436

Mtn. Pro Hac Vice
Porter v. Boohra
No. 3:05-cv-00085 JKS

-2-