

# Supreme Court of California

### FREDERICK K. OHLRICH
*Clerk of the Court*

## CERTIFICATE OF THE CLERK OF THE SUPREME COURT

## OF THE

## STATE OF CALIFORNIA

I, FREDERICK K. OHLRICH, *Clerk of the Supreme Court of the State of California, do hereby certify that Brett Alan Greenfield was on the 4th day of December, 2001, duly admitted to practice as an attorney and counselor at law in all the courts of this state; and that his/her name now appears on the Roll of Attorneys as a member of the bar of this state in good standing.*

*Witness my hand and the seal of the court, this 25th day of September, 2006.*

FREDERICK K. OHLRICH
Clerk of the Supreme Court

By

Patricia A. Quinn, Deputy Clerk