1  KENNER LAW FIRM, P.C.
   David E. Kenner, SBN 41425
2  Brett A. Greenfield, SBN 217343
   16000 Ventura Boulevard, PH 1208
3  Encino, CA 91364
   818 995 1195
4  818 475 5369 – fax

5  WADE, KELLY & SULLIVAN
   733 W. 4th Avenue, Suite 200
6  Anchorage, Alaska 99501
   (907) 561-7743
7  (907) 562-8977 – fax

8

   Attorney for Defendant Josef F. Boehm
9
                    IN THE UNITED STATES DISTRICT COURT
10
                        FOR THE DISTRICT OF ALASKA
11

12
   SALLY PURSER,                    ) [PROPOSED] ORDER RE PLAINTIFF'S
13                                   ) MOTION TO COMPEL RESPONSES TO
           Plaintiff,               ) DISCOVERY
14                                   )
              v.                     )
15                                   )
   JOSEF F. BOEHM, BAMBI TYREE,      )
16 LESLIE J. WILLIAMS, JR., and      )
   ALLEN K. BOLLING,                 )
17                                   )
           Defendant.               )
18                                   )
                                     )
19 _____  ) CASE NO.: A05-0085 (JKS)

20
                              ORDER
21
        Pursuant to motion, IT IS HEREBY ORDERED that Plaintiff'S
22
   Motion to Compel Responses to Discovery be DENIED in its entirety.
23

24

25 _____         _____
   DATE                        UNITED STATES
26                             DISTRICT COURT JUDGE

27

28

                                1

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28