KENNER LAW FIRM, P.C.
David E. Kenner, SBN 41425
Brett A. Greenfield, SBN 217343
16000 Ventura Boulevard, PH 1208
Encino, CA 91364
(818) 995-1195
(818) 475-5369 – Facsimile

WADE, KELLY, & SULLIVAN
733 W. 4th Avenue, Suite 200
Anchorage, Alaska 99501
(907) 561-7743
(907) 562-8977 - Facsimile

Attorneys for Defendant Josef F. Boehm

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| SALLY C. PURSER, | ) |
|      Plaintiff, | ) |
| v. | ) |
| JOSEF F. BOEHM, ALLEN K. BOLLING, LESLIE WILLIAMS, JR., and BAMBI TYREE | ) |
|      Defendants. | )   Case No. 3:05-cv-00085 JKS |

## **ENTRY OF APPEARANCE**

Pamela S. Sullivan, attorney for the law firm of Wade, Kelly & Sullivan hereby enters her appearance as local co-counsel on behalf of the defendant, Josef F. Boehm and respectfully requests that all pleadings filed in this matter may be copied to their offices. The firm is located at the following address:

WADE, KELLY & SULLIVAN
733 W. 4TH AVE., SUITE 200
ANCHORAGE, AK 99501
(907) 561-7743
FAX (907) 562-8977

Entry of Appearance
Purser v. Boehm
No. 3:05-cv-00085 JKS
- 1 -

Wade, Kelly & Sullivan
733 W. 4th Ave., Suite 200
Anchorage, AK 99501
(907) 561-7743

DATED this 2nd day of November, 2006 at Anchorage, Alaska.


WADE, KELLY & SULLIVAN

s/ Pamela S. Sullivan
733 West 4th Avenue, Suite 200
Anchorage, Alaska 99501
907-561-7743 Ph.
907-562-8977 Fx.
Sullivan@ak.net
AK Bar No. 9711072

---

**CERTIFICATE OF SERVICE**

I hereby certify that on November 2, 2006, a copy of the foregoing was served electronically on Darryl L. Jones, Esq. and Mary Pate, Esq.;

and by regular U. S. Mail on:  Allen K. Bolling (Inmate No: 14911-006, USP Terre Haute, U.S. Penitentiary, P.O. Box 12015, Terre Haute, IN 47801, C.M. 7002 2410 0006 6742 2188); Leslie Williams (Inmate No: 14903-006, FCI Yazoo City Medium, P.O. Box 5888, Yazoo City, Ms. 39194).

s/ Pamela Sullivan.

---

WADE, KELLY & SULLIVAN
733 W. 4TH AVE., SUITE 200
ANCHORAGE, AK 99501
(907) 561-7743
FAX (907) 562-8977

Entry of Appearance
Purser v. Boehm
No. 3:05-cv-00085 JKS