**KENNER LAW FIRM, P.C.**
David E. Kenner, SBN 41425
Brett A. Greenfield, SBN 217343
16000 Ventura Boulevard, PH 1208
Encino, CA 91364
818 995 1195
818 475 5369 – fax

**WADE, KELLY & SULLIVAN**
733 W. 4th Avenue, Suite 200
Anchorage, Alaska 99501
(907) 561-7743
(907) 562-8977 - fax

Attorney for Defendant Josef F. Boehm

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| **Sally C. Purser,** | ) |
| | ) Errata |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| **Josef F. Boehm, Allen K. Bolling, and Bambi Tyree,** | ) |
| | ) |
| Defendants. | ) |
| | ) |
| | ) CASE NO.: A05-0085 (JKS) |
| | ) |
| | ) |

There were two formatting errors on Defendant Boehm's Opposition to Purser's Motion to Compel. These errors were corrected. A correct copy is attached.

DATED this 5th day of November, 2006 at Encino, California.

1

Errata

```
                              KENNER LAW FIRM


                         By:_____/s/_____
                             David E. Kenner
                             16000 Ventura Blvd.
                             Penthouse 1208
                             Encino, California 91436
                             Phone: 818-995-1195
                             Fax: 818-475-5369
                             E-mail: david@kennerlaw.com
                             SBN: 41425




                         By:_____/s/_____
                             Brett A. Greenfield
                             16000 Ventura Blvd.
                             Penthouse 1208
                             Encino, California 91436
                             Phone: 818-995-1195
                             Fax: 818-475-5369
                             E-mail: brett@kennerlaw.com
                             SBN: 217343
```

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 6th day of November, 2006. I caused a true and correct copy of the foregoing **Errata** to be filed and served.

The following parties were served via U.S. Mail or e-mail on November 6th, 2006:

CARMEN E. CLARK, ESQ.
INGALDSON, MAASSEN & FITZGERALD, P.C.
813 W. 3RD AVENUE
ANCHORAGE, AK 99501-2001


Allen K. Bolling
Inmate No: 14911-006
USP Terre Haute
U.S. Penitentiary
P.O. Box 12015
Terre Haute, IN 47801
C.M. 7002 2410 0006 6742 2188

Bambi Tyree
c/o Mary Pate, Esq.
425 G. Sreet, Suite 930
Anchorage, Alaska 99501

Leslie Williams
Inmate No: 14903-006
FCI Yazoo City Medium
P.O. Box 5888
Yazoo City, MS 39194

```
                              By:_____/s/_____
                                  John R. Ybarra
                                  16000 Ventura Blvd.
                                  Penthouse 1208
                                  Encino, California 91436
                                  Phone: 818-995-1195
                                  Fax: 818-475-5369
                                  E-mail: john@kennerlaw.com
```