Darryl L. Jones, Esq.
109 W. 6th Avenue, Suite 200
Anchorage, AK 99501
Tel (907) 278-1212
Fax (907) 278-1213

Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| Salley C. Purser,            )<br>                              )<br>         Plaintiff,           )<br>                              )<br>v.                            )<br>                              )<br>Josef F. Boehm, Allen K. Bolling, )<br>and Bambi Tyree,              )<br>                              )<br>         Defendants.          )<br>_____) | Case No: A05-0085 (JKS) |

**CERTIFICATE OF SERVICE**

      This is to certify that on the 8th day of November, 2006, a true and correct copy of the foregoing document was caused to be mailed to the following parties of record via United States Certified Mail:

      Allen K. Bolling
      Inmate No: 14911-006
      USP Terre Haute
      U.S. Penitentiary
      P.O. Box 12015
      Terre Haute, IN 47801
      CM No.: 7006 0810 0000 2976 7887

Bambi Tyree
c/o Mary Pate
425 G Street, Suite 930
Anchorage, Alaska 99501
CM No: 7006 0810 0000 2976 7870


Josef Boehm
c/o David Kenner
Kenner Law Firm
16000 Ventura Blvd., Ste.1208
Encino, CA 91436
CM No: 7006 0810 0000 2976 7863


Pamela Sullivan
Wade, Kelley & Sullivan
733 W. 4th Avenue, Suite 200
Anchorage, Alaska 99501
CM No: 7006 0810 0000 2976 7894


An electronic copy was also served on Attorney Kenner at the following email address: david@kennerlaw.com; an electronic copy was served on Attorney Pate at the following email address: mary.pate@egpalaska.com; and on Attorney Sullivan at the following email address: Sullivan@ak.net.

   DATED this 8th day of November, 2006 at Anchorage, Alaska.


                                      /s/ Darryl L. Jones
                                      The Law Office of Darryl L. Jones
                                      109 W. 6th Avenue, Suite 200
                                      Anchorage, Alaska 99501
                                      Phone: 907-278-1212
                                      Fax: 907-278-1213
                                      E-mail: lodj.federalnotices@yahoo.com
                                      ABA No: 8811188