Darryl L. Jones, Esq.
109 W. 6th Avenue, Suite 200
Anchorage, AK 99501
Tel (907) 278-1212
Fax (907) 278-1213
Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

| | |
|---|---|
| Sally C. Purser, | ) |
| Plaintiff, | ) |
| vs. | ) |
| Josef F. Boehm, Allen K. Bolling, Leslie J. Williams, Jr. and Bambi Tyree, | ) |
| Defendants. | ) Case No. A05-0085 (JKS) |

## JOINT MOTION FOR DISMISSAL OF DEFENDANT BAMBI TYREE

Plaintiff Salley Purser and defendant Bambi Tyree by and through undersigned counsel, jointly move for dismissal of Bambi Tyree as defendant in this matter.

The dismissal is with prejudice and each party is to bear their respective costs and attorney's fees.

DATED this 8 day of December 2006 at Anchorage, Alaska.

_____
Darryl L. Jones, Esq.
Attorney for Plaintiff
ABA No: 8811188