DATED this 8th day of December 2006 at Anchorage, Alaska.

_____
Mary Pate, Esq.
Attorney for Defendant Tyree
ABA No: 9011109