IN THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

| | |
|---|---|
| Sally C. Purser, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| Josef F. Boehm, Allen K. Bollling, ) | |
| and Bambi Tyree, ) | |
| ) | |
| Defendants. ) | |
| _____) | Case No.: A05-0085 CV (JKS) |

**PROPOSED ORDER RE: JOINT MOTION FOR DISMISSAL OF DEFENDANT BAMBI TYREE**

This Court, having considered the merits of the Joint Motion for Dismissal of Defendant Bambi Tyree, hereby **GRANTS** the Motion.

Bambi Tyree is hereby DISMISSED with prejudice from this case.

DATED this _____ day of _____, 2006.

_____
Honorable James K. Singleton