Darryl L. Jones, Esq.
109 W. 6th Avenue, Suite 200
Anchorage, AK 99501
Tel (907) 278-1212
Fax (907) 278-1213

Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| Salley C. Purser,       )<br>                              )<br>            Plaintiff,    )<br>                              )<br>v.                          )<br>                              )<br>Josef F. Boehm, Allen K. Bolling, )<br>and Bambi Tyree,     )<br>                              )<br>            Defendants.  )<br>_____) | Case No: A05-0085 (JKS) |

**CERTIFICATE OF SERVICE**

This is to certify that on the 8th day of December, 2006, a true and correct copy of the foregoing document was caused to be mailed to the following parties of record via United States Certified Mail:

    Allen K. Bolling
    Inmate No: 14911-006
    USP Terre Haute
    U.S. Penitentiary
    P.O. Box 12015
    Terre Haute, IN 47801

Bambi Tyree
c/o Mary Pate
425 G Street, Suite 930
Anchorage, Alaska 99501


Josef Boehm
c/o David Kenner
Kenner Law Firm
16000 Ventura Blvd., Ste.1208
Encino, CA 91436


Pamela Sullivan
Wade, Kelley & Sullivan
733 W. 4th Avenue, Suite 200
Anchorage, Alaska 99501



\_\_/s/_____
Darryl L. Jones
109 W. 6th Avenue, Suite 200
Anchorage, AK 99501
Ph: 907-278-1212
Fax: 907-278-1213
ABA No: 8811188