IN THE UNITED STATES DISTRICT COURT
DISTRICT AT ALASKA

| | |
|---|---|
| SALLY C. PURSER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| JOSEF F. BOEHM, ALLEN K. BOLLING and BAMBI TYREE | ) ) |
| | ) |
| Defendant. | ) Case No. 3:05-CV-00085-JKS |
| _____ | ) |

### ORDER RE: JOINT MOTION FOR DISMISSAL OF DEFENDANT BAMBI TYREE

This Court, having considered the merits of the Joint Motion for Dismissal of Defendant Bambi Tyree, hereby **GRANTS** the Motion.

**Bambi Tyree** is hereby **DISMISSED** with prejudice from this case.

DATED this 11th day of December 2006.

   /s/James K. Singleton, Jr.
Honorable James K. Singleton, Jr.