Darryl L. Jones, Esq.
109 W. 6th Avenue, Suite 200
Anchorage, AK 99501
Tel (907) 278-1212
Fax (907) 278-1213
Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| Sally C. Purser, | ) |
| Plaintiff, | ) |
| vs. | ) |
| Josef F. Boehm, et al, | ) |
| Defendants. | ) |
| | ) **Case No. A05-0085 CV (JKS)** |

## MOTION FOR SUMMARY JUDGMENT

Plaintiff, by and through undersigned counsel, hereby moves for partial summary judgment pursuant to Rule 56 of the Federal Rules of Civil Procedure. Specifically, plaintiff requests summary judgment as to liability for damages and she supports this motion with the memorandum of points and authorities filed herewith and exhibits annexed thereto.

DATED this 14th day of December 2006.

_____/s/_____
Darryl L. Jones, Esq.
Attorney for Plaintiff
109 W. 6th Ave., Suite 200
Anchorage, Alaska 99501
Ph: 907-278-1212
Fax: 907-278-1213
ABA No: 8811188