IN THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

| | |
|---|---|
| Sally C. Purser, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| Josef F. Boehm, et al., | ) |
| | ) |
| Defendants. | ) |
| _____ ) | **Case No. A05-0085 CV (JKS)** |

**PROPOSED ORDER ON
MOTION FOR SUMMARY JUDGMENT**

This Court, having considered the merits of the Plaintiff's Motion for Summary Judgment as to liability,

HEREBY ORDERS plaintiff's Motion for Summary Judgment is GRANTED.

DATED this __ day of December 2006.

_____
Judge, U.S. District Court