IN THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

| | |
|---|---|
| Sally C. Purser, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| Josef F. Boehm, et al., | ) |
| | ) |
| Defendants. | ) |
| _____ | ) **Case No. A05-0085 CV (JKS)** |

**PROPOSED ORDER ON
LEAVE TO FILE AFFIDAVITS UNDER SEAL**

Plaintiff, having sought leave to file affidavits under seal, and the Court having

considered the motion, grounds therefore and any response thereto;

IT IS HEREBY ORDERED, plaintiff's motion is GRANTED and a copy of this Order

will be affixed to the envelope containing the affidavit.

IT IS FURTHER ORDERED, that access to the documents under seal is limited to

counsel for the parties in this case and no other access will be permitted without leave of the

Court.

DATED this __ day of December 2006.

_____

Judge, U.S. District Court