**MINUTES OF THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA**

<u>    SALLY C. PURSER         .</u>   v.  <u>  JOSEPH F. BOEHM, et al   </u>

THE HONORABLE JAMES K. SINGLETON   CASE NO. <u> 3:05-cv-00085-JKS   </u>

<u>    Deputy Clerk       </u>           <u>   Official Recorder   </u>

<u>    Linda Christensen      </u>      <u>                          </u>

APPEARANCES:   for PLAINTIFF:  ----

               for DEFENDANT:  ----

PROCEEDINGS:   **ORDER FROM CHAMBERS**

---

The Court is in receipt of numerous pleadings addressed to defendant Allen K. Bolling that have been returned undeliverable. Pursuant to a review of the most recent Certificate of Service filed in the case it appears that Mr. Bolling has been transferred out of state but the Court was not notified of the change of address.

The Clerk is directed to send a copy of this minute order to Mr. Bolling's local address listed on the docket and also to the out of state address listed on the Certificate of Service at docket #127.

Following receipt of this minute order, Mr. Bolling is advised to file a Notice of Change of Address with this court.

                                        ENTERED AT JUDGE'S DIRECTION
DATE:<u>  December 27, 2006   </u>              INITIALS:<u>  lc  </u>
                                                 Deputy Clerk

[FORMS*IA*]