1 | KENNER LAW FIRM, P.C.
David E. Kenner, SBN 41425
2 | Brett A. Greenfield, SBN 217343
16000 Ventura Boulevard, PH 1208
3 | Encino, CA 91364
818 995 1195
4 | 818 475 5369 - fax

5 | Attorney for Defendant Josef F. Boehm

6 | IN THE UNITED STATES DISTRICT COURT

7 | DISTRICT OF ALASKA

8

9 | Sally C. Purser,                           )
                                              ) DECLARATION OF BRETT A.
10 |         Plaintiff,                        ) GREENFIELD RE OPPOSITION TO
                                              ) PLAINTIFF'S SECOND MOTION FOR
11 |     v.                                    ) SUMMARY JUDGMENT
                                              )
12 | Josef F. Boehm, Allen K.                  )
Bolling, and Bambi Tyree,                     )
13 |                                           )
             Defendants.                       )
14 |                                           )
                                              )
15 | _____)
                                              ) CASE NO.: A05-0085 (JKS)
16

      I, Brett A. Greenfield, declare as follows:
17

18 | 1.   I am an attorney duly licenced to practice law in the State of

19 | California and before this Honorable Court.

20 | 2.   The following true and correct copies of documents have been

21 | marked and attached hereto as Exhibits to the Opposition to

22 | Plaintiff's Second Motion for Summary Judgment:

23 |      Exhibit "A", The Court's November 9, 2006 Order Re: plaintiff's

24 | first motion for summary judgment;

25 |      Exhibit "B", Josef Boehm's response to Purser's third set of

26 | discovery;

27 |      Exhibit "C", Tina Arndt's sworn affidavit;

28

1

DECLARATION OF BRETT A. GREENFIELD

Exhibit "D", Vince Blomfield's sworn affidavit;

Exhibit "E", November 11, 2004, Dr. Jacobsen Evaluation;

Exhibit "F", June 4, 2004, Purser Recorded Statement;

Exhibit "G", Josef Boehm's Request for Discovery, Set Two;

Exhibit "H", Brett A. Greenfield's November 10, 2006 correspondence to Darryl Jones;

Exhibit "I", Darryl Jones November 14, 2006 correspondence to Brett A. Greenfield;

Exhibit "J", Deposition Transcript of Erin Axt, Pages 15, 16, 17, 26, 27, 28, 51, 72, 73, 74;

Exhibit "K", Sally Purser Grand Jury Testimony, page 6;

Exhibit "L", Deposition of Sally Purser

I declare the foregoing to be true and correct under the penalty of perjury. Executed this 29th of December, 2006 at Encino, California.

_____
Brett A. Greenfield

2

DECLARATION OF BRETT A. GREENFIELD