EXHIBIT "B"

KENNER LAW FIRM, P.C.
David E. Kenner, SBN 41425
Brett A. Greenfield, 217343
16000 Ventura Boulevard, PH 1208
Encino, CA 91364
818 995 1195
818 475 5369 – fax

WADE, KELLY & SULLIVAN
733 W. 4th Avenue, Suite 200
Anchorage, Alaska 99501
(907) 561-7743
(907) 562-8977 - fax

Attorney for Josef F. Boehm

IN THE UNITED STATES DISTRICT COURT
FOR THE STATE OF ALASKA
AT ANCHORAGE

| | |
|---|---|
| SALLY C. PURSER,<br><br>Plaintiff,<br><br>v.<br><br>JOSEF F. BOEHM, ALLEN K.<br>BOLLING and BAMBI TYREE<br><br>Defendants. | )<br>)<br>) DEFENDANT JOSEF BOEHM'S RESPONSE<br>) TO PLAINTIFF'S THIRD SET OF<br>) DISCOVERY<br>)<br>)<br>)<br>)<br>)<br>)<br>) CASE NO.: 3:05-CV-0085-JKS |

### GENERAL STATEMENT

Responding Party has not fully completed his investigation of the facts relating to this case, has not fully completed his discovery in this action, and has not completed his preparation for trial. All of the Responses contained herein are based upon only such information and documents as are presently available to and specifically known to this Responding Party, and discloses only those contentions which presently occur to such Responding Party. It is anticipated that further discovery, independent investigation, legal research and

analysis will supply additional facts, adding meaning to known facts, as well as establish entirely new factual conclusions and legal contentions, all of which may lead to substantial additions to, changes in, and variations from the contentions set forth herein. The following Responses are given without prejudice to Responding Party's right to produce evidence of any subsequently discovered fact or facts, documents or tangible things, which this Responding Party may later recall or discover. Responding Party accordingly reserves the right to change any and all Responses herein as additional facts are ascertained, analyses are made, legal research is completed, and contentions are made. The Responses contained herein are made in a good faith effort to supply as much factual information, documents, tangible things, and as much specification of legal contentions as is presently known, and should in no way be to the prejudice of Responding Party in relation to further discovery, research or analysis.

## **RESPONSE TO INTERROGATORIES**

### **RESPONSE TO INTERROGATORY NUMBER 1**

Objection, irrelevant and not reasonably calculated to lead to the discovery of admissible evidence. Objection, overly broad. Objection, invasion of privacy. Objection, burdensome. Objection, requests confidential proprietary business information. Objection, Defendant's ability to pay is not a determining factor in which to prove liability or damages. Plaintiff's request is not relevant to determine Defendant's liability nor is it relevant to prove Plaintiff's damages.

1  `The request seeks financial information which was the subject
2  of plaintiff's motion to compel. The Honorable Judge Singleton
3  denied plaintiff's motion in its entirety by Order dated November
4  9, 2006. Plaintiff's requests are therefore burdensome, harassing
5  and made in bad faith.

6  **RESPONSE TO INTERROGATORY NUMBER 2**

7  Objection, irrelevant and not reasonably calculated to lead to
8  the discovery of admissible evidence. Objection, overly broad.
9  Objection, invasion of privacy. Objection, burdensome. Objection,
10 requests confidential proprietary business information. Objection,
11 Defendant's ability to pay is not a determining factor in which to
12 prove liability or damages. Plaintiff's request is not relevant to
13 determine Defendant's liability nor is it relevant to prove
14 Plaintiff's damages.

15 The request seeks financial information which was the subject
16 of plaintiff's motion to compel. The Honorable Judge Singleton
17 denied plaintiff's motion in its entirety by Order dated November
18 9, 2006. Plaintiff's requests are therefore burdensome, harassing
19 and made in bad faith.

20 **RESPONSE TO INTERROGATORY NUMBER 3**

21 Objection, irrelevant and not reasonably calculated to lead to
22 the discovery of admissible evidence. Objection, overly broad.
23 Objection, invasion of privacy. Objection, burdensome. Objection,
24 requests confidential proprietary business information.

25 Plaintiff's request is not relevant to determine Defendant's
26 liability nor is it relevant to prove Plaintiff's damages.

27 Without waiving the aforementioned objections, responding
28 party responds as follows:

Responding party knows the identity of the named individuals.

**RESPONSE TO INTERROGATORY NUMBER 4**

Objection, irrelevant and not reasonably calculated to lead to the discovery of admissible evidence. Objection, overly broad. Objection, invasion of privacy. Objection, burdensome. Objection, requests confidential proprietary business information. Objection, Defendant's ability to pay is not a determining factor in which to prove liability or damages. Plaintiff's request is not relevant to determine Defendant's liability nor is it relevant to prove Plaintiff's damages.

The request seeks financial information which was the subject of plaintiff's motion to compel. The Honorable Judge Singleton denied plaintiff's motion in its entirety by Order dated November 9, 2006. Plaintiff's requests are therefore burdensome, harassing and made in bad faith.

**RESPONSE TO INTERROGATORY NUMBER 5**

Objection, irrelevant and not reasonably calculated to lead to the discovery of admissible evidence. Objection, overly broad. Objection, invasion of privacy. Objection, burdensome. Objection, requests confidential proprietary business information.

Plaintiff's request is not relevant to determine Defendant's liability nor is it relevant to prove Plaintiff's damages.

Without waiving the aforementioned objections, responding party responds as follows:

Responding party knows the identity of the named individuals.


**RESPONSE TO REQUEST FOR PRODUCTION**

**RESPONSE TO REQUEST FOR PRODUCTION NUMBER 1:**

Objection, irrelevant and not reasonably calculated to lead to the discovery of admissible evidence. Objection, overly broad.

1  Objection, invasion of privacy. Objection, burdensome. Objection,

2  requests confidential proprietary business information. Objection,

3  Defendant's ability to pay is not a determining factor in which to

4  prove liability or damages. Plaintiff's request is not relevant to

5  determine Defendant's liability nor is it relevant to prove

6  Plaintiff's damages.

7       The request seeks financial information which was the subject

8  of plaintiff's motion to compel. The Honorable Judge Singleton

9  denied plaintiff's motion in its entirety by Order dated November

10  9, 2006. Plaintiff's requests are therefore burdensome, harassing

11  and made in bad faith.

12  **RESPONSE TO REQUEST FOR PRODUCTION NUMBER 2:**

13       Objection, irrelevant and not reasonably calculated to lead to

14  the discovery of admissible evidence. Objection, overly broad.

15  Objection, invasion of privacy. Objection, burdensome. Objection,

16  requests confidential proprietary business information. Objection,

17  Defendant's ability to pay is not a determining factor in which to

18  prove liability or damages. Plaintiff's request is not relevant to

19  determine Defendant's liability nor is it relevant to prove

20  Plaintiff's damages.

21       The request seeks financial information which was the subject

22  of plaintiff's motion to compel. The Honorable Judge Singleton

23  denied plaintiff's motion in its entirety by Order dated November

24  9, 2006. Plaintiff's requests are therefore burdensome, harassing

25  and made in bad faith.

26  **RESPONSE TO REQUEST FOR PRODUCTION NUMBER 3:**

27       Objection, irrelevant and not reasonably calculated to lead to

28  the discovery of admissible evidence. Objection, overly broad.

Objection, invasion of privacy. Objection, burdensome. Objection,

1  requests confidential proprietary business information. Objection,
2  Defendant's ability to pay is not a determining factor in which to
3  prove liability or damages. Plaintiff's request is not relevant to
4  determine Defendant's liability nor is it relevant to prove
5  Plaintiff's damages.
6      The request seeks financial information which was the subject
7  of plaintiff's motion to compel. The Honorable Judge Singleton
8  denied plaintiff's motion in its entirety by Order dated November
9  9, 2006. Plaintiff's requests are therefore burdensome, harassing
10  and made in bad faith.

11  **RESPONSE TO REQUEST FOR PRODUCTION NUMBER 4:**

12      Objection, irrelevant and not reasonably calculated to lead to
13  the discovery of admissible evidence. Objection, overly broad.
14  Objection, invasion of privacy. Objection, burdensome. Objection,
15  requests confidential proprietary business information. Objection,
16  Defendant's ability to pay is not a determining factor in which to
17  prove liability or damages. Plaintiff's request is not relevant to
18  determine Defendant's liability nor is it relevant to prove
19  Plaintiff's damages.
20      The request seeks financial information which was the subject
21  of plaintiff's motion to compel. The Honorable Judge Singleton
22  denied plaintiff's motion in its entirety by Order dated November
23  9, 2006. Plaintiff's requests are therefore burdensome, harassing
24  and made in bad faith.

25  **RESPONSE TO REQUEST FOR PRODUCTION NUMBER 5:**

26      Objection, irrelevant and not reasonably calculated to lead to
27  the discovery of admissible evidence. Objection, overly broad.
28  Objection, invasion of privacy. Objection, burdensome. Objection,
   requests confidential proprietary business information. Objection,

1 Defendant's ability to pay is not a determining factor in which to
2 prove liability or damages. Plaintiff's request is not relevant to
3 determine Defendant's liability nor is it relevant to prove
4 Plaintiff's damages.

5     The request seeks financial information which was the subject
6 of plaintiff's motion to compel. The Honorable Judge Singleton
7 denied plaintiff's motion in its entirety by Order dated November
8 9, 2006. Plaintiff's requests are therefore burdensome, harassing
9 and made in bad faith.

10 **RESPONSE TO REQUEST FOR PRODUCTION NUMBER 6:**

11     Objection, irrelevant and not reasonably calculated to lead to
12 the discovery of admissible evidence. Objection, overly broad.
13 Objection, invasion of privacy. Objection, burdensome. Objection,
14 requests confidential proprietary business information. Objection,
15 Defendant's ability to pay is not a determining factor in which to
16 prove liability or damages. Plaintiff's request is not relevant to
17 determine Defendant's liability nor is it relevant to prove
18 Plaintiff's damages.

19     The request seeks financial information which was the subject
20 of plaintiff's motion to compel. The Honorable Judge Singleton
21 denied plaintiff's motion in its entirety by Order dated November
22 9, 2006. Plaintiff's requests are therefore burdensome, harassing
23 and made in bad faith.

24 **RESPONSE TO REQUEST FOR PRODUCTION NUMBER 7:**

25     Objection, irrelevant and not reasonably calculated to lead to
26 the discovery of admissible evidence. Objection, overly broad.
27 Objection, invasion of privacy. Objection, burdensome. Objection,
28 requests confidential proprietary business information. Objection,
Defendant's ability to pay is not a determining factor in which to

1   prove liability or damages. Plaintiff's request is not relevant to
2   determine Defendant's liability nor is it relevant to prove
3   Plaintiff's damages.

4       The request seeks financial information which was the subject
5   of plaintiff's motion to compel. The Honorable Judge Singleton
6   denied plaintiff's motion in its entirety by Order dated November
7   9, 2006. Plaintiff's requests are therefore burdensome, harassing
8   and made in bad faith.

9   **RESPONSE TO REQUEST FOR PRODUCTION NUMBER 8:**

10      Objection, irrelevant and not reasonably calculated to lead to
11  the discovery of admissible evidence. Objection, overly broad.
12  Objection, invasion of privacy. Objection, burdensome. Objection,
13  requests confidential proprietary business information. Objection,
14  Defendant's ability to pay is not a determining factor in which to
15  prove liability or damages. Plaintiff's request is not relevant to
16  determine Defendant's liability nor is it relevant to prove
17  Plaintiff's damages.

18      The request seeks financial information which was the subject
19  of plaintiff's motion to compel. The Honorable Judge Singleton
20  denied plaintiff's motion in its entirety by Order dated November
21  9, 2006. Plaintiff's requests are therefore burdensome, harassing
22  and made in bad faith.

23  **RESPONSE TO REQUEST FOR PRODUCTION NUMBER 9:**

24      Objection, irrelevant and not reasonably calculated to lead to
25  the discovery of admissible evidence. Objection, overly broad.
26  Objection, invasion of privacy. Objection, burdensome. Objection,
27  requests confidential proprietary business information. Objection,
28  Defendant's ability to pay is not a determining factor in which to
    prove liability or damages. Plaintiff's request is not relevant to

1  determine Defendant's liability nor is it relevant to prove

2  Plaintiff's damages.

3  The request seeks financial information which was the subject

4  of plaintiff's motion to compel. The Honorable Judge Singleton

5  denied plaintiff's motion in its entirety by Order dated November

6  9, 2006. Plaintiff's requests are therefore burdensome, harassing

7  and made in bad faith.

8  **RESPONSE TO REQUEST FOR PRODUCTION NUMBER 10:**

9  Objection, irrelevant and not reasonably calculated to lead to

10 the discovery of admissible evidence. Objection, overly broad.

11 Objection, invasion of privacy. Objection, burdensome. Objection,

12 requests confidential proprietary business information. Objection,

13 Defendant's ability to pay is not a determining factor in which to

14 prove liability or damages. Plaintiff's request is not relevant to

15 determine Defendant's liability nor is it relevant to prove

16 Plaintiff's damages.

17 The request seeks financial information which was the subject

18 of plaintiff's motion to compel. The Honorable Judge Singleton

19 denied plaintiff's motion in its entirety by Order dated November

20 9, 2006. Plaintiff's requests are therefore burdensome, harassing

21 and made in bad faith.

22 **RESPONSE TO REQUEST FOR PRODUCTION NUMBER 11:**

23 Objection, irrelevant and not reasonably calculated to lead to

24 the discovery of admissible evidence. Objection, overly broad.

25 Objection, invasion of privacy. Objection, burdensome. Objection,

26 requests confidential proprietary business information. Objection,

27 Defendant's ability to pay is not a determining factor in which to

28 prove liability or damages. Plaintiff's request is not relevant to

1 || determine Defendant's liability nor is it relevant to prove
2 || Plaintiff's damages.

3       The request seeks financial information which was the subject
4 || of plaintiff's motion to compel. The Honorable Judge Singleton
5 || denied plaintiff's motion in its entirety by Order dated November
6 || 9, 2006. Plaintiff's requests are therefore burdensome, harassing
7 || and made in bad faith.

8 || **RESPONSE TO REQUEST FOR PRODUCTION NUMBER 12:**

9       Objection, irrelevant and not reasonably calculated to lead to
10 || the discovery of admissible evidence. Objection, overly broad.
11 || Objection, invasion of privacy. Objection, burdensome. Objection,
12 || requests confidential proprietary business information. Objection,
13 || Defendant's ability to pay is not a determining factor in which to
14 || prove liability or damages. Plaintiff's request is not relevant to
15 || determine Defendant's liability nor is it relevant to prove
16 || Plaintiff's damages.

17       The request seeks financial information which was the subject
18 || of plaintiff's motion to compel. The Honorable Judge Singleton
19 || denied plaintiff's motion in its entirety by Order dated November
20 || 9, 2006. Plaintiff's requests are therefore burdensome, harassing
21 || and made in bad faith.

22                      **RESPONSE TO REQUESTS FOR ADMISSION**

23 || **RESPONSE TO REQUEST NUMBER 1:**

24       Objection, irrelevant and not reasonably calculated to lead to
25 || the discovery of admissible evidence. Objection, overly broad.
26 || Objection, invasion of privacy. Objection, burdensome. Objection,
27 || requests confidential proprietary business information. Objection,
28 || Defendant's ability to pay is not a determining factor in which to
      prove liability or damages. Plaintiff's request is not relevant to

1  determine Defendant's liability nor is it relevant to prove
2  Plaintiff's damages.
3      The request seeks financial information which was the subject
4  of plaintiff's motion to compel. The Honorable Judge Singleton
5  denied plaintiff's motion in its entirety by Order dated November
6  9, 2006. Plaintiff's requests are therefore burdensome, harassing
7  and made in bad faith.

8  **RESPONSE TO REQUEST NUMBER 2:**

9      Objection, irrelevant and not reasonably calculated to lead to
10 the discovery of admissible evidence. Objection, overly broad.
11 Objection, invasion of privacy. Objection, burdensome. Objection,
12 requests confidential proprietary business information. Objection,
13 Defendant's ability to pay is not a determining factor in which to
14 prove liability or damages. Plaintiff's request is not relevant to
15 determine Defendant's liability nor is it relevant to prove
16 Plaintiff's damages.

17     The request seeks financial information which was the subject
18 of plaintiff's motion to compel. The Honorable Judge Singleton
19 denied plaintiff's motion in its entirety by Order dated November
20 9, 2006. Plaintiff's requests are therefore burdensome, harassing
21 and made in bad faith.

22 **RESPONSE TO REQUEST NUMBER 3:**

23     Objection, irrelevant and not reasonably calculated to lead to
24 the discovery of admissible evidence. Objection, overly broad.
25 Objection, invasion of privacy. Objection, burdensome. Objection,
26 requests confidential proprietary business information. Objection,
27 Defendant's ability to pay is not a determining factor in which to
28 prove liability or damages. Plaintiff's request is not relevant to

1 determine Defendant's liability nor is it relevant to prove
2 Plaintiff's damages.

3     The request seeks financial information which was the subject
4 of plaintiff's motion to compel. The Honorable Judge Singleton
5 denied plaintiff's motion in its entirety by Order dated November
6 9, 2006. Plaintiff's requests are therefore burdensome, harassing
7 and made in bad faith.

8 **RESPONSE TO REQUEST NUMBER 4:**

9     Objection, irrelevant and not reasonably calculated to lead to
10 the discovery of admissible evidence. Objection, overly broad.
11 Objection, invasion of privacy. Objection, burdensome. Objection,
12 requests confidential proprietary business information. Objection,
13 not a proper request as the subject matter of this request is a
14 public record. Objection, Plaintiff's request is not relevant to
15 determine Defendant's liability nor is it relevant to prove
16 Plaintiff's damages.

17

18     Without waiving the aforementioned objections, Responding
19 party responds as follows:

20     I admit to entering into a plea agreement that made no
21 specific reference to Sally Purser. The plea agreement does not
22 contain language setting forth the elements required to be
23 established to prove liability as it relates to plaintiff's causes
24 of action. The validity of the plea agreement is currently subject
25 to dispute.

26 **RESPONSE TO REQUEST NUMBER 5:**

27     Objection, irrelevant and not reasonably calculated to lead to
28 the discovery of admissible evidence. Objection, overly broad.
Objection, invasion of privacy. Objection, burdensome. Objection,

1  requests confidential proprietary business information. Objection,
2  Defendant's ability to pay is not a determining factor in which to
3  prove liability or damages. Plaintiff's request is not relevant to
4  determine Defendant's liability nor is it relevant to prove
5  Plaintiff's damages.

6      The request seeks financial information which was the subject
7  of plaintiff's motion to compel. The Honorable Judge Singleton
8  denied plaintiff's motion in its entirety by Order dated November
9  9, 2006. Plaintiff's requests are therefore burdensome, harassing
10 and made in bad faith.

11 **RESPONSE TO REQUEST NUMBER 6:**

12     Objection, irrelevant and not reasonably calculated to lead to
13 the discovery of admissible evidence. Objection, overly broad.
14 Objection, invasion of privacy. Objection, burdensome. Objection,
15 requests confidential proprietary business information. Objection,
16 Defendant's ability to pay is not a determining factor in which to
17 prove liability or damages. Plaintiff's request is not relevant to
18 determine Defendant's liability nor is it relevant to prove
19 Plaintiff's damages.

20     The request seeks financial information which was the subject
21 of plaintiff's motion to compel. The Honorable Judge Singleton
22 denied plaintiff's motion in its entirety by Order dated November
23 9, 2006. Plaintiff's requests are therefore burdensome, harassing
24 and made in bad faith.

25 **RESPONSE TO REQUEST NUMBER 7:**

26     Objection, irrelevant and not reasonably calculated to lead to
27 the discovery of admissible evidence. Objection, overly broad.
28 Objection, invasion of privacy. Objection, burdensome. Objection,
   requests confidential proprietary business information. Objection,

1 | Defendant's ability to pay is not a determining factor in which to
2 | prove liability or damages. Plaintiff's request is not relevant to
3 | determine Defendant's liability nor is it relevant to prove
4 | Plaintiff's damages.

5 |     The request seeks financial information which was the subject
6 | of plaintiff's motion to compel. The Honorable Judge Singleton
7 | denied plaintiff's motion in its entirety by Order dated November
8 | 9, 2006. Plaintiff's requests are therefore burdensome, harassing
9 | and made in bad faith.

10 | **RESPONSE TO REQUEST NUMBER 8:**

11 |     Objection, irrelevant and not reasonably calculated to lead to
12 | the discovery of admissible evidence. Objection, overly broad.
13 | Objection, invasion of privacy. Objection, burdensome. Objection,
14 | requests confidential proprietary business information. Objection,
15 | Defendant's ability to pay is not a determining factor in which to
16 | prove liability or damages. Plaintiff's request is not relevant to
17 | determine Defendant's liability nor is it relevant to prove
18 | Plaintiff's damages.

19 |     The request seeks financial information which was the subject
20 | of plaintiff's motion to compel. The Honorable Judge Singleton
21 | denied plaintiff's motion in its entirety by Order dated November
22 | 9, 2006. Plaintiff's requests are therefore burdensome, harassing
23 | and made in bad faith.

24 | **RESPONSE TO REQUEST NUMBER 9:**

25 |     Deny

26 | **RESPONSE TO REQUEST NUMBER 10:**

27 |     Deny

28 | **RESPONSE TO REQUEST NUMBER 11:**

    Deny

1  **RESPONSE TO REQUEST NUMBER 12:**

2       Deny

3  **RESPONSE TO REQUEST NUMBER 13:**

4       Deny

5  **RESPONSE TO REQUEST NUMBER 14:**

6       Deny

7  **RESPONSE TO REQUEST NUMBER 15:**

8       Deny

9  **RESPONSE TO REQUEST NUMBER 16:**

10       Deny

11  **RESPONSE TO REQUEST NUMBER 17:**

12       Deny

13  **RESPONSE TO REQUEST NUMBER 18:**

14       Deny

15  **RESPONSE TO REQUEST NUMBER 19:**

16       Deny

17  **RESPONSE TO REQUEST NUMBER 20:**

18       Deny

19  **RESPONSE TO REQUEST NUMBER 21:**

20       Admit

21  **RESPONSE TO REQUEST NUMBER 22:**

22       Deny

23  **RESPONSE TO REQUEST NUMBER 23:**

24       Deny

25  **RESPONSE TO REQUEST NUMBER 24:**

26       Deny

27  **RESPONSE TO REQUEST NUMBER 25:**

28       Deny

**RESPONSE TO REQUEST NUMBER 26:**

1    Deny

2    **RESPONSE TO REQUEST NUMBER 27:**

3       Deny

4

5    **RESPONSE TO REQUEST NUMBER 28:**

6       Deny

7    **RESPONSE TO REQUEST NUMBER 29:**

8       Deny

9    **RESPONSE TO REQUEST NUMBER 30:**

10       Deny

11    **RESPONSE TO REQUEST NUMBER 31:**

12       Admit

13    **RESPONSE TO REQUEST NUMBER 32:**

14       Deny

15    **RESPONSE TO REQUEST NUMBER 33:**

16       Deny

17    **RESPONSE TO REQUEST NUMBER 34:**

18       Deny

19    **RESPONSE TO REQUEST NUMBER 35:**

20       Deny

21    **RESPONSE TO REQUEST NUMBER 36:**

22       Deny

23    **RESPONSE TO REQUEST NUMBER 37:**

24       Deny

25    **RESPONSE TO REQUEST NUMBER 38:**

26       Deny

27    **RESPONSE TO REQUEST NUMBER 39:**

28       Admit to the extent the home was equipped with a security system that was damaged and became inoperable.

**RESPONSE TO REQUEST NUMBER 40:**

Objection, irrelevant and not reasonably calculated to lead to the discovery of admissible evidence. Objection, overly broad. Objection, invasion of privacy. Objection, burdensome. Objection, requests confidential proprietary business information. Objection, Defendant's ability to pay is not a determining factor in which to prove liability or damages. Plaintiff's request is not relevant to determine Defendant's liability nor is it relevant to prove Plaintiff's damages.

The request seeks financial information which was the subject of plaintiff's motion to compel. The Honorable Judge Singleton denied plaintiff's motion in its entirety by Order dated November 9, 2006. Plaintiff's requests are therefore burdensome, harassing and made in bad faith.

**RESPONSE TO REQUEST NUMBER 41:**

Objection, calls for a legal conclusion. Objection, the document referred to in the criminal case speaks for itself.

**RESPONSE TO REQUEST NUMBER 42:**

Objection, irrelevant and not reasonably calculated to lead to the discovery of admissible evidence. Objection, overly broad. Objection, invasion of privacy. Objection, burdensome. Objection, requests confidential proprietary business information. Objection, Defendant's ability to pay is not a determining factor in which to prove liability or damages. Plaintiff's request is not relevant to determine Defendant's liability nor is it relevant to prove Plaintiff's damages.

The request seeks financial information which was the subject of plaintiff's motion to compel. The Honorable Judge Singleton denied plaintiff's motion in its entirety by Order dated November

1  9, 2006. Plaintiff's requests are therefore burdensome, harassing

2  and made in bad faith.

3  **RESPONSE TO REQUEST NUMBER 43:**

4       Objection, irrelevant and not reasonably calculated to lead to

5  the discovery of admissible evidence. Objection, overly broad.

6  Objection, invasion of privacy. Objection, calls for legal

7  conclusion.

8

9  December 18, 2006                    KENNER LAW FIRM, A.P.C.

10

11

12                              By: _____
                                     DAVID E. KENNER, ESQ.
                                     Attorney for Josef Boehm
13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1 **CERTIFICATE OF SERVICE**

2      I HEREBY CERTIFY that on this 8th day of December, 2006. I

3 caused a true and correct copy of the foregoing RESPONSE TO

4 PLAINTIFF'S SECOND SET OF DISCOVERY REQUESTS to be delivered to the

5 following via United States Certified Mail:

6
  Bambi Tyree
7 c/o Mary Pate, Esq.
  425 G. Sreet, Suite 930
8 Anchorage, Alaska 99501

9 Allen K. Bolling
  Inmate No: 14911-006
10 USP Terre Haute
   U.S. Penitentiary
11 P.O. Box 12015
   Terre Haute, IN 47801
12 C.M. 7002 2410 0006 6742 2188

13 Darryl L. Jones, Esq.
   109 W. 6th Ave., ste. 200
14 Anchorage, Alaska 99501

15 WADE, KELLY & SULLIVAN
   733 W. 4th Avenue, Suite 200
16 Anchorage, Alaska 99501
   (907) 561-7743
17 (907) 562-8977 - fax

18 Leslie Williams
   Inmate No: 14903-006
19 FCI Yazoo City Medium
   P.O. Box 5888
20 Yazoo City, MS 39194

21

22

23
   Date: December 18, 2006
24                                              Amy Joshua

25

26

27

28

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28