**EXHIBIT "C"**

**DECLARATION OF TINA ARNDT**

I Tina Arndt, say and declare as follows:

1. I first Met Joseph Boehm in or around 1996. I went to his house for the first time soon thereafter;

2. I again met Mr. Boehm in or around 1998. Mr. Boehm never went into work and seldom if ever left the house due to being incapacitated as a result of severe "crack" cocain psychosis;

3. Mr. Boehm was constantly paranoid and would never throw newspapers or trash out as a result of his paranoia. Mr. Boehm would have me sift through all his trash multiple times to make sure there was nothing of value that anyone could use against him;

4. I began staying at Mr. Boehm's home on a regular basis and became familiar with all of his acquaintances, friends and family;

5. I was also a long time and experienced "crack" cocain user and was familiar enough with the substance to be able to identify the difference between clean and dirty "crack" cocain;

6. The difference described above is that the dirty "crack" cocain appeared to have negative affects and affected the user in a significantly different way, specifically, it would have aspects of opiate drug affects that would cause sickness, sleepiness, incoherence and an inability to coherently assess your surroundings;

7. Leslie Williams was a cocain dealer who sold crack cocain to Mr. Boehm on a daily basis. He also provided cocain to others including Bambi Tyree who would in turn provide some to others;

1

8. Although I primarily used the "crack" cocain sold to Mr. Boehm, I purposely found occasion to use some that had been provided to Bambi Tyree and can unequivocally state that the "crack" cocain provided to Bambi Tyree was devoid of the side affects of the "dirty" crack cocain (as described above) provided to Mr. Boehm;

9. Among the various affects on Mr. Boehm was an obsessive desire for total privacy and security. This desire manifested itself in ways such as staying primarily in the upstairs of his home, installing a deadbolt lock on his bedroom door in the hope of preventing anyone from coming into his bedroom, installing a sophisticated alarm system which was kept activated 24 hours a day for the purpose of keeping people out of his home and certainly not for the purpose of keeping them trapped inside;

10. The desire of unwanted visitors to gain entry into the Boehm home was manifested, amongst other things, by these people breaking out a window in the back downstairs bedroom to give them a consistent means of entering and leaving the Boehm home at will;

11. Throughout the time period that I lived with Mr. Boehm he became acquainted with Bambi Tyree. What evolved was Bambi Tyree leading Mr. Boehm into the belief that she had great affection for him, wanted to be with him, was willing to party with him, including arranging for "crack" cocain.

12. Bambi Tyree over a short period of time literally overcame the free will of Mr. Boehm and began to control his life. She began to make all of the decisions affecting the day to day activities of Mr. Boehm. This would include ensuring he

2

     remained high from the moment he awoke until the time he passed out, determining who she would allow to be in the house and how she would use other young girls to further try to control Mr. Boehm;

13. During the same time period, Bambi Tyree was abusing Mr. Boehm both physically and psychologically. She would intimidate him with threats of calling law enforcement and by bringing other men to physically intimidate Mr. Boehm, by stealing his personal property, cash, cars and then charging him to return the property;

14. One of the girls Bambi Tyree befriended was sally Purser and her mother Kathleen Purser. She had done "crack"cocain with Sally Purser and was aware that Sally Purser's mother Kathleen was "pimping" her out to drug dealers in exchange for "crack" cocain;

15. Whenever Sally Purser was at Mr. Boehm's house she was almost always with me. Mr. Boehm trusted me and I had his permission to be in any area of his home. This gave me the opportunity to become familiar with the daily activities and events that were regularly taking place. I observed Sally Purser to be present at Mr. Boehm's house on some occasions and can personally attest to the fact that at no time did he ever engage in any sexual activity or conduct with her;

16. Although I would have been a willing sexual partner for Mr. Boehm, he never made a pass at me or attempted to engage in sexual activity with me. It was clear that Mr. Boehm's severe "crack" addiction, the side affects of the "dirty" "crack" cocain regularly provided to him and being provided "crack"

    cocain by Bambi Tyree from the time he awoke until the time he passed out as well as his deteriorating mental and physical condition did render him unable to engage in sexual activity even when he wanted to;

17. During the time I am describing Mr. Boehm seldom left his bedroom, often never went downstairs and hardly ever knew who was in his house. With his degree of paranoia it was almost impossible for him to deal with a number of people present that he could not keep track of;

18. Mr. Boehm often became afraid to stay in his own home for the above reasons. He started moving from hotel to hotel because the size of the room and the physical circumstances enabled him to know who was present and to feel at least a minimally reduced paranoia over the small surroundings to which he felt he had more control;

19. Mr. Boehm would continue to smoke "crack" cocain in these rooms and was able to have a better handle on who was and was not present and when they came and left. Prior to starting to stay at hotels, Mr. Boehm, in an attempt to clear his house of everyone in it, including but not limited to Bambi Tyree and Sally Purser, actually stuffed and clogged the plumbing so as to flood the entire downstairs portion of his house. He also disconnected the heaters and notwithstanding all these efforts, Bambi Tyree would still not leave;

20. Also present on a regular basis, in addition to Leslie Williams, was Al Bolling. Mr. Bolling was also a supplier of "crack" cocain, however, he also was physically and sexually abusive with some girls.

21. Based upon my almost ten year relationship with Mr. Boehm, my intimate knowledge of his life and lifestyle, including but not limited to the events described above, led me to the undeniable conclusion that Al Bolling and Leslie Williams were drug sellers who sold drugs to Mr. Boehm and others and were not involved in any other aspects of Mr. Boehm's life. I also observed Bambi Tyree with the assistance of Sally Purser and others with whom she was involved engaged in a plot to keep Mr. Boehm high on "crack" cocain to enable them to steal his property, cash, cars and too seek to gain control over his financial resources.

22. I have given this declaration of my own free will without any promise of reward or threat of coercion. I declare under penalty of perjury under the laws of the State of Alaska that this declaration is the truth and I will testify consistent with if called to do so in a court of law. I have had the opportunity to read and revise this declaration prior to signing it.

Executed this 14 day of December, 2006 at Anchorage, Alaska.

*/s/ Tina Arndt/*
Tina Arndt