**EXHIBIT "F"**

TRANSCRIPT OF RECORDED
INTERVIEW OF SALLEY PURSER

June 4, 2004

(Re: U.S.A. v. Boehm)

TRANSCRIPTS ONLY

1943 Hillcrest Drive

Anchorage, Alaska 99517

(907) 276-0306

JUNE 4, 2004
(CD 1)
MS. PURSER: I'm Salley.
MR. SHIRTLEFF: Good. How are you doing?
UNIDENTIFIED SPEAKER: (Indiscernible).
MR. SHIRTLEFF: That's okay. Thank you.

*SALLEY PURSER*
was interviewed as follows:
BY MR. SHIRTLEFF:

Q Hi, Salley.
A **Yo, you're.....**
Q Terry Shirtleff.
A **Huh?**
Q My name's Terry Shirtleff.
A **So you're not my attorney?**
Q No, I'm not your attorney. I'm an investigator for another attorney. I work for Phillip Weidner. You know who he is?
A **So you work for Josef, huh?**
Q I work for.....
A **What the fuck am I doing down here, then? Oh, wow. What do you want? Hey, if you can get me out of jail I will do anything for him. I -- I would do anything. I would even testify with -- for -- and -- about Josef.**
Q Okay.

A **Seriously. I.....**
Q Okay.
A **.....promise. If you can get me out of jail within the next week.**
Q Okay, well, I can't promise you anything, but if we can -- if you've got time to talk.....
A **No -- no, I have time to talk as soon as I -- come on.**
Q Well, what.....
A **You got your cameras running and all that.**
Q I -- because you're a federal witness for my protection I have to record anything I ever say to you forever and forever.
A **Well, I just -- I just lied about this. I just want to get out of jail. I thought you were my attorney. I thought I was coming down to.....**
Q Well, I'm -- I work for attorneys, so they -- they -- I brought you down -- essentially, I don't want to know in particular about you and Joe. What I want to know about -- I don't know if you know that Bambi and Al.....
A **Yeah, they're all -- Bambi's not here, but everybody else is. What about them?**
Q They -- they all rolled over on Joe.
A **Okay.**
Q I don't know if you knew that. They -- they are basically claiming that orchestrated this whole thing.

A **Which is a total lie.**
Q Well, see, that's what we thought, too.
A **It's a total fucking lie. They -- they -- oh, wow.**
Q So, again, that's why I've got you down here, Salley, because, I mean, obviously, I've -- I've read the reports and I've seen -- I've seen this and that. I'd like to get it from your side of the equation, your side of the fence.....
A **Well, I don't know why I should -- who I should and shouldn't be talking to. I just want to get out of jail. I don't care about Josef. I don't care about none of them motherfuckers, especially Al.**
Q Uh-huh.
A **For all I care Al can eat his shit for the rest of his life, okay?**
Q Well, I'm not inclined to disagree with you on that, but.....
A **Al.....**
Q Can.....
A **.....(indiscernible), too.....**
Q I don't know -- I don't know.....
A **.....dirty ass motherfucker.**
Q .....I don't know if he will or not. Would you mind talking to me about Al and.....
A **What about Al? He has AIDS.....**

Q Well.....
A **.....and he's spreading his disease.**
Q He has AIDS and he's spreading his disease. Okay, so tell me about that.
A **Tell you about that what? That he's a dirty motherfucker and he gives little girls tricks, like myself?**
Q Is that -- is that what he did?
A **He gave me an STD called Trichomonas.**
Q Really.
A **Okay.**
Q Okay.
A **I had to get rid of it once I finally moved away from Seattle. None of the people down there could tell what it was for like the longest time. Now, comes to find out the motherfucker has AIDS, okay, and.....**
Q Does he really?
A **.....yeah, I've been exposed.**
Q Sorry to hear that.
A **I'm only 18 years old and look at the life I'm leading.**
Q Right. I know.
A **So -- I know -- and I know I have control over it, but, shit, you know what? What 15-year-old girl is gonna have the best life in the whole world when her mom sells her for crack and -- and Al and Leslie do nothing but, you know, take compensation**

af7018e0-3665-4388-b9c1-eb52455a15e

Q Okay, who.....
**A .....for it.**
Q .....who did your mom sell you to?
**A Josef, and I don't want to talk about it.**
Q Okay. Well.....
**A I know I'm not even supposed to be talking to you about this, and I'd talk a lot better if that was off.**
Q Well, bec-- again, because you're a federal witness -- I'll tell you a story. I had a friend of mine who knew somebody who was in jail, was gonna do 15 years. He -- that person decided to turn federal evidence against somebody. My friend called him on the telephone and said, hey, man, you're gonna do 15 years, you know, maybe you shouldn't tell on people, you know, in the beginning of a 15-year stretch. The next day the FBI, the treasury department and the federal marshals kicked in his door and arrested him for tampering with a federal witness because he told the guy who was in prison, who was going to do 15 years, that telling on people while you're in prison doing 15 years is a -- you shouldn't do that.
**A Well, I'll tell you what, if you come -- if you come back and you can get me out of jail, I will tell you anything and everything you want to know.**
Q Okay.
**A Okay.**

Q Okay.
**A 'Cause I really -- I don't deserve to be here. I got arrested guilty by association.**
Q With Jay?
**A You know how -- you know who he is?**
Q Oh, yeah. Yeah. I've been.....
**A That's my dad (ph), okay?**
Q Oh, yeah, I know.
**A We're supposed to -- we have like this whole -- of course, I was just daydreaming about this whole future we had, but, still, fuck, it wasn't supposed to be this.**
Q Jay seems like a pretty decent guy.
**A He is. He is the biggest sweetheart in the whole world.**
Q I tried to get him to give me a statement about what was -- I mean, 'cause he was around, kinda around there. I can tell you that what the -- what the government is alleging is that -- is that Joe was, you know, in on this thing, when he was the victim.
**A Joe was just trying to get himself off and get high at the same time.**
Q Now, my understanding based on some of the other girls I've talked to, I mean, Joe really couldn't do anything when he was getting high, anyway. I mean, he -- nothing.....
**A Unless he.....**

Q .....worked.
**A .....had three Viagra in him. And then he couldn't do anything about it.**
Q Well, again, that's what I'm talking about. I mean, he was -- it was not working. It was not working. So.....
**A His anteater, we used to call it.**
Q I'm sorry?
**A Nothing.**
Q The -- the other thing I wanted to talk to you about, now, my -- I have a gal who told me that they were putting -- actually, two gals that told me they were -- that Bambi and Al and those guys were putting heroin in his dope to knock him out. Do you -- did you ever see that?
**A I don't know anything about that.**
Q Okay. Two people who -- one that lived with Al and another one that was there when they were.....
**A Amber?**
Q Huh?
**A Amber?**
Q No, Heather.
**A Oh, what? Heather's talking to you guys?**
Q Yeah. Talking to me.
**A The head of the escort service, right?**
Q Yeah.
**A God, what a little snitch. A lot of people you think -- you know, you think people like me and you think people like -- everybody else has got to be snitching, but when it comes down to it the motherfuckers that are letting their lips hang is the ones that did it all.**

Q Exactly.
**A And that's a bunch of bullshit.**
Q That -- exactly my point. That's why I'm here talking to you, because.....
**A I can't do nothing. All I can do is sit here and stink up and rot in this jail.**
Q Well, you -- you can do something. I mean, Joe.....
**A I want to get out of jail. That's what I want.**
Q Okay. Well, I don't know if we can help you with that, but we can certainly look into it. I mean.....
**A Tell Josef if he gets me out of jail I will -- I will -- there's not a damn thing I can do. I know what I can do, but I can't -- I can't turn around and go against Detective Boltz. I'm not supposed to talk to you (indiscernible).**
Q Why? Who told you that?
**A (Indiscernible). It don't matter.**
Q Did -- the.....
**A I can talk to (indiscernible).**
Q .....other thing, I -- I've heard -- I'm sorry?
**A Said but I can talk to whoever I want.**

af7018e0-3665-4388-b9c1-eb52455a15e1

Q Yeah. I -- I talk to -- I looked at some of the -- like the interview with Erin with.....
**A You had one?**
Q No, I watched the video of the -- when the police interviewed Erin, and they were screaming at her and telling her that the -- she was lying, and telling her that -- you know, that that's not the right answer, I mean, when she said nothing happened, nothing happened, that.....
**A The police videotaped her interview?**
Q Oh, yeah. Yeah, you bet.
**A Why didn't they videotape mine?**
Q They probably did. They probably -- if you were interviewed at the police station they probably -- they probably taped yours, too. That glass mirror there, that glass window that's in the interview room, there's a video camera behind that thing and it's going -- it's going the whole time. It -- they -- I don't know -- they didn't tell you that? Did they -- did they read you your Miranda rights?
**A No.**
Q They didn't?
**A I just told the truth. I just told the truth about what happened. Shit, put that motherfucker to justice, you know? He ruined my life.**

Q Who did? Joe?
**A All of them.**
Q All of them. Not.....
**A I mean, Josef.....**
Q .....necessarily Joe.
**A Josef is the whole -- Josef -- he didn't instigate the whole thing.**
Q Uh-huh.
**A But money-wise he supported the whole thing.**
Q Now, that was the other -- that was another question I had. He -- I mean, he was like the victim in this whole.....
**A Yes.**
Q I mean, he -- they -- he was the mark.
**A He -- he's a victim just as much as I am, and you want to know who the fucking ringleaders are? Al, Leslie and.....**
Q And Bambi.
**A .....Bambi, okay? And everybody -- they're getting off, fucking -- because Bambi snitches her little ass around and fucking lies about whatever the fuck she did, she only gets half her time in sent-- you know, the -- King Cou-- oh, my god.**
Q That.....
**A King County. That's.....**

Q That's -- that's what I'm getting at. Why -- why should these guys get off like that and they're gonna burn.....
**A You're for them. Why the fuck.....**
Q No, no, I don't represent them at all.
**A Who do you represent? Josef?**
Q Joe. Only joe. Only Joe. Those guys are gonna -- they're gonna -- they're gonna let Joe burn for being the mark, is the bottom line. I mean, he was a vic.
**A Tell Josef.....**
Q He was the one.....
**A .....tell Josef that I'm really sorry that all.....**
Q He's the -- he's the.....
**A .....(indiscernible).**
Q .....one that was being hustled.
**A Can I write him a note?**
Q Sure. He was the one that was being hustled.
**A I know, along with all the other people. You know, half the time he didn't even want the bitches they'd bring in, but he'd take them anyway.**
Q He would -- didn't he send them away, tell them to get the fuck out of here when he found out they were underage?
**A But they'd never leave.**
Q Well, I know they never left.....
**A That's my.....**
Q .....(indiscernible).....

**A .....brother?**
Q Huh?
**A That's my.....**
Q Yeah, I know.
**A .....brother.**
Q I know. Is he in Anchorage?
**A No.**
Q Is he still in Seattle? Or.....
**A No, he's in.....**
Q .....with your dad?
**A Yeah, he's with my dad.**
Q How about your mom, is she back here yet? Or is she still.....
**A Fuck her. She's a crack whore on a roar in Seattle.**
Q On a roar in Seattle.
**A She's worse than.....**
Q I -- I -- I know. I -- I know.
**A Is there any way that me and Josef could talk face to face?**
Q I don't know. I could find out for you.
**A I know he's -- did you just talk to him just now?**
Q I -- I told -- they brought him down when you were -- they were supposed to be bringing you down, so.....
**A So he just got sent back up?**
Q Yeah

14

A **Really? Bring him down now.**
Q They won't go for that.
A **Yeah, they will.**
Q No -- no two inmates in the same room.
A **Are you serious?**
Q Oh, yeah. They won't go for that. I wish they would. It'd be -- it would really save.....
A **I'd probably hug.....**
Q .....me a lot of time.
A **.....Josef.**
Q Yeah, well.....
A **I'd probably hug him.**
Q Yeah. Did the -- did the police ever offer you -- tell you you were gonna get paid, they.....
A **I got paid anyway when they sent me up here from Seattle.**
Q Oh, they did?
A **I got paid for food every day. And then I fucked off, missed my plane and got arrested, and now I have a felony.**
Q Really? Was that part of the.....
A **Was right now.**
Q .....the stuff that -- that -- right, was that part of the stuff that happened down in Seattle or.....
A **No.**
Q Oh, with -- with Jay?
A **Yeah.**

15

Q Was he carrying when you guys got.....
A **Yeah, I was carrying the motherfucking shit, damn it. Pissed me off. He all -- he all tossed the sack on the floor. I'm like what the fuck you doing, the cop's gonna find that, so I pick it up and I'm trying to stash it, and the cop walks up to the window. I don't want to see -- I don't want him to see me, you know, like doing anything, so I just hold it in my hand, I'm just like -- oh. Oh, well.**
Q Well, what about -- what about Leslie and Al and Bambi? I mean, would they ever joke around how they were robbing him?
A **Uh-huh.**
Q Joe?
A **Every day they robbed him.**
Q Now, I heard that they would go to his house as soon as he'd get up in the morning and get him loaded, and keep him loaded all day, so -- just so they could rob him. Is that.....
A **He -- he got loaded.....**
Q .....is that accurate?
A **.....he got loaded on his own, anyway.**
Q Well, I know that, I know that, but I heard that that's what they did. I heard that they.....
A **He -- stay out of here, motherfucker. Huh? I'm sorry.**

16

Q That's okay.
A **I'm just trying to enjoy my time in jail. I -- I all like came in here and didn't sleep for like six days, so I was sleeping for like five, and now I'm just like.....**
Q Oh, I understand.
A **.....on this natural high on life, like I couldn't give a flying fuck about anything routine, and it's really pissing me off.**
Q I -- I understand.
A **You're all like what is wrong with this girl.**
Q Oh, no. No.
A **Holy shit.....**
Q I -- I -- I.....
A **.....I cannot believe they did to this poor -- I used to be a.....**
Q Yeah.
A **.....decent young female. I did. I used to have a nice mouth. I used to have -- I used to -- I used to look good without makeup on, and now I'm all like cracked out and dirty and fucking -- I have a nasty mouth and a bad attitude towards life, and Bambi and Allen really ruined my life. If anything, Leslie helped me when he flew me down to Seattle.**
Q Uh-huh.
A **I'm sure you.....**

17

Q So Les-- Leslie was just taking you down there to go to treatment or something?
A **I'm sure -- no, fuck that, just to get away from all the drugs.**
Q Oh. So Joe paid for him to.....
A **Uh-huh.**
Q .....take you to get you.....
A **Yes.**
Q .....away from the dope.
A **Yes.**
Q He wasn't trying to get you out of town.....
A **Josef.....**
Q .....to hide you. He was.....
A **No.**
Q .....just trying to get you.....
A **Josef.....**
Q .....away from the dope.
A **Josef knew I was gonna die. I mean, Josef -- there'd be times Josef wouldn't let me lea-- leave his house because he knew that if I was out to go and do something I might get hurt or -- you know, like, really, I don't feel -- I don't feel Josef is, you know, a perpetrator in any of this. Like he's just as much a victim as I am of these three people, you know, let alone -- let alone my circumstances are a little bit more harsh than his because**

af7018e0-3665-4388-b9c1-eb524555a15e1

I'm a young female victim to.....
Q Uh-huh.
A .....you know, sexual -- whatever the fuck that shit is. Okay?
Q Uh-huh.
A You know what I'm talking about?
Q Oh, yeah, I'm -- I'm with you.
A You know.....
Q Yeah.
A .....I mean, yeah, he's -- he's supposed to be older, more wise and know what the right -- wrong and right -- right -- blah -- choices are, but crack cocaine can alter anybody's mind, okay?
Q I agree. I agree.
A Anyone's, and Bambi was the only one smoking through this whole thing besides the end, towards the end when Allen started smoking. I wasn't there, though.
Q So when the girls would come over there I heard -- Miranda.....
A What about her?
Q .....DiTullio, she said that when he found out the girls were underage he would run them off or tell them they couldn't come there. Is that.....
A He tried.
Q He tried, and.....

A But the younger ones were his favorite.
Q Yeah, but.....
A Like I -- I was his favorite.....
Q But Bambi -- Bambi.....
A .....'cause I look like I'm 12 years old.
Q .....wouldn't let them leave or would.....
A No.
Q .....keep them there? Is that.....
A Well, I mean.....
Q .....how it would work?
A .....which they wouldn't leave. I mean, and if they did, you know.....
Q They wouldn't leave the.....
A .....I mean, they left -- they left on their own. Josef -- nobody ever listened to Josef in his own house. It was sad.
Q Really.
A Nobody did.
Q Each.....
A Sometimes I wouldn't, you know.
Q Right.
A I mean, I hate to admit it.....
Q Right.
A .....but nobody listened to Josef in his house, and it was just -- it was horrible, and I'd sit there and I'd tell

him, I'd be like, you know, this is your house, you need to let those people know, you know, that you're putting your foot down. You don't want, you know, so and so having sex downstairs -- or upstairs in your bed. You don't want -- you know, you don't want people making money under your roof.....
Q Right.
A .....you know? But he never listened to me. What do I know, I'm just a little 16-year-old idiot.
Q So did -- so who would collect the money? Al and Bambi? Would they supply the dope? I mean, who supplied the dope?
A Allen and Leslie.....
Q Al and Leslie.....
A .....supplied most of it.
Q .....supplied the dope?
A Uh-huh.
Q To everybody?
A What?
Q They supplied the dope to everybody?
A Just about. I mean, there'd be other times other people would come in.
Q But.....
A Like Sticky (ph) or.....
Q But it wasn't Joe supplying dope. He was just buying dope. Is that right?

A It wasn't Josef supplying dope?
Q Yeah, he was buying the dope, right?
A Well, he'd buy.....
Q Joe.....
A .....the -- he'd get the dope sack and he'd -- I know you don't want to hear this, but he'd distribute it to all the -- all the young females. Josef would give me dope. Josef would give Bambi dope. Josef would give Liz dope. Josef would give everybody dope. Josef was.....
Q Did.....
A .....the one that bought the dope.
Q Joe -- Joe bought the dope.
A Yes. I know you don't want to hear what -- that -- what -- the -- you know, what I just had to say, but it's the truth.
Q Well, right, I mean, the truth is the truth. I'm not here to make -- ask for lies or.....
A Uh-huh.
Q .....have you say.....
A You're here.....
Q .....anything.....
A .....you're here trying to get something on Josef's side, but one thing I will tell you is Josef was not the instigator. He was not.

af7018e0-3665-4388-b9c1-eb52455a15e1

Q And do you.....
**A I mean.....**
Q .....think at any time he was really in on it? I mean, he was just.....
**A No, he was just trying to get high and get off, like I said. He was just trying to get high and get off. He was never -- Josef has a good heart. He doesn't.....**
Q I agree.
**A He doesn't want to hurt nobody. If he wanted.....**
Q I agree.
**A .....me hurt and dead, I'd be hurt and dead and gone a long time ago.**
Q I agree he's a good guy. I agree.....
**A He is.**
Q .....he's got a good heart.
**A He's a very good guy.**
Q Yeah, so.....
**A In fact, out of everybody that I ever met smoking crack he was my favorite, and I hate to say, you know, everybody I met smoking crack, da, da, da, you know?**
Q Uh-huh.
**A But he is a very -- he is a very good-hearted gentleman.**
Q I agree. So what about -- I mean, I hate to bring it up. What about Carl Bucher (ph) and your mom and -- obviously, I've been doing a lot of talking.....

**A Obviously.**
Q .....(indiscernible).....
**A How the fuck do you know about that?**
Q I've been talking to everybody in the coun-- I mean.....
**A To everybody in the country. Wow.**
Q Well, I mean, that's -- that's.....
**A But nobody knows about Carl but my mother.**
Q I see.
**A Or nobody was supposed to. Carl was a fucking sicko. He was.....**
Q Yeah.
**A .....the first guy I ever smoked crack with.**
Q I see.
**A And he forced me into some shit that Josef never even forced me into.**
Q And when.....
**A He was the first person that I ever traded sexual favors for money and -- and dope with. Josef.....**
Q Carl was?
**A Josef was the second.**
Q What about -- what about Gary Dee (ph)? Now, my understanding is your mom pawned you or traded you or something to Carl Bucher; is that right?
**A I did it on my own. Oh, wait, no -- I don't know.**
Q Did she get coke or.....

**A Yeah, let's -- that.....**
Q .....(indiscernible) for that?
**A .....that -- that's got nothing to do with Josef.**
Q Okay. Well, I.....
**A You're gonna get me fucked up off this tape, you know that?**
Q No, no.
**A Yeah, you are. I can see it now.**
Q I -- I -- what I'm trying to do is get a complete picture, 'cause if we end up going to trial the jurors are gonna need to have a complete picture of what was going on here. I mean, you know, you follow? I mean, I know you're smart 'cause I've listened to your tapes, I've -- I've listened to -- I've -- I've, you know, done a bunch of research on you. You should be on your way to Harvard, for crying out loud.
**A Yeah, fucking right, what, Crack Harvard?**
Q Well, hey, you know what? I got to tell you.....
**A Crackology 101.**
Q .....something -- I want to share something with you. I mean, this may not mean shit to you, but I've been clean since I was 18. I was just like you.
**A Really?**
Q Really.
**A Smoking crack?**

Q Well, at that time 20 years ago it was freebase.
**A Uh-huh.**
Q And I was into all of it from the time I was nine years old until I was 18.
**A Maybe you'll be inspiration for me to quit.**
Q I've been clean.....
**A I like smoking too much, though. It's sad.**
Q I know. I know. I liked getting high, too, but I didn't like going to jail. I didn't like waking up in the places that I woke up in. I didn't like having to do the things that I had to do to get high. I didn't not like getting high. I loved getting high. I didn't love.....
**A You haven't got.....**
Q .....everything.....
**A .....high once.....**
Q No.
**A .....since then?**
Q I can't. If I get once, I'm gonna get high -- I don't stop, just like you. When you pick up you don't stop.
**A Until I have to.**
Q Until you have to, you're forced to, someone holds you down on the ground and takes the shit away from you. I'm.....
**A So are you one of his attorneys? What are you?**
Q I'm an investigator. And -- and what I was gonna tell you

af7018e0-3665-4388-b9c1-eb52455a15e1

is that I had -- I was just like you, in the exact same spot you are at 18. I haven't picked up since. I have -- I have a bachelor's degree. I have a master's degree. I have -- I fly airplanes. I go scuba diving. I go do -- I -- I have the freedom to do anything in the world that I want to do today, just like you could, as long as I don't pick up. If I pick up, that's all I get to do. I have the whole world or I have dope. That's for me. And.....
A **You can't have both.**
Q I can't have both. I've seen other people that get both. I don't get both. I get dope, or I get everything else. Sometimes the dope looks good, and that sounds ridiculous, but that's the way it is with us, and that's -- that's the way it is with me. So I'm just telling you that it's -- this isn't the dead end -- this isn't the dead end that you may think it is. It could -- all you have to do is just not want to get high just a smidge more than you want to get high. I know it's tough.
A **But you don't stay high long enough for it to even be worth it, so.....**
Q I know, and the longer it goes the longer.....
A **Uh-huh.**
Q .....more it doesn't work. You know that.
A **Yeah. *I hope he even reads that.***

Q He'll read it.
A **Huh?**
Q He'll read it.
A **He'll read it?**
Q Uh-huh. I'll give (indiscernible). So.....
A **So can I like relay notes back and forth between you? Or you ain't never gonna talk to me again after this.**
Q No, I'll talk to you again after this if you like. I'll come in every day and talk.....
A **I want.....**
Q .....to you if you want.
A **Really?**
Q Sure.
A **I'm so bored. I don't even know, man.**
Q I can come in every day and talk to you.
A **I was all -- did you see how happy I was to see.....**
Q Yeah.
A **.....somebody? I was like.....**
Q Anybody. Well.....
A **Hey.**
Q .....what about Amber -- Amber Myers?
A **What about her?**
Q Was she around or what -- what -- what was -- what was going on with her?
A **Same thing. I can't tell you much about her, but, I mean, just like every -- every situation was the same, you know. If you got high.....**

Q So.....
A **.....you know, you weren't getting high for free. You were sucking dick or doing something for it. Mostly.....**
Q *Not necessarily.....*
A **.....the easiest thing.....**
Q .....with Joe, but.....
A **Not necess-- yeah.**
Q .....but just -- not necessarily.....
A **(Indiscernible).**
Q I mean, obviously, he was there.....
A **Yeah.**
Q .....but not necessarily with him. They were turning tricks out of the house for -- with other people? Is that right?
A **Not necessarily. I mean, Josef was getting played a little bit.**
Q Josef -- Josef was a vic no matter what. He.....
A **Josef was getting played no matter what. He was getting -- he was getting himself a piece of ass.**
Q And he was gonna -- and they were gonna rip him.....
A **No matter what. As long as he was happy everybody else was happy, so.....**
Q *And they were gonna rip him off.*

A **I mean, well, what -- yeah. Well, it's not nec-- they didn't rip him off all the time. He -- he gave it away a lot of the times.**
Q Well, what about -- I mean, the times.....
A **He never woke up with what he went to sleep with, though. He.....**
Q That's what I'm talking about. I mean, that -- I've talked to other witnesses who said the guy smoked crack and then passed out. Well, you know, that just doesn't usually happen, I mean, unless.....
A **Well, when you've been up for so many days it does.**
Q Yeah, or you've got heroin in your dope, it puts you right out.
A **Smoking heroin doesn't make you fall asleep.**
Q Knocks you out.
A **No.**
Q *Does me.*
A **If -- it does you? If you were -- if you -- if you -- if you drink it, yeah. Smoking it doesn't, though. It just prolongs your -- I don't know -- fuck it. I don't know anything about drugs. I've never done them in my life.**
Q I understand, Salley. That's -- that's a good answer.
A **I mean, I feel like an idiot.**
Q What about Chrystal Wallis, what was -- was she ever around the house? Do you remember her.....

af7018e0-3665-4388-b9c1-eb52455a15e1



A No.
Q .....from the Valley?
A Who?
Q From the Valley? There's these girls that came in from the -- from Wasilla.....
A Yeah.
Q .....the Valley.
A I don't know.
Q You don't know her?
A I don't remember any of them. I'm hungry, man.
Q Understand. I think they're gonna feed you -- well.....
A They already did.
Q They're not gonna feed you for another couple hours.
A They won't -- oh, really?
Q 3:30, I think.
A See, I can't -- I don't even know what time of day it is.
Q It's -- it's 10 after 1:00. So Cynthia Ramirez, you remember her?
A Yeah.
Q What was -- what was.....
A Uh-huh.
Q .....the deal with her?
A Yeah, I remember me, her and Josef were in a room all alone together and she was sucking his dick at the condo. I mean, I know you don't want to hear that.

Q I didn't want to hear that.
A It's the truth, though. It's the truth. I mean, I hate to sit here and tell you that, but.....
Q Right.
A .....Josef has to 'fess up to the shit he did. You know, I'm 'fessing up to the shit I did, you know, which isn't, you know, half as bad as -- but, I mean, he is -- in a way he is a victim to -- you know.....
Q Did the.....
A .....to Allen.
Q Did the girls lie about their age to Joe?
A No. I did. I'd tell him I was younger 'cause he liked it. He'd always -- you know, I'd come in -- I'd walk in the room and he'd be like you're a different one, and I'd be like -- be like what are you talking about. He'd be like how old are you, and I'd be like 14, and he'd just -- he got a kick out of it. It was just -- it was all a joke. It was all just a trip to -- it was all a tweak, instead of -- instead of tweaking on the feds and the cops coming, we'd tweak on, you know, different people and age and shit, you know? 'Cause you know -- you know if you smoke crack you're gonna get tweaked.
Q Uh-huh.
A So instead of tweaking on the carpet and tweaking on the fucking police outside, we'd tweak on, you know, how

things changed.....
Q Right.
A .....the pictures, or like how we knew people on pornos. You know, I'd sit and watch pornos and talk about there's you, Salley, and be like, oh, my god.
Q How about Jamie Millard?
A Fucking Jamie was my brother's girlfriend.
Q Yeah? And then she hooked up with Al; is that right?
A She hooked up with Josef first.
Q What about -- now, did -- did your brother and Ace, they would bring girls to the house?
A They brought Jamie.
Q They brought Jamie.
A Uh-huh.
Q But they didn't bring any other girls?
A I don't know. I don't know. I just know who I brought. I mean, you can't ask me too much about everybody else because, I mean -- I mean, I've -- I only know what I did and what I saw.
Q No, I -- I understand, and that's all I want to know about, but you -- you know, that's all -- that's all I want to know.
A But I just -- I hope Josef -- I hope Josef doesn't -- I really don't want him to spend the rest of his life in jail. He doesn't deserve to. I mean, and.....

Q Well, I.....
A .....I really.....
Q .....would agree to that.
A I hope -- I -- I mean, if anything, he should get the same sentence I do, five years, okay, 'cause I'm getting five years for a dope sack that wasn't even mine, all right? And it really pisses me off. You know, I didn't even get to smoke that shit. If I would have -- if -- if I got to smoke that shit it'd be a whole different story.
Q Right.
A I was just holding it for the motherfucker 'cause he was too scared, you know, and, I mean, Josef, he does -- I think -- I really -- I mean, I'm not one -- I -- I'm not gonna be the judge or the jury of it, and I'm not gonna.....
Q Uh-huh.
A .....choose what gets to be done to him, but I don't think he should spend life in prison. He needs to get out -- he needs -- I think he -- if -- if he gets out and he has the chance to, you know, lead a sober life, a legit -- you know, a better one, and he actually takes it and he does it, let -- so be it.
Q Right.
A You know? Let him.....
Q Right.

af7018e0-3665-4388-b9c1-eb52455a15

34

A **But if he -- if he gets out and he picks up that pipe again, you know, wants another 13-year-old-looking little crack 'ho to suck on his dick, you know, he should be right back in here.**
Q Okay. So -- just trying to think of anything else that -- now, the hotel rooms that would get rented around town, would -- would people steal his credit cards and stuff and rent hotel rooms under his name?
A **No, not that I know of. He wasn't allowed to rent hotel rooms in the Anchorage area.**
Q Who? Leslie?
A **Josef.**
Q Joe wasn't allowed to rent hotel rooms in the Anchorage area?
A **Uh-huh.**
Q I see.
A **And you should know that, though.**
Q Well, if I got evidence that doesn't -- I -- I have him checking into hotel rooms, though.
A **Yeah, but like after awhile he was banned from certain hotels because of how he'd leave them or shit.**
Q Oh, he'd leave them -- they'd be messy.
A **Or, you know, and.....**
Q Well, he -- would he -- he wouldn't really -- would he stay there or would he leave and somebody else.....

35

A **He'd leave, you know.....**
Q .....would just kind of take it over.
A **.....yeah, like whoever he left there would bring in more shit.**
Q I see. I see. So what about Erin. How much was she at the house?
A **Not that much. Not as much as I was. I lived there for three months.**
Q When your mom sold your house?
A **Uh-huh.**
Q So he gave you the place -- you and.....
A **Uh-huh.**
Q .....your -- your mom a place to stay, too, where.....
A **She.....**
Q .....she lived?
A **.....she -- she stayed in the driveway. He wouldn't let her in the house. She stayed in her truck in the driveway, and anytime that like I felt really sorry for her I'd wake her up and -- oh, that was weird.**
Q Were people sneaking in the house in that back window.....
A **Yeah.**
Q .....that was broken open in the.....
A **I've snuck in that window.**
Q .....tanning room and -- you would sneak in there that way?

36

A **I've snuck in that window.**
Q Now, who broke -- do you remember the -- the alarm got -- remember who disabled.....
A **The alarm got broken?**
Q Yeah. Do you remember who did that?
A **I wasn't there.**
Q Okay. Well, I'm just asking. You know, obviously these are -- again, the whole picture of every -- all the things that went on around there, the back window being broken, the tanning room window being knocked out, that's how people would sneak in and out. Somebody obviously dis-- disabled the alarm 'cause Joe's too paranoid not to have set the thing at least once in awhile, at least from what I saw when I -- when I had to dig a guy out of there a few months -- last year.
A **Dig a guy out of his house?**
Q Well, I mean, figuratively. Somebody -- a friend of mine -- you know him, Vince Blomfield (ph)?
A **Wow.**
Q You know Vince.
A **I only met him once.**
Q I know.
A **Oh, my god.**
Q Anyhow, Vince -- I had to dig -- pull Vince out of there and Joe was -- actually, I pulled Vince out of there

37

twice. Joe was not exactly the most unparanoid guy I'd ever met.
A **Josef's so fucking crazy. I want to see him so bad. I like him. I like Josef. I was comfortable with him. I never felt threatened. I know -- I know this will be a good word for you to use. I never felt threatened with Josef, but around Bambi and around Allen.....**
Q So would you say the stuff that you did with him was consensual, then?
A **Yeah.**
Q I mean.....
A **If I -- if I were sober.....**
Q Yeah.
A **.....I would have never, ever done that.**
Q Okay, but.....
A **Ever.**
Q But you were high.
A **Since I was high on crack and I was dope feeding and I was persuaded to do something that I honestly really didn't want to, I mean -- of course, you know, if I wasn't in -- in some way every bit -- everything that went on in the house was consensual, okay, or.....**
Q Uh-huh.
A **.....else it wouldn't have happened.....**
Q Right.

af7018e0-3665-4388-b9c1-eb52455a15e1

A .....you know.
Q 'Cause he didn't like put a gun to your head.....
A No.
Q .....or nothing like that.
A No.
Q I mean.....
A No.
Q Okay. I'm just.....
A You guys are gonna use this and tear this up against me in court. I know you are. Man.....
Q Well, hopefully, this thing will never -- hopefully, they'll.....
A Hopefully, he just admits to doing the shit.
Q Well, yeah, I mean, I would -- I would hope that, you know, some sort of arrangement could be struck and we didn't have to go to trial, but the way it looks like right now.....
A Tell him -- tell him that I.....
Q .....it looks like we are going to trial.
A Tell him -- tell him if -- does he still have lots and lots of money? You're getting paid a lot of money, huh?
Q I -- I'm getting paid for my time, absolutely.
A 'Cause all I want -- all I wanted was a settlement to where I could be on my own and -- I mean, I don't -- I don't want to take Josef to ja-- trial. I don't want to

use the feds, their money, so they -- they'll pay me to testify. I don't want to -- I don't want to go take Joe to a civil suit. I just want to -- I want to have enough money that my mom -- see, what happened, what fucked up everything the last time I left, is he gave all my money to my mom.
Q Oh.
A My mom used it all on dope when she got into Seattle.
Q I see.
A Okay. And I didn't have nothing for myself.
Q Now, when she was in Seattle it looks like she called Joe a few times and tried to talk -- get some more money out of him.
A Uh-huh.
Q At the same time she was talking to the police.
A Uh-huh.
Q Is that right or.....
A Uh-huh. And (indiscernible). I.....
Q Well, that's.....
A .....called Josef just to say hi. Next time I called him he told me he put 400 bucks in my account, or my Wells Fargo -- he -- you know, he -- I love Josef, I do.
Q So.....
A I hate to see him go through all this, but I knew it would come down sooner or later.

Q Yeah. So just so I'm clear when you were down in Seattle your mom -- he -- Joe gave your -- the money that was meant for you to get off drugs, basically, get you set up so you could get off the dope, gave it to your mother. Your mother smoked the crack.....
A Uh-huh.
Q .....up; is that -- is that right?
A Yes.
Q And then -- and then while she was talking to the police trying to put Joe in jail she was also trying to get money out of him, and he wasn't giving up any more money.
A That's why she started talking to the police.
Q 'Cause he wouldn't give her any more money.
A My mom's a fucking bitch. That's why.
Q I see. I see.
A Gosh, I have such a dirty mouth.
Q Hey, I'm not offended.
A Yeah, 'cause I know when you run this tape in court and shit they're just gonna be like, my god, listen to this little girl.
Q Well, you know.....
A (Indiscernible).
Q .....hey, you know, how hard is it -- you know, you -- you have a tough one. I mean, that's -- you -- you -- you know, you got a tough one. That's how it goes.

A I just wish I -- I mean, I hate to ask Josef for anything, you know, because I know everybody's coming at him with I want this, I want this, I need this, I need that, you know.
Q Would you say that some of these gals that are coming at him are -- that the motivation is to try to rip him off or try to get money out of him?
A What do you mean?
Q Well, they're -- would you say that they're -- they're coming forward -- some of these people may be coming forward saying things happened that didn't happen just to -- so they can get paid?
A No, they're coming forward because their name's popping up and the fucking feds won't leave them alone. That's why they're coming forward. Why do you think -- dude, if you would have asked -- ask the feds -- like when my mom tried to get me to talk to them when I was in Seattle, dude, I wouldn't even get on that phone.
Q No?
A Hell, no. You guys are all undercover working for Josef. He's trying to see -- I had a trip going on from Seattle. I was like he's trying to see if we're gonna snitch on you. Then he's gonna come kill us, Mom. What the fuck are you doing, right?
Q I don't know. I mean, Joe certainly has a lot of

af7018e0-3665-4388-b9c1-eb52455a15e1

resources, but I don't think he's a killer.
A **Huh-uh. Most.....**
Q He's.....
A **.....definitely not.**
Q He's just a regular guy.....
A **Uh-huh.**
Q .....that got hooked on crack.
A **Uh-huh.**
Q I mean.....
A **And young pussy.**
Q So -- so the feds were paying you or are paying you for your testimony?
A **Not any more.**
Q They're not paying you for your -- well, yeah, now they're probably pissed.
A **Uh-huh.**
Q Have they been in to talk to you?
A **Detective Boltz won't even look at me.**
Q Really.
A **Uh-huh.**
Q So have they been in to talk to you since this happened?
A **They could care less about me now.**
Q That piss you off?
A **I could fucking care less. Dude, all they wanted was my testimony and to use me anyway, you know?**

Q That's all they wanted.
A **Yeah. I mean, shit. I told them -- and like after they brought me up here -- the only reason I came back up here is 'cause it was a free ticket back to Alaska.**
Q Right.
A **I wanted -- I want -- I wanted to come back to Alaska anyway.**
Q It's your home.
A **You know -- yes. You know, I didn't even want to move to Seattle, but I needed to get away from all the dope.**
Q Right.
A **And once I got up here I found out that the trial was postponed anyway, so I was like, aaah, you know, perfect, it's.....**
Q Sure.
A **.....you know, works out. Then I got caught up with the wrong hand all over again.**
Q Uh-huh.
A **Got arrested.**
Q Uh-huh.
A **Like an idiot I was driving down the road with my feet sticking out the window. Did you hear about that?**
Q No. Didn't hear about that yet. I actually haven't pulled that report. I just.....
A **That's how I got -- that's how we got pulled over, me and**

**Jay. That's how we got pulled over.**
Q Really.
A **And my head was in his lap, and my feet were out the window.**
Q Was he -- is he still driving that green -- that green.....
A **He was driving.....**
Q .....Firestar?
A **.....he was driving the red truck.**
Q Oh, the red pickup, Kim's truck? Where is Kim at? She in here?
A **Huh-uh. She's in.....**
Q Back at her.....
A **Trailer.**
Q Trailer. Yeah, I think they're searching your trailer right now.
A **Really? As we speak?**
Q Before I came down here.
A **They were searching the trailer?**
Q Four cop cars.
A **Oh, what?**
Q Four cop cars in front of your trailer.
A **Really?**
Q Uh-huh.
A **They're not gonna take any of my stuff, are they?**

Q As long as -- I don't -- I don't know. I don't know, I.....
A **As long as it doesn't have to do with dope?**
Q Typically they don't take anything that doesn't suit their purpose. I mean, obviously, you know how they treated you. Soon as you don't have any purpose to them they don't really need you anymore.
A **You know, that's bullshit. I feel so -- I feel more used and abused than when Josef left me, you know?**
Q Isn't that something?
A **At least Josef kept me around, you know, and made sure I was okay. The fucking feds put me in jail. Fuck them.**
Q Uh-huh.
A **And their fucking badges. Cock-sucking motherfuckers. I'll say that again, too, Detective Boltz, you little bitch.**
Q Well, they're not.....
A **Can we erase that?**
Q No. No, they're -- they're not my friends either, I can tell you that.
A **He makes me mad. I mean, I don't -- I -- I should be most mad at myself, really most mad at myself, but, yeah.**
Q So were you.....
A **I'm lost.**
Q .....you were -- you were 16 at Joe's house or.....

af7018e0-3665-4388-b9c1-eb52455a15e1

46

A **Fifteen.**
Q Fifteen.
A **Fifteen years old when I first walked in that house. Seventeen when I last left, so -- Detective Boltz is gonna be so mad at me. Don't let him hear that, please. You're gonna, too.**
Q No, this -- this goes to -- this goes to Joe's attorney. That's it. Now, he has reciprocal discovery with the prosecution, but.....
A **Detective Boltz is gonna be so mad. Hey, that's all right, you know. Act like a punk, they'll treat you like a punk. But I can't say much more for myself. I'll tell you that.**
Q Okay, so can you think of anything else that might be helpful to Joe in terms of being the victim and being the mark in this whole equation?
A **Well, just tell him -- just tell him -- I mean, this isn't gonna have to do anything with the court system at all. Just tell him -- just tell him, you know, just be honest, okay? And I know -- I don't even know if he believes in god, but just -- you know, just tell him he's gonna get what he deserves. He is, no matter what. No matter how hard he fights it, no matter -- how much money he puts into it, he's gonna get what he deserves.**
Q Well, that's what we're trying to ensure happens.

47

A **So, I mean, I don't know what to tell him.**
Q Yeah, I mean, if you -- and I like -- I appreciate you saying that, Salley, 'cause that's exactly what we're trying to ensure happens, 'cause the way the government is painting the picture right now he's not gonna -- he's going to get way, way, way more that he would des-- he should deserve, you know. Now, I'm not saying that he did anything (indiscernible). Obviously.....
A **I think Allen.....**
Q .....I'm not trying to -- I'm not saying anything -- that he did anything -- you know, did.....
A **I think -- I think.....**
Q .....anything. I'm just saying that, you know, the government is alleging that he was in on this thing with Al, that he knew what they -- you know, that he.....
A **Yeah, fucking right, dude. They didn't know -- Allen.....**
Q They didn't -- he didn't know, right?
A **.....Allen and Bambi -- Allen and Bambi are the ones that need to spend the rest of their fucking lives in jail, and Bambi's gonna get off scot free because she snitched, okay?**
Q They all.....
A **'Cause she's talking.**
Q They all are talking. Everyone.....
A **You know, and now -- oh, man, I'm done.**

48

Q They all are talking. All right, so anything else? Yeah, they're all talking, Salley. Every single one.
A **I can't believe I just talked to Josef's investigator.**
Q Well, I appreciate it, I can tell you that. I mean, you've shed a lot of light that I didn't have before.
A **Seriously?**
Q Yeah. Absolutely.
A **Oops.**
Q No, I mean, it's good. I mean, it's -- like I said before.....
A **Tell Josef.....**
Q .....we -- we just want Joe to get what's -- you know, take -- to -- to get whatever is coming to him, you know. I mean, obviously, our hope is to exonerate him, but that may not happen. I don't know. But our hope is to, you know, beat this case. Certainly some of the charges are completely ridiculous, as you've pointed out yourself. I mean, you said it yourself, right? I mean, he wasn't in on it with these guys.
A **No. He didn't even know what the fuck was going on. All he wanted to do was get high and get off.**
Q Right.
A **And in order to get that done, you know, Allen and all these other people made it a little bit more difficult.**
Q On Joe, they -- they had to keep.....

49

A **They were putting shit in his dope, though. I know they were.**
Q To keep him high so that they could keep robbing him, right?
A **The dope gets you high no matter what.**
Q Well, I understand, but if you keep him so out of it.....
A **Uh-huh.**
Q .....that he can't make any rational decisions.....
A **I know that they were putting stuff in the food.**
Q Were they?
A **Yeah, because Leslie and stuff would bring food over and it'd already be opened and stuff, and like I remember one time -- oh, wow, I don't know what the fuck it was sprayed with, but I about puked.**
Q Really.
A **Uh-huh. The food.....**
Q Did you ever hear them talk about trying to kill Joe? Anybody have -- did you ever hear of Bambi taking out a life insurance policy on him or anything like that?
A **Huh-uh.**
Q Okay. Well, I appreciate you taking the time to talk with me. I can't think of anything else.
A **Tell Josef.....**
Q I'll give him.....
A **.....tell Josef (indiscernible).**

af7018e0-3665-4388-b9c1-eb52455a15e1

50

Q .....I'll give him your note, and do you want me to come back and talk to you tomorrow?
A **Yeah, tell -- ask him -- ask him if he's like any -- just -- I don't want him to hate me.**
Q I can come back and talk to you tomorrow. I have to *record everything 'cause you're a federal witness.*
A **I don't care.**
Q Okay.
A **Just tell Josef -- tell Josef that I wish the best for him.**
Q Okay.
A **I do, and I'm sorry that things turned out this way.**
Q Okay. Really appreciate it. I'm gonna call him (indiscernible).
A **You're gonna call Josef back down here?**
Q No. No, I don't see him 'til tonight.
A **'Til what?**
Q 'Til tonight.
A **Tonight?**
Q Yeah, I come back in and go over some stuff with him and.....
A **So he was sitting in this very chair?**
Q He was actually at the door. I saw him when they brought him down.
A **Hmm. That's scary. Thank you, Terry Shirtleff.**

51

Q Shirtleff. Everybody calls me T-shirt.
A **Shirtleff?**
Q Yeah.
UNIDENTIFIED SPEAKER: (Indiscernible).
Q Okay, thank you. It's gonna be a couple minutes. So, are you getting to work out or anything or.....
A **Huh?**
Q Are you getting to work out or get out and -- I mean, are they getting -- letting you out of your cell at all to do anything, or are you just.....
A **(Indiscernible).....**
Q .....sitting around?
A **.....(indiscernible).**
Q Yeah.
A **I didn't just.....**
Q Well, yeah, you were kind of running pretty hard, you know.
A **Not really.**
Q Really?
A **No. I mean, the cops when I -- when I came into the federal building the cop, they had just woke me up. I was sleeping in the trailer.**
Q Oh, really?
A **I wasn't even high, man (indiscernible).**
Q How come.....

52

A **(Indiscernible) last summer. I do much better when I'm (indiscernible). Not really. I'm so bad. Please don't use any of this against me. I.....**
Q I'll see you.....
A **.....(indiscernible).**
Q .....I'll see you tomorrow. I'll see you tomorrow, Salley.
A **Yeah.**
**(End of recording)**
/
/
/
/
/
/
/
/
/
/
/
/
/
/
/
/

53

**TRANSCRIBER'S CERTIFICATE**

**I, Dana J. Kelly, Certified Electronic Transcriber, hereby certify:**

**That the foregoing pages numbered 1 through 52 are a true, accurate and complete transcript of an interview transcribed by me to the best of my knowledge and ability from a CD provided to me by Weidner & Associates.**

DATED: June 14, 2004.

Dana J. Kelly, CET

TRANSCRIPTS ONLY
(907) 276-0306 53

af7018e0-3665-4388-b9c1-eb52455a15e1

**A**
aaah 43:13
ability 53:6
about 2:24 3:13,18,19 3:21 4:11 4:11,24,25 5:4,5 6:4,6 7:10,14 8:3 8:4,9,14 10:23 11:21 13:12 15:10 15:10 16:7 18:6,20 20:21 22:23 22:24 23:3 23:7,21,21 27:21,22,25 29:4,7,21 29:24 31:11 31:15 32:4 32:6,10,17 32:21 35:5 42:22 43:22 43:23 49:14 49:17
absolutely 38:22 48:7
abused 45:9
account 39:21
accurate 15:21 53:5
Ace 32:10
Act 46:11
actually 8:11 33:21 36:25 43:23 50:23
admit 19:22
admits 38:13
after 27:7,8 30:17 34:20 43:2
again 4:4 6:8 8:4 27:7,8 34:2 36:8 43:17 45:15
against 6:11 9:17 38:9 52:3
age 31:11,21
ago 22:12 25:1
agree 18:14 18:14 22:8 22:10,13,13 22:23 33:3
AIDS 4:25 5:3 5:15
ain't 27:7
airplanes 26:4
Al 3:19 4:12 4:14,18,24 4:25 5:24 8:12,15 11:16 15:10 20:10,14 32:8 47:15
alarm 36:2,4 36:12
Alaska 1:24 43:4,6
alleging 7:17 47:14
Allen 16:21 18:16 20:13 31:10 37:7 47:9,16,18 47:18 48:23
allowed 34:9 34:13
alone 17:24 17:24 30:24 41:14
along 12:17
already 30:12 49:12
alter 18:12
always 31:13
Amber 8:17 8:19 27:21 27:21
Anchorage 1:24 13:6 34:10,13
another 2:17 8:16 11:10 30:13 34:2
answer 10:7 29:22
anteater 8:6
Anybody 27:19 49:18
anybody's 18:13
Anyhow 36:24
anymore 45:7
Anyone's 18:15
anything 2:23 2:23 3:5,11 6:22 7:22 8:3,14 15:7 16:7,22 21:22 26:5 29:21 33:4 34:5 41:1 45:4 46:14 46:18 47:8 47:10,11,13 48:1 49:19 49:22 51:6 51:10
anytime 35:18
anyway 7:23 12:19 14:15 15:22 42:25 43:7,13
appreciate 47:2 48:4 49:21 50:13
area 34:10,14
around 7:15 7:15 9:17 11:20 15:11 27:23 29:25 34:6 36:9 37:7,7 45:11 51:12
arrangement 38:15
arrested 6:17 7:3 14:18 43:19
asked 41:16
asking 36:7
asleep 29:14
ass 4:22 11:20 28:21
Associates 53:7
association 7:3
attitude 16:21
attorney 2:15 2:16,17 3:14 46:7
attorneys 3:16 25:24
away 5:12 12:20 17:3 17:9,17 25:22 29:2 43:10
awhile 34:20 36:13

**B**
bachelor's 26:3
back 6:21 13:12,24 27:6 34:4 35:20 36:9 43:3,4,6 44:13 50:2 50:5,15,20
bad 16:20 31:7 37:3 52:2
badges 45:14
Bambi 3:19 8:11 11:18 11:19,20 15:10 16:21 18:15 19:4 19:4 20:10 21:9 37:7 47:18,18 49:18
Bambi's 3:20 47:20
banned 34:20
based 7:21
basically 3:24 40:3
beat 48:16
bec 6:8
bed 20:4
before 44:18 48:5,10
beginning 6:14
behind 10:17
being 12:7,14 12:16 36:9 36:10 46:15 46:15
believe 16:14 48:3
believes 46:20
besides 18:16
best 5:23 50:9 53:6
bet 10:11
better 6:7 33:21 52:1
between 27:6
biggest 7:13
bit 17:25 28:18 37:21 48:24
bitch 40:14 45:16
bitches 12:18
blah 18:12
Blomfield 36:18
Boehm 1:3
Boltz 9:18 42:18 45:15 46:4,10
bored 27:14
both 26:10,11 26:11,12
bottom 12:8
bought 21:12 21:13
bring 12:18 14:1 22:23 32:11,15 35:3 49:11
bringing 13:23
broke 36:2
broken 35:22 36:4,9
brother 13:1 13:5 32:10
brother's 32:7
brought 3:17 13:22 32:12 32:13,16 43:3 50:23
Bucher 22:24 23:23
bucks 39:21
building 51:21
bullshit 9:6 45:8
bunch 9:6 24:14
burn 12:2,7
buy 21:4
buying 20:25 21:3

**C**
call 8:6 50:13 50:15
called 5:8 6:12 39:11 39:20,20
calls 51:1
came 16:3 30:4 43:3 44:18 51:20
camera 10:17
cameras 3:9
cards 34:7
care 4:11,11 4:14 42:22 42:24 50:7
Carl 22:24 23:7,9,19 23:23
carpet 31:24
carrying 15:1 15:2
cars 44:20,22
case 48:16
caught 43:16
cause 7:2,15 19:5 24:10 24:13 31:12 31:21 33:5 33:11 36:12 38:2,23 40:13,18 43:4 47:3,4 47:23 50:6
CD 2:2 53:6
cell 51:9
certain 34:20
certainly 9:14 41:25 48:16
CERTIFIC... 53:1
Certified 53:2
certify 53:3
CET 53:10
chair 50:22
chance 33:20
changed 32:1
charges 48:16
checking 34:19
choices 18:12
choose 33:17
Chrystal 29:24
circumstanc... 17:25
civil 39:3
claiming 3:25
clean 24:21 25:6
clear 40:1
cocaine 18:12
Cock-sucking 45:14
coke 23:25
collect 20:10
come 3:7 6:21 6:21 18:18 18:23 20:22 27:9,15 31:13 39:25 41:23 43:6 50:1,5,20 51:25
comes 5:14 9:3
comfortable 37:4
coming 3:15 31:20 41:2 41:5,10,10 41:13,15 48:13
compensation 5:25
complete 24:9 24:11 53:5
completely 48:17
condo 30:24
consensual 37:9,22
control 5:21
cop 15:6 44:20,22 51:21
cops 31:20 51:20
cop's 15:4
Cou 11:22
coun 23:4
country 23:5
County 11:25
couple 30:13 51:5
course 7:9 37:20
court 38:10 40:18 46:18
crack 5:24 13:14 18:12 22:18,20 23:12 24:17 24:25 29:8 31:22 34:3 37:18 40:5 42:7
cracked 16:19
Crackology 24:19
crazy 37:3
credit 34:7
crying 24:15
Cynthia 30:17

**D**
da 22:20,20 22:20
dad 7:7 13:10 13:11
damn 9:16 15:2
Dana 53:2,10
DATED 53:8
day 6:15 14:17 15:15 15:18 27:9 27:15 30:16
daydreaming 7:10
days 16:3 29:11
dead 22:11,11 26:16,16
deal 30:22
decent 7:12 16:17
decided 6:11
decisions 49:8
Dee 23:21
definitely 42:4
degree 26:3,4
department 6:16
des 47:6
deserve 7:2 32:25 47:7
deserves 46:22,24
Detective 9:18 42:18 45:15 46:4,10
dick 28:5 30:24 34:3
die 17:18
different 31:14,20 33:9
difficult 48:24
dig 36:14,16 36:24
dirty 4:22 5:5 16:20 40:16
dis 36:11
disabled 36:3 36:12
disagree 4:16
discovery 46:8
disease 5:2,3
distribute 21:7
DiTullio 18:21
diving 26:4
doing 2:4,21 6:19 15:4,7 22:25 28:5 38:13 41:24
done 24:14 29:21 33:17 37:14 47:25 48:23
door 6:16 50:23
dope 8:12 17:9,17 20:11,12,16 20:20,25 21:1,2,3,6,8 21:9,9,10 21:12,13 23:18 26:8 26:12,13 29:12 33:6 37:18 39:8 40:4 43:10 45:3 49:1,5
down 2:21 3:15,17 4:4 5:13 9:3 13:22,23 14:1,22 16:23 17:1 20:3 25:22 39:25 40:1 43:21 44:18 50:15,24
downstairs 20:4
drink 29:19
Drive 1:23
driveway 35:16,18
driving 43:21 44:5,7,9
drugs 17:4 29:21 40:3
dude 41:15,17 42:24 47:16

**E**
Each 19:19
easiest 28:7
eat 4:14
either 45:19
Electronic 53:2
end 18:16,16 24:10 26:16 26:16 52:9
enjoy 16:2
enough 26:20 39:3
ensure 46:25 47:4
equation 4:7 46:16
erase 45:18
Erin 10:2,5 35:5
escort 8:23
especially 4:12
essentially 3:17
even 2:23 6:6 12:18 23:14 26:20,25 27:14 30:16 33:6,7 41:18 42:18 43:9 46:20 48:20 51:24
ever 3:11 8:13 14:13 15:11 19:15 22:18 23:12,17 29:24 37:2 37:14,16 49:17,18
every 14:17 15:15 27:9 27:15 28:1 28:1 36:8 37:21 48:2
everybody 3:20 9:2 11:19 20:18 20:20 21:10

22:18,19 23:4,5 28:23 32:17 51:1
everybody's 41:2
Everyone 47:24
everything 6:23 25:14 26:12 37:21 39:5 50:6
evidence 6:11 34:18
exact 26:1
exactly 9:5,7 37:1 47:3
exonerate 48:14
exposed 5:17

**F**

face 13:18,19
fact 22:18
fall 29:14
Fargo 39:22
favorite 19:1 19:3 22:19
favors 23:17
FBI 6:15
federal 3:10 6:8,11,16 6:17 50:6 51:21
feds 31:19 39:1 41:14 41:16 42:11 45:12
feed 30:11,13
feeding 37:18
feel 17:21,22 29:23 45:8 45:8
feet 43:21 44:3
felony 14:18
felt 35:18 37:5 37:6
female 16:17 18:1
females 21:8
fence 4:8
fess 31:5
fessing 31:6
few 36:14 39:12
Fifteen 46:1,2 46:3
fights 46:23
figuratively 36:17
finally 5:12
find 5:14 13:20 15:5
Firestar 44:8
first 23:12,17 32:9 46:3
five 16:4 33:5 33:5
flew 16:22
floor 15:4
fly 26:4
flying 16:7
follow 24:12
follows 2:8
food 14:17 49:9,11,16
foot 20:3
forced 23:14 23:15 25:21
foregoing 53:4
forever 3:11 3:12
forth 27:6
forward 41:10,11,13 41:15
found 12:21 18:21 43:12
Four 44:20,22
free 28:4 43:4 47:20
freebase 25:1
freedom 26:5
friend 6:9,12 36:17
friends 45:19
from 4:7 5:12 14:15 17:3 17:9,17 25:3,22 30:2,4,4,5 34:20 36:13 41:21 43:10 53:6
front 44:22
fuck 2:21 7:11 11:21 12:3 12:21 13:14 15:4 16:7 17:3 18:3 23:3 29:20 41:23 45:12 48:20 49:13
fucked 14:17 24:5 39:4
fucking 4:3 11:16,20,21 16:20 23:9 24:17 31:25 32:7 37:3 40:14 41:14 42:24 45:12 45:14 47:16 47:19
future 7:10

**G**

gal 8:10
gals 8:11 41:5
Gary 23:21
gave 5:8 29:2 35:11 39:5 40:2,4
gentleman 22:22
gets 9:15 11:22 33:17 33:19 34:1 49:5
getting 7:23 11:19 12:1 25:8,11,12 28:4,17,20 28:21,21 33:5 38:21 38:22 51:6 51:8,9
girl 5:22 16:10 40:20
girlfriend 32:7
girls 5:6 7:21 18:18,21 30:4 31:11 32:11,15
give 7:14 16:6 21:8,9,9,10 27:5 40:13 49:24 50:1
gives 5:6
giving 40:11
glass 10:15,16
go 9:17 14:2,6 15:16 17:1 17:20 26:4 26:5 38:16 39:2,24 50:20
god 8:25 11:23 32:5 36:23 40:19 46:21
goes 26:22 40:25 46:7 46:7
going 6:18 10:17,17 24:10,11 25:9 27:24 38:19 41:21 47:6 48:20
gone 22:11
gonna 5:22 6:10,13 12:2,6,7,7 14:14 15:4 17:18 24:5 24:10 25:18 25:25 27:7 28:22,22,25 30:11,13 31:22 33:14 33:15 38:9 40:19 41:22 41:23 44:25 46:4,6,10 46:18,21,24 47:5,20 50:13,15 51:5
good 2:4 16:18 22:7 22:13,15,16 26:13 29:22 37:6 48:9
good-hearted 22:22
Gosh 40:16
government 7:16 47:4 47:14
green 44:5,6
ground 25:22
guilty 7:3
gun 38:2
guy 6:18 7:12 22:13,16 23:12 29:8 36:14,16 37:1 42:5
guys 8:12,21 12:2,6 15:1 38:9 41:20 48:19

**H**

half 11:22 12:17 31:7
hand 15:8 43:17
hang 9:4
happen 29:10 41:11 48:15
happened 10:8,8,24 14:22 37:24 39:4 41:11 42:21
happens 46:25 47:4
happy 27:16 28:23,24
hard 40:23 46:23 51:16
harsh 17:25
Harvard 24:15,17
hate 19:22 22:19,23 31:2 39:24 41:1 50:4
having 20:4 25:10
head 8:23 38:2 44:3
hear 5:18 21:7,14 30:25 31:1 43:22,23 46:5 49:17 49:18
heard 9:24 15:16,23,24 18:18
heart 22:7,15
Heather 8:20
Heather's 8:21
Hell 41:20
help 9:13
helped 16:22
helpful 46:15
her 5:23,23 10:5,6,6,10 11:20,22 13:14 18:20 27:22,24,25 29:25 30:9 30:18,22,23 35:17,17,19 35:19 40:13 44:13
heroin 8:12 29:12,14
hey 2:22 6:13 24:18 27:20 40:17,23 46:10
He'll 27:1,3,4
hi 2:10 39:20
hide 17:13
high 7:19,23 16:6 22:5,6 25:8,11,12 25:12,15,18 26:18,19,20 28:2,4 37:17,18 48:21 49:3 49:5 51:24
Hillcrest 1:23
him 2:23 6:12 6:17 7:14 8:2,13 12:15 13:21 13:22 14:1 14:12 15:7 15:12,15,17 15:18,18 17:5 20:1 28:14,22,25 29:2 31:12 32:24 33:17 33:24 34:18 36:18,21 37:3,4,4,8 38:18,18,20 38:20 39:13 39:20,24 40:11 41:2 41:6,6,7 46:5,17,17 46:19,19,21 47:1 48:13 48:14 49:3 49:3,6,19 49:24 50:1 50:3,3,4,10 50:13,16,20 50:23,24
himself 7:19 28:21
Hmm 50:25
ho 34:3
hold 15:8
holding 33:11
holds 25:21
Holy 16:12
home 43:8
honest 46:19
honestly 37:19
hooked 32:8,9 42:7
hope 26:25 32:23,23 33:4 38:14 48:14,15
hopefully 38:11,11,13
horrible 19:25
hotel 34:6,8,9 34:13,19
hotels 34:21
hours 30:13
house 15:16 17:19 19:15 19:24 20:1 28:15 29:25 32:11 35:6 35:9,17,20 36:16 37:22 45:25 46:3
hug 14:8,12
huh 2:13,19 8:18 13:2 15:25 27:2 38:21 51:7
Huh-uh 42:2 44:12 49:20
hungry 30:10
hurt 17:21 22:9,11,11
hustled 12:14 12:16

**I**

idiot 20:9 29:23 43:21
inclined 4:16
indiscernible 2:5 4:20 9:19,21,23 12:13,25 23:2 24:2 27:5 28:11 39:18 40:22 47:8 49:25 50:14 51:4 51:11,13,24 52:1,2,5
inmates 14:4
inspiration 25:5
instead 31:19 31:19,24
instigate 11:6
instigator 21:25
insurance 49:19
interview 1:1 10:2,10,16 53:5
interviewed 2:8 10:5,14
investigator 2:16 25:25 48:3
it'd 14:7 33:9 49:12

**J**

J 53:2,10
ja 38:25
jail 2:22 3:3 3:14 4:10 6:10,22 9:10,12,15 16:2 25:9 32:25 40:10 45:12 47:19
Jamie 32:6,7 32:12,13
Jay 7:4,12 14:24 44:1
Joe 3:18,22 7:17,19,22 9:11 11:1,5 12:6,6,6,7 15:14 17:5 20:25 21:5 21:13,13 28:8 31:11 34:13 36:25 37:1 39:2 39:11 40:2 40:10 41:25 46:15 48:12 48:25 49:17
Joe's 36:12 45:25 46:7
joke 15:11 31:18
Josef 2:19,24 4:11 6:4 9:15 11:4,6 11:6 12:5,9 12:11 13:18 14:10 17:12 17:16,18,18 17:19,22 19:15,15,24 21:2,8,9,9 21:10,10,24 22:7 23:14 23:18,20 24:3 28:17 28:19,19,20 30:23 31:5 32:9,23,23 33:12 34:12 37:4,7 38:25 39:20 39:22 41:1 41:20 45:9 45:11 48:11 49:23,25 50:9,9,15
Josef's 21:23 37:3 48:3
judge 33:14
June 1:2 2:1 53:8
jurors 24:10
jury 33:14
just 3:13,13 3:13 4:10 7:10,19 10:23,23 11:15 13:21 13:21,24 15:8,8,18 16:2,4 17:1 17:3,15,23 19:25 20:9 20:21,25 21:15 22:4 22:5,6 24:22 25:19 26:1,6,15 26:18,18 28:1,10 29:9,19 31:17,17,18 32:16,23 33:11 34:5 35:2 36:7 38:8,13 39:3,20 40:1,19 41:1,11 42:5 43:24 46:17,17,19 46:19,19,21 46:21 47:13 48:3,12 50:4,9 51:10,15,21
justice 10:24

**K**

keep 15:17 19:8 48:25 49:3,3,6
Kelly 53:2,10
kept 45:11
kick 31:17
kicked 6:16
kill 41:23 49:17
killer 42:1
Kim 44:10
Kim's 44:10
kind 35:2 51:16
kinda 7:15
King 11:22,25
knew 3:24 6:9 17:18,20 32:3 39:24 47:15
knock 8:13
knocked 36:10
Knocks 29:15
know 2:17 3:17,18,19 3:19,24 4:9 4:21,21,23 5:20,21,21 5:22,25 6:6 6:13,14,23 7:5,5,8,17 8:14 9:1,13 9:16 10:7 10:18,25 11:16,22 12:17,17,23 13:4,6,17



13:17,20,21 15:7,23,23 17:21,22,24 18:3,6,8,11 19:12,20 20:1,2,2,3,5 20:8,9 21:6 21:14,15 22:19,20 23:3,24 24:5,12,12 24:14,18 25:8,8 26:19,22,24 27:14 28:1 28:4 29:9 29:20,20 30:8,9,16 30:25 31:5 31:6,7,8,13 31:20,21,21 31:21,25 32:4,16,16 32:16,18,20 32:21,22 33:7,12,20 33:21,24 34:2,3,9,17 34:23 35:1 36:7,18,20 36:22 37:5 37:5,20 38:1,10,15 39:22 40:18 40:21,23,23 40:25 41:2 41:2,4,25 42:25 43:9 43:9,13,16 45:1,1,5,8,9 45:11 46:11 46:19,20,20 46:21 47:1 47:7,11,13 47:15,16,17 47:25 48:12 48:13,15,16 48:20,23 49:1,9,13 51:17
knowledge 53:6
knows 23:7

L

lap 44:3
last 36:15 39:5 46:4 52:1
later 39:25
lea 17:19
lead 33:20
leading 5:19
least 36:13,13 45:11
leave 12:22 17:19 19:6 19:11,13 34:21,22,25 35:1 41:14
left 12:23 19:14,14 35:3 39:5 45:9 46:4
legit 33:20
Les 17:1
Leslie 5:24 11:16 15:10 16:22 17:1 20:13,14 34:11 49:11
less 42:22,24
let 12:7 17:19 17:24,24 19:6 20:2 33:22,24 35:16 46:5
letting 9:3 51:9
let's 24:1
lie 4:1,3 31:11
lied 3:13
lies 11:21 21:18
life 4:15 5:19 5:23 10:25 16:6,21,22 29:21 32:24 33:18,20 49:19
light 48:5
like 4:6 5:6,14 7:9,12 9:1,2 10:1 11:11 12:2 15:4,7 15:8 16:2,3 16:4,4,6,10 16:19 17:21 17:23 19:3 19:5 20:1 20:24 22:5 24:22 25:7 25:9,9,10 25:11,19 26:1,6 27:6 27:8,18 28:1 29:23 31:14,15,15 31:16,16 32:3,5 34:20 35:3 35:18 37:4 37:4 38:2,4 38:16,19 39:11 40:19 41:16,22 43:2,13,21 46:11,11 47:2 48:9 49:12,19 50:3
liked 25:8 31:12
line 12:8
lips 9:4
listen 40:19
listened 19:15 19:24 20:8 24:13,13
little 5:6 8:25 11:20 17:25 20:9 28:18 34:2 40:20 45:15 48:24
lived 8:15 35:7,15
lives 47:19
Liz 21:9
loaded 15:17 15:18,20,22
long 22:12 26:7,20 28:23 45:1 45:3
longer 26:22 26:22
longest 5:14
look 5:19 9:14 16:18 19:5 42:18
looked 10:1
looks 26:13 38:16,19 39:11
lost 45:24
lot 6:7 8:25 14:9 22:25 29:3 38:21 41:25 48:5
lots 38:20,21
loud 24:16
love 25:12 39:22
loved 25:12
lying 10:6

M

mad 45:21,22 45:22 46:5 46:10
made 45:11 48:24
make 21:18 29:14 49:8
makes 45:21
makeup 16:19
making 20:5
man 6:13 27:14 30:10 38:10 47:25 51:24
many 29:11
mark 11:14 12:8 46:16
marshals 6:16
master's 26:3
matter 9:21 28:19,20,23 46:22,22,23 49:5
may 24:21 26:17 41:10 48:15
maybe 6:13 25:5
mean 4:5 7:15 7:22,23 8:4 9:11,14 10:8 11:4 11:11,14 12:8 15:11 17:18 18:10 19:9,11,14 19:22 20:11 20:21 21:17 22:2,3,23 23:4,6 24:12,12,21 24:21 27:25 28:12,17 29:1,4,7,10 29:23 30:25 31:2,7 32:17,18,18 32:25 33:4 33:12,13 36:17 37:11 37:20 38:6 38:14,24 40:24 41:1 41:8,25 42:9 43:2 45:5,21 46:17 47:1 47:2 48:4,9 48:9,14,18 48:18 51:8 51:20
meant 40:3
messy 34:22
met 22:18,20 36:21 37:2
might 17:20 46:14
Millard 32:6
mind 4:23 18:13
mine 6:9 10:12 33:6 36:18
minutes 51:5
Miranda 10:19 18:19
mirror 10:15
missed 14:18
mom 5:23 6:3 13:12 22:24 23:22 35:9 35:13 39:4 39:6,8 40:2 41:16,23
mom's 40:14
money 20:5 20:10 23:18 38:21,21 39:1,4,5,12 40:2,10,11 40:13 41:7 46:23
money-wise 11:9
months 35:8 36:15
more 17:25 18:10 26:18 26:24 35:3 39:12 40:11 40:13 42:13 45:8 46:12 47:6 48:24
morning 15:17
most 20:15 37:1 42:2 45:21,22
Mostly 28:5
mother 23:7 40:4,5
motherfucker 4:22 5:5,15 10:24 15:25 33:11
motherfuck... 4:12 9:3 45:14
motherfuck... 15:2
motivation 41:6
mouth 16:18 16:20 40:16
move 43:9
moved 5:12
much 11:15 17:23 25:7 27:25 32:17 35:5,7,7 46:12,23 52:1
Myers 27:21
myself 5:6 39:10 45:22 45:22 46:12

N

name 34:8
name's 2:14 41:13
nasty 16:20
natural 16:6
nec 29:1
necess 28:9
necessarily 11:5 28:6 28:10,14,17
need 20:1 24:11 41:3 41:3 45:7 47:19
needed 43:10
needs 33:18 33:19
never 12:22 12:23 20:8 22:7 23:14 27:7 29:5 29:21 37:5 37:6,14 38:11
next 3:4 6:15 39:20
nice 16:17
nine 25:3
nobody 19:15 19:18,24 22:9 23:7,9
none 4:11 5:13
note 12:15 50:1
notes 27:6
nothing 5:24 7:24 8:8 9:9 10:8,8 24:3 38:4 39:10
numbered 53:4

O

obviously 4:5 22:24 23:1 28:12 36:7 36:11 45:5 47:8 48:14
off 6:7 7:19 11:19 12:2 14:17 15:3 16:8 18:22 22:5,6 24:5 28:25 29:2 33:7 40:3,4 41:6 42:23 47:20 48:21
offended 40:17
offer 14:13
oh 2:21 4:3 7:6,8 8:21 10:11 11:23 14:6,16,24 15:8,8 16:5 16:11 17:5 18:7 23:24 30:14 32:5 34:22 35:19 36:23 39:7 44:10,21 47:25 49:13 51:23
okay 2:6,25 3:2,5,23 4:15 5:3,10 5:11,15 6:1 6:5,24,25 7:1,7 8:15 9:13 11:19 16:1 18:4 18:13 24:4 33:5 34:5 36:7 37:15 37:22 38:8 39:10 45:12 46:14,20 47:21 49:21 50:8,11,13 51:5
old 5:19 19:5 25:4 31:16 46:3
older 18:10
once 5:12 25:15,18 36:13,21 43:12
one 8:15,16 10:3 12:10 12:14,16 18:15 21:12 21:24 25:24 31:14 33:13 33:21 40:24 40:25 48:2 49:12
ones 9:4 19:1 47:18
only 1:22 5:19 11:21 12:6 12:6 18:15 32:18 36:21 43:3 53:24
Oops 48:8
open 35:22
opened 49:12
orchestrated 3:25
order 48:23
other 7:21 8:9 9:24 11:10 12:17 20:21 20:21 26:11 28:15 29:8 32:15 48:24
out 2:22 3:3 3:14 4:10 5:14 6:22 8:13 9:12 9:15 12:21 12:21 13:20 15:25 16:19 17:11,20 18:21 22:18 24:15 28:15 29:9,13,15 31:17 33:18 33:19 34:1 36:10,11,14 36:16,24,25 39:12 40:11 41:7 43:12 43:16,22 44:3 48:17 49:6,18 50:12 51:6 51:8,8,9
outside 31:25
over 3:22 5:21 18:18 35:2 43:17,25 44:1 49:11 50:20
own 15:22 19:14,15 23:24 38:24

P

pages 53:4
paid 14:14,15 14:17 17:5 38:21,22 41:12
painting 47:5
paranoid 36:12
part 14:19,21
particular 3:18
passed 29:9
pawned 23:22
pay 39:1
paying 42:11 42:11,14
people 5:13 6:14,19 8:15,25 9:1 9:1 12:17 17:24 20:2 20:5,21 26:11 28:15 31:20 32:3 34:7 35:20 36:11 41:10 48:24
perfect 43:13
perpetrator 17:22
person 6:11 23:17
persuaded 37:19
ph 7:7 20:24 22:24 23:21 36:18
Phillip 2:17
phone 41:18
pick 15:5 25:19 26:7 26:7
picked 26:2
picks 34:1
pickup 44:10
picture 24:9 24:11 36:8 47:5
pictures 32:3
piece 28:21
pipe 34:1
piss 42:23
pissed 15:3 42:15
pisses 33:7
pissing 16:8
place 35:11 35:13
places 25:9
plane 14:18
played 28:17 28:20
please 46:5 52:2
point 9:7
pointed 48:17
police 10:4,10 10:14 14:13 31:25 39:15 40:9,12
policy 49:19
poor 16:14
popping 41:13
pornos 32:3,4
postponed

43:13
pretty 7:12 51:16
prison 6:18 6:19 33:18
probably 10:13,13,14 10:15 14:8 14:12 42:15
prolongs 29:20
promise 3:3,5
prosecution 46:9
protection 3:10
provided 53:6
puked 49:14
pull 36:24
pulled 36:25 43:24,25 44:1
punk 46:11 46:12
purpose 45:5 45:6
PURSER 1:1 2:3,7
pussy 42:10
put 10:24 38:2 39:21 40:10 45:12
puts 29:12 46:23
putting 8:10 8:12 20:2 49:1,9

Q

question 11:10
quit 25:5

R

Ramirez 30:17
rational 49:8
Re 1:3
read 4:5 10:19 27:1 27:3,4
reads 26:25
really 5:9,16 7:2,22 12:11 14:1 14:7,19 16:7,21 17:21 19:17 22:3 24:23 24:24 27:12 30:14 32:24 33:2,7,13 34:24 35:18 37:19 42:19 44:2,17,23 45:7,22 49:15 50:13 51:18,19,23 52:2
reason 43:3
reciprocal 46:8
record 3:11 50:6
RECORDED 1:1
recording 52:9
red 44:9,10
regular 42:5
relay 27:6
remember 29:25 30:10 30:18,23 36:2,3,5 49:12
rent 34:8,9,13
rented 34:6
report 43:24
reports 4:5
represent 12:4,5
research 24:14
resources 42:1
rest 4:14 32:24 47:19
rid 5:12
ridiculous 26:13 48:17
right 5:20 8:23 10:7 14:20,21 18:11,11,12 19:21,23 20:7 21:1,3 21:17 23:23 24:17 28:16 29:12 31:4 32:2,8 33:6 33:10,23,25 34:4 37:25 38:17 39:17 40:7 41:24 43:5,11 44:16 46:11 47:5,16,17 48:1,18,22 49:4
rights 10:20
ringleaders 11:16
rip 28:22,25 29:2 41:6
road 43:21
roar 13:14,15
rob 15:18
robbed 15:15
robbing 15:11 49:3
rolled 3:22
roof 20:6
room 10:16 14:4 30:23 31:14 35:24 36:10
rooms 34:6,8
34:10,13,19
rot 9:10
routine 16:7
ruined 10:25 16:21
run 18:22 40:18
running 3:9 51:16

S

sack 15:3 21:6 33:6
sad 19:16 25:7
Salley 1:1 2:3 2:7,10 4:4 29:22 32:5 47:3 48:2 52:7
same 7:20 14:4 26:1 27:25 28:1 33:4 39:15
save 14:7
saw 32:19 36:14 50:23
saying 41:11 47:3,7,10 47:13
scared 33:12
scary 50:25
scot 47:20
screaming 10:5
scuba 26:4
searching 44:15,19
Seattle 5:13 13:8,14,15 14:15,22 16:23 39:8 39:11 40:1 41:17,21 43:10
second 23:20
see 4:2 8:13 15:6,7 23:8 23:13 24:8 27:16,16 30:16 34:16 35:5,5 37:3 39:4,9,24 40:15,15 41:21,22 50:16 52:4 52:6,6
seems 7:12
seen 4:6,6 26:11
sell 6:3
sells 5:23
send 12:20
sent 11:22 13:24 14:15
sentence 33:5
serious 14:5
Seriously 3:1 48:6
service 8:23
set 36:13 40:3
settlement 38:23
Seventeen 46:4
sex 20:4
sexual 18:3 23:17
share 24:20
shed 48:5
Shirtleff 2:4,6 2:9,12,14 50:25 51:1 51:2
shit 4:14 5:22 10:24 15:2 16:12 18:3 23:14 24:21 25:22 31:5 31:6,21 33:8,9 34:21 35:4 38:13 40:19 43:2 49:1
sicko 23:9
side 4:7,7 21:23
since 24:22 25:17 26:2 37:18 42:21
single 48:2
sit 9:9 19:25 31:3 32:4
sitting 50:22 51:12
situation 28:1
six 16:3
sleep 16:3 29:5
sleeping 16:4 51:22
smart 24:12
smidge 26:18
smoke 31:22 33:8,9
smoked 23:12 29:8 40:5
smoking 18:15,17 22:18,20 24:25 25:7 29:14,19
sneak 35:24 36:11
sneaking 35:20
snitch 8:25 41:22
snitched 47:20
snitches 11:20
snitching 9:2
snuck 35:23 36:1
sober 33:20 37:12
sold 35:9
some 7:21
10:1 23:14 37:21 38:15 39:12 41:5 41:10 48:16 50:20
somebody 6:10,12 27:18 34:25 36:11,17
someone 25:21
something 9:11 17:2 17:20 21:23 23:23 24:20 24:20 28:5 37:19 45:10
Sometimes 19:20 26:13
soon 3:7 15:16 45:6
sooner 39:25
sorry 5:18 8:7 9:24 12:11 15:25 35:18 50:12
sort 38:15
sounds 26:13
speak 44:17
SPEAKER 2:5 51:4
spend 32:24 33:18 47:19
spot 26:2
sprayed 49:13
spreading 5:2 5:3
started 18:17 40:12
stash 15:5
statement 7:14
station 10:14
stay 15:25 26:20 34:25 35:13
stayed 35:16 35:17
STD 5:8
steal 34:7
sticking 43:22
Sticky 20:24
still 7:11 13:8 13:13 38:20 44:5
stink 9:9
stop 25:19,19
story 6:9 33:9
stretch 6:15
struck 38:15
stuff 14:21,22 34:7 37:8 44:25 49:9 49:11,12 50:20
suck 34:3
sucking 28:5 30:24
suit 39:3 45:4
summer 52:1
supplied 20:11,15,16 20:20
supply 20:11
supplying 20:25 21:2
supported 11:9
supposed 6:6 7:9,11 9:18 13:23 18:10 23:9
sure 12:16 16:25 17:3 27:13 43:15 45:11
sweetheart 7:13
system 46:18

T

take 5:25 12:19 17:7 35:2 38:25 39:2 44:25 45:4 48:13
takes 25:22 33:21
taking 17:1 49:18,21
talk 3:6,7 6:4 6:7 8:9 9:18 9:23,25 10:1 13:18 13:21 27:7 27:8,9,15 32:4 39:12 41:17 42:17 42:21 49:17 49:21 50:2 50:5
talked 7:22 29:8 48:3
talking 4:10 4:24 6:6 8:4 8:21,22 9:7 18:6 22:25 23:4 29:7 31:15 39:15 40:9,12 47:23,24 48:1,2
tampering 6:17
tanning 35:24 36:10
tape 24:5 40:18
taped 10:15
tapes 24:13
tear 38:9
telephone 6:12
tell 5:3,5,13 6:9,14,21 6:22 7:16 9:15 10:19 12:9,11,20
14:13 18:22 19:25 21:24 24:18 25:25 27:25 31:3 31:12 38:18 38:18,20,20 45:20 46:12 46:17,17,19 46:19,21 47:1 48:4 48:11 49:23 49:25 50:3 50:9,9
telling 6:19 10:6,6 26:15
terms 46:15
Terry 2:12,14 50:25
testify 2:24 39:2
testimony 42:12,25
thank 2:6 50:25 51:5
their 9:4 19:14 31:11 39:1 41:13 45:4,14 47:19
they'd 12:18 12:22 34:22
thing 3:25 7:18 8:9 9:16,24 10:17 11:7 11:9 18:16 21:24 27:25 28:7 36:13 38:11 47:14
things 25:10 32:1 36:8 41:11 50:12
think 8:25 9:1 9:1 22:3 26:17 30:11 30:15 33:13 33:17,19 34:5 41:15 42:1 44:15 46:14 47:9 47:12,12 49:22
though 18:17 25:7 29:5 29:19 31:2 34:17,19 49:1
thought 3:14 3:15 4:2
threatened 37:5,6
three 8:2 17:24 35:8
through 18:15 39:24 53:4
ticket 43:4
time 3:6,7
5:14 7:20 10:18 11:22 12:18 14:9 16:2 22:3 22:12 25:1 25:3 29:2 30:16 38:22 39:5,15,20 49:13,21
times 17:19 20:21 29:3 29:4 39:12
today 26:6
together 30:24
told 6:18 8:10 8:11 9:20 10:23,23 13:22 39:21 43:2
tomorrow 50:2,5 52:6 52:6
tonight 50:16 50:18,19
tossed 15:3
total 4:1,3
tough 26:19 40:24,25
towards 16:21 18:16
town 17:11 34:6
traded 23:17 23:22
trailer 44:14 44:15,15,19 44:22 51:22
transcribed 53:5
Transcriber 53:2
TRANSCRI... 53:1
transcript 1:1 53:5
TRANSCRI... 1:22 53:24
treasury 6:15
treat 46:11
treated 45:5
treatment 17:2
trial 24:10 38:16,19,25 43:12
Trichomonas 5:8
tricks 5:6 28:15
tried 7:14 18:24,25 39:12 41:16
trip 31:18 41:21
truck 35:17 44:9,10
true 53:4
truth 10:23

21:17,17 31:2,2
try 41:6,7
trying 7:19 15:5 16:2 17:11,15 21:23 22:5 22:6 24:9 34:5 40:10 40:10 41:21 41:22 46:25 47:4,10 49:17
turn 6:11 9:17
turned 50:12
turning 28:14
tweak 31:19 31:20,25
tweaked 31:22
tweaking 31:19,24,24
twice 37:1
two 8:11,15 14:4
Typically 45:4
T-shirt 51:1

U

Uh-huh 4:13 11:8 15:13 16:24 17:6 18:2,5 20:17 21:19 22:21 25:2 26:23 27:5 30:21 31:23 32:14 33:16 34:15 35:10 35:12 37:23 39:14,16,18 40:6 42:6,8 42:16,20 43:18,20 44:24 45:13 49:7,16
under 20:6 34:8
underage 12:21 18:22
undercover 41:20
understand 16:5,9 29:22 30:11 32:20 49:6
understandi... 7:21 23:22
UNIDENTI... 2:5 51:4
unless 7:25 29:10
unparanoid 37:1
until 25:4,20 25:21
upstairs 20:4
use 37:6 38:9 39:1 42:25 52:3
used 8:6 16:14,17,18 16:18,18 39:8 45:8
usually 29:10
U.S.A 1:3

V

v 1:3
Valley 30:2,4 30:7
very 22:16,22 22:22 50:22
Viagra 8:2
vic 12:8 28:19
victim 7:18 11:11,15 17:23 18:1 31:8 46:15
video 10:4,16
videotape 10:12
videotaped 10:10
Vince 36:18 36:20,24,24 36:25

W

wait 23:24
wake 35:19
waking 25:9
walk 31:13
walked 46:3
walks 15:6
Wallis 29:24
want 2:22 3:13,17,18 4:10 6:4,23 9:12,12,25 11:15 12:18 15:6,7 20:3 20:5,5 21:7 21:14 22:9 24:20 26:6 26:18,18 27:10,11 30:25 31:1 32:20,22,24 37:3,20 38:23,25,25 39:2,2,3,3 41:3,3 43:6 43:9 48:12 50:1,4
wanted 8:9 22:9 38:23 42:24 43:1 43:6,6 48:21
wants 34:2
Wasilla 30:5
wasn't 7:11 17:11 18:17 20:25 21:2 33:6 34:9 34:13 36:6 37:20 40:11 48:18 51:24
watch 32:4
watched 10:4
way 13:18 24:15 26:14 26:15 31:7 35:25 37:21 38:16 47:4 47:6,6,6 50:12
week 3:4
Weidner 2:17 53:7
weird 35:19
well 3:5,8,13 3:16 4:2,9 4:16 5:1 6:5 6:8,21 8:4 9:11,13 12:23 14:11 15:9,10,23 19:9 21:4 21:17 23:6 24:4,18 25:1 27:19 29:1,1,4,9 29:11 30:11 33:1 34:18 34:24 36:7 36:17 38:11 38:14 39:19 40:21 41:9 42:14 45:17 46:17,25 48:4 49:6 49:21 51:16
Wells 39:21
went 29:5 36:9 37:21
were 3:14 8:10,11,12 8:16 10:5 10:13 12:21 13:22,23 14:14 15:11 18:22 19:1 28:5,14,22 28:25 29:18 30:23 35:20 37:12,17 40:1 42:11 44:3,19 45:23,25,25 49:1,2,9,10 51:16
weren't 28:4
we're 7:9 41:22 46:25 47:3
while 6:19 40:9
whole 3:25 5:23 7:9,10 7:13 10:18 11:6,7,9,12 18:16 26:8 33:9 36:8 46:16
whore 13:14
window 10:16 15:6 35:20 35:23 36:1 36:9,10 43:22 44:4
wise 18:11
wish 14:6 41:1 50:9
witness 3:10 6:8,17 50:6
witnesses 29:8
woke 25:10 29:5 51:21
word 37:6
work 2:17,19 2:20 3:16 19:10 26:24 51:6,8
worked 8:1
working 8:5,5 41:20
works 43:16
world 5:23 7:13 26:6,8
worse 13:16
worth 26:21
wouldn't 17:19 19:6 19:11,13,20 34:24 35:16 37:24 40:13 41:18
wow 2:21 4:3 23:5 36:19 49:13
write 12:15
wrong 16:10 18:11 43:17

Y

yeah 3:20 5:17 7:6,6,8 8:22,24 10:1,11,11 13:4,11,25 14:3,6,11 14:13,25 15:2 16:16 18:7,9,10 19:2 21:3 22:17 23:11 24:1,8,17 26:25 27:17 28:9,13 29:1,12,19 30:6,19,23 32:8 34:20 35:3,21 36:5 37:10 37:13 38:14 40:1,18 42:14 43:2 44:15 45:22 47:2,16 48:1,7 49:11 50:3 50:20 51:3 51:14,16 52:8
year 36:15
years 5:19 6:10,13,19 6:20 19:5 25:1,3 33:5 33:6 46:3
Yo 2:11
young 16:17 18:1 21:8 42:10
younger 19:1 31:12

1

1 2:2 53:4
1:00 30:17
10 30:17
101 24:19
12 19:5
13-year-old-... 34:2
14 31:16 53:8
15 6:10,13,18 6:20
15-year 6:15
15-year-old 5:22
16 45:25
16-year-old 20:9
18 5:19 24:22 25:4 26:2
1943 1:23

2

20 25:1
2004 1:2 2:1 53:8
276-0306 1:25 53:25

3

3:30 30:15

4

4 1:2 2:1
400 39:21

5

52 53:4
53 53:25

9

907 1:25 53:25
99517 1:24