**EXHIBIT "H"**

*David E. Kenner*
*Kenner Law Firm*
*A Professional Corporation*

16000 Ventura Blvd., Penthouse 1208
ENCINO, CALIFORNIA 91436
PHONE (818) 995-1195
FAX (818) 475-5369
DAVID@KENNERLAW.COM
OFFICE@KENNERLAW.COM

November 10, 2206

**Sent via Facsimile and U.S. Mail**
Darryl L. Jones, Esq.
109 W. 6th Avenue
Suite 200
Anchorage, Alaska 99501

    RE:    **Purser vs. Boehm**
              **Case No. 05-CV-0085-JKS**

Dear Mr. Jones:

    Enclosed please find Mr. Boehm's Second Set of Discovery Requests directed to your client via facsimile service and United States mail. In light of the Court's decision regarding liability there is now an obvious need to initiate an extensive amount of discovery including the taking of numerous depositions.

    I assume that you will want to be present for the depositions of Defendant Williams in Mississippi and Defendant Bolling in Indiana. Furthermore, it will be necessary that you get yourself admitted into the Federal Prisons where they are currently being held. Our office is planning on taking your client's deposition the week of December 11, 2006 in Anchorage, Alaska. Please let me know your availability.

    In addition it will be necessary that your client submit to a psychological evaluation with our expert Dr. Mark Mills as she has put her psychological and physiological well being at issue. Please let me know if you are agreeable or if a motion to the Court compelling her attendance will be necessary.

*Page Two*
*RE: Purser vs. Boehm*

      I anticipate that we can work together scheduling all future discovery. Should you have any questions or concerns, please do not hesitate to call me.

                                      Sincerely,

                                        Brett A. Greenfield

encs.
cc: Pam Sullivan, Esq.
cc: Client

BRETT A. GREENFIELD
LAW OFFICES OF BRETT A. GREENFIELD
16000 Ventura Blvd., Penthouse 1208
ENCINO, CALIFORNIA 91436
PHONE (818) 995-1195
FAX (818) 475-5369
BGREENFIELD@KENNERLAW.COM

# FACSIMILE TRANSMISSION

DATE:    November 10, 2006
RE:      Purser vs. Boehm          Case No. A-05-0085 (JKS)
FROM:    Rosie

To: Darryl Jones, Esq.            Phone Number:
    Pamela Sullivan, Esq.

                                  Fax: 907-278-1213
                                       907-562-8977

Documents:                        Number of Pages: __13__

COMMENTS:                         ORIGINAL FACSIMILE WILL BE SENT
                                  VIA:

❏                                 ❏

NOTES:

THE INFORMATION CONTAINED IN THIS FACSIMILE MESSAGE IS PROTECTED BY THE ATTORNEY-CLIENT AND/OR THE ATTORNEY/WORK PRODUCT PRIVILEGES AND MAY BE CONFIDENTIAL. IT IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL NAMED ABOVE, AND THE PRIVILEGES AND CONFIDENTIALITY ARE NOT WAIVED BY VIRTUE OF THIS HAVING BEEN SENT BY FACSIMILE. IF THE PERSON ACTUALLY RECEIVING THIS FACSIMILE OR ANY OTHER READER OF THE FACSIMILE IS NOT THE NAMED RECIPIENT, OR THE EMPLOYEE OR AGENT RESPONSIBLE TO DELIVER IT THE NAMED RECIPIENT, ANY USE, DISSEMINATION, DISTRIBUTION OR COPYING OF THIS COMMUNICATION IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE IMMEDIATELY NOTIFY US BY TELEPHONE, AND RETURN THE ORIGINAL MESSAGE TO US AT THE ABOVE ADDRESS VIA THE U.S. POSTAL SERVICE. THANK YOU.