**EXHIBIT "I"**

**DARRYL L. JONES**
ATTORNEY AT LAW

109 W. 6TH AVE., SUITE 200 • ANCHORAGE, ALASKA 99501
(907) 278-1212 • FAX (907) 278-1213

RECEIVED
NOV 2 0 2006
BY:

November 14, 2006

Kenner Law Firm
16000 Ventura Blvd, Penthouse 1208
Encino, CA 91436

Attn: Brett A. Greenfield, Esq.

Re: Purser v. Boehm
    Case No. 05-CV-0085-JKS

Dear Brett:

In receipt of your letter dated November 10, 2006.

You have not indicated the proposed dates for depositions of Williams and Bolling.

My client would be available for deposition on December 11, 2006.

My client would not be wiling to subject herself to a psychological exam in that you have missed the date to designate experts and witnesses, nor has the court extended the date to designate experts in this matter.

Sincerely,

Darryl L. Jones, Esq.

cc: Sally Purser
    File
    Pamela Sullivan