**EXHIBIT "K"**

COPY

1      IN THE UNITED STATES DISTRICT COURT

2          FOR THE DISTRICT OF ALASKA

3

4   UNITED STATES OF AMERICA,        )
                                     )
5          Plaintiff,                )
                                     )
6   vs.                              )
                                     )
7   JOSEF F. BOEHM, a/k/a "JOE       )
    MILLIONAIRE," ALLEN K. BOLLING,  )
8   a/k/a "FOUL AL," LESLIE J.       )
    WILLIAMS, JR., and BAMBI TYREE,  )
9                                    )
           Defendants.               )
10  _____)

11

12                  THE TESTIMONY OF

13                   SALLY PURSER

14              BEFORE THE GRAND JURY

15                  * * * * *

16

17  FRANK RUSSO, ASSISTANT UNITED STATES ATTORNEY
    JAMES GOEKE, ASSISTANT UNITED STATES ATTORNEY
    SHAWN GLENN, GRAND JURY FOREMAN
18

19                  * * * * *

20

21                      Anchorage, Alaska
                        January 21, 2004
22                      9:35 a.m.

23

24

25

6

1    Q    Okay.    Let's   talk   about   your   first   time   meeting

2         Mr. Boehm.   How did that happen?

3    A    I was at my house, and I'd woke up, and Bambi was there,

4         and Carl, the guy that I had met Bambi through, was

5         sleeping downstairs in my mom's room.   And he had his

6         pants -- he had his pants off, but they were wrapped

7         around his arms so nobody could take what was in his

8         pockets, and Bambi and I had gotten his pants away from

9         him, and ended up steeling $2,000 from him.  And we left

10        in his van that had $30,000 in a suitcase in the back.

11        And we went to the Holiday Inn Hotel downtown, across

12        from the Millennium Club.....

13   Q    Um-hum.

14   A    .....you know what I'm talking about?

15   Q    Yes.

16   A    And I sat out in the van for a long time before Bambi had

17        me come inside, and a black guy came out and took the

18        van, and the people up in the hotel room were really

19        uncomfortable with me being there.   I -- I can't recall

20        who was up in the hotel room.   It was either -- it was

21        either Tony Heffner himself or a guy named Sundown.

22   Q    Okay.

23   A    And Bambi and I ended up leaving with the money that we

24        had, the 2,000.   We didn't keep the suitcase full of

25        money.   The guy that took the van had it.   And I don't