```
KENNER LAW FIRM, P.C.
David E. Kenner, SBN 41425
Brett A. Greenfield, SBN 217343
16000 Ventura Boulevard, PH 1208
Encino, CA 91364
818 995 1195
818 475 5369 - fax

WADE, KELLY & SULLIVAN
Pamela Sulivan
733 W. 4th Avenue, Suite 200
Anchorage, Alaska 99501
(907) 561-7743
(907) 562-8977 - fax
Attorney for Defendant Josef F. Boehm
```

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| Sally C. Purser, | ) |
|     Plaintiff, | ) CERTIFICATE OF SERVICE |
| v. | ) |
| Josef F. Boehm, Allen K. Bolling, and Bambi Tyree, | ) |
|     Defendants. | ) CASE NO.: A05-0085 (JKS) |

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 29th day of December, 2006. I caused a true and correct copy of the foregoing: 1. Opposition to Plaintiff's Second Motion for Summary Judgment, 2. Declaration of Brett A. Greenfield (with corresponding exhibits).

The following parties were served via U.S. Mail on December 29, 2006:

```
 1  Allen K. Bolling
    Inmate No: 14911-006
 2  USP Terre Haute
 3  U.S. Penitentiary
 4  P.O. Box 12015
    Terre Haute, IN 47801
 5  C.M. 7002 2410 0006 6742 2188
 6
 7  Bambi Tyree
    c/o Mary Pate, Esq.
 8  425 G. Street, Suite 930
 9  Anchorage, Alaska 99501
10
    Leslie Williams
11  Inmate No: 14903-006
12  FCI Yazoo City Medium
    P.O. Box 5888
13  Yazoo City, MS 39194
14
15
16
17
18
19
20
21
22
23
24  Dated: December 29, 2006        _____
25                                         Rosie Ruiz
26
27
28
                                    2
                          CERTIFICATE OF SERVICE
```