Darryl L. Jones, Esq.
109 W. 6th Avenue, Suite 200
Anchorage, AK 99501
Tel (907) 278-1212
Fax (907) 278-1213
Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

| | |
|---|---|
| Sally C. Purser, | ) |
| | ) |
|   Plaintiff, | ) |
| | ) |
|   vs. | ) |
| | ) |
| Josef F. Boehm, et. al. | ) |
| | ) |
|   Defendants. | ) |
| _____ | ) **Case No. A05-0085 (JKS)** |

**MOTION FOR RULING ON MOTION FOR LEAVE TO
FILE AFFIDAVITS UNDER SEAL ON SHORTENED TIME**

Plaintiff Salley Purser, by and through undersigned counsel, motions the court for a ruling on her pending Motion for Leave to File Affidavits Under Seal on shortened Time.

This motion is fully supported by the attached Affidavit of Counsel.

DATED this 5TH day of January 2007 at Anchorage, Alaska.

                                                /S/
                                        Darryl L. Jones, Esq.
                                        109 W 6th Avenue, Suite 200
                                        Anchorage, Alaska 99501
                                        Tel: 907-278-1212
                                        Fax: 907-278-1213
                                        ABA No: 8811188