Darryl L. Jones, Esq.
109 W. 6th Avenue, Suite 200
Anchorage, Alaska 99501
Tel: (907) 278-1212
Fax: (907) 278-1213
Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

| | |
|---|---|
| Sally C. Purser, | ) |
| Plaintiff, | ) |
| vs. | ) |
| Josef F. Boehm, et. al. | ) |
| Defendants. | ) |
| _____ | ) **Case No. A05-0085 (JKS)** |

## PROPOSED ORDER FOR RULING ON SHORTENED TIME

Plaintiff having motioned the court for ruling on shortened time of her underlying Motion for Leave to File Affidavits Under Seal, and the Court having considered the motion, grounds therefore and any opposition thereto;

IT IS HEREBY ORDERED, the motion is GRANTED.

DATED this __ day of January 2007 at Anchorage, Alaska.

_____
Honorable James K. Singleton
U.S. District Court Judge