Darryl L. Jones, Esq.
109 W. 6th Avenue, Suite 200
Anchorage, AK 99501
Tel (907) 278-1212
Fax (907) 278-1213
Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

| | |
|---|---|
| Sally C. Purser, | ) |
| Plaintiff, | ) |
| vs. | ) |
| Josef F. Boehm, et.al. | ) |
| Defendants. | ) |
| | ) Case No. A05-0085 (JKS) |

STATE OF ALASKA      )
                     )ss.
THIRD JUDICIAL DISTRICT )

### AFFIDAVIT OF COUNSEL

I, Darryl L. Jones, declare as follows:

1. I am the attorney for Sally C. Purser in this matter an have knowledge of the facts stated herein;

2. A Motion for Leave to File Affidavits Under Seal was filed in this court on December 14, 2006, along with the pending Motion for Summary Judgment;

3. This court has yet to rule on the Motion for Leave to File Affidavits Under Seal although there has been an opposition filed to the summary judgment motion and no opposition has been filed to the Motion for Leave to File Affidavits Under Seal;

1

4. This gives rise of concern that since leave to file under seal has not been granted, the affidavits of Bambi Tyree and Salley Purser may not be considered by this court with regards to the summary judgment motion;

5. As such, it is respectfully requested that this court rule on plaintiff's pending Motion for Leave to File Affidavits Under Seal on shortened time;

DATED this 5TH day of January 2007 at Anchorage, Alaska.

                                            Darryl L. Jones, Esq.
                                            109 W. 6th Avenue, Suite 200
                                            Anchorage, Alaska 99501
                                            Tel: 907-278-1212
                                            Fax: 907-278-1213
                                            ABA No.: 8811188

SUBSCRIBED AND SWORN to before me this 5th day of January 2007 at Anchorage, Alaska.

                                            Notary Public in and for the State of Alaska
                                            My Commission Expires: 8/19/2009

State of Alaska
NOTARY PUBLIC
Deborah L. Fenton-B
Commission No: 101289

DARRYL L. JONES
ATTORNEY AT LAW
109 W. 6TH AVENUE, SUITE 200
ANCHORAGE, ALASKA 99501
Ph (907) 278 1212  Fax (907) 278 1213

2