**KENNER LAW FIRM, P.C.**
David E. Kenner, SBN 41425
Brett A. Greenfield, SBN 217343
16000 Ventura Boulevard, PH 1208
Encino, CA 91364
818 995 1195
818 475 5369 – fax

**WADE, KELLY & SULLIVAN**
733 W. 4th Avenue, Suite 200
Anchorage, Alaska 99501
(907) 561-7743
(907) 562-8977 - fax

Attorney for Defendant Josef F. Boehm

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| SALLY PURSER,<br><br>    Plaintiff,<br><br>    v.<br><br>JOSEF F. BOEHM, BAMBI TYREE,<br>LESLIE J. WILLIAMS, JR., and<br>ALLEN K. BOLLING,<br><br>    Defendant. | [PROPOSED] ORDER RE DEFENDANT'S<br>RULE 35 MOTION TO COMPEL<br><br><br><br><br><br><br><br>CASE NO.: A05-0085 (JKS) |

**ORDER**

Pursuant to motion, IT IS HEREBY ORDERED that Defendant's Rule 35 Motion to Compel Responses to Discovery be GRANTED in its entirety.

_____             _____
DATE                                  UNITED STATES
                                      DISTRICT COURT JUDGE

1