```
KENNER LAW FIRM, P.C.
David E. Kenner, SBN 41425
Brett A. Greenfield, SBN 217343
16000 Ventura Boulevard, PH 1208
Encino, CA 91364
818 995 1195
818 475 5369 – fax

WADE, KELLY & SULLIVAN
733 W. 4th Avenue, Suite 200
Anchorage, Alaska 99501
(907) 561-7743
(907) 562-8977 – fax
```

Attorney for Defendant Josef F. Boehm

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| Sally C. Purser, | ) |
| Plaintiff, | ) DECLARATION OF BRETT A.<br>) GREENFIELD RE RULE 35 MOTION TO<br>) COMPEL |
| v. | ) |
| Josef F. Boehm, Allen K. Bolling, and Bambi Tyree, | ) |
| Defendants. | ) |
| | ) CASE NO.: A05-0085 (JKS) |

I, Brett A. Greenfield, declare as follows:

1. I am an attorney duly licenced to practice law in the State of California and before this Honorable Court.

2. The following true and correct copies of documents have been marked and attached hereto as Exhibits to Defendant's Rule 35 Motion to Compel:

Exhibit "A", Plaintiff's Amended Complaint for Damages;

Exhibit "B", Dr. Rose Psychological Evaluation Report;

1

DECLARATION OF BRETT A. GREENFIELD

Exhibit "C", Dr. Mark Mills Curriculum Vitae;

Exhibit "D", Brett A. Greenfield November 10, 2006 Correspondence to Darryl Jones;

Exhibit "E", Brett A. Greenfield December 6, 2006 Correspondence to Darryl Jones;

I declare the foregoing to be true and correct under the penalty of perjury. Executed this 12th of January, 2007 at Encino, California.

Dated:   January 12, 2007          _____
                                    BRETT A. GREENFIELD

DECLARATION OF BRETT A. GREENFIELD