**EXHIBIT "E"**

*Brett A. Greenfield*
*Kenner Law Firm*
*A Professional Corporation*

16000 Ventura Blvd., Penthouse 1208
ENCINO, CALIFORNIA 91436
PHONE (818) 995-1195
FAX (818) 475-5369
BRETT@KENNERLAW.COM
OFFICE@KENNERLAW.COM

December 7, 2006

**Sent Via U.S. Mail and Facsimile**
Mr. Darryl L. Jones
Law Offices of Darryl L. Jones
109 West 6th Avenue, Suite 200
Anchorage, AK 99501

Re: <u>Purser v. Boehm</u>

Dear Mr. Jones:

Please be advised that Ms. Purser's deposition will commence on December 12 and 13, 2006, at 9:00 a.m., at the Anchorage Hilton, conference room "Cook Inlet Board Room", located at 500 West Third Avenue, Anchorage, Alaska, 99501. The telephone number to the location is (907) 272-7411.

You recently denied our request to have your Ms. Purser submit to a psychological evaluation with our expert Mark J. Mills, J.D., M.D. by asserting that the Mr. Boehm missed the date to designate experts and witnesses as the reason for your denial. Our office timely designated experts pursuant to the Honorable Judge Singleton's recent Order extending pre-trial discovery dates by 45 days. Pursuant to Alaska Rule 35, Ms. Purser is obligated to submit to an evaluation. Good cause exists as your client has placed her psychological and physiological well being at issue.

This is my last attempt to meet and confer with your office. Our expert Mark J. Mills, J.D., M.D. is available to travel to Anchorage on December 15, 16 or 17. Please let me know if your client will voluntarily submit to a psychological evaluation and if the aforementioned dates are acceptable no later than 5:00 p.m., December 7, 2006.

Should you wish to deny the request, I will be forced to bring a Motion to Compel and will request appropriate monetary sanctions. I look forward to hearing from you. Should you have any further questions or concerns, please do not hesitate to call my office.

Sincerely,

Brett A. Greenfield

cc: David E. Kenner, Esq.
cc: Pam Sullivan, Esq.
cc: Client

```
                    ┌─────────────────────────────────────┐
                    │  TRANSMISSION VERIFICATION REPORT   │
                    └─────────────────────────────────────┘

                                        TIME    : 12/07/2006 11:47
                                        NAME    : JAMES E BLATT
                                        FAX     : 8189904838
                                        TEL     : 8189864180
                                        SER.#   : BROL4J163798


    DATE,TIME                     12/07  11:46
    FAX NO./NAME                  19072781213
    DURATION                      00:00:34
    PAGE(S)                       02
    RESULT                        OK
    MODE                          STANDARD
                                  ECM
```