KENNER LAW FIRM, P.C.
David E. Kenner, SBN 41425
Brett A. Greenfield, SBN 217343
16000 Ventura Boulevard, PH 1208
Encino, CA 91364
818 995 1195
818 475 5369 – fax

WADE, KELLY & SULLIVAN
733 W. 4th Avenue, Suite 200
Anchorage, Alaska 99501
(907) 561-7743
(907) 562-8977 – fax
Attorney for Defendant Josef F. Boehm

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| Sally C. Purser,<br><br>　　　　Plaintiff,<br><br>　　　v.<br><br>Josef F. Boehm, Allen K. Bolling, and Bambi Tyree,<br><br>　　　　Defendants. | CERTIFICATE OF SERVICE<br><br><br><br><br><br><br>CASE NO.: A05-0085 (JKS) |

CERTIFICATE OF SERVICE

　　I HEREBY CERTIFY that on this 12th day of January, 2007. I caused a true and correct copy of the foregoing: 1. Rule 35 Motion to Compel, 2. Declaration of Brett A. Greenfield (with corresponding exhibits).

　　The following parties were served via U.S. Mail on January 12, 2007:

---

1

CERTIFICATE OF SERVICE

1  Allen K. Bolling
2  Inmate No: 14911-006
   USP Terre Haute
3  U.S. Penitentiary
4  P.O. Box 12015
   Terre Haute, IN 47801
5  C.M. 7002 2410 0006 6742 2188
6
7  Bambi Tyree
   c/o Mary Pate, Esq.
8  425 G. Sreet, Suite 930
9  Anchorage, Alaska 99501
10
   Leslie Williams
11 Inmate No: 14903-006
12 FCI Yazoo City Medium
   P.O. Box 5888
13 Yazoo City, MS 39194

25 Dated: January 12, 2007                    _____
                                               ROSIE RUIZ

2

CERTIFICATE OF SERVICE