Darryl L. Jones, Esq.
109 W. 6th Avenue, Suite 200
Anchorage, AK 99501
Tel (907) 278-1212
Fax (907) 278-1213
Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

| | |
|---|---|
| Sally C. Purser, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
|     vs. | ) |
| | ) |
| Josef F. Boehm, et al., | ) |
| | ) |
|     Defendants. | ) |
| _____ | ) **Case No. A05-0085 CV (JKS)** |

## MOTION FOR SANCTIONS LOCAL RULE 37.1

Plaintiff moves for an order imposing sanctions under Local Rule 37.1. As required by Rule 37.1(a)(2), a good faith certificate is not filed because there has been no cooperation from opposing counsel on any issues related to discovery.

The sanctions requested include striking witnesses, and striking certain defenses and this motion is supported by the memorandum of points and authorities filed herewith and affidavit annexed thereto.

DATED this 12th day of January 2007.

                                                                               /s/
                                        Darryl L. Jones, Esq.
                                        109 W. 6th Avenue, Suite 200
                                        Anchorage, AK 99501
                                        Tel: 907-278-1212
                                        Fax: 907-278-1213
                                        email: lodj.federalnotices@yahoo.com
                                        Attorney for Plaintiff
                                        ABA No: 8811188