IN THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

| | |
|---|---|
| Sally C. Purser, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| Josef F. Boehm, et al., | ) |
| | ) |
|     Defendants. | ) |
| _____ | ) **Case No. A05-0085 CV (JKS)** |

**<u>PROPOSED ORDER GRANTING SANCTIONS</u>**

Plaintiff having moved for an order for discovery sanctions under Rule 16, 26 and 37 of the Federal Rules of Civil Procedure and the Court having considered the motion, grounds therefore and any opposition thereto:

IT IS HEREBY ORDERED, that the motion for sanctions is granted as follows:

_____ Josef Boehm is precluded from introducing any testimony from fact witnesses at the time of trial;

_____ Josef Boehm is precluded from introducing any expert testimony at the time of trial;

_____ The deposition of Sally Purser, taken by counsel for Josef Boehm, is hereby stricken and may not be used for any purpose.

DATED this __ day of _____ 2007.

                                                                                           _____
                                                                                           Judge, U.S. District Court