1 | **KENNER LAW FIRM, P.C.**
**David E. Kenner, SBN 41425**
2 | **Brett A. Greenfield, SBN 217343**
**16000 Ventura Boulevard, PH 1208**
3 | **Encino, CA 91364**
**818 995 1195**
4 | **818 475 5369 – fax**

5 | **WADE, KELLY & SULLIVAN**
**733 W. 4th Avenue, Suite 200**
6 | **Anchorage, Alaska 99501**
**(907) 561-7743**
7 | **(907) 562-8977 - fax**

8 | **Attorney for Defendant Josef F. Boehm**

9 | **IN THE UNITED STATES DISTRICT COURT**

10 | **DISTRICT OF ALASKA**

11

12 | **Sally C. Purser,**                                          )
                                                               ) **DEFENDANT JOSEF BOEHM'S**
13 |            **Plaintiff,**                                   ) **SUPPLEMENTAL MEMORANDUM OF POINTS**
                                                               ) **AND AUTHORITIES IN SUPPORT OF**
14 |            **v.**                                           ) **OPPOSITION TO PLAINTIFF'S SECOND**
                                                               ) **MOTION FOR SUMMARY JUDGMENT**
15 | **Josef F. Boehm, Allen K.**                                )
**Bolling, and Bambi Tyree,**                                   )
16 |                                                            )
            **Defendants.**                                     )
17 |                                                            )
                                                               )
18 | _____                        )
                                                               )
19

20 |                                          **CASE NO.: A05-0085 (JKS)**
**I.    ADDITIONAL EVIDENCE AND ARGUMENT**
21

22 |     Boehm brings this supplemental brief laying out additional

23 | evidence and contradictions in which to show disputable issues of

24 | material fact and inferences to be drawn from the statements made by

25 | Purser and Tyree in support of summary judgment.

26 |     Boehm respectfully submits the following additional evidence to

27 | be considered:

28 |
                                        1
_____
SUPPLEMENTAL OPPOSITION TO PLAINTIFF'S SECOND MOTION FOR SUMMARY
                              JUDGMENT

**1. Recorded transcript of Miranda Ditullio**

Ms. Ditullio submitted to a interview with Boehm's investigator Terry Shirtleff, *incorporated herein as Exhibit "A"*. Ms. Ditullio's statements were recorded in the presence of her parents and with her consent. Her statements contradict Purser's allegations and lend further support to the evidence presented in Boehm's initial opposition.

**2. Sworn Testimony of Dr. Jacobsen**

In response to Plaintiff's assertion that Dr. Jacobsen's report is not sworn testimony, Boehm's submits Dr. Jacobsen's sworn testimony confirming the contents of his report, relevant parts *incorporated herein as Exhibit "B"*.

**3. Declaration of Josef Boehm**

In response to Plaintiff's assertion that Boehm's responses to discovery are not sworn under penalty of perjury, Boehm submits a declaration specifically denying each of the allegations set forth in the Affidavit of Purser and Tyree, *incorporated herein as Exhibit "C"*.

**4. Declaration of Terry Shurtleff**

Mr. Shurtleff's declaration under penalty of perjury sets forth the circumstances under which his interviews were knowingly recorded, accurately recorded and accurately transcribed, *incorporated herein as Exhibit "D"*.

**5. Plaintiff's Expert Dr. Rose, Psychological Evaluation of Purser.**

Boehm submits Dr. Rose's report to bring out her inconsistent statements and lack of candor when being interviewed by her own expert. In addition, Dr. Rose's report is very telling when describing

2

1  Purser's psychological state and character type, incorporated herein

2  as Exhibit "E"

3      **6. Sally Purser Deposition Testimony**

4      Additional comparisons of purser's deposition testimony to

5  statements given to her own expert dr. Rose reveal significant

6  discrepancies and contradiction leading to a conclusion that inference

7  must be drawn from present statements and genuine issues of material

8  fact, relevant portions incorporated herein as Exhibit "F"

9

10 **II.  WITNESS MIRANDA DITULLIO RECORDED INTERVIEW WITH INVESTIGATOR TERRY SHURTLEFF**

11

12     Miranda Ditullio submitted to a recorded interview at Chili's

13 restaurant in Anchorage Alaska on June 1, 2004. Ms. Ditullio was

14 present with her mother and step father James Matthews and Loanna

15 Ditullio. They were aware that they were being recorded and were made

16 aware that Terry Shirtleff was the investigator for Josef Boehm.

17     Ms. Ditullio testified that she had not been offered nor accepted

18 money for her statements. *Ditullio Interview, Page 19.* A transcribers

19 certificate is signed by Dana J. Kelly, CET. *Ditullio Interview, Page 20.*

20     Ms. Ditullio's testimony further confirms the subject matter set

21 forth in the declarations of Vince Blomfield and Tina Arndt. In

22 addition, Ms. Ditullio details Purser and Tyree's scam to keep Boehm

23 high on "dirty crack" cocain and steal from him. Ms. Ditullio denied

24 that Boehm provided drugs to Purser and details Tyree's blackmail of

25 Boehm.

26

27

28
                                    3

SUPPLEMENTAL OPPOSITION TO PLAINTIFF'S SECOND MOTION FOR SUMMARY JUDGMENT

1   Ms. Ditullio's interview casts considerable doubt on the

2   allegations set forth by Purser and Tyree, solidifies disputable facts

3   and inferences to be drawn from Purser and Tyree's affidavits and

4   further exposes Purser's motive to collect undeserved money from Boehm

5   as follows:

6                   **i. Relationship with Tyree and Introduction to Boehm**

7   Ms. Ditullio engaged in sex with Bambi Tyree when she was 16

8   years old. *Ditullio Interview, Page 3*

9   Ditullio met Boehm through Tyree and initially told Boehm she was

10  18 years old at the direction of Tyree. Upon learning she was 16 years

11  old, Boehm attempted to kick her out of his residence. Ditullio

12  continued to go back to Boehm's house with Tyree and at her direction

13  and without Boehm's consent. *Ditullio Interview, Page 3-4.*

14                          **ii Tyree Supplied the Drugs**

15  Tyree supplied Ditullio with drugs. Boehm never supplied her

16  drugs and never offered drugs for sex. *Ditullio Interview, Page 3.*

17  Ditullio states that Boehm never provided drugs to anyone and

18  further contends that Bambi Tyree and Leslie Williams provided all of

19  the girls drugs. *Ditullio Interview, Page 6.*

20                          **iii Tyree Controlled the Girls**

21  Boehm refused to let any underage girls around him. Even with

22  women over 18 years old, Boehm was unable to perform sexually with

23  them. *Ditullio Interview, Page 12.*

24  Ditullio identifies Tyree as controlling girls with drugs and

25  forcing oral sex on her. *Ditullio Interview, Page 10.* She again

26  identifies Tyree and Williams supplying drugs to young girls and using

27  them as props for their scam. *Ditullio Interview, Page 13.*

28                                      4

1    Ditullio states that Al Bolling was pimping all of the young

2  girls. She also believes that Purser became pregnant with Bolling's

3  child. *Ditullio Interview, Page 7.*

4    **iiii Scam to Keep Boehm High and Steal from Him**

5    Ditullio States that Tyree and Williams were poisoning Boehm's

6  drugs with something that would put him to sleep. *Ditullio Interview,*

7  *Page 13-14.* Boehm would go out almost immediately. *Ditullio Interview,*

8  *Page 14.*

9    Sally Purser would go to Boehm's house to steal money from him.

10  Purser stole $4,800.00 worth of travelers checks. Purser came to the

11  house with Erin Axt. Boehm checked her identification and kicked her

12  out. *Ditullio Interview, Page 5.*

13    Ditullio states that Boehm was being robbed and that everyone was

14  out to hustle him. Tyree would never let anyone get near Boehm.

15  *Ditullio Interview, Page 8.*

16    Ditullio Witnessed Tyree, Bolling and Williams black mail Boehm

17  by threatening to tell the authorities that he had sex with minor Erin

18  Axt. Boehm refused to pay.

19    Purser and others came to Boehm's house to steal drugs from him.

20  Boehm never provided any drugs to Tyree, Purser or their female

21  cohorts. *Ditullio Interview, Page 8.*

22  **III. <u>PLAINTIFF'S EXPERT DR ROSE REVEALS ADDITIONAL CONTRADICTIONS OF</u>**
    **<u>PURSER AND IDENTIFIES CHARACTER TRAITS CONSISTENT WITH PURSER'S</u>**
23  **<u>PAST AND PRESENT ACTIONS</u>**

24

25    Plaintiff's Expert Dr. Rose conducted a psychological evaluation

   of Plaintiff and prepared a report based on his findings.
26

27

28

5

1    Many of the events of Purser's life were withheld from Dr. Rose

2  thus invalidating his findings as they relate to Plaintiff's true

3  measure of damages and Boehm's alleged conduct.

4    Missing from Dr. Rose's report are the myriad of individuals for

5  whom Purser:

6    1. smoked "crack" cocain with;

7    2. obtained "crack" cocain from,

8    3. traded sex for money and/or drugs,  as well as

9    4. a detailed account of her involvement in several scams to

10    defraud men of their money and property with co-conspirator

11    Bambi Tyree.

12           **A. PURSER'S FACTUAL CONTRADICTIONS**

13    Dr. Rose did note a number of findings which Purser omitted from

14  her deposition testimony:

15           **Purser's uncle sexually abused her, made her go
            topless, took nude pictures of her and attempted**
16           **to massage her on several occasions.** *Dr. Rose*
            *Report, page 2*

17

18    In her deposition, Purser denied any sexual misconduct by her

19  uncle and went on to deny telling this to Dr. Rose raising yet another

20  instance of Purser's flawed credibility.

21           **Q.  When you were living with your uncle in**
            **Washington, were you ever sexually assaulted by**
22           **him?**
            **A.  No.**
23           **Q.  Did you ever tell anybody you were?**
            **A.  Yes.**
24           **Q.  Who did you tell you were sexually assaulted**
            **by**
25           **your uncle in Washington?**
            **A.  My mother.**
26           **Q.  That was a lie?**
            **A.  Yeah, to my mom.**

27

28                         6

1  *Page 34, Lines 8-17*

2          **Q.  Well, do you recall having an interview with the**
3          **psychologist, a doctor rose?**
           **A.  Yeah.**
4          **Q.  Do you remember telling Dr. Rose that your uncle**
5          **physically abused you, or sexually assaulted you in**
6          **Washington?**
           **A.  My uncle never physically sexually assaulted**
7          **me.**
           **Q.  Did you ever tell that to Dr. Rose?**
8          **A.  Not that I recall.**

9  *Page 34, Lines 24-25, Page 35, Lines 1-6*

10      Purser testifies to whatever benefits her most at the moment.

11 Purser's statements and testimony are not credible or believable.

12      In her complaint Purser accuses Boehm of getting her addicted to

13 drugs. Her statements to Dr. Rose are markedly different:

14          **Purser admits to becoming addicted to cocain**
            **after a three month relationship with her**
15          **boyfriend. When she took her first crack hit she**
            **had an "outer space feeling" and felt like "I**
16          **could not get enough".** *Dr. Rose Report, page 5*

17

18      Purser has repeatedly alleged that Boehm got her addicted to

19 "crack". Boehm has repeatedly denied this contention. Purser's

20 statements to Dr. Rose indicate an immediate need for "crack" cocaine

21 after her first experience. Purser also indicates an addiction as a

22 result of a break up with her boyfriend.

23      In her deposition, Purser testified to living with boyfriend Jay

24 Whaley while she was 16 years old. Purser went on to testify that he

25 provided her "crack" cocaine and was a known drug dealer and escort

26 service operator.

27

28                                    7

1    Purser has no evidence in which to suggest Boehm provided her

2 drugs or that Boehm got her addicted to drugs other than her own self

3 serving affidavit.

4          **B. PURSER'S CHARACTER TRAITS**

5    Dr. Rose goes on to assess Purser's character traits, validity

6 of complaints and personality type associated with her testing

7 results.

8          "...**She is experiencing significant psychological
            problems, although she may be exaggerating her**

9          **complaints...**". *Dr. Rose Report, page 8*

10

11    In describing the characteristics associated with Purser's

clinical profile, Dr. Rose opines as follows *on page 8 of his report*:

12
    1. <u>They tend to manipulate others</u> for their own gratification;

13
    2. <u>They rationalize their difficulties and blame others for their</u>

14 <u>problems</u>;

15
    3. They behave in a somewhat aloof, cold and callous and

16 uncompromising manner <u>often attempting to advance themselves at the</u>

17 <u>expense of others</u>;

18
    4. They are addiction prone to drugs and alcohol.

19
    Purser's present and past actions are explained perfectly by the

20 vary character traits associated with her profile as determined by her

21 own expert!

22

23

**IV.   DR. JACOBSEN GAVE SWORN TESTIMONY CONFIRMING THE FINDINGS IN HIS**
24 **REPORT**

25
    Plaintiff argues that Dr. Jacobsen's report should not be

26 considered because it is not given under penalty of perjury. Dr.

27

28                                8

1 Jacobsen confirmed the contents of his report in sworn testimony on

2 May 5, 2005.

3     Dr. Jacobsen testified to Spending at least 17 hours evaluating

4 Boehm in order to draft report and findings. Page 87, line 8-16

5     Dr. Jacobsen refers to Tyree's sworn testimony:

6         **She was specific that they were each using an
          ounce or more of cocaine -- crack cocaine per day**

7         **and that they would use it in patterns of runs,
          which means continuous use without sleep, for up**

8         **to a week.** *Page 99, lines 14-25*

9

10        **But Mr. Boehm didn't give me this history,
          because I think he -- he doesn't remember very
          well what was going on, it just being given to**

11        **him, but Ms. Tyree was very, very clear that it
          was an ounce a day or so per person.** *Page 100,*

12        *limes 1-3*

13    Dr. Jacobsen identifies a conspiracy against Boehm as a

14 underlying set of facts explaining his findings:

15

16        **information is most consistent with a conspiracy
          between Ms. Tyree, Mr. Bolling and Mr. Williams
          to keep Mr. Boehm supplied with crack cocaine so**

17        **as to get money, in other words, steal from him."
          "Available information is consistent with Mr.**

18        **Boehm being among the victims of this conspiracy.
          Given the amounts of patterns of crack cocaine**

19        **used by Mr. Boehm from about 2001 to 12/03, he
          would have been functioning in a survival-type**

20        **mode where the only issue of importance would
          have been to continue to use crack cocaine with**

21        **no       consideration      of      possible      future
          consequences."**

22        *Page 113, lines 24-25, Page 114, lines 1-11*

23

24

25

26

27

28

9

1    **V.    PLAINTIFF'S ARGUMENTS SET FORTH IN REPLY TO OPPOSITION**

2        **i. Plea Agreement**

3        Plaintiff argues that Boehm is attempting to somehow "back pedal"

4    from the plea agreement.[1] Purser additionally argues that Boehm's

5    discovery responses are factually inconsistent with the plea

6    agreement.

7        Nowhere in the plea agreement does Boehm admit to any actions

8    directed at Purser. Boehm's discovery responses and affidavit

9    succinctly and specifically deny Purser's allegations. Purser has no

10   evidence to confirm her allegations and relies entirely on as plea

11   agreement as the basis for her findings.

12        **ii. Purser's Past Statements**

13       Purser's counsel suggests that plaintiff's recorded statements

14   contradicting her present statements should be ignored.

15       Sally Purser acknowledged her past statements in her deposition

16   and stated that her feelings have changed. Certainly her credibility

17   should be allowed to be tested as a jury would be allowed to hear past

18   contradictory statements.

19        **iii. Criminal Records and Drug Use By All**

20       Finally, Purser argues that Tina Arndt's declaration should be

21   ignored because of a criminal record. Purser need look no further than

22   herself, Tyree and every single witness to this action. This is a case

23   where everyone smoked "crack" cocain. Their perceptions are flawed and

24

25       [1]**Counsel is not attempting to use summary judgment in which to challenge the plea
26   agreement. Counsel is well aware that a 18 U.S.C. § 2255 Motion is available but has not yet
     determined whether, when or how to pursue that issue, however, that issue is supported by
27   compelling additional facts which recognize that there are clearly material issues of disputable
     fact.**

28                                                10

SUPPLEMENTAL OPPOSITION TO PLAINTIFF'S SECOND MOTION FOR SUMMARY
JUDGMENT

1  memories diminished. Their understanding of consequences and ability

2  to make sound judgment are non-existent. That alone creates inferences

3  to be drawn from everyone's statements and triable issues of material

4  fact.

5  **VI.   CONCLUSION**

6        For the foregoing reasons, Defendant Boehm respectfully moves

7  this honorable Court to deny summary judgment in its entirety.

8

9  January 16, 2007            KENNER LAW FIRM, P.C.

10

11                            By:_____/S/_____

12                                 David E. Kenner,

13                                 Attorney for Defendant Josef F. Boehm

14

15

16                            By:_____/S/_____
                                   Brett A. Greenfield,
17                                 Attorney for Defendant Josef F. Boehm

18

19

20

21

22

23

24

25

26

27

28                                    11
   _____
   SUPPLEMENTAL OPPOSITION TO PLAINTIFF'S SECOND MOTION FOR SUMMARY
                              JUDGMENT