KENNER LAW FIRM, P.C.
David E. Kenner, SBN 41425
Brett A. Greenfield, SBN 217343
16000 Ventura Boulevard, PH 1208
Encino, CA 91364
818 995 1195
818 475 5369 – fax

WADE, KELLY & SULLIVAN
733 W. 4th Avenue, Suite 200
Anchorage, Alaska 99501
(907) 561-7743
(907) 562-8977 – fax

Attorney for Defendant Josef F. Boehm

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| Sally C. Purser, | ) |
| Plaintiff, | ) DECLARATION OF BRETT A. GREENFIELD RE SUPPLEMENTAL OPPOSITION TO PLAINTIFF'S SECOND MOTION FOR SUMMARY JUDGMENT |
| v. | ) |
| Josef F. Boehm, Allen K. Bolling, and Bambi Tyree, | ) |
| Defendants. | ) |
| | ) CASE NO.: A05-0085 (JKS) |

I, Brett A. Greenfield, declare as follows:

1. I am an attorney duly licenced to practice law in the State of California and before this Honorable Court.

2. The following true and correct copies of documents have been marked and attached hereto as Exhibits to the Supplemental Opposition to Plaintiff's Second Motion for Summary Judgment:

Exhibit "A", Recorded Transcript of Miranda Ditullio by Investigator Terry Shurtleff;

1

DECLARATION OF BRETT A. GREENFIELD

1   Exhibit "B", Relevant Pages of the Sworn Sentencing Hearing
2   Testimony of Dr. Jacobsen;
3   Exhibit "C", Declaration of Josef Boehm;
4   Exhibit "D", Declaration of Terry Shurtleff;
5   Exhibit "E", Psychological Evaluation and Report of Dr. Rose;
6   Exhibit "F", Sally Purser Deposition Testimony, Relevant Pages.
7   I declare the foregoing to be true and correct under the penalty of perjury. Executed this 16th of January, 2007 at Encino, California.

_____
Brett A. Greenfield