**EXHIBIT "A"**



TRANSCRIPT OF RECORDED
INTERVIEW OF MIRANDA DiTULLIO

June 1, 2004

TRANSCRIPTS ONLY

1943 Hillcrest Drive

Anchorage, Alaska 99517

(907) 276-0306

RECORDED INTERVIEW OF MIRANDA DiTULLIO
JUNE 1, 2004

### Page 2

1  JUNE 1, 2004
2  (Tape 1, Side A)
3  MR. SHIRTLEFF: So it's June 1st, 1:45 -- or 1:50 p.m., at
4  Chili's Restaurant in Dimond. This is Terry Shirtleff on record
5  with -- as Phillip Weidner's investigator, representing Joe
6  Boehm.
7      MIRANDA DiTULLIO
8  was interviewed as follows:
9  BY MR. SHIRTLEFF:
10 Q  Miranda, like I said before, my name is Terry Shirtleff.
11    I represent -- I work for Phillip Weidner, who rep-- who
12    is one of the attorneys who represents Joe Boehm. Do you
13    understand that?
14 A  Yes.
15 Q  You don't have to speak to me if you don't want to. You
16    can have anybody present if you want. Just for the record
17    I'd like to state that your mother is present, as is
18    your.....
19 A  Stepfather.
20 Q  .....stepfather is present, and that's James.....
21 A  Matthews.
22 Q  .....Matthew and Louanna?
23    MS. DiTULLIO: Louanna DiTullio.
24 Q  Louanna DiTullio are also present. Do you have any
25    problem speaking to me?

### Page 3

1  A  No.
2  Q  Okay, great. I'm gonna go off record now.
3     (Off/on record)
4  Q  Okay, this is Terry Shirtleff. I'm back on record. All
5     the same people are still present, Miranda DiTullio,
6     Louanna DiTullio and James Matthews are here. James
7     Matthews and Louanna DiTullio are Miranda's mother and
8     stepfather. Miranda, can you -- can you tell me how you
9     came to be over at Joe's house?
10 A  Through Bambi.
11 Q  Through Bambi. And why -- and -- and what was your
12    relationship with Bambi?
13 A  She was my girlfriend.
14 Q  I see. Were -- and were you physically intimate with
15    Bambi?
16 A  Yes.
17 Q  And who old were you at the time?
18 A  I was 16.
19 Q  And -- and when you -- when you went over to Joe's and you
20    went up to Joe -- say -- tell me about that. How --
21    what -- how did -- when you met Joe what went on?
22 A  When I first met Joe I told him I was 18, which I lied to
23    him.
24 Q  Uh-huh.
25 A  And he told me that I could no longer be over there and I

### Page 4

1     wasn't -- and so -- but I still went there, but not to see
2     him. He wouldn't see no more, and I'd end up being there
3     for Bambi.
4  Q  So you -- what, you told him you were 18, and then -- and
5     then you told him your real age and he said you couldn't
6     be over there anymore?
7  A  Yeah.
8  Q  And did -- did he ever give you any drugs or did you -- or
9     was it basically -- or did Bambi supply the drugs?
10 A  Bambi did.
11 Q  Bambi supplied the drugs to you? And so anything that you
12    did with Joe was consensual.
13 A  Yes.
14 Q  You -- it wasn't against your will and it wasn't for drugs
15    or money?
16 A  No.
17 Q  Okay. Did he ever offer you anything in exchange for
18    anything you did for him?
19 A  No.
20 Q  You were just over there, Bambi give you some dope, and
21    you were just partying; is that.....
22 A  Yes.
23 Q  .....is that about right?
24 A  Yes.
25 Q  You -- did -- and once you told Joe how old you were,

### Page 5

1     which was 16, right?
2  A  Yes.
3  Q  Yes? All right.
4  A  Yes.
5  Q  He said you could no longer be upstairs around him or
6     be -- be down with him because you were 16; is that right?
7  A  Yes.
8  Q  And then who else was around there and -- and what else
9     was going on that -- that you recall? Do you remember
10    Salley being there?
11 A  Yes.
12 Q  Salley and Erin?
13 A  Yes.
14 Q  What was -- what went on when they were there?
15 A  Salley would go there stealing money from him, and she
16    ended up bringing a younger girl there that Joe didn't
17    know that was really younger, and he ended up -- I --
18    ID'ing her, and he -- he kicked her -- he -- he.....
19 Q  So.....
20 A  .....he ended up kicking me out because I got into a fight
21    with her because she stole $4800 worth of traveler's
22    checks.
23 Q  Okay, and what -- and then that was Erin; is that right?
24 A  Yes.
25 Q  Erin Axt?

RECORDED INTERVIEW OF MIRANDA DiTULLIO
JUNE 1, 2004

Page 6

1  A  Yeah.
2  Q  Did -- did you -- while you were there did you ever see
3     Erin or Salley perform any sexual acts with Joe?
4  A  Joe -- I didn't really see Salley -- or, like, I seen -- I
5     seen Salley try and then end up leaving.....
6  Q  Uh-huh.
7  A  .....'cause he couldn't do anything.
8  Q  Right.
9  A  Erin, no. She was just there to be there.
10 Q  She was just there to be there. She wasn't involved in
11    any.....
12 A  No.
13 Q  .....anything? Did -- did you ever see Joe give the young
14    girls any drugs?
15 A  No.
16 Q  Never saw that.
17 A  No.
18 Q  Who would give them the drugs?
19 A  Bambi and Leslie.
20 Q  Bambi and Leslie would give them the drugs?
21 A  Yes.
22 Q  And then what would -- what would happen with the girls
23    with -- after that? Were -- were they doing any tricks or
24    turning -- were they.....
25 A  Mostly with Foul Al.

Page 7

1  Q  Mostly with Foul Al? Was.....
2  A  Uh-huh.
3  Q  Now, was Al running them as an escort service or -- or was
4     he just.....
5  A  Pimping.
6  Q  .....down -- just tr-- was he pimping them or was he just
7     down with them?
8  A  Just down with them.
9  Q  Okay. So.....
10 A  He was -- matter of fact, he was in-- in-- involved with a
11    girl named Salley who might have been pregnant by him.
12 Q  You mean Jamie?
13 A  Jamie.
14 Q  Jamie Millard?
15 A  Yeah. She's pregnant by him?
16 Q  I don't know. I don't know. The blond girl is who you're
17    talking about?
18 A  Yeah.
19 Q  Yeah. I don't know. That's the rumor that we heard. I
20    don't know the answer to that.
21 A  No, Salley, it was Salley that was pregnant.
22 Q  So what about Jamie Millard and all -- and do you -- do
23    you -- obviously, you remember her, the blond. Did you
24    ever see her with Joe?
25 A  No.

Page 8

1  Q  No. Okay. And you -- you never saw Joe give any of the
2     girls drugs in exchange for sexual favors?
3  A  No.
4  Q  When the girls were -- do you remember the girls stealing
5     drugs from Joe?
6  A  Yes.
7  Q  Okay, what -- what other things do you remember about
8     that? I mean, what kind of things would they do to Joe?
9  A  Well, they -- they black-- Joe -- Bambi, Leslie, Al,
10    Paulando, all blackmailed him and said if he didn't -- if
11    he didn't pay them a certain amount of money, that they
12    were gonna tell them that he was with that girl Erin.
13 Q  Oh, I see. They were gonna tell who that he was with a
14    girl Erin?
15 A  Tell the State.
16 Q  The police?
17 A  Yeah.
18 Q  I see.
19    MR. MATTHEWS: They were gonna blackmail him, then?
20 A  Yes.
21 Q  So do you know if they ever went through with that or did
22    Joe refuse to pay them?
23 A  Joe refused.
24 Q  And is that when.....
25 A  That's when they all came over there and Joe had just got

Page 9

1     busted (indiscernible).
2  Q  I see. Now, the -- the things that you saw going over
3     there, I mean -- I mean, you -- you were in the life. I
4     mean, was Joe the -- he -- Joe wasn't -- did -- or did it
5     appear to you that Joe was in on any of this stuff, or was
6     he just getting robbed?
7  A  He was just getting robbed.
8  Q  Okay. So he was kind -- more of a victim than -- he was
9     just a vic., right? I mean.....
10 A  Yeah
11 Q  .....he was the vic., everybody was on the hustle to get
12    him; is that -- is that accurate or.....
13 A  Yes.
14 Q  Okay. Did you ever see -- did you ever see Tina or Regina
15    over there?
16 A  Yes.
17 Q  Do you remember those gals? They were of age, right?
18 A  Yes.
19 Q  Right. Okay. Now, when -- when Bambi was around did she
20    really let any of the girls get near Joe?
21 A  No. Not really.
22 Q  She -- did -- did it seem like to you that Bambi wanted to
23    control -- go off record here for a minute.
24    (Off/on record)
25 Q  Okay, this is Terry Shirtleff. We're back on record. All

RECORDED INTERVIEW OF MIRANDA DiTULLIO
JUNE 1, 2004

### Page 10

1  the same people are still present, Miranda DiTullio,
2  Louanna DiTullio and James Matthews. Mir-- or Louanna
3  DiTullio is Miranda's mother. James Dit-- or James
4  Matthews is Miranda's stepfather.
5      Okay, so, Miranda, we were talking about what --
6  how -- how things went when Bambi was at the house. Did
7  she -- did -- did it seem to you that she ran the show,
8  tried to keep in -- tried to control how Joe was getting
9  robbed or.....
10 A  Yes.
11 Q  How would she do that?
12 A  She would blackmail him, take his money, take his stuff,
13    and that'd be mostly.....
14 Q  That's how she'd rob Joe. How did she control the girls?
15 A  Well, she had them doing oral things.
16 Q  To her or.....
17 A  Yeah.
18 Q  I see. So she -- she would control them with -- with
19    drugs to do sexual favors.....
20 A  Uh-huh.
21 Q  .....for her, and feed them drugs; is that.....
22 A  Uh-huh.
23 Q  .....is that accurate or is that right?
24 A  That's yes.
25 Q  Okay. And then what else did you -- what else did you

### Page 11

1  see? I mean, anything else that you can think of with
2  regard to Leslie or Al or Bambi? I mean.....
3  A  Leslie, I was with Leslie, end up -- me and Leslie ended
4     up being together.
5  Q  I see.
6  A  And I was possibly pregnant by him.
7  Q  I see. And.....
8     MS. DiTULLIO: Al?
9  A  Leslie.
10 Q  Was -- did that pregnancy go to term?
11 A  Yes.
12    SERVER: How is everything here? Would you like a plate,
13 ma'am?
14 A  Oh, yes, please.
15 Q  So was that -- was that pregnancy before or after you were
16    16?
17 A  It was before.
18 Q  Before you were 16. So Leslie was.....
19 A  Thank you.
20    SERVER: You're welcome.
21 Q  Leslie was having -- was physically intimate with you.....
22 A  Yes.
23 Q  .....before you were 16?
24 A  Yes.
25 Q  What happened as a result of that preg-- did that

### Page 12

1  pregnancy come -- did you have the baby or.....
2  A  Yes, I did.
3  Q  Did it end up being Leslie's, or do you know?
4  A  That's still.....
5  Q  Don't know?
6  A  Yeah. Don't know.
7  Q  Still haven't done a -- you need to do a paternity test?
8  A  Uh-huh.
9  Q  I see. What -- now, can you think of anything else
10    regarding Joe or -- or what was going on over there? You
11    remember any of the other -- you remember the girls who
12    came in from the Valley?
13 A  No.
14 Q  Did you ever meet them?
15 A  No.
16 Q  Okay. But when you were there the -- the gals that
17    were -- the -- the -- the underage gals or the young gals
18    Joe would not let upstairs; is.....
19 A  No.
20 Q  .....that right?
21 A  No.
22 Q  And then the of age gals would go upstairs, but Joe
23    couldn't perform, so.....
24 A  Nothing really happened.
25 Q  .....nothing -- nothing happened.

### Page 13

1  A  Yeah.
2  Q  I see. And Joe never gave them drugs for sexual acts?
3  A  No.
4  Q  And he never gave them money for any sexual acts.
5  A  No.
6  Q  Bambi and Al and Leslie paid.....
7  A  Yes.
8  Q  .....or gave them drugs and what have you.....
9  A  Yes.
10 Q  .....as part of their scheme to rob Joe; does that sound
11    right?
12 A  Yes.
13 Q  Okay. So they were just props, if you will. The girls
14    were just props in order to rob Joe; is that.....
15 A  Yes.
16 Q  Does that sound right?
17    MR. MATTHEWS: How -- how often did they rob this guy?
18 A  All the time.
19    MR. MATTHEWS: Once a day, twice a day?
20 A  Every time.
21    MR. MATTHEWS: Every day?
22 A  Every day.
23 Q  Every day. Now, when you were over there did they -- did
24    you ever see them spike his dope with heroin or anything
25    else? Did you ever see them spike any of his -- put

RECORDED INTERVIEW OF MIRANDA DiTULLIO
JUNE 1, 2004

**Page 14**

1  anything in his food or what he was drinking?
2  A  They gave -- they did -- they did his -- his -- his dope,
3     yeah. They gave him -- they put sleeping stuff in it,
4     'cause he always fell asleep after he took a hit.
5  Q  And that's pretty unusual when you're smoking crack, huh?
6     You don't go to sleep when you're smoking crack.
7  A  Huh-uh.
8  Q  And he would get -- he'd just get knocked out.
9  A  Yeah. He'd take a hit, bam. Right to sleep.
10 Q  Uh-huh.
11 A  You'd be talking to him and you look back and.....
12 Q  He'd be out.
13 A  Yeah.
14 Q  I see. Okay. So after all this went down, your contact
15    with the police, I'm interested to know did they ever
16    contact your mother or get her permission to question you?
17 A  No.
18 Q  They never did.
19 A  No.
20 Q  Did they tell you that -- did they tell -- did they tell
21    you you could have your mother present when they
22    questioned you? Do you -- do you recall that.....
23 A  No, I don't recall.
24 Q  You don't recall that?
25 A  Huh-uh.

**Page 15**

1  Q  You -- when -- when you -- when they did -- and how many
2     times did they question you before the grand jury?
3  A  Once.
4  Q  Once. Where -- did they take you to APD to do that
5     or.....
6  A  Yes.
7  Q  .....did they -- they did take you to the station to do
8     that?
9  A  Uh-huh.
10 Q  Do you remember if they videotaped it or mentioned that
11    they were videotaping it?
12    MS. DITULLIO: Mom wasn't (indiscernible).
13 A  No, you weren't even there for grand jury.
14    MS. DITULLIO: Yes, I was. I took you there, remember?
15 A  No, the -- the first time.
16    MS. DITULLIO: Oh.
17    MR. MATTHEWS: So they -- they didn't allow you to -- to
18 call your mother or.....
19 A  No.
20 Q  They knew how.....
21    MR. MATTHEWS: .....let her know.....
22 Q  They knew how old you were?
23    MR. MATTHEWS: .....any -- any information.
24 A  Yeah.
25 Q  So they never -- did they -- did they -- did it seem to

**Page 16**

1  you that they were make -- were kind of threatening you
2  or -- or in any way kind of trying to put leverage on you
3  to say stuff that wasn't true about Joe?
4  A  No. I just remember hurrying up and getting it over with.
5  Q  Right. Did they -- when -- do you remember the room that
6     you were in? Did they put you in one of those rooms with
7     the mirror and.....
8  A  Yes.
9  Q  .....all that stuff? They did do that?
10 A  Yes.
11 Q  Do you remember if they had a tape recorder running?
12 A  Yes.
13 Q  They did? And do you recall if the -- what you've told me
14    here today is what you told them, that you told them the
15    same information?
16 A  Yes.
17 Q  There's probably no -- is there no difference in -- in
18    what you told me here today?
19 A  Well, there might be. Lot of things I forgot about.
20 Q  Okay, but the important things are -- were about Joe
21    didn't ever supply the girls with drugs; is that right?
22 A  Yes.
23 Q  And never gave them money for -- never gave them money for
24    sexual favors?
25 A  No.

**Page 17**

1  Q  Okay, the -- okay.
2     MS. DITULLIO: But did they do most of the questioning?
3  A  Yes.
4  Q  So.....
5     MR. MATTHEWS: (Indiscernible). Did they ever ask you if
6  you could have a lawyer present? Did you -- did you ask them if
7  you could have -- have your lawyer present?
8  A  They never asked me that.....
9     MR. MATTHEWS: They -- they never.....
10 A  .....and I just.....
11    MR. MATTHEWS: .....brought that up?
12 A  No.
13 Q  Do you remember if they read you your rights?
14 A  Yes.
15 Q  They did read you your rights?
16 A  No.
17 Q  And they didn't say that you could have -- you don't
18    remember them saying that your mother or your lawyer could
19    be there?
20 A  I believe that they might have said that, but I'm not
21    sure.
22 Q  But -- and you agreed to talk to them anyway or.....
23 A  Yeah.
24 Q  Okay. All right, so.....
25    MR. MATTHEWS: Don't do that again.

5 (Pages 14 to 17)

TRANSCRIPTS ONLY
(907) 276-0306

283398e9-36df-4053-8c90-30e120a7e3b1

RECORDED INTERVIEW OF MIRANDA DiTULLIO
JUNE 1, 2004

**Page 18**

1  MS. DITULLIO: I got to get home.
2  Q  So can you think of anything else that went on there that
3     you -- can you remember?
4  A  No.
5  Q  Now, I understand that the -- the State is -- has your
6     child now; is that right?
7  A  Yes.
8  Q  Have they made any threats or made any innuendos about
9     putting leverage on you to keep your child away from you
10    if you don't play ball with them?
11 A  No.
12 Q  They haven't? Okay. Have you had any more contact with
13    the police or the investigators in this case since --
14    since your testimony at the grand jury?
15 A  No.
16 Q  Okay. Have I -- okay, now, I've got some formal questions
17    to ask you. Have you been -- have I promised you anything
18    in exchange for your -- what you've told me here today?
19 A  No.
20 Q  Have I -- and you understand that I don't represent you,
21    that I work for Joe, I -- or I work for Phillip Weidner
22    and he represents Joe Boehm; you understand that?
23 A  Yes.
24 Q  Do you -- and no -- no one has been promised anything as a
25    result of what you've told me here today?

**Page 19**

1  A  No.
2  Q  And you -- what you've told me here today is the truth
3     as -- as you recall it?
4  A  Yes.
5  Q  Miranda, thank you very much. I'm gonna go off record.
6     (End of recording)
7  /
8  /
9  /
10 /
11 /
12 /
13 /
14 /
15 /
16 /
17 /
18 /
19 /
20 /
21 /
22 /
23 /
24 /
25 /

**Page 20**

TRANSCRIBER'S CERTIFICATE

I, Dana J. Kelly, Certified Electronic Transcriber, hereby certify:

That the foregoing pages numbered 1 through 19 are a true, accurate and complete transcript of an interview transcribed by me to the best of my knowledge and ability from a cassette tape provided to me by Weidner & Associates.

DATED: June 3, 2004.

*[signature]*
Dana J. Kelly, CET

TRANSCRIPTS ONLY
(907) 276-0306                    20

6 (Pages 18 to 20)

RECORDED INTERVIEW OF MIRANDA DiTULLIO
JUNE 1, 2004

Page 1

**A**
ability 20:6
about 3:20
  4:23 7:17
  7:22 8:7
  10:5 16:3
  16:19,20
  18:8
accurate 9:12
  10:23 20:5
acts 6:3 13:2
  13:4
after 6:23
  11:15 14:4
  14:14
again 17:25
against 4:14
age 4:5 9:17
  12:22
agreed 17:22
Al 6:25 7:1,3
  8:9 11:2,8
  13:6
Alaska 1:24
allow 15:17
always 14:4
amount 8:11
Anchorage
  1:24
answer 7:20
anybody 2:16
anymore 4:6
anything 4:11
  4:17,18 6:7
  6:13 11:1
  12:9 13:24
  14:1 18:2
  18:17,24
anyway 17:22
APD 15:4
appear 9:5
around 5:5,8
  9:19
asked 17:8
asleep 14:4
Associates
  20:7
attorneys
  2:12
away 18:9
Axt 5:25

**B**
baby 12:1
back 3:4 9:25
  14:11
ball 18:10
bam 14:9
Bambi 3:10
  3:11,12,15
  4:3,9,10,11
  4:20 6:19
  6:20 8:9
  9:19,22
  10:6 11:2
  13:6
basically 4:9
before 2:10

11:15,17,18
  11:23 15:2
being 4:2 5:10
  11:4 12:3
believe 17:20
best 20:6
black 8:9
blackmail
  8:19 10:12
blackmailed
  8:10
blond 7:16,23
Boehm 2:6,12
  18:22
bringing 5:16
brought
  17:11
busted 9:1

**C**
call 15:18
came 3:9 8:25
  12:12
case 18:13
cassette 20:6
cause 6:7 14:4
certain 8:11
CERTIFIC...
  20:1
Certified 20:2
certify 20:3
CET 20:11
checks 5:22
child 18:6,9
Chili's 2:4
come 12:1
complete 20:5
consensual
  4:12
contact 14:14
  14:16 18:12
control 9:23
  10:8,14,18
crack 14:5,6

**D**
Dana 20:2,11
DATED 20:8
day 13:19,19
  13:21,22,23
difference
  16:17
Dimond 2:4
Dit 10:3
DiTULLIO
  1:1 2:7,23
  2:23,24 3:5
  3:6,7 10:1,2
  10:3 11:8
  15:12,14,16
  17:2 18:1
doing 6:23
  10:15
done 12:7
dope 4:20
  13:24 14:2
down 5:6 7:6
  7:7,8 14:14
drinking 14:1

Drive 1:23
drugs 4:8,9
  4:11,14
  6:14,18,20
  8:2,5 10:19
  10:21 13:2
  13:8 16:21

**E**
Electronic
  20:2
end 4:2 6:5
  11:3 12:3
  19:6
ended 5:16,17
  5:20 11:3
Erin 5:12,23
  5:25 6:3,9
  8:12,14
escort 7:3
even 15:13
ever 4:8,17
  6:2,13 7:24
  8:21 9:14
  9:14 12:14
  13:24,25
  14:15 16:21
  17:5
Every 13:20
  13:21,22,23
everybody
  9:11
everything
  11:12
exchange
  4:17 8:2
  18:18

**F**
fact 7:10
favors 8:2
  10:19 16:24
feed 10:21
fell 14:4
fight 5:20
first 3:22
  15:15
follows 2:8
food 14:1
foregoing
  20:4
forgot 16:19
formal 18:16
Foul 6:25 7:1
from 5:15 8:5
  12:12 18:9
  20:6

**G**
gals 9:17
  12:16,17,17
  12:22
gave 13:2,4,8
  14:2,3
  16:23,23
getting 9:6,7
  10:8 16:4
girl 5:16 7:11

7:16 8:12
  8:14
girlfriend
  3:13
girls 6:14,22
  8:2,4,4 9:20
  10:14 12:11
  13:13 16:21
give 4:8,20
  6:13,18,20
  8:1
go 3:2 5:15
  9:23 11:10
  12:22 14:6
  19:5
going 5:9 9:2
  12:10
gonna 3:2
  8:12,13,19
  19:5
grand 15:2,13
  18:14
great 3:2
guy 13:17

**H**
happen 6:22
happened
  11:25 12:24
  12:25
having 11:21
heard 7:19
her 5:18,18
  5:21 7:23
  7:24 10:16
  10:21 14:16
  15:21
heroin 13:24
Hillcrest 1:23
him 3:22,23
  4:2,4,5,18
  4:21 6:9,10
  7:4,6,6,8
  8:25 9:6,7,9
  8:10,19
  9:12 10:12
  11:6 14:3
  14:11
hit 14:4,9
home 18:1
house 3:9
  10:6
huh 14:5
Huh-uh 14:7
  14:25
hurrying 16:4
hustle 9:11

**I**
ID'ing 5:18
important
  16:20
indiscernible
  9:1 15:12
  17:5
information
  15:23 16:15
innuendos
  18:8
interested

14:15
interview 1:1
  20:5
interviewed
  2:8
intimate 3:14
  11:21
investigator
  2:5
investigators
  18:13
involved 6:10
  7:10

**J**
J 20:2,11
James 2:20
  3:6,6 10:2,3
  10:3
Jamie 7:12,13
  7:14,22
Joe 2:5,12
  3:20,21,22
  4:12,25
  5:16 6:3,4
  6:13 7:24
  8:1,5,8,9,22
  8:23,25 9:4
  9:4,5,20
  10:8,14
  12:10,18,22
  13:2,10,14
  16:3,20
  18:21,22
Joe's 3:9,19
June 1:2 2:1,3
  20:8
jury 15:2,13
  18:14
just 2:16 4:20
  4:21 6:9,10
  7:4,6,6,8
  8:25 9:6,7,9
  13:13,14
  14:8 16:4
  17:10

**K**
keep 10:8
  18:9
Kelly 20:2,11
kicked 5:18
kicking 5:20
kind 8:8 9:8
  16:1,2
knew 15:20
  15:22
knocked 14:8
know 5:17
  7:16,16,19
  7:20 8:21
  12:3,5,6
  14:15 15:21
knowledge
  20:6

**L**
lawyer 17:6,7

17:18
leaving 6:5
Leslie 6:19,20
  8:9 11:2,3,3
  11:3,9,18
  11:21 13:6
Leslie's 12:3
let 9:20 12:18
  15:21
leverage 16:2
  18:9
lied 3:22
  14:18 15:25
  16:23,23
  17:8,9
life 9:3
like 2:10,17
  6:4 9:22
  11:12
longer 3:25
  5:5
look 14:11
Lot 16:19
Louanna 2:22
  2:23,24 3:6
  3:7 10:2,2

**M**
made 18:8,8
make 16:1
many 15:1
matter 7:10
Matthew 2:22
Matthews
  2:21 3:6,7
  8:19 10:2,4
  13:17,19,21
  15:17,21,23
  17:5,9,11
  17:25
ma'am 11:13
mean 7:12 8:8
  9:3,3,4,9
  11:1,2
meet 12:14
  15:22
mentioned
  15:10
met 3:21,22
might 7:11
  16:19 17:20
  18:24
Millard 7:14
  7:22
minute 9:23
Mir 10:2
Miranda 1:1
  2:7,10 3:5,8
  10:1,5 19:5
Miranda's
  3:7 10:3,4
mirror 16:7
Mom 15:12
money 4:15
  5:15 8:11
  10:12 13:4
  16:23,23
more 4:2 9:8
  18:12
most 17:2
mostly 6:25
  7:1 10:13
mother 2:17
  3:7 10:3

14:16,21
  15:18 17:18
  much 19:5

**N**
name 2:10
named 7:11
near 9:20
need 12:7
never 6:16 8:1
  13:2,4
  14:18 15:25
  16:23,23
  17:8,9
nothing 12:24
  12:25,25
numbered
  20:4

**O**
obviously
  7:23
off 3:2 9:23
  19:5
offer 4:17
Off/on 3:3
  9:24
often 13:17
Oh 8:13 11:14
  15:16
okay 3:2,4
  4:17 5:23
  7:9 8:1,7
  9:8,14,19
  9:25 10:5
  10:25 12:16
  13:13 14:14
  16:20 17:1
  17:1,24
  18:12,16,16
old 3:17 4:25
  15:22
once 4:25
  13:19 15:3
  15:4
one 2:12 16:6
  18:24
ONLY 1:22
  20:24
oral 10:15
order 13:14
other 8:7
  12:11
out 5:20 14:8
  14:12
over 3:9,19,25
  4:6,20 8:25
  9:2,15
  12:10 13:23
  16:4

**P**
pages 20:4
paid 13:6
part 13:10
partying 4:21
paternity 12:7
Paulando

8:10
pay 8:11,22
people 3:5
  10:1
perform 6:3
  12:23
permission
  14:16
Phillip 2:5,11
  18:21
physically
  3:14 11:21
pimping 7:5,6
plate 11:12
play 18:10
please 11:14
police 8:16
  14:15 18:13
possibly 11:6
preg 11:25
pregnancy
  11:10,15
  12:1
pregnant 7:11
  7:15,21
  11:6
present 2:16
  2:17,20,24
  3:5 10:1
  14:21 17:6
  17:7
pretty 14:5
probably
  16:17
problem 2:25
promised
  18:17,24
props 13:13
  13:14
provided 20:7
put 13:25
  14:3 16:2,6
putting 18:9
p.m 2:3

**Q**
question
  14:16 15:2
questioned
  14:22
questioning
  17:2
questions
  18:16

**R**
ran 10:7
read 17:13,15
real 4:5
really 5:17
  6:4 9:20,21
  12:24
recall 5:9
  14:22,23,24
  16:13 19:3
record 2:4,16
  3:2,3,4 9:23
  9:24,25
  19:5

TRANSCRIPTS ONLY
(907) 276-0306

RECORDED INTERVIEW OF MIRANDA DiTULLIO
JUNE 1, 2004

Page 2

| | | | | |
|---|---|---|---|---|
| **RECORDED** 1:1 | 12:9 13:2 13:24,25 14:14 | that'd 10:13 their 13:10 things 8:7,8 | videotaped 15:10 videotaping | 11:16,18,23 18 3:22 4:4 19 20:4 |
| recorder 16:11 | seem 9:22 10:7 15:25 | 9:2 10:6,15 16:19,20 | 15:11 | 1943 1:23 |
| recording 19:6 | seen 6:4,5 | think 11:1 12:9 18:2 | **W** | **2** |
| refuse 8:22 | **SERVER** 11:12,20 | threatening 16:1 | want 2:15,16 wanted 9:22 | 20 20:25 2004 1:2 2:1 |
| refused 8:23 regard 11:2 | service 7:3 | threats 18:8 | wasn't 4:1,14 | 20:8 |
| regarding 12:10 | sexual 6:3 8:2 10:19 13:2 | through 3:10 3:11 8:21 | 4:14 6:10 9:4 15:12 | 276-0306 1:25 20:25 |
| Regina 9:14 | 13:4 16:24 | 20:4 | 16:3 | |
| relationship 3:12 | she'd 10:14 Shirtleff 2:3,4 | time 3:17 13:18,20 | way 16:2 Weidner 2:11 | **3** 3 20:8 |
| remember 5:9 7:23 8:4,7 | 2:9,10 3:4 9:25 | 15:15 times 15:2 | 18:21 20:7 Weidner's 2:5 | **9** |
| 9:17 12:11 12:11 15:10 | show 10:7 Side 2:2 | Tina 9:14 today 16:14 | welcome 11:20 | 907 1:25 20:25 |
| 15:14 16:4 16:5,11 | since 18:13,14 sleep 14:6,9 | 16:18 18:18 18:25 19:2 | Well 8:9 10:15 16:19 | 99517 1:24 |
| 17:13,18 18:3 | sleeping 14:3 smoking 14:5 | together 11:4 told 3:22,25 | went 3:19,20 3:21 4:1 | |
| rep 2:11 represent 2:11 18:20 | 14:6 some 4:20 18:16 | 4:4,5,25 16:13,14,14 16:18 18:18 | 5:14 8:21 10:6 14:14 18:2 | |
| representing 2:5 | sound 13:10 13:16 | 18:25 19:2 tr 7:6 | were 3:14,14 3:17 4:4,20 | |
| represents 2:12 18:22 | speak 2:15 speaking 2:25 | transcribed 20:5 | 4:21,25 5:6 5:14 6:2,23 | |
| Restaurant 2:4 | spike 13:24 13:25 | Transcriber 20:2 | 6:23,24 8:4 8:12,13,19 | |
| result 11:25 18:25 | state 2:17 8:15 18:5 | TRANSCRI... 20:1 | 9:3,17 10:5 11:15,18,23 | |
| right 4:23 5:1 5:3,6,23 6:8 | station 15:7 stealing 5:15 | transcript 1:1 20:5 | 12:16,17 13:13,14,23 | |
| 9:9,17,19 10:23 12:20 | 8:4 stepfather | TRANSCRI... 1:22 20:24 | 15:11,22 16:1,1,6,20 | |
| 13:11,16 14:9 16:5 | 2:19,20 3:8 10:4 | traveler's 5:21 | weren't 15:13 We're 9:25 | |
| 16:21 17:24 18:6 | still 3:5 4:1 10:1 12:4,7 | tricks 6:23 tried 10:8,8 | while 6:2 work 2:11 | |
| rights 17:13 17:15 | stole 5:21 stuff 9:5 | true 16:3 20:4 truth 19:2 | 18:21,21 worth 5:21 | |
| rob 10:14 13:10,14,17 | 10:12 14:3 16:3,9 | try 6:5 | wouldn't 4:2 | |
| robbed 9:6,7 10:9 | supplied 4:11 supply 4:9 | trying 16:2 turning 6:24 | **Y** | |
| room 16:5 rooms 16:6 | 16:21 sure 17:21 | twice 13:19 | yeah 4:7 6:1 7:15,18,19 | |
| rumor 7:19 running 7:3 | | **U** | 8:17 9:10 10:17 12:6 | |
| 16:11 | **T** take 10:12,12 | Uh-huh 3:24 6:6 7:2 | 13:1 14:3,9 14:13 15:24 | |
| | 14:9 15:4,7 talk 17:22 | 10:20,22 12:8 14:10 | 17:23 young 6:13 | |
| **S** Salley 5:10,12 | talking 7:17 10:5 14:11 | 15:9 underage | 12:17 younger 5:16 | |
| 5:15 6:3,4,5 7:11,21,21 | tape 2:2 16:11 20:6 | 12:17 understand | 5:17 | |
| same 3:5 10:1 16:15 | tell 3:8,20 8:12,13,15 | 2:13 18:5 18:20,22 | **$** $4800 5:21 | |
| saw 6:16 8:1 9:2 | 14:20,20,20 term 11:10 | unusual 14:5 upstairs 5:5 | **1** | |
| saying 17:18 scheme 13:10 | Terry 2:4,10 3:4 9:25 | 12:18,22 | 1 1:2 2:1,2 20:4 | |
| see 3:14 4:1,2 6:2,4,13 | test 12:7 testimony | **V** Valley 12:12 | 1st 2:3 1:45 2:3 | |
| 7:24 8:13 8:18 9:2,14 | 18:14 thank 11:19 | very 19:5 vic 9:9,11 | 1:50 2:3 16 3:18 5:1,6 | |
| 9:14 10:18 11:1,5,7 | 19:5 | victim 9:8 | | |