EXHIBIT "B"

UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | | |
|---|---|---|
| THE UNITED STATES, | ) | |
| | ) | |
| PLAINTIFF, | ) | |
| | ) | |
| VS. | ) | CASE NO: A04-003 |
| | ) | |
| JOSEF BOEHM, | ) | |
| | ) | |
| DEFENDANTS. | ) | |
| | ) | |

SENTENCING HEARING RE

JOSEF BOEHM

HELD ON

THURSDAY, MAY 5, 2005

NORMAN SCHALL & ASSOCIATES
(800) 734-8838                          87

1    Q.  And Dr. Mittelburger?

2    A.  Yes.

3    Q.  And have you had personal contact with Mr. Boehm?

4    A.  Yes, on severely occasions, on multiple

5  occasions.

6    Q.  Please explain to His Honor.

7       How much contact have you had with Mr. Boehm?

8    A.  I came to Anchorage first in late July of 2004

9  and spent the greater part of three days interviewing

10  Mr. Boehm on four occasions, total of about three hours,

11  face-to-face contact, and then I returned at the end of

12  October in 2004, over two days had three additional

13  sessions with Mr. Boehm lasting about eight hours.

14       So I've spent about seventeen hours talking with

15  Mr. Boehm, and other times I've met him, on other visits

16  here.

17    Q.  All right.  And have you reviewed the

18  brain-imaging testing that's been done in this case?

19    A.  Within the limits of my knowledge.  Correct.

20    Q.  But you, in turn, are aware of Dr. Cowell's

21  interpretations of those tests?

22    A.  Yes, I am.

23    Q.  In fact, was some of that testing done pursuant

24  to recommendations made by you?

25    A.  Yes.  After my first visit -- interviews of

1    psychosis goes away all by itself.

2        So what you get into -- and this is how I said

3    earlier that, you know, given his pattern of use, the

4    amounts of use, he would be addicted and would be impaired

5    24 hours a day.  A lot of this is not just from the acute

6    use, but also the toxic affects, sleep deprivation,

7    malnutrition.  They're associated with this extreme level

8    of cocaine addiction.

9      Q.  Now, Doctor, by way of follow-up -- well, first

10   of all, what's your understanding, including your

11   observation of the testimony of Bambie Tyree, as to

12   approximately how much cocaine Mr. Boehm was using during

13   the relevant periods as to these offenses?

14     A.  She was specific that they were each using an

15   ounce or more of cocaine -- crack cocaine per day and that

16   they would use it in patterns of runs, which means

17   continuous use without sleep, for up to a week.

18     Q.  Can you give us some perspective on that from

19   your experience as to how much cocaine that is?

20     A.  In my experience, I've never heard of such a

21   daily dose of crack cocaine.  The most that I have

22    experience with before is twelve to fifteen grams, say

23    almost a half-ounce.

24        But Mr. Boehm didn't give me this history,

25    because I think he -- he doesn't remember very well what

NORMAN SCHALL & ASSOCIATES

(800) 734-8838                                    100

1    was going on, it just being given to him, but Ms. Tyree

2    was very, very clear that it was an ounce a day or so per

3    person.

4       Q.  And what -- can you give us some idea of what it

5    means to go on a run for a week?

6       A.  It means you just continue to use crack cocaine.

7    And since it's so short-acting, you may be using it every

8    five to ten minutes.  Because the body is so wired, so

9    excited, people are unable to sleep.  They're jittery,

10   they're nervous, they're jumpy, and so they use -- keep

11   chasing that high around the clock.  And according to --

12   for days at a time, but Ms. Tyree said they would use for

13   a week or more at a time.

14       I had one case that I was involved in, the person

15   was on a run for close to three months on methamphetamine,

16   so --

17       THE COURT:  On methamphetamine?

18       THE WITNESS:  On meth.

19       But cocaine is the same.  It just doesn't last as

20   long.  They're indistinguishable effects.

21       THE COURT:  Physiologically?

22          THE WITNESS:  Physiologically; right.

23    BY MR. WIDENER:

24      Q.   Can you -- all right.

25          Well, first, what portions of the brain are

NORMAN SCHALL & ASSOCIATES

113

(800) 734-8838

1    first of all, to your summary on your April 20th report --

2    it's at Page 7 of your report -- and I'm going to ask you

3    back in the body of the report how that information

4    relates to your summary.

5        But you make the statement -- you have it there,

6    the summary?

7    A.  Yes.

8    Q.  "Given Mr. Boehm's described use of high doses of

9    crack cocaine between 2001 until 12/23/03, it would have

10   been impossible for him to be the leader of any type of

11   conspiracy.  Even without any type of underlying brain

12   damage the amounts and pattern of use of crack cocaine by

13   Mr. Boehm would have caused such extreme cognitive

14   impairment as to prevent him from being the principal in

15   any type of conspiracy which required planning and

16   execution in order to accomplish a given purpose at some

17   time in the future."

18       "During this about three-year period of cocaine

19   addiction Mr. Boehm would have been engaged in a

20   continuous and repetitive pattern of seeking more cocaine,

21   using cocaine, recovering from the effects of prior use of

22   high doses of cocaine."

23        "Under these conditions he would have been

24   significantly impaired at all times. All available

25   information is most consistent with a conspiracy between

NORMAN SCHALL & ASSOCIATES          114
(800) 734-8838

1   Ms. Tyree, Mr. Bolling and Mr. Williams to keep Mr. Boehm

2   supplied with crack cocaine so as to get money, in other

3   words, steal from him."

4       "Available information is consistent with

5   Mr. Boehm being among the victims of this conspiracy.

6   Given the amounts of patterns of crack cocaine used by

7   Mr. Boehm from about 2001 to 12/03, he would have been

8   functioning in a survival-type mode where the only issue

9   of importance would have been to continue to use crack

10  cocaine with no consideration of possible future

11  consequences."

12      And, obviously, that is your opinion; correct?

13  A.  That's correct.

14  Q.  Now, going back then to Page 4 of your report, at

15  the bottom you make some observations about Mr. Boehm not

16  having control of his house, the actions of Ms. Tyree, and

17  then you make specific references to -- Page 5 -- to

18  certain statements that support your opinion.

19      Please, explain your opinion in that regard.

20  A.  The first group on Page 5 is people's references

21  that Mr. Boehm was not in control of his house or what was

22   occurring around him, and these were just selected.  There

23   were a lot more similar-type references, but these were

24   basically from witnesses that were at the house at

25   different times that were asked what they had observed

NORMAN SCHALL & ASSOCIATES
(800) 734-8838