**EXHIBIT "D"**

1  KENNER LAW FIRM, P.C.
   David E. Kenner, SBN 41425
2  Brett A. Greenfield, SBN 217343
   16000 Ventura Boulevard, PH 1208
3  Encino, CA 91364
   818 995 1195
4  818 475 5369 - fax

5  WADE, KELLY & SULLIVAN
   733 W. 4th Avenue, Suite 200
6  Anchorage, Alaska 99501
   (907) 561-7743
7  (907) 562-8977 - fax

8  Attorney for Defendant Josef F. Boehm

9               IN THE UNITED STATES DISTRICT COURT

10                      DISTRICT OF ALASKA

11

12 Sally C. Purser,                )
                                   ) DECLARATION OF TERRY SHIRTLEFF
13        Plaintiff,               )
                                   )
14        v.                       )
                                   )
15 Josef F. Boehm, Allen K.        )
   Bolling, and Bambi Tyree,       )
16                                 )
          Defendants.              )
17                                 ) CASE NO.: A05-0085 (JKS)
                                   )
18 _____ )
                                   )
19
   DECLARATION OF TERRY SHIRTLEFF
20
   I TERRY SHIRTLEFF, say and declare as follows:
21
22 1.  I conducted the interviews of Salley Purser and Miranda Ditullio
23     and have personal knowledge of the accuracy of the audio
24     recordings and transcripts of said interviews and know them to
25     be accurate and correct;
26 2.  I conducted the interviews on behalf of Josef Boehm and while
27     employed as his investigator;
28

                                    1
                    DECLARATION OF TERRY SHIRTLEFF

3. Prior to the commencement of each interview I told both Ms. Purser and Ms. Ditullio that they were being recorded.

4. I have listened to the audio recordings of each interview and know them to be complete, accurate and encompassing the entire interview;

5. I have reviewed the transcripts of each interview and know them to be complete, accurate and encompassing the entire interview;

6. The interviews of Ms. Purser and Ms. Ditullio were given at their own free will without any promise of reward, threat or coercion.;

7. I have given this declaration of my own free will without any promise of reward or threat of coercion. I declare under penalty of perjury under the laws of the State of California that this declaration is the truth and I will testify consistent with if called to do so in a court of law. I have had the opportunity to read and revise this declaration prior to signing it.

Executed this 17 day of January, 2007 at Anchorage, Alaska.

STATE OF ALASKA

THIRD JUDICIAL DISTRICT    TERRY D. SHURTLEFF

SUBSCRIBED AND SWORN TO before me this ____ of January, 2007

_Gloria D. Olson_
Notary in and for the Sate of Alaska
My Commission Expires 3-16-10

2

DECLARATION OF TERRY SHIRTLEFF