**EXHIBIT "F"**

```
 1    A.    No.
 2    Q.    Did you do any drugs in that hotel room?
 3    A.    No.
 4    Q.    Are you familiar -- are you aware of any occasion
 5 where your mother obtained crack cocaine in exchange for
 6 your having sex with somebody?
 7    A.    No.
 8    Q.    When you were living with your uncle in
 9 Washington, were you ever sexually assaulted by him?
10    A.    No.
11    Q.    Did you ever tell anybody you were?
12    A.    Yes.
13    Q.    Who did you tell you were sexually assaulted by
14 your uncle in Washington?
15    A.    My mother.
16    Q.    That was a lie?
17    A.    Yeah, to my mom.
18    Q.    Why did you lie to your mother about that?
19    A.    Because I didn't like my uncle.  He was strict.
20 He enforced rules that were stupid.  And it was all to keep
21 me under his foot.  And I wanted to come home and -- I
22 don't know why I lied.
23    Q.    Well, do you recall having an interview with a
24 psychologist, a Dr. Rose?
25    A.    Yeah.
```

Case 3:05-cv-00085-JKS   Document 152-7   Filed 01/17/2007   Page 3 of 3

Page 35

```
 1    Q.    Do you remember telling Dr. Rose that your uncle
 2 physically abused you in -- or sexually assaulted you,
 3 rather, in Washington?
 4    A.    My uncle never physically sexually assaulted me.
 5    Q.    Did you tell that to Dr. Rose?
 6    A.    Not that I recall.
 7    Q.    Did you ever tell the psychologist Dr. Rose that
 8 your uncle massaged you a table?
 9    A.    Yeah.
10    Q.    Is your uncle a masseuse?
11    A.    No.
12    Q.    Why was he massaging you on a table?
13    A.    He offered to give me a back rub.
14    Q.    When you say he offered to give you a back rub,
15 did you tell Dr. Rose that his hands were close to your
16 vagina?
17    A.    Yes, I remember that.
18    Q.    Was that part of the back rub?
19    A.    He was massaging my leg.
20         MR. JONES:  I'm going to object, that calls
21 for speculation.
22 BY MR. KENNER:
23    Q.    Have you ever worked as a prostitute?
24    A.    No.
25    Q.    Have you ever had sex in exchange for drugs or
```