```
 1 | KENNER LAW FIRM, P.C.
   | David E. Kenner, SBN 41425
 2 | Brett A. Greenfield, SBN 217343
   | 16000 Ventura Boulevard, PH 1208
 3 | Encino, CA 91364
   | 818 995 1195
 4 | 818 475 5369 - fax
 5 | WADE, KELLY & SULLIVAN
   | Pamela Sullivan
 6 | 733 W. 4th Avenue, Suite 200
   | Anchorage, Alaska 99501
 7 | Attorney for Defendant Josef F. Boehm
```

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| Sally C. Purser, | ) |
| | ) CERTIFICATE OF SERVICE |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| Josef F. Boehm, Allen K. | ) |
| Bolling, and Bambi Tyree, | ) |
| | ) |
| Defendants. | ) |
| | ) CASE NO.: A05-0085 (JKS) |
| | ) |

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 17 day of January, 2007. I caused a true and correct copy of the foregoing 1. Supplement Opposition to Plaintiff's Second Motion for Summary Judgment, 2. Declaration of Brett A. Greenfield **(with corresponding exhibits).**

The following parties were served via U.S. Mail on January 17, 2007:

1 | Allen K. Bolling
2 | Inmate No: 14911-006
  | USP Terre Haute
3 | U.S. Penitentiary
4 | P.O. Box 12015
  | Terre Haute, IN 47801
5 | C.M. 7002 2410 0006 6742 2188
6 |
7 | Bambi Tyree
  | c/o Mary Pate, Esq.
8 | 425 G. Street, Suite 930
9 | Anchorage, Alaska 99501

10 | Leslie Williams
11 | Inmate No: 14903-006
12 | FCI Yazoo City Medium
   | P.O. Box 5888
13 | Yazoo City, MS 39194

16 | Dated: January 17, 2007          /s/ Rosie Ruiz
17 |                                      Rosie Ruiz

2

CERTIFICATE OF SERVICE