Darryl L. Jones, Esq.
109 W. 6th Avenue, Suite 200
Anchorage, AK 99501
Tel (907) 278-1212
Fax (907) 278-1213
Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

| | |
|---|---|
| Sally C. Purser, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| Josef F. Boehm, et al., | ) |
| | ) |
| Defendants. | ) |
| _____ | ) **Case No. A05-0085 CV (JKS)** |

## MOTION TO STRIKE UNAUTHORIZED SURREPLY

Plaintiff, by and through undersigned counsel, moves for an order striking the unauthorized surreply filed by counsel for Josef Boehm at Docket 151 and 152. This motion is filed pursuant to Fed.R.Civ.P. 12(f) and Local Rule 7.1 and is supported by the memorandum of points and authorities filed herewith.

DATED this 18th day of January 2007.

/s/
Darryl L. Jones, Esq.
109 W. 6th Avenue, Suite 200
Anchorage, Alaska 99501
Tel: 907-278-1212
Fax: 907-278-1213
Email: lodj.federalnotices@yahoo.com
Ak.Bar.No. 8811188