IN THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

| | |
|---|---|
| Sally C. Purser, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| Josef F. Boehm, et al., | ) |
| | ) |
|     Defendants. | ) |
| _____ | ) Case No. A05-0085 CV (JKS) |

**PROPOSED ORDER GRANTING**
**<u>MOTION TO STRIKE UNAUTHORIZED SURREPLY</u>**

Plaintiff having filed a motion to strike the surreply and supplemental materials at Docket 151 & 152 and the Court having considered the motion and grounds therefore;

IT IS HEREBY ORDERED;

___ The motion to strike is GRANTED and the Clerk is directed to remove the materials from the Court File.

___ The motion is DENIED, however, plaintiff is granted __ days to respond to the supplemental filing. When filing the response, Counsel for the plaintiff shall file an affidavit of time and expenses incurred for the Court's approval, and the reasonable time and expenses will be paid by Counsel for Josef Boehm within 10-days of the date of approval by the Court, and shall not bill those fees and expenses to the Client.

DATED this ___ day of January 2007.

_____
James K. Singleton
U.S. District Court Judge