Darryl L. Jones, Esq.
109 W. 6th Avenue, Suite 200
Anchorage, AK 99501
Tel (907) 278-1212
Fax (907) 278-1213

Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| Salley C. Purser,            ) | |
| ) | |
| Plaintiff,       ) | |
| ) | |
| v.                              ) | |
| ) | |
| Josef F. Boehm, et. al.    ) | |
| ) | |
| Defendants.   ) | |
| _____) | Case No: A05-0085 (JKS) |

**CERTIFICATE OF SERVICE**

This is to certify that on or about the 18th day of January, 2007, a true and correct copy of the foregoing documents were caused to be mailed to the following parties of record via United States Certified Mail:

    Allen K. Bolling
    Inmate No: 14911-006
    USP Terre Haute
    U.S. Penitentiary
    P.O. Box 12015
    Terre Haute, IN 47801
    CM No.: 7006 0810 0000 2976 8211

Josef Boehm
c/o David Kenner
Kenner Law Firm
16000 Ventura Blvd., Ste.1208
Encino, CA 91436
CM No: 7006 0810 0000 2976 8198


Pamela Sullivan
Wade, Kelley & Sullivan
733 W. 4th Avenue, Suite 200
Anchorage, Alaska 99501
CM No: 7006 0810 0000 2976 8204


<u>/s/ Darryl L. Jones, Esq.</u>
Darryl L. Jones
109 W. 6th Avenue, Suite 200
Anchorage, Alaska 99501
Ph: 907-278-1212
Fax: 907-278-1213
ABA No: 8811188