IN THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

| | |
|---|---|
| Sally C. Purser, | ) |
| | ) |
|   Plaintiff, | ) |
| | ) |
|   vs. | ) |
| | ) |
| Josef F. Boehm, et. al. | ) |
| | ) |
|   Defendants. | ) |
| _____ | ) Case No. 3:05-cv-00085-JKS |

## ORDER FOR RULING ON SHORTENED TIME

Plaintiff, having motioned the Court at **Docket Nos. 126** and **134** to file documents under seal, and no oppositions received thereto;

IT IS HEREBY ORDERED, the motions are **GRANTED**.

DATED this 23rd day of January 2007 at Anchorage, Alaska.

                                                   /s/ James K. Singleton, Jr.
                                                 Honorable James K. Singleton
                                                 U.S. District Court Judge