```
KENNER LAW FIRM, P.C.
David E. Kenner, SBN 41425
Brett A. Greenfield, SBN 217343
16000 Ventura Boulevard, PH 1208
Encino, CA 91364
818 995 1195
818 475 5369 - fax

WADE, KELLY & SULLIVAN
733 W. 4th Avenue, Suite 200
Anchorage, Alaska 99501
(907) 561-7743
(907) 562-8977 - fax
```

Attorney for Defendant Josef F. Boehm

## IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF ALASKA

| | |
|---|---|
| Sally C. Purser,<br><br>    Plaintiff,<br><br>    v.<br><br>Josef F. Boehm, Allen K. Bolling, and Bambi Tyree,<br><br>    Defendants. | DECLARATION OF BRETT A. GREENFIELD IN SUPPORT OF MOTION TO COMPEL FURTHER RESPONSES DEFENDANT BOEHM'S SECOND SET OF DISCOVERY TO PLAINTIFF<br><br>CASE NO.: A05-0085 (JKS) |

I Brett A. Greenfield, declare as follows:

1. I am an attorney duly licenced to practice law in the State of California and before this Honorable Court.

2. The following true and correct copies of documents have been marked and attached hereto as Exhibits to Defendant Boehm's Motion to Compel Further Responses to Boehm's Second Set of Discovery:

2. On November 10, 2006, I caused to be served on Plaintiff Sally Purser a Second Set of Discovery Requests a copy of which is attached hereto as Exhibit A.

3. On December 13, 2006, the date on which responses were due, Plaintiff filed inadequate responses attached hereto as Exhibit "B".

4. On January 22, 2007, I sent a meet and confer letter to Mr. Darryl Jones which was not responded to, attached hereto as Exhibit "C".

5. The following is an itemization of the fees and expenses incurred by the moving party in seeking this order to compel discovery:

   A. Attorney time expended doing research, drafting, and editing notice of motion, motion, points and authorities and declaration: 8 Hours @ $350.00/hour = $2,800.00; and

   B. Paralegal time expended doing research: 10 hours @ $150.00/hour = $1,500.00.

   C. Total Expenses: $4,300.00

I declare under penalty of perjury that the foregoing is true and correct.

DATED this 24TH day of January, 2007 at Encino, California.

_____
Brett A. Greenfield

2

**DECLARATION IN SUPPORT OF MOTION TO COMPEL FURTHER RESPONSES TO BOEHM'S SECOND SET OF DISCOVERY**