EXHIBIT "B"

Darryl L. Jones, Esq.
109 W. 6th Avenue, Suite 200
Anchorage, AK 99501
Tel (907) 278-1212
Fax (907) 278-1213

Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| Salley C. Purser,<br><br>Plaintiff,<br><br>v.<br><br>Josef F. Boehm, Allen K. Bolling, and Bambi Tyree,<br><br>Defendants. | Case No: A05-0085 (JKS) |

**PLAINTIFF'S RESPONSES TO DEFENDANT BOEHM'S SECOND SET OF DISCOVERY REQUESTS**

INTERROGATOY NO. 1: Question compounding in nature and this information has already been supplied to the Defendant on more than one occasion. Defendant has, in his own possession, the information requested with regard to the Federal Criminal charges he pled guilty to. The Plaintiff knows of the witnesses but does not personally know the witnesses, except for "E.A"., Kimberly Swentek, Bambi Tyreee, Leslie Williams, Allen Bolling Josef Boehm, Paxton Purser and Gerald Barnes. Some of these individuals the Plaintiff met while at Defendant Boehm's home during the period of 2001-2003.

DARRYL L. JONES
ATTORNEY AT LAW
109 W. 6TH AVENUE, SUITE 200
ANCHORAGE, ALASKA 99501
PH (907) 278-1212 FAX (907) 278-1213

The other witnesses in this action are doctors and counselors, care providers and Dr. Rose and Francis Gallella which are two experts hired by the Plaintiff. Their vitae's, name, addresses and phone numbers have been supplied to Defendant Boehm twice.

INTERROGATORY NO. 2: At the time the Plaintiff met Defendant Boehm she did not attend school. The Plaintiff completed 9th grade and received her GED from "9 Star" in March 2005. Plaintiff also attended the Adult Learning Center in Anchorage, Alaska to complete her GED. This institution no longer exists. The Plaintiff was suspended in the 10th grade for suspected drug use. These were allegations but no proof of actual drug use. The Plaintiff decided on her own not to return to school after suspension.

INTERROGATORY NO. 3: The Plaintiff was arrested in May 2004 for misdemeanor possession of crack cocaine and is on Federal Probation until August 2009.

INTERROGATORY NO. 4: The Plaintiff has previously supplied this information twice to the Defendant, once in Preliminary Disclosures and by supplement months later.

INTERROGATORY NO. 5: The Plaintiff objects to this Interrogatory as it is overbroad, it shows no relevance and has a blanket time frame with no dates established.

INTERROGATORY NO. 6: Answered.

REQUEST FOR ADMISSION NO. 1: Admit.

REQUEST FOR ADMISSION NO. 2: Denied.

REQUEST FOR ADMISSION NO. 3: Admit. One time only.

REQUEST FOR ADMISSION NO. 4: Denied.

REQUEST FOR ADMISSION NO. 5: Admit.

REQUEST FOR ADMISSION NO. 6: Admit.

REQUEST FOR ADMISSION NO. 7: Admit. Twice only.

DARRYL L. JONES
ATTORNEY AT LAW
109 W. 6TH AVENUE, SUITE 200
ANCHORAGE, ALASKA 99501
PH. (907) 278-1212 FAX (907) 278-1213

REQUEST FOR ADMISSION NO. 8: Admit.

REQUEST FOR ADMISSION NO. 9: Admit.

REQUEST FOR ADMISSION NO. 10: Denied.

REQUEST FOR ADMISSION NO. 11: Admit.

REQUEST FOR ADMISSION NO. 12: Admit.

REQUEST FOR ADMISSION NO. 13: Denied.

REQUEST FOR ADMISSION NO. 14: No Admission No. 14. Defendant did not properly number his admissions.

REQUEST FOR ADMISSION NO. 15: Asked and Answered.

REQUEST FOR ADMISSION NO. 16: Denied.

REQUEST FOR ADMISSION NO. 17: Admit.

REQUEST FOR ADMISSION NO. 18: Denied.

REQUEST FOR ADMISSION NO. 19: Denied.

REQUEST FOR ADMISSION NO. 20: Admit.

REQUEST FOR ADMISSION NO. 21: Denied.

REQUEST FOR ADMISSION NO. 22: Plaintiff has no recollection and therefore Denied.

REQUEST FOR ADMISSION NO. 23: Denied.

REQUEST FOR ADMISSION NO. 24: Plaintiff objects to the verbage "traded sexual favors" and admits to having sex with other individuals.

REQUEST FOR ADMISSION NO. 25: Plaintiff once again objects to the verbage "traded sexual favors". Mr. Bucher was Plaintiff's boyfriend at one time.

REQUEST FOR ADMISSION NO. 26: Plaintiff has no knowledge and therefore Denied.

REQUEST FOR ADMISSION NO. 27: Denied.

DARRYL L. JONES
ATTORNEY AT LAW
109 W. 6TH AVENUE, SUITE 200
ANCHORAGE, ALASKA 99501
PH (907) 278-1212 FAX (907) 278-1213

REQUEST FOR ADMISSION NO. 28: Denied. Defendant Boehm was the primary cause of my drug dependency.

REQUEST FOR ADMISSION NO. 29: Denied. Plaintiff was never a prostitute.

REQUEST FOR ADMISSION NO. 30: Denied.

DATED this 6th day of December 2006 at Anchorage, Alaska.

Darryl L. Jones
Attorney for Plaintiff

DARRYL L. JONES
ATTORNEY AT LAW
109 W. 6TH AVENUE, SUITE 200
ANCHORAGE, ALASKA 99501
PH (907) 278-1212 FAX (907) 278-1213

[illegible] VERIFICATION

[illegible]

[illegible]

[illegible] being first duly sworn upon oath, deposes and [illegible]

[illegible] plaintiff in the above-entitled action; that I have [illegible] the Interrogatories and believe [illegible] knowledge and belief.

[signature]
[illegible]

[illegible] before me this 4th day of December, [illegible]

State of Alaska
NOTARY PUBLIC
Deborah L. Fenton-Bushue
Commission No: 101289

[signature]
[illegible] for Alaska
[illegible] 2/19/2009

[illegible] PLAINTIFF [illegible]

Darryl L. Jones, Esq.
109 W. 6th Avenue, Suite 200
Anchorage, AK 99501
Tel (907) 278-1212
Fax (907) 278-1213

Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| Salley C. Purser, Plaintiff, v. Josef F. Boehm, Allen K. Bolling, and Bambi Tyree, Defendants. | Case No: A05-0085 (JKS) |

**CERTIFICATE OF SERVICE**

This is to certify that on the 8th day of December, 2006, a true and correct copy of the foregoing document was caused to be mailed to the following parties of record via United States Certified Mail:

Allen K. Bolling
Inmate No: 14911-006
USP Terre Haute
U.S. Penitentiary
P.O. Box 12015
Terre Haute, IN 47801
CM No.: 7006 0810 0000 2976 8006

DARRYL L. JONES
ATTORNEY AT LAW
109 W. 6TH AVENUE, SUITE 200
ANCHORAGE, ALASKA 99501
PH (907) 278-1212 FAX (907) 278-1213

Bambi Tyree
c/o Mary Pate
425 G Street, Suite 930
Anchorage, Alaska 99501
CM No: 7006 0810 0000 2976 7993

Josef Boehm
c/o David Kenner
Kenner Law Firm
16000 Ventura Blvd., Ste.1208
Encino, CA 91436
CM No: 7006 0810 0000 2976 7986

Pamela Sullivan
Wade, Kelley & Sullivan
733 W. 4th Avenue, Suite 200
Anchorage, Alaska 99501
CM No: 7006 0810 0000 2976 7962

Deborah Fenton
Legal Assistant to Darryl L. Jones

DARRYL L. JONES
ATTORNEY AT LAW
109 W. 6TH AVENUE, SUITE 200
ANCHORAGE, ALASKA 99501
PH (907) 278-1212 FAX (907) 278-1213