EXHIBIT "C"

*Brett A. Greenfield*
*Kenner Law Firm*
*A Professional Corporation*

16000 Ventura Blvd., Penthouse 1208
ENCINO, CALIFORNIA 91436
PHONE (818) 995-1195
FAX (818) 475-5369
DAVID@KENNERLAW.COM
OFFICE@KENNERLAW.COM

January 22, 2006

**Sent via Facsimile and U.S. Mail**
Darryl L. Jones, Esq.
109 W. 6th Avenue
Suite 200
Anchorage, Alaska 99501

RE:   Purser vs. Boehm
      Case No. 05-CV-0085-JKS

Dear Mr. Jones:

I am writing to request that Ms. Purser answer Mr. Boehm's Second Set of Discovery Requests, specifically the interrogatories, in a manner consistent with the Federal Rules of Civil Procedure.

On November 10, 2006, I sent you a Second Set of Discovery Requests. Ms. Purser responded to all the interrogatories evasively, incompletely, and inadequately. *As a result, Ms. Purser has breached her duties under the Federal Rules of Civil Procedure 33(b)(1) and 37(a)(3).*

Please accept this letter as a good faith attempt to resolve this discovery dispute without court action. Please confirm with my office by close of business on January 23, 2007 whether you will update the responses or whether I will need to file a motion to compel the further responses. Should you have any questions or concerns, please do not hesitate to call me.

Sincerely,

Brett A. Greenfield

cc: Pamela Sullivan, Esq.
Cc: Client

TRANSMISSION VERIFICATION REPORT

```
TIME    : 01/22/2007 13:06
NAME    : JAMES E BLATT
FAX     : 8189904838
TEL     : 8189864180
SER.#   : BROL4J163798
```

```
DATE,TIME            01/22  13:06
FAX NO./NAME         19072781213
DURATION             00:00:33
PAGE(S)              02
RESULT               OK
MODE                 STANDARD
                     ECM
```

BRETT A. GREENFIELD
LAW OFFICES OF DAVID E. KENNER
16000 Ventura Blvd., Penthouse 1208
ENCINO, CALIFORNIA 91436
PHONE (818) 995-1195
FAX (818) 475-5369
DAVID@KENNERLAW.COM
OFFICE@KENNERLAW.COM

# FACSIMILE TRANSMISSION

DATE:    JANUARY 22, 2007
RE:      U.S. vs. Boehm
FROM:    Brett A. Greenfield

To: Darryl L. Jones, Esq.                    Phone Number:

                                             Fax: 907 – 278 1213

Documents:                                   Number of Pages: __1__

Hard Copy to follow in the mail.
Thank You.
Aimee

**COMMENTS:**                                ORIGINAL FACSIMILE WILL BE SENT
☐                                            VIA:

**NOTES:**                                   ☐

THE INFORMATION CONTAINED IN THIS FACSIMILE MESSAGE IS PROTECTED BY THE ATTORNEY-CLIENT AND/OR THE ATTORNEY/WORK PRODUCT PRIVILEGES AND MAY BE CONFIDENTIAL. IT IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL NAMED ABOVE, AND THE PRIVILEGES AND CONFIDENTIALITY ARE NOT WAIVED BY VIRTUE OF THIS HAVING BEEN SENT BY FACSIMILE. IF THE PERSON ACTUALLY RECEIVING THIS FACSIMILE OR ANY OTHER READER OF THE FACSIMILE IS NOT THE NAMED RECIPIENT, OR THE EMPLOYEE OR AGENT RESPONSIBLE TO DELIVER IT THE NAMED RECIPIENT, ANY USE, DISSEMINATION, DISTRIBUTION OR COPYING OF THIS COMMUNICATION IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE IMMEDIATELY NOTIFY US BY TELEPHONE, AND RETURN THE ORIGINAL MESSAGE TO US AT THE ABOVE ADDRESS VIA THE U.S. POSTAL SERVICE. THANK YOU.