KENNER LAW FIRM, P.C.
David E. Kenner, SBN 41425
Brett A. Greenfield, SBN 217343
16000 Ventura Boulevard, PH 1208
Encino, CA 91364
818 995 1195
818 475 5369 - fax

WADE, KELLY & SULLIVAN
Pamela Sullivan
733 W. 4th Avenue, Suite 200
Anchorage, Alaska 99501
Attorney for Defendant Josef F. Boehm

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| Sally C. Purser, | ) |
| | ) CERTIFICATE OF SERVICE |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| Josef F. Boehm, Allen K. Bolling, and Bambi Tyree, | ) |
| | ) |
| Defendants. | ) |
| | ) CASE NO.: A05-0085 (JKS) |
| | ) |

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 25 day of January, 2007. I caused a true and correct copy of the foregoing 1. Motion to Compel Further Responses ,2. Declaration of Brett A. Greenfield **(with corresponding exhibits).**

The following parties were served via U.S. Mail on January 25, 2007:

1

1  Allen K. Bolling
2  Inmate No: 14911-006
   USP Terre Haute
3  U.S. Penitentiary
4  P.O. Box 12015
   Terre Haute, IN 47801
5  C.M. 7002 2410 0006 6742 2188
6
7  Bambi Tyree
   c/o Mary Pate, Esq.
8  425 G. Street, Suite 930
9  Anchorage, Alaska 99501
10
   Leslie Williams
11 Inmate No: 14903-006
   FCI Yazoo City Medium
12 P.O. Box 5888
13 Yazoo City, MS 39194
14
15
16     Dated: January 25, 2007            _____
                                          Rosie Ruiz
17
18
19
20
21
22
23
24
25
26
27
28

2

CERTIFICATE OF SERVICE