# NOTICE OF NON-COMPLIANCE WITH RULES

U.S. District Court, Office of the Clerk, 222 W. 7th Ave., Rm 229, Anchorage, AK 99513-7564, 907-677-6100

To: Daryl Jones  
109 W 6th Avenue, Suite 200  
Anchorage, AK 99501

Case Number: 3:05-cv-00085-JKS  
Case Title: Purser v Boehm, et al.  
Docket Nos: #160 and 161

Document Title: Sealed Affidavit of Sally Purser and Sealed Affidavit of Bambi Tyree in support of motion for summary judgment

**Part I.** This form is being sent as a courtesy to advise you that document(s) filed in the above referenced case were not in compliance with Local and/or Federal Court Rules and to prevent such deficiencies in the future. The documents have been filed. The following deficiencies were identified:

LR 3.1 Papers to Accompany Filing  
___(a) Cover Sheet missing  

___OTHER (see comments)

LR 10.1 Form of Pleading  
___ (a) General - see Comments Below  
___ (b) No Chamber copy(s)-copy charge  

Amount Due: $_____

*******************************************************************************************

**Part II.** This form is being sent to advise you that document(s) are being returned for the following reasons:

FRCP 5(d) Serving & Filing Pleadings and Other Papers  
___ Discovery documents are not routinely filed  
___ Depositions are not routinely filed  

___ Pursuant to Court Order  
___ OTHER (see comments)

28:1914(a) Filing Fee  
___Returned for Filing Fee or waiver of fees

FRCP 10 Form of Pleading  
___(a) Returned Complaint - Names of Parties not listed

*******************************************************************************************

**Part III.** This form is being sent to advise you that document(s) were not in compliance with Local and/or Federal Court Rules, which may result in the document(s) being stricken, if not corrected within 7 days:

LR 10.1 Form of Pleading  
___(e) First page information missing (see comments below)  
___(f) Document is not signed  

___ OTHER (see comments)

LR 5.1 Proof of Service  
_XX__No proof of service on the documents filed

*******************************************************************************************

**Comments:** _____

_____

_____

_____

_____

Name: Pam Richter  
Date: **January 29, 2007**