KENNER LAW FIRM, P.C.
David E. Kenner, SBN 41425
Brett A. Greenfield, SBN 217343
16000 Ventura Boulevard, PH 1208
Encino, CA 91364
818 995 1195
818 475 5369 – fax

Attorney for Defendant Josef F. Boehm

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| Sally C. Purser,<br><br>    Plaintiff,<br><br>    v.<br><br>Josef F. Boehm, Allen K. Bolling, and Bambi Tyree,<br><br>    Defendants. | DECLARATION OF BRETT A. GREENFIELD RE OPPOSITION TO PLAINTIFF'S SECOND MOTION FOR SANCTIONS<br><br>CASE NO.: A05-0085 (JKS) |

I, Brett A. Greenfield, declare as follows:

1. I am an attorney duly licenced to practice law in the State of California and before this Honorable Court.

2. The following true and correct copies of documents have been marked and attached hereto as Exhibits to the Opposition to Plaintiff's Motion for Sanctions:

Exhibit "A", Purser deposition;

Exhibit "B", Purser Final Witness List;

Exhibit "C", Purser Responses to Boehm's Discovery, set two;

1

DECLARATION OF BRETT A. GREENFIELD

1  Exhibit "D", Dedfendant Boehm's Discovery requests, set two;

3. Counsel for Boehm obtained Tina Arndt's sworn declaration after two interviews on December 13 and 14, 2006. Boehm's counsel had not communicated with her at any prior time.

4. Counsel for Boehm obtained Vince Blomfield's sworn declaration after an interview conducted on December 12, 2006.

I declare the foregoing to be true and correct under the penalty of perjury. Executed this 29th of January, 2007 at Encino, California.

Brett A. Greenfield

2

DECLARATION OF BRETT A. GREENFIELD