**EXHIBIT "B"**

Darryl L. Jones, Esq.
The Law Office of Darryl L. Jones
109 W. 6th Avenue, Suite 200
Anchorage, Alaska 99501
Phone: 907-278-1212
Fax: 907-278-1213

Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

SALLEY C. PURSER,            )
                             )
         Plaintiff,          )
                             )
v.                           )
                             )
JOSEF F. BOEHM, ALLEN        )
K. BOLLING, LESLIE           )
WILLIAMS AND BAMBI           )
TYREE,                       )
                             )
         Defendants.         )
_____)   Case No: A05-0085 CV (JKS)

**PLAINTIFF'S FINAL WITNESS LIST**

COMES NOW, Plaintiff Salley C. Purser, by and through her counsel of record, and herewith submits her Final Witness List as follows:

1.  Salley C. Purser
    c/o Darryl L. Jones, Esq.
    109 W. 6th Avenue, Suite 200
    Anchorage, Alaska 99501
    907-278-1212

**ATTORNEY-CLIENT PRIVILEDGE APPLIES**

Purser v. Boehm, et. al.
Plaintiff's Final Witness List
Case No: A05-0085 CV (JKS)
Page 1 of 6

Ms. Purser is the Plaintiff in this action and has direct and relevant knowledge pertaining to the facts of this case.

2. Josef F. Boehm
c/o Kenner Law Firm, P.C.
David E. Kenner
16000 Ventura Boulevard, PH 1208
Encino, CA 91364

**ATTORNEY-CLIENT PRIVILEDGE APPLIES**

Mr. Boehm is a Defendant in this action and is believed to have direct and relevant knowledge pertaining to the facts of this case.

3. Allen K. Bolling
Inmate No: 14911-006
USP Terre Haute
P.O. Box 12015
Terre Haute, IN 47801
812-244-4400

Mr. Bolling is a Defendant in this action and is believed to have direct and relevant knowledge pertaining to the facts of this case.

4. Leslie J. Williams
Inmate No: 14903-006
FCI Victorville Medium II
Federal Correctional Institution
P.O. Box 5700
Adelanto, CA 92301
760-530-5700

Mr. Williams has been excused as a Defendant in this matter. However, Mr. Williams is believed to have direct and relevant knowledge pertaining to the facts of this case.

5. Bambi Tyree
Inmate No: 13016-006
FCI Dublin
Federal Correctional Institution
5701 8th Street – Camp Parks
Dublin, CA 94568

Ms. Tyree is a Defendant in this action and this Court has entered a default judgment in favor of the Plaintiff as Ms. Tyree failed to answer the Plaintiff's

Case 3:05-cv-00085-JKS   Document 50-1   Filed 08/12/2006   Page 3 of 6

Complaint. However; Ms. Tyree is believed to have direct and relevant knowledge pertaining to facts of this case.

6. Victoria M. Nelson, Medical Division
Salvation Army Clitheroe Center
1709 S. Bragaw Street, Suite B
Anchorage, Alaska 99508
907-276-2898

<u>Some privileges may apply under the confidentiality requirements of 42 CFR Part 2.</u>

Ms. Nelson is believed to have knowledge of the causation of the Plaintiff's substance abuse problem and the treatment thereof.

7. Troya Williamson, BA, CDCII
Salvation Army Clitheroe Center
1709 S. Bragaw Street, Suite B
Anchorage, Alaska 99508
907-276-2898

<u>Some privileges may apply under the confidentiality requirements of 42 CFR Part 2.</u>

Ms. Williamson is believed to have knowledge of the causation of the Plaintiff's substance abuse problem and the treatment thereof.

8. Keith Glazer, CDCS
Salvation Army Clitheroe Center
1709 S. Bragaw Street, Suite B
Anchorage, Alaska 99508
907-276-2898

<u>Some privileges may apply under the confidentiality requirements of 42 CFR Part 2.</u>

Mr. Glazer is believed to have knowledge of the causation of the Plaintiff's substance abuse problem and the treatment thereof.

9. Peggy Blais, MSW
Salvation Army Clitheroe Center
1709 S. Bragaw Street, Suite B
Anchorage, Alaska 99508
907-276-2898

Plaintiff's Final Witness List
Case No: A05-0085 CV (JKS)
Page 3 of 6

<u>Some privileges may apply under the confidentiality requirements of 42 CFR Part 2.</u>

Ms. Blais is believed to have knowledge of the causation of the Plaintiff's substance abuse problem and the treatment thereof.

10. Ann Stockman, MSW, Ph.D.
    4050 Lake Otis Parkway
    Anchorage, Alaska
    907-562-9619

    <u>Some privileges may apply under the confidentiality requirements of 42 CFR Part 2.</u>

    Ms. Stockman is a psychologist who treated the Plaintiff and is believed to have knowledge of the causation of the Plaintiff's substance abuse problem and the treatment thereof.

11. Erin Axt
    907-317-1988
    No additional information available at this time.

    **<u>ATTORNEY-CLIENT PRIVILEGE MAY APPLY</u>**

    Ms. Axt is believed to have direct knowledge of this matter and is believed to possess information relevant to the issues of causation, liability and damages.

12. Paxton Purser
    435-764-3310
    No additional information available at this time.

    Mr. Purser is the Plaintiff's brother and is believed to have direct knowledge of this matter and possess information relevant to the issues of causation, liability and damages.

13. Kimberly Swentek
    No additional information available at this time.

    Ms. Swentek is believed to have direct knowledge of this matter and possess information relevant to the issues of causation, liability and damages.

14. Gerald Barnes
    No additional information available at this time.

    Mr. Barnes is believed to have direct knowledge of this matter and possess information relevant to the issues of causation, liability and damages.

15. Minor "P.P."
    No further information available at this time.
    Minor Initials taken directly from the Federal Criminal Indictment.

    Minor "P.P." is believed to have direct knowledge of this matter and possess information relevant to the issues of causation, liability and damages.

16. Minor "A.C."
    No further information available at this time.
    Minor Initials taken directly from the Federal Criminal Indictment.

    Minor "A.C." is believed to have direct knowledge of this matter and possess information relevant to the issues of causation, liability and damages.

17. Minor "J.M."
    No further information available at this time.
    Minor Initials taken directly from the Federal Criminal Indictment.

    Minor "J.M." is believed to have direct knowledge of this matter and possess information relevant to the issues of causation, liability and damages.

18. Minor "L.H."
    No further information available at this time.
    Minor Initials taken directly from the Federal Criminal Indictment.

    Minor "L.H." is believed to have direct knowledge of this matter and possess information relevant to the issues of causation, liability and damages.

19. Minor "C.R."
    No further information available at this time.
    Minor Initials taken directly from the Federal Criminal Indictment.

    Minor "C.R." is believed to have direct knowledge of this matter and possess information relevant to the issues of causation, liability and damages.

20. Minor "K.W."
    No further information available at this time.
    Minor Initials taken directly from the Federal Criminal Indictment.

    Minor "K.W." is believed to have direct knowledge of this matter and possess information relevant to the issues of causation, liability and damages.

21. Minor "L.B."
    No further information available at this time.
    Minor Initials taken directly from the Federal Criminal Indictment.

   Minor "L.B." is believed to have direct knowledge of this matter and possess information relevant to the issues of causation, liability and damages.

22. Minor "M.D."
   No further information available at this time.
   Minor Initials taken directly from the Federal Criminal Indictment.

   Minor "M.D." is believed to have direct knowledge of this matter and possess information relevant to the issues of causation, liability and damages.

23. Dr. Michael Rose
   P.O. Box 242074
   Anchorage, Alaska 99524-2074
   907-277-0607

   <u>Some privileges may apply under the confidentiality requirements of 42 CFR, Part 2.</u>

   Dr. Rose is currently treating the Plaintiff and is believed to have knowledge of the causation of the Plaintiff's past substance abuse problems and the treatment thereof.

24. Francis Gallela
   2440 Tagalak Drive
   Anchorage, Alaska 99504
   907-333-6657

   Mr. Gallela is an economist and has knowledge of the economic impact of this incident has had and will continue to have on the Plaintiff.

DATED this 2nd day of August, 2006 at Anchorage, Alaska.

                /s/ Darryl L. Jones, Esq.
                Darryl L. Jones, Esq.
                ABA No: 8811188
                Attorney for Plaintiff

Darryl L. Jones, Esq.
109 W. 6th Avenue, Suite 200
Anchorage, AK 99501
Tel (907) 278-1212
Fax (907) 278-1213
Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

| | |
|---|---|
| Salley C. Purser,<br><br>　　　　Plaintiff,<br><br>v.<br><br>Josef F. Boehm, Allen K. Bolling,<br>and Bambi Tyree,<br><br>　　　　Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)　Case No: A05-0085 (JKS) |

**CERTIFICATE OF SERVICE**

This is to certify that on or about the 12th day of August, 2006, a true and correct copy of the foregoing document was caused to be mailed to the following parties of record via United States Certified Mail:

　　Allen K. Bolling
　　Inmate No: 14911-006
　　USP Terre Haute
　　U.S. Penitentiary
　　P.O. Box 12015
　　Terre Haute, IN 47801
　　CM No.: 7002 2410 0006 6472 2393


　　Bambi Tyree
　　Inmate No: 13016-006

FCI Dublin
Federal Correctional Institution
5701 8th Street – Camp Parks
Dublin, CA 94568
CM No: 7002 2410 0006 6742 2386

Josef Boehm
c/o David Kenner
Kenner Law Firm
16000 Ventura Blvd., Ste. 1208
Encino, CA 91436
CM No: 7002 2410 0006 6742 2409

/s/ Darryl L. Jones, Esq.
Darryl L. Jones
ABA No: 8811188
Attorney for Plaintiff