1  KENNER LAW FIRM, P.C.
   David E. Kenner, SBN 41425
2  Brett A. Greenfield, SBN 217343
   16000 Ventura Boulevard, PH 1208
3  Encino, CA 91364
   818 995 1195
4  818 475 5369 - fax

5  Attorney for Defendant Josef F. Boehm

6              IN THE UNITED STATES DISTRICT COURT

7                    DISTRICT OF ALASKA

8

9  Sally C. Purser,             )
                                )  CERTIFICATE OF SERVICE
10          Plaintiff,          )
                                )
11          v.                  )
                                )
12  Josef F. Boehm, Allen K.    )
    Bolling, and Bambi Tyree,   )
13                              )
            Defendants.         )
14                              )  CASE NO.: A05-0085 (JKS)
                                )
15  _____)

16               **CERTIFICATE OF SERVICE**

17     I HEREBY CERTIFY that on this 30 day of January, 2007. I caused

18  a true and correct copy of the foregoing **1. DEFENDANT' JOSEF BOEHM'S**

19  **OPPOSITION TO PLAINTIFF'S MOTION FOR SANCTIONS 2.DECLARATION OF BRETT**

20  **A. GREENFIELD RE OPPOSITION TO PLAINTIFF'S SECOND MOTION FOR SANCTIONS**

21  **(WITH CORRESPONDING EXHIBITS).**

22
    The following parties were served via U.S. Mail on January 30, 2007:
23
    Allen K. Bolling
24  Inmate No: 14911-006
25  USP Terre Haute
26  U.S. Penitentiary
    P.O. Box 12015
27  Terre Haute, IN 47801
28  C.M. 7002 2410 0006 6742 2188

                          1

1

2  Bambi Tyree
   c/o Mary Pate, Esq.
   425 G. Street, Suite 930
3  Anchorage, Alaska 99501

4

5  Leslie Williams
   Inmate No: 14903-006
6  FCI Yazoo City Medium
   P.O. Box 5888
7  Yazoo City, MS 39194

8

9

10 Dated:     January 30, 2007

11                                     Rosie Ruiz

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2

CERTIFICATE OF SERVICE