# DARRYL L. JONES
## ATTORNEY AT LAW

109 W. 6TH AVE., SUITE 200 • ANCHORAGE, ALASKA 99501
(907) 278-1212 • FAX (907) 278-1213

January 22 2007

Kenner Law Firm
16000 Ventura Blvd, Penthouse 1208
Encino, CA 91436

Attn: Brett A. Greenfield, Esq.

Re: Purser v. Boehm
    Case No. 05-CV-0085-JKS

Dear Brett:

In receipt of your letter dated January 22, 2007.

I have reviewed the responses to your Second Set of Discovery Requests and they appear complete.

If you would identify which ones you feel are deficient and to what degree, perhaps she can further clarify her response(s).

Further, you have still not provided any disclosures in this matter, have never properly responded to the Plaintiff's Second Set of Discovery Request nor has your client properly responded to the Plaintiff's Third Set of Discovery Requests. You have refused to have your client sign under seal due to the misconception on your part that since your client has essentially denied all allegations, he is under no obligation to declare that his statements are true and accurate under oath.

In your responses to the Third Discovery Requests, your client still has not signed affirming the responses.

I look forward to your response.

Sincerely,

Darryl L. Jones, Esq.

EXHIBIT 1
Page 1 of 2

cc: Sally Purser

**DARRYL L. JONES**
ATTORNEY AT LAW
109 W. 6TH AVE., SUITE 200
ANCHORAGE, ALASKA 99501

CERTIFIED MAIL

7006 0810 0000 2976 8310

CH/RRR

BRETT GREENFIELD ESQ
KENNER LAW FIRM
16000 VENTURA BLVD STE 1208
ENCINO CA 91436

EXHIBIT 1
Page 2 of 2