*Brett A. Greenfield*
*Kenner Law Firm*
*A Professional Corporation*

16000 Ventura Blvd., Penthouse 1208
ENCINO, CALIFORNIA 91436
PHONE (818) 995-1195
FAX (818) 475-5369
DAVID@KENNERLAW.COM
OFFICE@KENNERLAW.COM

January 22, 2006

**Sent via Facsimile and U.S. Mail**
Darryl L. Jones, Esq.
109 W. 6th Avenue
Suite 200
Anchorage, Alaska 99501

RE:   **Purser vs. Boehm**
      **Case No.   05-CV-0085-JKS**

Dear Mr. Jones:

I am writing to request that Ms. Purser answer Mr. Boehm's Second Set of Discovery Requests, specifically the interrogatories, in a manner consistent with the Federal Rules of Civil Procedure.

On November 10, 2006, I sent you a Second Set of Discovery Requests. Ms. Purser responded to all the interrogatories evasively, incompletely, and inadequately. As a result, Ms. Purser has breached her duties under the Federal Rules of Civil Procedure 33(b)(1) and 37(a)(3).

Please accept this letter as a good faith attempt to resolve this discovery dispute without court action. Please confirm with my office by close of business on January 23, 2007 whether you will update the responses or whether I will need to file a motion to compel the further responses. Should you have any questions or concerns, please do not hesitate to call me.

Sincerely,

Brett A. Greenfield

cc: Pamela Sullivan, Esq.
Cc: Client

EXHIBIT 2
Page 1 of 1