Darryl L. Jones, Esq.
109 W. 6th Avenue, Suite 200
Anchorage, Alaska 99501
Tel: (907) 278-1212
Fax: (907) 278-1213
Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

| | |
|---|---|
| Sally C. Purser, | ) |
| | ) |
|   Plaintiff, | ) |
| | ) |
|   vs. | ) |
| | ) |
| Josef F. Boehm, et. al. | ) |
| | ) |
|   Defendants. | ) |
| _____ | ) **Case No. A05-0085 (JKS)** |

## PROPOSED ORDER FOR RE: DEFENDANT'S MOTION TO COMPEL FURTHER RESPONSES TO DEFENDANT BOEHM'S SECOND SET OF DISCOVERY

This Court, having considered the Merits to the Defendant's Motion to Compel and Plaintiff's Opposition Thereto; hereby DENIES Defenant's Motion to Compel.

IT IS HEREBY ORDERED, the motion is DENIED.

DATED this __ day of January 2007 at Anchorage, Alaska.

_____
Honorable James K. Singleton
U.S. District Court Judge