Darryl L. Jones, Esq.
109 W. 6th Avenue, Suite 200
Anchorage, AK 99501
Tel (907) 278-1212
Fax (907) 278-1213

Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| Salley C. Purser, | ) |
| | ) |
|        Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| Josef F. Boehm, et. al. | ) |
| | ) |
|        Defendants. | ) |
| _____ | )   Case No: A05-0085 (JKS) |

**CERTIFICATE OF SERVICE**

      This is to certify that on or about the 31st day of January, 2007 a true and correct copy of the foregoing documents were caused to be mailed to the following parties of record via United States Certified Mail:

      Allen K. Bolling
      Inmate No: 14911-006
      USP Terre Haute
      U.S. Penitentiary
      P.O. Box 12015
      Terre Haute, IN 47801
      CM No.: 7006 0810 0000 2976 8327

Josef Boehm
c/o David Kenner
Kenner Law Firm
16000 Ventura Blvd., Ste.1208
Encino, CA 91436
CM No: 7006 0810 0000 2976 8136


Pamela Sullivan
Wade, Kelley & Sullivan
733 W. 4th Avenue, Suite 200
Anchorage, Alaska 99501
CM No: 7006 0810 0000 2976 8143



_____s_____
Darryl L. Jones, Esq.
109 W. 6th Avenue, Suite 200
Anchorage, Alaska 99501
Tel: 907-278-1212
Fax: 907-278-1213
Email: lodj.federalnotices@yahoo.com
ABA No: 8811188