# DARRYL L. JONES
## ATTORNEY AT LAW

109 W. 6TH AVE., SUITE 200 • ANCHORAGE, ALASKA 99501
(907) 278-1212 • FAX (907) 278-1213

September 22, 2006

David Kenner
Kenner Law Firm
16000 Ventura Blvd #1208
Encino, CA 91436

RE: Purser v. Boehm, et. al.

Dear Attorney Kenner and Attorney Greenfield:

Please be advised that the intent of this letter is to officially put your client on notice to respond to the Discovery requests and Interrogatories served on your client on August 14, 2006.

We have received responses from your client. He has made it perfectly clear that he has no intention of making a good-faith effort in answering the Discovery Requests and Interrogatories and has no intention of complying with the Federal Rules of Civil Procedure. As such, your client has failed to respond as required by the Federal Rules of Civil Procedure and all admissions served upon your client are deemed to have been admitted by Mr. Boehm.

If you fail to respond to Ms. Purser's Discovery Requests and Interrogatories with legitimate and good-faith answers within five working days of this Notice being faxed to Attorney Kenner's office, Ms. Purser shall file a Motion to compel discovery and ask for sanctions as outlined with Rule 37.1 against your client, Mr. Boehm.

Attached and incorporated herein you will find a Good Faith Certificate, Local Rule 37.1, stating that counsel has conferred and have made an attempt in good faith to resolve the questions regarding Mr. Boehm's Discovery and Interrogatory answers. Please sign this document and return to our office for filing. If you chose to not sign this document, we will notify the Court of your decision.

Respectfully,

Darryl L. Jones

EXHIBIT 1
Page 1 of 2

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

| | |
|---|---|
| Sally C. Purser, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) ) |
| Josef F. Boehm, Allen K. Bolling, Leslie J. Williams, Jr. and Bambi Tyree, | ) ) ) |
| Defendants. | ) ) |

Case No. A05-0085 (JKS)

## GOOD FAITH CERTIFICATE
## LOCAL RULE 37.1

Undersigned counsel certify that they have conferred in good faith in an attempt to resolve the question regarding Josef Boehm's objections to interrogatories and requests for production propounded upon him by the plaintiff and it is necessary to file the following motion:

a. Motion to Compel response to Interrogatories and Requests for Production.

The motion is opposed by Josef Boehm and the parties agree that oppositions to the motion and any reply are to be served and filed as provided in D.Ak.LR 7.1.

DATED this ___ day of September 2006.

Darryl L. Jones, Esq.
Attorney for Plaintiff
ABA No: 8811188

DATED this ___ day of September 2006.

KENNER LAW FIRM, P.C.

By: _____
David F. Kenner
Counsel for Josef Boehm

EXHIBIT  1
Page  2  of  2

DARRYL L. JONES
ATTORNEY AT LAW
109 W. 6TH AVENUE, SUITE 200
ANCHORAGE, ALASKA 99501
Ph (907) 278-1212 Fax (907) 278-1213