# DARRYL L. JONES
## ATTORNEY AT LAW

109 W. 6TH AVE., SUITE 200 • ANCHORAGE, ALASKA 99501
(907) 278-1212 • FAX (907) 278-1213

December 22, 2006

Kenner Law Firm
16000 Ventura Blvd., PH 1208
Encino, CA 91364

RE:   Boehm Discovery Responses

Gentlemen:

I am in receipt of your client's response to our client's Discovery Requests. However, said responses are not signed under seal.

Please forward your client's notarized signature affirming that his responses are true and correct to my office immediately.

Respectfully,

Darryl L. Jones

cc:   Pamela Sullivan

EXHIBIT 2
Page 1 of 1