**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

| | |
|---|---|
| Postage | $ 1.11 |
| Certified Fee | 2.30 |
| Return Receipt Fee (Endorsement Required) | 1.75 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 5.16 |

Sent To: David Kenner
Street, Apt. No.; or PO Box No. 16000 Ventura Blvd #1208
City, State, ZIP+4 Encino CA 91436

PS Form 3800, June 2002

DARRYL L. JONES
ATTORNEY AT LAW
109 W. 6TH AVE. SUITE 200
ANCHORAGE, ALASKA 99501

7002 2410 0006 6742 2423

DAVID KENNER
KENNER LAW FIRM
16000 VENTURA BLVD #1208
ENCINO CA 91436

Rec'd ~ 8/17/06
Sent: 8/14/06

Green Card Rec'd 8/22/06

EXHIBIT 3
Page 1 of 2

Purser's 1st Discovery Requests to Boehm.

$ 005.160
PITNEY BOWES
02 1P
0002532981
AUG 14 2006
MAILED FROM ZIP CODE 99501

2423

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

    David Kenner
    Kenner Law Firm
    16000 Ventura Blvd #1208
    Encino CA 91436

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by (Please Print Clearly)   B. Date of Delivery

C. Signature
X _____
☐ Agent
☐ Addressee

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered        ☒ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Copy from service label)
   7002 2410 0006 6742 2423

PS Form 3811, July 1999   Domestic Return Receipt   102595-00-M-0952

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

    David Kenner
    Kenner Law Firm
    16000 Ventura Blvd #1208
    Encino CA 91436

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by (Please Print Clearly): Ricky Ortega   B. Date of Delivery

C. Signature
X _____
☐ Agent
☒ Addressee

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered        ☒ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Copy from service label)
   7002 2410 0006 6742 2423

PS Form 3811, July 1999   Domestic Return Receipt   102595-00-M-0952

EXHIBIT 3
Page 2 of 2