**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

| | | |
|---|---|---|
| Postage | $ .63 | |
| Certified Fee | 2.30 | Postmark Here |
| Return Receipt Fee (Endorsement Required) | 1.75 | |
| Restricted Delivery Fee (Endorsement Required) | | |
| Total Postage & Fees | $ 4.69 | |

Sent To: Jose Boehm To Kenner Law
Street, Apt. No.; or PO Box No.: 16000 Ventura Blvd # 1208
City, State, ZIP+4: Encino CA 91436

PS Form 3800, June 2002       See Reverse for Instructions

7006 0810 0000 2976 8428

CM/RRR

Josef Boehm
c/o David Kenner
Kenner Law Firm
16000 Ventura Blvd., Ste. 1208
Encino, CA 91436



UNITED STATES POSTAGE
$ 004.69⁰
PITNEY BOWES
02 1P
0002532981
NOV 09 2006
MAILED FROM ZIPCODE 99501

EXHIBIT 4
Page 1 of 2

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X [signature]  ☐ Agent  ☐ Addressee<br>B. Received by ( Printed Name )   C. Date of Delivery |
| 1. Article Addressed to:<br>[illegible handwritten address] | D. Is delivery address different from item 1?  ☐ Yes<br>   If YES, enter delivery address below:  ☐ No<br><br>3. Service Type<br>☒ Certified Mail   ☐ Express Mail<br>☐ Registered       ☒ Return Receipt for Merchandise<br>☐ Insured Mail    ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)   ☐ Yes |
| 2. Article Number (Transfer from service label) | 7006 0810 0000 2976 8426 |

PS Form 3811, February 2004      Domestic Return Receipt      102595-02-M-1540

EXHIBIT 4
Page 2 of 2