IN THE UNITED STATES DISTRICT COURT FOR THE STATE OF ALASKA

AT ANCHORAGE

| | |
|---|---|
| SALLY C. PURSER, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>JOSEF F. BOEHM, ALLEN K. )<br>BOLLING and BAMBI TYREE )<br>)<br>Defendant. ) | Case No. 3:05-CV-00085-JKS |

## PLAINTIFF'S SECOND SET OF DISCOVERY REQUESTS

Pursuant to Federal Rules of Civil Procedure 26 and 33, the Plaintiff requests that Defendant Boehm answer the attached interrogatories it writing and under oath within thirty (30) days from the date of service. Pursuant to Federal Rules of Civil Procedure, 26(e) you are requested to supplement your answers if you become aware that the answers given are incorrect, misleading or incomplete.

### DEFINITIONS

Unless the question conclusively indicates otherwise, the following definitions apply to the words used in these interrogatories:

A.  Person:  The term "person" includes a corporation, partnership, other business association or entity, a natural person, and any government or government body, commission, board, or agency.

B.  Document: The term "document" is defined to mean and include any and all graphic or physical representations, including without limitation all handwritten, typed

DARRYL L. JONES
ATTORNEY AT LAW
109 W. 6TH AVENUE, SUITE 200
ANCHORAGE, ALASKA 99501

- 1 -

EXHIBIT 7
Page 1 of 6

or printed material, photographs, copies of all the foregoing, and material stored on tape or any other magnetic medium.

    C.    Identification of Documents: When you are requested to "identify" a document, you are requested to provide the following with regard to each document:

(1) A description of the document with sufficient particularity to enable the custodian of the document to respond to a request for production or subpoena duces tecum for the document;

(2) The name, business address, residence address, telephone number, and occupation of the present custodian of the document;

(3) The date on which such document was first prepared; and,

(4) The name, business address, residence address, telephone number, and occupation of each person who prepared or signed the document.

    D.    Identification of Natural Person: When you are requested to "identify" a natural person, you are requested to provide the following with regard to each such person:

(1) The name of the person;

(2) The business address of the person;

(3) The residence address of the person;

(4) The business telephone number of the person;

(5) The residence telephone number of the person;

(6) The occupation of the person and the name of the employer of the person, if any.

DARRYL L. JONES
ATTORNEY AT LAW
109 W. 6TH AVENUE, SUITE 200
ANCHORAGE, ALASKA 99501
Ph. (907) 278-1211 Fax (907) 278-1213

EXHIBIT 7
Page 2 of 6

- 2 -

E. Identification of Business Entity: When you are requested to "identify" any corporation, partnership, joint venture or other business entity, you are requested to provide the following with regard to each such entity:

(1) Whether the entity is a corporation, partnership, joint venture, or other type of entity;

(2) If the entity is a partnership or joint venture:

(I) identify each partner or joint venturer;

(ii) state whether he or she is a limited or general partner; and,

(iii) specify the date on which the partnership or joint venture was formed;

(3) If the entity is a corporation:

(I) identify each of the current officers of the corporation;

(ii) state the date of incorporation;

(iii) identify the State in which the corporation is incorporated.

## SECOND REQUEST FOR PRODUCTION

**REQUEST FOR PRODUCTION NO. 1.** Please produce a copy of all the transcripts prepared on your behalf during your Federal Criminal Trial, Case Number A04-003-001 CR (JWS) and/or all transcripts prepared for the purpose of your criminal appeal to the 9th Circuit Court of Appeals based in San Francisco.

**ANSWER:**

- 3 -

EXHIBIT 7
Page 3 of 6

DATED this ___ day of November 2006 at Anchorage, Alaska.

　　　　　　　　　　　　　　　　　　　Darryl L. Jones, Esq.
　　　　　　　　　　　　　　　　　　　AK. Bar No. 8811188

JARRYL L. JONES
ATTORNEY AT LAW
109 W. 6TH AVENUE, SUITE 200
ANCHORAGE, ALASKA 99501
PH (907) 278-1212 FAX (907) 278-1213

- 4 -

EXHIBIT 7
Page 4 of 6

Darryl L. Jones, Esq.
109 W. 6th Avenue, Suite 200
Anchorage, AK 99501
Tel (907) 278-1212
Fax (907) 278-1213

Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| Salley C. Purser, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) |
| Josef F. Boehm, Allen K. Bolling, and Bambi Tyree, | ) ) ) |
| Defendants. | ) ) |
| | ) Case No: A05-0085 (JKS) |

### CERTIFICATE OF SERVICE

This is to certify that on the 9TH th day of November, 2006, a true and correct copy of the foregoing document was caused to be mailed to the following parties of record via United States Certified Mail:

Allen K. Bolling
Inmate No: 14911-006
USP Terre Haute
U.S. Penitentiary
P.O. Box 12015
Terre Haute, IN 47801
CM No.: 7006 0810 0000 2976 8402

JARRYL L. JONES
ATTORNEY AT LAW
109 W. 6TH AVENUE, SUITE 200
ANCHORAGE, ALASKA 99501
(907) 278-1212 FAX (907) 278-1213

EXHIBIT 7
Page 5 of 6

Bambi Tyree
c/o Mary Pate
425 G Street, Suite 930
Anchorage, Alaska 99501
CM No: 7006 0810 0000 2976 8419

Josef Boehm
c/o David Kenner
Kenner Law Firm
16000 Ventura Blvd., Ste.1208
Encino, CA 91436
CM No: 7006 0810 0000 2976 8426

Pamela Sullivan
Wade, Kelley & Sullivan
733 W. 4th Avenue, Suite 200
Anchorage, Alaska 99501
CM No: 7006 0810 0000 2976 8433

DATED this 9th day of November, 2006 at Anchorage, Alaska.

_____
Deborah Fenton
Legal Assistant to Darryl L. Jones, Esq.

DARRYL L. JONES
ATTORNEY AT LAW
109 W. 6TH AVENUE, SUITE 200
ANCHORAGE, ALASKA 99501

EXHIBIT 7
Page 6 of 6