Darryl L. Jones, Esq.
109 W. 6th Avenue, Suite 200
Anchorage, AK 99501
Tel (907) 278-1212
Fax (907) 278-1213
Email: lodj.federalnotices@yahoo.com

Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

| | |
|---|---|
| Sally C. Purser, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) ) |
| Josef F. Boehm, et al., | ) ) |
| Defendants. | ) ) |
| | ) Case No. A05-0085 CV (JKS) |

**GOOD FAITH CERTIFICATE**
**LOCAL RULE 37.1**

Undersigned counsel certify that they have conferred in good faith in an attempt to resolve the question regarding Josef Boehm's failure to provide any discovery despite numerous attempts. I have spoke with opposing counsel telephonically, with the last two conversations taking place on February 1, 2007 and I have written to opposing counsel on September 22, 2006, and again on December 22, 2006. I have been unable to resolve the issue and it is necessary to file the following motion:

    a. Motion to Compel Responses to the Plaintiff's First, Second and Third Requests for Discovery.

EXHIBIT 9
Page 1 of 2

1

The motion is opposed by Josef Boehm and the parties agree that oppositions to the motion and any reply are to be served and filed as provided in D.Ak. LR 7.1.

DATED this 1st day of February, 2007.

                                                  Darryl L. Jones
                                                 Attorney for Plaintiff
                                                 ABA No: 8811188

DATED this ___ day of February, 2007.

                                                 KENNER LAW FIRM, P.C.

                                                 By:_____

DARRYL L. JONES
ATTORNEY AT LAW
109 W. 6TH AVENUE, SUITE 200
ANCHORAGE, ALASKA 99501
PH: (907) 278-1212 FAX: (907) 278-1213

EXHIBIT 9
Page 2 of 2