Darryl L. Jones, Esq.
109 W. 6th Avenue, Suite 200
Anchorage, AK 99501
Tel (907) 278-1212
Fax (907) 278-1213
Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

| | |
|---|---|
| Sally C. Purser, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| Josef F. Boehm, et al., | ) |
| | ) |
| Defendants. | ) |
| | ) Case No. A05-0085 CV (JKS) |

**AFFIDAVIT OF COUNSEL**

STATE OF ALASKA    )
                   )ss.
THIRD JUDICIAL DISTRICT )

Darryl L. Jones, being first duly sworn, deposes and states as follows:

1. I am counsel for the plaintiff in the above captioned matter and have knowledge of the facts stated herein;

2. There have been numerous good-faith efforts made in an effort to secure Discovery from the Defendant. There have been many letters and phone calls between myself and opposing counsel. The last phone call with opposing counsel was today, February 1, 2007. Opposing counsel was requesting additional time to respond to discovery;

3. I instructed my office to send the letter I prepared regarding Opposing Counsel's failure to respond to Discovery Requests and incorporated a Good Faith Certificate, as required by

EXHIBIT 10
Page 1 of 2

Local Rule 37.1, which was signed by me. This letter was sent, along with the signed Good Faith Certificate on September 22, 2006.

DATED this __ day of February 2007.

_____
Darryl L. Jones, Esq.
Counsel for the Plaintiff

SUBSCRIBED AND SWORN to before me this 1st day of February, 2007 at Anchorage, Alaska.



_____
Notary Public in and for Alaska
My Commission Expires: 3/28/09

EXHIBIT 10
Page 2 of 2

2