Darryl L. Jones, Esq.
109 W. 6th Avenue, Suite 200
Anchorage, AK 99501
Tel (907) 278-1212
Fax (907) 278-1213

Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| Salley C. Purser, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| Josef F. Boehm, et. al. ) | |
| ) | |
| Defendants. ) | |
| ) | Case No: A05-0085 (JKS) |

**AFFIDAVIT OF DEBORAH FENTON**

STATE OF ALASKA       )
                     )ss.
THIRD JUDICIAL DISTRICT )

Deborah Fenton, being duly sworn, hereby states and deposes as follows:

1. I am a resident of the State of Alaska and have been for approximately 20 (twenty) years. I currently reside in Anchorage, Alaska.

2. I am employed as a Legal Assistant to Attorney Darryl Jones. I have been employed by Attorney Jones for approximately 3 (three) years;

3. On September 22, 2006, I personally mailed a letter to Attorneys Kenner and Greenfield at Kenner Law Firm with an attached Good Faith Certificate pursuant to

EXHIBIT 11
Page 1 of 2

Local Rule 37.1.

FURTHER AFFIANT SAYETH NAUGHT.

_____
Deborah L. Fenton

SUBSCRIBED AND SWORN TO before me this 1st day of February, 2007 at Anchorage, Alaska.



_____
Notary Public in and for the State of Alaska
My Commission Expires: 3/28/09

DARRYL L. JONES
ATTORNEY AT LAW
109 W. 6TH AVENUE, SUITE 200
ANCHORAGE, ALASKA 99501
PH: (907) 278-1212  FAX: (907) 278-1213

EXHIBIT 11
Page 2 of 2