Darryl L. Jones, Esq.
The Law Office of Darryl L. Jones
109 W. 6th Avenue, Suite 200
Anchorage, Alaska 99501
(907) 278-1212
(907) 278-1213
Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

Sally C. Purser,                        )
                                        )
    Plaintiff,                          )
                                        )
    vs.                                 )
                                        )
Josef F. Boehm, Allen K. Bolling,       )
and Bambi Tyree,                        )
                                        )
    Defendants.                         )
_____  )  **Case No. A05-0085 (JKS)**

<u>**PROPOSED ORDER ON PLAINTIFF'S**</u>
<u>**MOTION FOR TO COMPEL ANSWER'S TO PLAINTIFF'S FIRST, SECOND**</u>
<u>**AND THIRD SET OF DISCOVERY, INTERROGATORIES, ADMISSIONS AND**</u>
<u>**DISCOVERY REQUESTS**</u>

        This Court having considered the Plaintiff's Motion to Compel, grounds therefore

and any opposition thereto;

    IT IS HEREBY ORDERED, the motion is GRANTED.    Defendant, Joseph Boehm is

hereby ORDERED  to produce Discovery Requested to the Plaintiff within ____ days of

this Order.

        DATED this __ day of _____ 2007.

                                        _____
                                        U.S. District Court Judge