Darryl L. Jones, Esq.
109 W. 6th Avenue, Suite 200
Anchorage, AK 99501
Tel (907) 278-1212
Fax (907) 278-1213

Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| Salley C. Purser,              )<br>                                         )<br>          Plaintiff,          )<br>                                         )<br>v.                                    )<br>                                         )<br>Josef F. Boehm, et.al.       )<br>                                         )<br>          Defendants.       )<br>_____) | Case No: A05-0085 (JKS) |

**CERTIFICATE OF SERVICE**

This is to certify that on or about the 1st day of February, 2007, a true and correct copy of the foregoing documents were caused to be mailed to the following parties of record:

Allen K. Bolling
Inmate No: 14911-006
USP Terre Haute
U.S. Penitentiary
P.O. Box 12015
Terre Haute, IN 47801

Pamela Sullivan
Wade, Kelley & Sullivan
733 W. 4th Avenue, Suite 200
Anchorage, Alaska 99501

and via United States Certified Mail to:

    Josef Boehm
    c/o David Kenner
    Kenner Law Firm
    16000 Ventura Blvd., Ste.1208
    Encino, CA 91436
    CM No: 7006 0810 0000 2976 8396


_____s_____
Darryl L. Jones, Esq.
109 W. 6th Avenue, Suite 200
Anchorage, Alaska 99501
Tel: 907-278-1212
Fax: 907-278-1213
Email: lodj.federalnotices@yahoo.com
ABA No: 8811188


_____
Deborah Fenton
Legal Assistant to Darryl L. Jones