# NOTICE OF NON-COMPLIANCE WITH RULES

U.S. District Court, Office of the Clerk, 222 W. 7th Ave., Rm 229, Anchorage, AK 99513-7564, 907-677-6100

To:   David Kenner                          Case Number:  3:05-cv-00085-JKS
      16000 Ventura Blvd., Suite 1208        Case Title:   Purser v Boehm, et al
      Encino, CA 91436                       Docket No:    175

Document Title: Motion for Leave to File Supplemental Brief

**Part I.** This form is being sent as a courtesy to advise you that document(s) filed in the above referenced case were not in compliance with Local and/or Federal Court Rules and to prevent such deficiencies in the future. The documents have been filed. The following deficiencies were identified:

<u>LR 3.1 Papers to Accompany Filing</u>
___(a) Cover Sheet missing

___OTHER (see comments)

<u>LR 10.1 Form of Pleading</u>
___ (a) General - see Comments Below
___ (b) No Chamber copy(s)-copy charge

Amount Due: $_____

********************************************************************************

**Part II.** This form is being sent to advise you that document(s) are being returned for the following reasons:

<u>FRCP 5(d) Serving & Filing Pleadings and Other Papers</u>
___ Discovery documents are not routinely filed          ___ Pursuant to Court Order

___ Depositions are not routinely filed                  ___ OTHER (see comments)

<u>28:1914(a) Filing Fee</u>
___Returned for Filing Fee <u>or</u> waiver of fees

<u>FRCP 10 Form of Pleading</u>
___(a) Returned Complaint - Names of Parties not listed
********************************************************************************

**Part III.** This form is being sent to advise you that document(s) were not in compliance with Local and/or Federal Court Rules, which may result in the document(s) being stricken, <u>if not corrected</u> within 7 days:

<u>LR 10.1 Form of Pleading</u>
___(e) First page information missing (see comments below)
___(f) Document is not signed                            ___ OTHER (see comments)

<u>LR 5.1 Proof of Service</u>
**XX No proof of service on the document filed**
********************************************************************************

**Comments:**

Name:   Linda Christensen                    Date:   2/2/07