1  **KENNER LAW FIRM, P.C.**
   **David E. Kenner, SBN 41425**
2  **Brett A. Greenfield, SBN 217343**
   **16000 Ventura Boulevard, PH 1208**
3  **Encino, CA 91364**
   **818 995 1195**
4  **818 475 5369 – fax**

5  **WADE, KELLY & SULLIVAN**
   **733 W. 4th Avenue, Suite 200**
6  **Anchorage, Alaska 99501**
   **(907) 561-7743**
7  **(907) 562-8977 - fax**

8  **Attorneys for Defendant Josef F. Boehm**

9              IN THE UNITED STATES DISTRICT COURT

10                     DISTRICT OF ALASKA

11

12 **Sally C. Purser,**                  )
                                         )
13         Plaintiff,                    ) NOTICE OF FILING
                                         )
14         v.                            )
                                         )
15 **Josef F. Boehm, Allen K.**          )
   **Bolling, and Bambi Tyree,**         )
16                                       )
           Defendants.                   )
17                                       )
                                         ) CASE NO.: A05-0085 (JKS)
18                                       )
                                         )
19

20     Attached is the affidavit of Brett A. Greenfield and exhibits
   A, B, and C for docket number 175.
21

22

23 DATED this 2st day of February, 2007 at Encino, California.

24

25

26
                                         KENNER LAW FIRM
27

28

                                  1

**MOTION TO FILE SUPPLEMENTAL BRIEF**

1
2
3          By:_____/s/_____
4              David E. Kenner
               California 41425
5              16000 Ventura Blvd.
               Penthouse 1208
6              Encino, California 91436
               Phone: 818-995-1195
7              Fax: 818-475-5369
8              Bar Number: 41425
9              Email: david@kennerlaw.com
10
11         By:_____/s/_____
12             Brett A. Greenfield
               California 217343
13             16000 Ventura Blvd.
               Penthouse 1208
14             Encino, California 91436
15             Phone: 818-995-1195
16             Fax: 818-475-5369
               Bar Number: 217343
17             Email: brett@kennerlaw.com
18
19
20
21
22
23
24
25
26
27
28

2

**MOTION TO FILE SUPPLEMENTAL BRIEF**