KENNER LAW FIRM, P.C.
David E. Kenner, SBN 41425
Brett A. Greenfield, SBN 217343
16000 Ventura Boulevard, PH 1208
Encino, CA 91364
818 995 1195
818 475 5369 - fax

WADE, KELLY & SULLIVAN
733 W. 4th Avenue, Suite 200
Anchorage, Alaska 99501
(907) 561-7743
(907) 562-8977 - fax

Attorney for Defendant Josef F. Boehm

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| Sally C. Purser, | ) DECLARATION OF BRETT A. |
| | ) GREENFIELD RE: MOTION TO FILE |
| Plaintiff, | ) SUPPLEMENTAL BRIEF |
| | ) |
| v. | ) |
| | ) |
| Josef F. Boehm, Allen K. Bolling, and Bambi Tyree, | ) |
| | ) |
| Defendants. | ) |
| | ) CASE NO.: A05-0085 (JKS) |
| | ) |

I Brett A. Greenfield, declare as follows:

1. I am an attorney duly licensed to practice in the State of California and before this Honorable Court.

2. The following true and correct copies of documents have been marked and attached hereto as Exhibits to the Motion to File Supplemental Brief:

A. Exhibit "A", Plaintiff's Motion for Summary Judgment;

1

MOTION TO FILE A SUPPLEMENTAL BRIEF

B.  Exhibit "B", Defendant's Reply in Opposition to Summary Judgment; and

C.  Exhibit "C" Defendant Boehm's Supplemental Memorandum of Points and Authorities in Support of Opposition to Plaintiff's Second Motion for Summary Judgment.

I declare under penalty of perjury that the foregoing is true and correct.

DATED this 1st day of February, 2007 at Encino, California.

KENNER LAW FIRM

By: _____
Brett A. Greenfield
California 217343
16000 Ventura Blvd.
Penthouse 1208
Encino, California 91436

2

**MOTION TO FILE A SUPPLEMENTAL BRIEF**