**EXHIBIT "B"**

1 KENNER LAW FIRM, P.C.
David E. Kenner, SBN 41425
2 Brett A. Greenfield, SBN 217343
16000 Ventura Boulevard, PH 1208
3 Encino, CA 91364
818 995 1195
4 818 475 5369 — fax

5 WADE, KELLY & SULLIVAN
733 W. 4th Avenue, Suite 200
6 Anchorage, Alaska 99501
(907) 561-7743
7 (907) 562-8977 - fax

8 Attorney for Defendant Josef F. Boehm

9              IN THE UNITED STATES DISTRICT COURT

10                    DISTRICT OF ALASKA

11

12 Sally C. Purser,              )
                                 ) DEFENDANT JOSEF BOEHM'S
13          Plaintiff,           ) OPPOSITION TO PLAINTIFF'S SECOND
                                 ) MOTION FOR SUMMARY JUDGMENT
14          v.                   )
                                 )
15 Josef F. Boehm, Allen K.      )
   Bolling, and Bambi Tyree,     )
16                               )
          Defendants.            )
17                               )
                                 )
18 _____      )
                                 )
19                               CASE NO.: A05-0085 (JKS)

20                     I.
   THE EXISTENCE OF GENUINE ISSUES OF FACT AND GENUINE ISSUES AS TO
21 THE INFERENCES TO BE DRAWN FROM THE FACTS PROHIBIT A FINDING OF
                     SUMMARY JUDGMENT.
22

23      Purser's second motion for summary judgment relies entirely on

24 her own sworn affidavit, and the sworn affidavit of convicted co-

25 conspirator and recently dismissed defendant Bambi Tyree.

26      Bambi Tyree was dismissed by Purser as a defendant to the instant

27 action one week prior to the filing of her affidavit in support of

28 summary judgment. Purser's stance regarding Tyree's culpability and

                           1
_____
    OPPOSITION TO PLAINTIFF'S SECOND MOTION FOR SUMMARY JUDGMENT

1    testimony to the same is now dramatically different from her former

2    statements concerning Bambi Tyree:

3        "He's a victim as much as I am, and you want to
         know who the fucking ring leaders are? Al, Leslie
4        and Bambi ok? And Everybody – they're getting off
         fucking – because Bambi snitches her little ass
5        around and lies about whatever the fuck she
         did..."
6        *Purser Investigator Statement,*
         *Page 11, Lines 15-23*

7

8        In attempting to ascribe a motive for Purser to dismiss Tyree one

9    can only assume that dismissing Tyree would provide Purser with the

10   very affidavit that this Court suggested would be required to support

11   a motion for summary judgment in its November 9, 2006 Order denying

12   summary judgment as to liability.

13       During Purser's December 12, 2006 deposition, her attorney Darryl

14   Jones summed up the veracity, truthfulness and reliability of Purser's

15   testimony and undermined her credibility by stating:

16

17       " I don't see the link in the damage  yet, unless
         you're trying to undermine credibility of a crack
         addict 15 years old at the time.  That's fine if
18       you think that can happen, <u>since a 15-year-old
         crack addict has no credibility</u>".
19       *Purser deposition, page 16*

20       Counsel's motion now rests on the credibility of Purser's sworn

21   affidavit replete with false allegations stemming from her daily life

22   as a 15 year old self proclaimed "crack" cocaine attic.

23       Boehm's  investigation  and  discovery  to  date  reveals  the

24   following:

25       1. All of Purser's allegations regarding Boehm are disputed via

26   third party affidavits, deposition testimony, interviews  and written

27   discovery;

28

2

OPPOSITION TO PLAINTIFF'S SECOND MOTION FOR SUMMARY JUDGMENT

1    2. Purser has a prolonged history of drug abuse pre-dating her

2  alleged relationship with Boehm. Purser knew and obtained her drugs

3  from multiple sources including her mother Kathleen Purser and Bambi

4  Tyree. Purser admits to the existence of criminal drug convictions and

5  multiple instances of theft. Purser has exchanged sex for drugs with

6  numerous individuals and maintained relationships within a network of

7  drug dealers and drug addicts;

8    3. Bambi Tyree with the assistance of Sally Purser and others

9  with whom she was involved engaged in a plot to keep Mr. Boehm high

10  on "crack" cocain, incoherent and in state of severe psychosis to

11  enable them to steal his property, cash, cars and too seek to gain

12  control over his financial resources;

13    4. Boehm never engaged in any sexual activity or conduct with

14  Sally Purser, never knowingly provided her with drugs, and was not

15  responsible for her drug addiction and behaviors including but not

16  limited to trading sex for drugs, theft of money and property, drug

17  possession and sales, and drug convictions.

18    Purser argues that Boehm should be held liable for her drug

19  addictions and her claimed psychological and physiological damages.

20    There exists genuine issues of fact and genuine issues as to the

21  inferences to be drawn from the facts. Where reasonable minds differ

22  on inferences arising from undisputed facts, the court should deny

23  summary judgment.

24

25

26

27

28

3

OPPOSITION TO PLAINTIFF'S SECOND MOTION FOR SUMMARY JUDGMENT

## II.

### STATEMENT OF UNDISPUTED FACTS

The facts presented by sworn testimony, third party affidavits, interviews and written discovery to support the opposition to summary judgment are undisputed as follows:

1. Purser obtained "crack" cocain and other drugs from numerous sources, including but not limited to Bambi Tyree, Kathleen Purser, Al Bolling, Leslie Williams, Jay Whaley, Carl Bucher, Kathleen Purser's various drug connections and numerous other individuals before, during and after the time period encompassing the alleged actions of Boehm. See *Purser Deposition, Purser Investigator Interview, Tina Arndt Declaration, Vince Blomfield Declaration, Erin Axt Deposition Testimony;*

2. Purser smoked "crack" cocain with her mother Kathleen Purser, Bambi Tyree, Erin Axt, Carl Bucher, Al Bolling, Jay Whaley and numerous individuals before, during and after the time period encompassing the alleged actions of Boehm. See *Purser Deposition, Purser Investigator Interview, Tina Arndt Declaration, Vince Blomfield declaration, Erin Axt Deposition Testimony;*

3. Purser began smoking marijuana, snorting cocain, using ecstasy, and drinking alcohol as early as 12 years old. *See Purser Deposition;*

4. Purser was suspended from junior highschool for drugs, specifically ecstacy, prior to the time period encompassing the alleged actions of Boehm. *See Purser Deposition, Purser Investigator Statement;*

5. Purser admits to theft of money and automobiles from numerous individuals including Boehm. Said actions were committed with Bambi

4

1  Tyree and others. *See Purser Deposition, Purser Investigator*
2  *Statement, Purser Grand Jury testimony, Erin Axt Deposition Testimony;*

3     6. Purser engaged in numerous acts of sex with older men and
4  young girls before, during and after the time period encompassing her
5  claims against Boehm. *See Purser Deposition, Purser Investigator*
6  *Statement, Tina Arndt Declaration, Vince Blomfield Declaration, Purser*
7  *Grand Jury testimony, Erin Axt Deposition Testimony;*

8     7. Purser traded sex for "crack" cocain with numerous
9  individuals, including older men and drug dealers. In addition,
10 Purser's mother sold her to older men and drug dealers in exchange for
11 "crack" cocain. Said acts occurred before, during and after the time
12 period encompassing her claims against Boehm. *See Purser Deposition,*
13 *Purser Investigator Interview, Tina Arndt Declaration;*

14    8. Purser, 16 years old, lived with Jay Whaley, an older man,
15 convicted drug dealer and escort service operator who paid for her
16 living expenses and provided her an unlimited source of "crack" cocain
17 in exchange for sex during the time period encompassing her claims
18 against Boehm. *See Purser Deposition, Purser Investigator Interview*

19    9.  Purser identifies a conspiracy by and between Tyree, Bolling
20 and Williams to keep Boehm high on "crack" cocain and steal from him.
21 Purser further stated that Tyree tried to harm Boehm by tainting his
22 food and drugs in an effort to keep him incoherent and within her
23 control.  Purser referred to tyree as the "ring leader".*See Purser*
24 *Deposition, Purser Investigator Statement, Purser Grand Jury*
25 *Testimony, Vince Blomfield Declaration, Tina Arndt Declaration;*

26    10. Bambi Tyree systematically gained control over Boehm by
27 providing him dirty "crack" cocain that would cause sickness,
28 sleepiness, incoherence and an inability to coherently assess his

OPPOSITION TO PLAINTIFF'S SECOND MOTION FOR SUMMARY JUDGMENT

1  surroundings. Boehm's state of incoherence and inability to control
2  his surroundings was witnessed by numerous individuals. *See Tina Arndt*
3  *Declaration, Vince Blomfield Declaration, Purser Investigator*
4  *Statement;*

5      11. Tyree and others ensured that Boehm remained "high" from the
6  moment he awoke until the time he passed out, determining who she
7  would allow to be in the house and how she would use other young
8  girls, including Purser, to further try to control Mr. Boehm. *See*
9  *Purser Investigator Statement, Tina Arndt Declaration, Vince Blomfield*
10 *Declaration, Report of Gary A. Jacobsen, M.D,;*

11     12. Bambi Tyree abused Mr. Boehm both physically and
12 psychologically with threats of calling law enforcement and by
13 bringing other men to physically intimidate Mr. Boehm, by stealing his
14 personal property, cash, cars and then charging him to return the
15 property. *See Purser Investigator Statement, Tina Arndt Declaration,*
16 *Vince Blomfield Declaration, Erin Axt Deposition Testimony, Report of*
17 *Gary A. Jacobsen, M.D.;*

18     13. Boehm never engaged in any sexual activity or conduct with
19 Sally Purser, never knowingly provided her with drugs, and was not
20 responsible for her drug addiction and behaviors including trading sex
21 for drugs, theft, and drug convictions. *See Purser Deposition, Purser*
22 *Investigator Statement, Purser Grand Jury Testimony, Vince Blomfield*
23 *Declaration, Tina Arndt Declaration, Report of Gary A. Jacobsen, M.D.;*

24     14. Boehm's deteriorating mental and physical condition did
25 render him unable to engage in the alleged sexual activity complained
26 of. *See Tina Arndt Declaration, Vince Blomfield Declaration; Report*
27 *of Gary A. Jacobson, M.D.;*

28

OPPOSITION TO PLAINTIFF'S SECOND MOTION FOR SUMMARY JUDGMENT

1    15. Bambi Tyree with the assistance of Sally Purser and others

2    with whom she was involved engaged in a plot to keep Mr. Boehm high

3    on "crack" cocain to enable them to steal his property, cash, cars and

4    too seek to gain control over his financial resources. *See Purser*

5    *Investigator Statement, Purser Deposition, Tina Arndt Declaration,*

6    *Vince Blomfield Declaration, Erin Axt Deposition Testimony, Report of*

7    *Gary A. Jacobson, M.D.;*

8    16. Bambi Tyree was a self proclaimed "pimp" and bragged about

9    knowing every local drug dealer. Bambi Tyree obtained most of her

10   drugs from Leslie Williams who was her primary supplier and in turn

11   supplied drugs to Purser and countless others. *See Tina Arndt*

12   *Declaration, Vince Blomfield Declaration, Purser Investigator*

13   *Statement;*

14   17. Bambi Tyree is a career hustler who's scam was to identify

15   men with money and play the role of a girlfriend who traded sex for

16   drugs. Once the money was gone, so was Bambi Tyree. Bambi Tyree

17   befriended and used several young girls, including Sally Purser for

18   the purpose of promoting her scam. Tyree's scams were furthered

19   through physical intimidation, black mail and threats of calling law

20   enforcement. *See Vince Blomfield Declaration, Tina Arndt Declaration,*

21   *Sally Purser Investigator Statement;*

22   18. Boehm's extreme degree of mental mismanagement of

23   perceptions, emotions, impulses, judgments, etc., with resultant

24   irrational behaviors, is consistent with his pattern of use of

25   extremely high dose of crack cocain during the period of time when he

26   is alleged to have knowingly and/or intentionally committed the

27   alleged acts. *Report of Gary A. Jacobsen, M.D.;*

28

7

OPPOSITION TO PLAINTIFF'S SECOND MOTION FOR SUMMARY JUDGMENT

1    19. Boehm's total mental function impairments were so severe as

2    to prevent him from being able to act with knowledge and intent during

3    the period of time when he is alleged to have knowingly and/or

4    intentionally committed the alleged acts. *Report of Gary A. Jacobsen,*

5    *M.D.;*

6

7                                     **III.**

8                        **SUMMARY JUDGMENT STANDARDS**

9        The issues to be considered on a motion for summary judgment are

10   not those set forth in the pleadings but are those presented by the

11   materials submitted in support of the summary judgment motion. *Yates*

12   *v. Transamerica Ins. Co., Inc.,* 928 F.2d 199, 202(6th Cir. 1991)

13       In making its determination, however, the court must look to the

14   evidence offered by the nonmoving party in the light most favorable

15   to that party, must accept all justifiable inferences on the nonmoving

16   party's behalf, and must reject any contrary evidence and inferences.

17   *See Adickes v. S. H. Kress & Co.,* 398 U.S. 144, 158-59, 90 S. Ct.

18   1598, 26 L. Ed. 2d 142 (1970).

19       Overall, the nonmoving party needs to show that the record

20   contains sufficient specific facts--by demonstrating that the moving

21   party either ignored or mis-characterized relevant facts--such that

22   there exists a genuine dispute of material fact. Raising alternate

23   inferences, on the other hand, might be sufficient to defeat a motion

24   for summary judgment. Because the court must draw all reasonable

25   inferences in a light most favorable to the nonmoving party. *Anderson*

26   *v. Liberty Lobby, Inc.,* 477 U.S. 242, 250-51, 106 S. Ct. 2505, 91 L.

27   Ed. 2d 202, 4 Fed. R. Serv. 3d 1041 (1986).

28

OPPOSITION TO PLAINTIFF'S SECOND MOTION FOR SUMMARY JUDGMENT

1     Moreover, not only must there be no genuine issue of fact, in

2 order for summary judgment to be granted there must also be no genuine

3 issue as to the inferences to be drawn from the facts. *World-Wide*

4 *Rights Ltd. Partnership v. Combe Inc.*, 955 F.2d 242 (4th Cir. 1992).

5 Where reasonable minds could differ on inferences arising from

6 undisputed facts, the court should deny summary judgment. *Anderson v.*

7 *Liberty Lobby, Inc.*, 477 U.S. 242, 248, 106 S. Ct. 2505, 91 L. Ed. 2d

8 202, 4 Fed. R. Serv. 3d 1041 (1986).

9

10

11                                   IV

12 **PLAINTIFF AGAIN INCORRECTLY RELIES ON THE PLEA AGREEMENT TO SUPPORT HER ARGUMENT FOR LIABILITY**

13     This Court has already ruled that the Plea Agreement entered into

14 by Boehm does not impute liability as it relates to Sally Purser.

15     The Court's November 9, 2006 Order regarding plaintiff's first

16 motion for summary judgment, incorporated herein as Exhibit "A",

17 states, "Boehm's admissions in the criminal case are admissible, but

18 not conclusive in the present case". The court went on to state,

19 "While boehm's conviction and admissions are strong evidence in

20 Purser's favor, standing alone, they do not fully establish

21 liability".

22

23     Purser's reliance on her own sworn affidavit and that of criminal

24 co-defendant and former civil defendant Bambi Tyree are replete with

25 false statements. Furthermore, the evidence presented by Boehm via

26 deposition testimony, third party affidavits, investigator statements

27 and medical evaluation dispute all of Purser's allegations creating

28 multiple triable issues of material fact.

OPPOSITION TO PLAINTIFF'S SECOND MOTION FOR SUMMARY JUDGMENT

1    Purser has not made the requisite showing of liability in order
2  to gain summary judgment. There are triable issues of fact that must
3  be decided by a jury of her peers.

4
5
                                    V.
6
**BOEHM'S RESPONSES TO DISCOVERY CREATE GENUINE ISSUES OF MATERIAL**
7  **FACTS AS TO EACH AND EVERY ALLEGATION**

      Josef Boehm's response to Purser's third set of discovery,
8
   incorporated herein as Exhibit "B" contain specific denials to each
9
   and every allegation set forth in Purser's complaint including but not
10
   limited to the following:
11
       1. Knowingly recruiting and enticing Purser to engage in
12
       sex;
13
       2. knowingly providing cocain and illegal substances to
14
       Purser;
15
16     3. that Purser became addicted to illegal substances
17     provided by Boehm;
18
       4. forcing Purser to have sex with Boehm and others;
19
       5. that he forced to Purser to solicit other juveniles for
20
       the purpose of sex;
21
22     6. that he provided airline tickets to Purser and her
23     mother to prevent her from cooperating with a criminal
24     investigation.
25
26
27
28
                                    10

VI.

**THIRD PARTY WITNESS TINA ARNDT'S DECLARATION CREATES GENUINE ISSUES OF MATERIAL FACTS AS TO EACH AND EVERY ALLEGATION**

At her December 12, 2006 deposition, Sally Purser identifies Tina Arndt as an individual who witnessed and can corroborate the alleged acts of Boehm which support her claims.

Tina Arndt's sworn affidavit, incorporated herein as Exhibit "C", disputes all of Purser's claims as follows:

### 1. LESLIE WILLIAMS PROVIDED DRUGS TO TYREE WHO IN TURN PROVIDED TO OTHERS

Arndt was familiar with all of Boehm's acquaintances, friends and family. *See Paragraph 4.* She identifies Leslie Williams as a cocain dealer who sold crack cocain to Mr. Boehm on a daily basis. He provided drugs to Bambi Tyree who would in turn provide to others. *See Paragraph 7.*

### 2. TYREE AND WILLIAMS PROVIDED "DIRTY" CRACK TO BOEHM IN ORDER TO MAINTAIN CONTROL OVER BOEHM'S PERSON AND PROPERTY

Arndt states that Boehm was provided "dirty" crack cocain by Tyree and Williams. *See Paragraph 8.* The various affects resulting from the drugs provided to Boehm included an obsessive desire for total privacy and security which included drastic measures to keep people out of his home. The "dirty" crack provided by Tyree and Williams had aspects of opiate drug affects that would cause Boehm sickness, sleepiness, incoherence and an inability to coherently assess his surroundings *See Paragraph 6 and 9.*

Bambi Tyree overcame the free will of Mr. Boehm by ensuring he remained high from the moment he awoke until the time he passed out. Tyree determined who she would allow to be in the house and how she

11

1  would use other young girls to further try to control Mr. Boehm. Tyree

2  abused Mr. Boehm both physically and psychologically in order to steal

3  his personal property, cash and cars. *See Paragraphs 11-13.*

4  ### 3. BOEHM'S RESIDENCE WAS UNDER CONSTANT SIEGE BY TYREE, PURSER AND THEIR COHORTS

5  Arndt identifies people breaking out a window in the back

6  downstairs bedroom of Boehm's residence to give them a consistent

7  means of entering and leaving the Boehm home at will. *See Paragraph*

8  *10.*

9

10  ### 4. PURSER HAD MULTIPLE DRUG SOURCES AND EXCHANGED SEX FOR DRUGS WITH NUMEROUS INDIVIDUALS

11  Bambi Tyree befriended Sally Purser and her mother Kathleen

12  Purser. Arndt was aware that Tyree provided "crack" cocain to Sally

13  Purser and was aware that Sally Purser's mother Kathleen was "pimping"

14  her out to drug dealers in exchange for "crack" cocain. *See paragraph*

15  *14.*

16  ### 5. ARNDT DISPUTES PURSER'S ALLEGATIONS OF SEX WITH BOEHM

17  Whenever Sally Purser was at Mr. Boehm's house she was almost

18  always with Arndt. Mr. Boehm trusted Arndt who in turn had his

19  permission to be in any area of his home. This gave her the

20  opportunity to become familiar with the daily activities and events

21  that were regularly taking place.

22  Arndt observed Sally Purser to be present at Mr. Boehm's house

23  on some occasions and can personally attest to the fact that at no

24  time did he ever engage in any sexual activity or conduct with her.

25

26  ### 6. BOEHM'S SEVERE PSYCHOSIS, LACK OF CONTROL OF THOSE AROUND HIM AND INABILITY TO ENGAGE IN THE ALLEGED SEXUAL ACTIVITY

27  Mr. Boehm seldom left his bedroom, often never went downstairs

28  and hardly ever knew who was in his house. With his degree of paranoia

12

1  it was almost impossible for him to deal with a number of people

2  present that he could not keep track of. *Paragraph 17*

3      Mr. Boehm often became afraid to stay in his own home for the

4  above reasons. He started moving from hotel to hotel because the size

5  of the room and the physical circumstances enabled him to know who was

6  present and to feel at least a minimally reduced paranoia over the

7  small surroundings to which he felt he had more control. *Paragraph 18*

8      Prior to starting to stay at hotels, Mr. Boehm, in an attempt to

9  clear his house of everyone in it, including but not limited to Bambi

10  Tyree and Sally Purser, actually stuffed and clogged the plumbing so

11  as to flood the entire downstairs portion of his house. He also

12  disconnected the heaters and notwithstanding all these efforts, Bambi

13  Tyree would still not leave. *Paragraph 19*

14  **7. TYREE WITH THE ASSISTANCE OF PURSER AND OTHERS SCHEMED TO STEAL AND CONTROL BOEHM'S PROPERTY, CASH, CARS AND FINANCIAL RESOURCES**

15

16      Arndt observed Bambi Tyree with the assistance of Sally Purser

17  and others with whom she was involved engaged in a plot to keep Mr.

18  Boehm high on "crack" cocain to enable them to steal his property,

19  cash, cars and too seek to gain control over his financial resources.

20  *See Paragraph 21.*

21

22                          **VII.**

23  **THIRD PARTY WITNESS VINCE BLOMFIELD'S DECLARATION CREATES GENUINE ISSUES OF MATERIAL FACTS AS TO EACH AND EVERY ALLEGATION**

24      Vince Blomfield's Declaration is incorporated herein as Exhibit

25  "D". Mr. Blomfield had a personal relationship with Bambi Tyree and

26  describes her as an experienced "crack" cocain user. Tyree provided

27  Blomfield with "crack" cocain on several occasions and smoked "crack"

28  cocain with on several occasions. *Paragraph 2*

OPPOSITION TO PLAINTIFF'S SECOND MOTION FOR SUMMARY JUDGMENT

### 1. TYREE WAS A WELL KNOWN HUSTLER OF MEN WITH MONEY. PURSER CONTRIBUTED TO HER SCAMS

Bambi Tyree was a self proclaimed "pimp" and bragged about knowing every local drug dealer. Bambi Tyree obtained most of her drugs from Leslie Williams who was her primary supplier. Bambi Tyree is a well known hustler who's scam was to identify men with money and play the role of a girlfriend who traded sex for drugs. Once the money was gone, so was Bambi Tyree.

Bambi Tyree befriended and used several young girls, including Sally Purser for the purpose of promoting her scam. Tyree's scams were furthered through physical intimidation, black mail and threats of calling law enforcement. *Paragraphs 4-5.*

Also present with Bambi Tyree on a regular basis, in addition to Leslie Williams, was Al Bolling. Mr. Bolling was also a supplier of "crack" cocain. Mr. Blomfield is aware that Bambi Tyree and Al Bolling have caused young girls to be strung out on heroin in order to further their own financial needs. *Paragraph 15.*

### 2. BLOMFIELD WAS A VICTIM OF TYREE'S SCAM

It was common for Bambi Tyree to get Blomfield high on "crack" cocain and then steal his money when he was asleep and one occasion she absconded with $25,000.00. Blomfield describes Bambi Tyree as one of the best hustlers he has have ever seen and systematically scammed him out of approximately $250,000.00 while keeping him high on "crack" cocain. *Paragraph 6*

### 3. TYREE OVERCAME THE FREE WILL OF BOEHM IN ORDER TO STEAL HIS PERSONAL PROPERTY, CASH AND CONTROL HIS FINANCES

Mr. Blomfield has personal knowledge of the fact that Bambi Tyree ran the aforementioned scam on a number of individuals including Josef

14

---

1  Boehm. He was around Mr. Boehm during this period of time and had

2  conversations with him regarding Tyree's motives and actions.

3      Bambi Tyree overcame the free will of Mr. Boehm and began to

4  control his life. She began to make all of the decisions affecting the

5  day to day activities of Mr. Boehm. This would include ensuring he

6  remained high from the moment he awoke until the time he passed out,

7  determining who she would allow to be in the house and how she would

8  use other young girls to further try to control Mr. Boehm. *Paragraphs*

9  *7-8*

10     Mr. Blomfield witnessed Mr. Boehm trying desperately to get rid

11 of Tyree who in turn threatened to black mail Mr. Boehm. In addition

12 to her threats of black mail, Tyree demanded money from Mr. Boehm in

13 exchange for leaving his home.

14 **4. BOEHM'S SEVERE PSYCHOSIS AND LOSS OF CONTROL OF HIS**
   **SURROUNDINGS**

15

16     In or around October, 2003, Mr. Blomfield stopped by Mr. Boehm's

17 residence. Bambi Tyree was present with a half a dozen girls. He

18 attempted to talk to Mr. Boehm, however, Bambi Tyree refused to let

19 Blomfield near him. Regina Moore and Tina Arndt were also present.

20 Bambi Tyree insulated Mr. Boehm from everyone as it was apparent that

21 she was afraid to lose control of him. Mr. Boehm appeared to be

22 incoherent and unaware of his surroundings. *Paragraphs 9-10*

23     Mr. Blomfield witnessed the dramatic effects the drugs had on

24 Boehm including an obsessive desire for total privacy and security.

25 This desire manifested itself in ways such as staying primarily in the

26 upstairs of his home, installing a deadbolt lock on his bedroom door

27 in the hope of preventing anyone from coming into his bedroom,

28 installing a sophisticated alarm system which was kept activated 24

OPPOSITION TO PLAINTIFF'S SECOND MOTION FOR SUMMARY JUDGMENT

1  hours a day for the purpose of keeping people out of his home and
2  certainly not for the purpose of keeping them trapped inside.
3  Paragraph 11

4      Mr. Blomfield witnessed Mr. Boehm's psychosis become dramatically
5  worse during his relationship with Bambi Tyree. With his degree of
6  paranoia it was almost impossible for him to deal with a number of
7  people present that he could not keep track of. On occasion, he would
8  hold himself up in hotel rooms and disassemble all of the electronic
9  equipment as a result of his severe paranoia. *Paragraph 13*

10      **5. PURSER'S INVOLVEMENT IN TYREE'S SCAM, ADMISSION OF DRUG**
11         **USE AND SEX WITH OLDER MEN**

12      During his relationship with Bambi Tyree, Mr. Blomfield stayed
13  at Kathleen Purser's house for a short time. It was there that he met
14  Sally Purser for the first time. Mr. Blomfield was sleeping in the
15  bedroom when he was first approached by Sally Purser who inquired as
16  to whether he was "Bambi's boyfriend". Sally Purser explained that
17  upon meeting Bambi Tyree she smoked "crack" cocain with her.

18      Sally Purser also told Mr. Blomfield about an incident in which
19  she, Bambi Tyree and a gentlemen named Tony Heffner got into a Jacuzzi
20  together. Sally went on to boast that Bambi Tyree convinced her to
21  have sex with him. During this conversation, Holly, a friend of Sally
22  Purser was in the room. It was apparent to Mr. Blomfield that Sally
23  Purser was attempting to obtain drugs and money from Mr. Blomfield in
24  exchange for sex.    *Paragraph 16-17*

25
26
27
28

16

## VIII.

### SIGNIFICANT MENTAL, EMOTIONAL AND PHYSICAL IMPAIRMENTS PREVENTED BOEHM FROM BEING ABLE TO ACT IN AN INTENTIONAL OR KNOWING MANNER AS ALLEGED BY PURSER

On November 11, 2004, Gary A. Jacobsen, M.D. reviewed a series of records and reports filed in conjunction with the criminal action against Boehm, Tyree, Bolling and Williams. Dr. Jacobsen's report is incorporated herein as Exhibit"E".

Dr. Jacobsen based his opinions on the court files, reports, and several interviews with Boehm as well patterns and behaviors over his lifetime. Dr. Jacobsen's summary of opinions regarding Boehm revealed that between late 2001, and continuing until at least 12/22/03, Mr. Boehm's heavy use of "crack" cocain in combination with a variety of other factors related to chronic use such as intermittent sleep deprivation and/or malnutrition and/or **possible being given other substances without his knowledge,** caused significant mental, emotional and physical impairments which prevented Mr. Boehm from being able to act in an intentional manner that required the ability to think clearly with sound judgment; and be fully aware of what was occurring in his life due to altered perceptions.

### 1. PURSER ACKNOWLEDGED THAT TYREE, WILLIAMS AND BOLLING ALTERED BOEHM'S FOOD AND DRUGS RENDERING HIM INCOHERENT

Dr. Jcobsen's finding have been bolstered by the declaration of Tina Arndt and Vince Blomfield confirming the fact that Boehm's drugs were being altered by Williams and Tyree which in turn placed him in an incapacitated and incoherent state.

Sally Purser also confirmed the aforementioned conduct:

> "No. He didn't even know what the fuck was going on. He just wanted to get high and get off...And in order to get that done, you know, Allen and all these people made it a little more

17

1   difficult...They were putting shit in his dope
    though, I know they were...The dope gets you high
2   no matter what. I know they were putting shit in
    his food...Yeah, because Leslie and stuff would
3   bring food over and it'd already be open and
    stuff, and I like remember one time-oh, wow, I
4   don't know what the fuck it was sprayed with, but
    I about puked".

5   *Purser Investigator Statement*
6   *Page 48, lines 23-25, page 49, lines 1-14*

7

8   Boehm was being given unknown substances without his knowledge,

9   which caused significant mental, emotional and physical impairments

10  which prevented Boehm from being able to act in an intentional or

11  knowing manner towards Purser as alleged in her complaint.

12      **2.    PURSER'S CAUSES OF ACTION REQUIRE KNOWING AND INTENTIONAL
             CONDUCT BY BOEHM**
13      Purser's complaint alleges causes of action all of which require

14  elements of specific intent an knowing actions. Her allegations of a

15  conspiracy require an agreement and an overt act in furtherance of the

16  conspiracy. The overt acts depended on by Purser never happened and

17  furthermore, could not have happened due to Boehm's state of severe

18  psychosis and incoherence. Purser claims the following:

19
        1. Boehm <u>knowingly</u> recruited Purser;
20
        2. Boehm <u>conspired</u> with Tyree, Bolling and Williams to get
21         Purser addicted to cocain to <u>control</u> her and keep her
           within their grasp through threats and psychological
22         <u>coercion</u>;

        3. Boehm, Tyree, Bolling and Williams furthered their
23         <u>conspiracy</u> by using illegal substances to <u>control</u> Purser
           and have sex with Purser;
24
        4. Tyree would find drug dealers to supply Boehm with drugs he
25         could use to entice Purser and keep her under his control;

26      5. Purser was forced through <u>coercion and intimidation</u> to
           labor directly for Boehm;
27
        6. Purser labored, and endured Boehm's physical, verbal and
           sexual attacks because her will was completely overborne
28         through the use of <u>coercion</u>, force and illegal substances

                                    18

1    provided by the defendants, with the _intent_ of overriding
2    Purser's will;

3    Every one of Purser's causes of action require intent and knowing
4    behavior. Not only did Boehm not engage in the aforementioned actions,
5    he did not have the requisite ability to do so. Purser recognized that
6    Boehm was a victim of Tyree, Williams and Bolling when making the
7    following recorded statement to investigator Terry Shurtleff,
8    incorporated as Exhibit "F":

9
10    "...I don't feel you know that Josef is a
       perpetrator in any of this. Like he is just as
11    much a victim as I am of these three people, you
       know, let alone – let alone my circumstances are
12    a little more harsh than his because I'm a young
       female victim to...okay?
13    _Purser Investigator Statement,_
14    _Page 17, lines 22-25_

15                    **VIIII.**
16    **PURSER'S TRANSPARENT DISMISSAL OF TYREE AND SUBSEQUENT FILING OF**
       **HER AFFIDAVIT IN SUPPORT OF SUMMARY JUDGMENT UNDERMINES THE**
17    **LEGITIMACY OF HER ALLEGATIONS IN WHICH SHE IDENTIFIED BAMBI TYREE**
                    **AS THE "RINGLEADER"**
18

19    In attempting to ascribe a motive for Purser to dismiss Tyree one
20    can only assume that dismissing Tyree would provide Purser with the
21    very affidavit that this Court suggested would be required to support
22    a motion for summary judgment in its November 9, 2006 Order denying
23    summary judgment as to liability.

24    This Court made that Order in anticipation of an affidavit that
25    would be undisputed and create no issues of fact. Instead, on the
26    basis of Purser and Tyree's transparent conduct a pandora's box has
27    been opened, because the very affidavit the Court suggested was
28    necessary to meet summary judgment requirements has been contradicted

                              19

1  by a barrage of deposition testimony, statements, declarations and

2  evidence which rather than solidifying the motion for summary judgment

3  has undeniably and unequivocally established a very significant number

4  of material facts precluding this court from a finding of

5  liability. [1]

6

7  Purser's complaint is largely dependant on conspiracy allegations

   involving Bambi Tyree. Purser's statements identify Tyree as a "ring

8  leader" and a "snitch":

9

10          "He's a victim as much as I am, and you want to
            know who the fucking ring leaders are? Al, Leslie
            and Bambi ok? And Everybody – they're getting off
11          fucking – because Bambi snitches her little ass
            around and lies about whatever the fuck she
12          did..."

13          Purser Investigator Statement,
            Page 11, Lines 15-23
14

15

16          "...Allen and Bambi–Allen and Bambi are the ones
            that need to spend the rest of their fucking
17          lives in jail, and Bambi's going to get off scot
            free because she snitched okay"?

18          *Purser Investigator Statement,*
            *Page 47, lines 18-21*
19

20

21  _____

22      [1]The manner in which the underlying criminal case was handled, given the
    information that should have been available during the criminal case and is
23  being brought out in the depositions, declarations and motions in the civil
    case together with the paucity of any significant act directed against any of
24  the alleged victims either at a trial or at the sentencing hearing may suggest
    and support grounds for a 18 U.S.C. §2255 motion. While counsel has not yet
25  decided whether, when or how to pursue that issue lends compelling additional
    evidence to recognize that there are clearly disputed questions of fact and
26  this is certainly not the kind of case that this court would like to be put to
    bed without a full and fair analysis of the true facts, the true
27  inconsistencies and the myriad of questions of facts that must be decided to
    reach a proper ruling. On this record this defendant must not and should not be
28  denied his day in court.

                                   20
    _____
    OPPOSITION TO PLAINTIFF'S SECOND MOTION FOR SUMMARY JUDGMENT

1   Purser's dismissal of Tyree as a defendant undermines the

2   legitimacy of her allegations in which she identified Tyree as the

3   "Ring Leader". The timing of the dismissal in relation to the filing

4   of Tyree's affidavit in support of summary judgment creates an

5   overriding inference to be drawn from the allegations set forth in the

6   affidavits of Tyree and Purser prohibiting a finding of summary

7   judgment.

8                                   XI

9   **PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE, RULE 36 ALL**
    **ADMISSIONS SERVED ON PURSER ON NOVEMBER 10, 2006 ARE DEEMED**
10  **ADMITTED DUE TO HER FAILURE TO RESPOND. THE ADMISSIONS ABSOLVE**
    **BOEHM OF ALL LIABILITY FOR PURSER'S CLAIMS**
11  Rule 36 of the Federal Rules of Civil Procedure states:

12
                    **The matter is admitted unless, within**
13                  **30 days after service of the request,**
                    **or within such shorter or longer time**
14                  **as the court may allow or as the**
                    **parties may agree to in writing,**
15                  **subject to Rule 29, the party to whom**
                    **the request is directed serves upon**
16                  **the party requesting the admission a**
                    **written answer or objection addressed**
17                  **to the matter, signed by the party or**
                    **by the party's attorney. If objection**
18                  **is made, the reasons therefor shall be**
                    **stated.**
19
       On November 10, 2006, Boehm served his second set of discovery
20
    on Purser's counsel Darryl Jones via facsimile and U.S. Mail.
21
    Incorporated herein as Exhibit "G". The discovery requests were
22
    attached to counsel Brett A. Greenfield's November 10, 2006 facsimile
23
    correspondence to Darryl Jones, incorporated herein as Exhibit "H".
24
    The aforementioned correspondence refers to the attached discovery
25
    requests. The second set of discovery has a proper proof of service
26
    attached.
27

28

                                  21

    OPPOSITION TO PLAINTIFF'S SECOND MOTION FOR SUMMARY JUDGMENT

1     On November 14, 2006, Darryl Jones responded to Mr. Greenfield's

2  November 10, 2006 correspondence via facsimile and U.S. mail thus

3  acknowledging receipt, Incorporated herein as Exhibit "I".

4     Purser's failed to respond or even serve objections. Boehm's

5  requested are deemed admitted by Purser which absolves Boehm of all

6  liability as to Purser's claims.

7                             **XI.**

8      **ERIN AXT'S DEPOSITION TESTIMONY CREATES GENUINE**

9               **ISSUES OF MATERIAL FACT**

10     Erin Axt's deposition taken on December 13, 2006, incorporated

11  herein as Exhibit "J" reveals that Erin Axt first smoked "crack"

12  cocain with Sally Purser, provided by Purser, while at Purser's home.

13  *Deposition of Erin Axt, Pages 15-17.*

14     In addition, Bambi Tyree provided "crack" cocain to Erin Axt.

15  *Deposition of Erin Axt, Page 17.* Erin Axt first snorted powder cocain

16  with Sally Purser at Purser's home. She does not know where Purser

17  obtained the cocain. *Deposition of Erin Axt. Pages 26, lines 22-25,*

18  *Page 27, Page 28, lines 1-5.*

19     Erin Axt would often smoke "crack" cocain at Sally Purser's home

20  with Sally and Kathleen Purser. *Deposition of Erin Axt, Page 51, lines*

21  *2-21.*

22     On one occasion Erin Axt testified that Bambi Tyree, Sally Purser

23  and Erin Axt stole Boehm's Cadillac and took it for a joy ride. While

24  driving they were smoking "crack" cocain. They refused to give the car

25  back to Boehm unless he gave them money. *Deposition of Erin Axt, Page*

26  *72, line 17 - page 74,line 14*

27

28

OPPOSITION TO PLAINTIFF'S SECOND MOTION FOR SUMMARY JUDGMENT

1    Erin Axt's testimony is consistent with the affidavits of Tina

2    Arndt and Vince Blomfield that depict Tyree and Purser's penchant for

3    smoking "crack" cocain and providing to others.

4    Her testimony further supports the fact that Purser had multiple

5    sources in which to acquire drugs and did not become addicted as a

6    result of knowing Boehm. Furthermore, the episode in which Tyree and

7    Purser stole Boehm's car and demanded money in return further shows

8    their scam to take advantage of Boehm by stealing his money, cars, and

9    property.

10                                   XI

11   **PURSER'S DEPOSITION TESTIMONY AND INVESTIGATOR STATEMENTS ARE
     CONTRADICTORY AND CREATE MULTIPLE ISSUES OF DISPUTED MATERIAL FACT**

12   Purser has offered Investigator Statements, Grand Jury Testimony

13   and Deposition Testimony as to each material allegation contained

14   within her complaint. Many of the statements provided contradict and

15   undermine her present allegations creating multiple issues of disputed

16   material fact. Purser's Grand Jury Testimony and Deposition Testimony

17   are incorporated herein as Exhibits "K" and "L" respectively.

18
     **1. PURSER'S MOTIVATION FOR MONEY HAS RESULTED IN A CHANGE OF
19       TESTIMONY**

20   Purser's motivation to acquire a financial benefit from Boehm is

21   transparent and proven by her own contradictions. Even more revealing

22   is the following excerpt taken from her December 12, 2006 deposition:

23       Q.   Now you have answered a number of questions this
              morning that I asked you by saying that, for example,
24            about Mr. Boehm being the victim of Ms. Tyree and Mr.
              Bolling and Mr. Williams, by saying that's what you
25            believed when you said those things in 2004.  But am
              I correct in assuming that you're saying you   no
26            longer feel that way?

27       A.   No, I do not any longer feel that way.

         Q.   Between that time and now you have filed a civil
28            complant, is that correct?

                                    23

1   A.   Yes, that is correct.

2   Q.   And that civil complaint is for damages for money, is
         that right?

3   A.   Yes.

4   Q.   Is the fact that you have filed a lawsuit for money
         making various allegations that are different than
5        what you felt in 2004, the reason that you changed
         your feeling?

6   A.   The reason I filed the civil suit is because my
         feelings changed.

7        See Purser Deposition, page 89, 90

8
9   **2. COMPARISON OF PURSER'S STATEMENTS TO HER MATERIAL ALLEGATIONS**

10       In addition to Purser's past statements previously set forth in

11   this opposition the following further illustrates the myriad of

12   material facts in dispute , A comparison of Purser's past and present

13   statements as they relate to the material allegations set forth in her

14   complaint are set forth as follows:

15           **a. Boehm Knowingly Recruited Purser**

16       Purser's relationship with tyree occurred before ever meeting

17   Josef Boehm. In fact, Purser testified that she was introduced to

18   Tyree at her mother's house when she was there to supply drugs. She

19   further states that Tyree was initially a friend of her mother. See

20   Purser Deposition, Page 30

21       As set forth through sworn affidavits, Bambi Tyree with the

22   assistance of Sally Purser and others with whom she was involved

23   engaged in a plot to keep Mr. Boehm high on "crack" cocain, incoherent

24   and in state of severe psychosis to enable them to steal his property,

25   cash, cars and too seek to gain control over his financial resources.

26           **b. Purser's Addiction to Drugs as a Result of Boehm's**
             **Controlling Her to Have Sex**

27       Purser began using drugs as early as age 12. She was introduced

28   to "crack" cocain by her mother and continued a pattern of drug use

24

1   for many years resulting in a criminal drug conviction. Purser
2   obtained her drugs from multiple sources and in many instances traded
3   sex for drugs.

4       Purser first smoked marijuana at age 12. *See Purser Deposition,*
5   *page 10.;*

6       Purser was suspended from school at age for using ecstacy at age
7   15. *See Purser Deposition, Page 13, 14;*

8       Purser began drinking alcohol at age 14. *See Purser Deposition,*
9   *Page 29;*
10

11      Purser first smoked "crack" cocain with her mother at age 15. *See*
12  *Purser Deposition, Page 19, 20;*

13      Purser smoked "crack" cocain with an older man named Carl Bucher
14  and her mother at age 15. See Purser Deposition, Page 21, 22

15      Purser again smoked "crack" cocain with Carl Bucher a few days
16  later. In addition she had sex with him in a hotel while "high" on
17  "crack" cocain. *See Purser Deposition, Page 22;*

18      Purser admits that it was with Carl Bucher that she first "liked
19  the feeling" cocain gave her. *See Purser Deposition, Page 23;*
20

21      Purser admits that Carl Bucher was the first person she traded
22  sex for money with. In addition she admitted that her mother traded
23  her for "crack" to her "drug associate" Gary "D". *See Purser*
24  *Investigator Statement, Page 23, Lines 17-25, Page 24, Lines 1-5*

25      Purser states that her mother smoked "crack" cocain with her
26  "drug associate" Gary "D" on a regular basis. *See Purser Deposition,*
27  *Page 37, 38;*

28

OPPOSITION TO PLAINTIFF'S SECOND MOTION FOR SUMMARY JUDGMENT

1    Purser, while knowing Boehm, lived with a convicted drug dealer
2  and escort service owner named Jay Whaley. At the time Purser was 16
3  years old. Whaley paid for Purser's food and drugs in exchange for
4  sex. Whaley sold drugs to Purser's mother. *See Purser Deposition, page*
5  *35, 37*

6    Purser obtained "crack" cocain from her mother when living with
7  her. *See Purser Deposition, Page 69.*

8    Purser was arrested and convicted for drug possession
9  approximately two years ago in Anchorage, Alaska. *See Purser*
10  *Deposition, Page 27.*
11

12    Purser's claim that Boehm was responsible for getting her
13  addicted to drugs in order to control her and have sex with her is
14  nonsensical as it ignores the fact that no one had control over
15  Purser. Purser was very adapt at finding multiple sources in which to
16  obtain various forms of drugs. Purser's need for drugs resulted in her
17  willingness to trade sex with multiple individuals, old and young.

18    The affidavits set forth in this opposition indicate that
19  Purser's need to get her hands on drugs resulted in a relationship
20  with Bambi Tyree to scam various men with money, including but not
21  limited to Tony Heffner, Carl Bucher and Vince Blomfield.

22    **c. Purser's Allegation That She Intimidated, Threatened and**
**a Victim of Involuntary Servitude**
23    Purser intimates that she was locked in Boehm's house and not
24  allowed to leave. She suggests that she was somehow held captive
25  through physical threat, psychological threat, innuendo and an alarm
26  system.
27
28

OPPOSITION TO PLAINTIFF'S SECOND MOTION FOR SUMMARY JUDGMENT

1    Purser admits to breaking into Boehm's house through a broken

2  window in a downstairs guest bedroom. *See Purser Deposition, Page 83;*

3    Purser admits that she could leave Boehm's home whenever she

4  wanted. *See Purser Deposition, Page 84.*

5    Purser stated that Boehm had no control over his own home and

6  attempted to make people leave to no avail. At times Boehm was scared

7  to tell people to leave for fear of what they might do to him. In

8  order to cope with the unwanted visitors he would simply lock himself

9  in his room. Purser went on to testify that everyone would sneak in

10  his house through the broken downstairs window. *See Boehm Deposition,*

11  *Page 102-104*

12    Purser stated about Boehm, "I liked him, I was comfortable with

13  him, I never felt threatened". See Purser Investigator Interview, Page

14  37, lines 3-7;

15

16            **d. Purser's Allegation of Being Provided Airline Tickets to**
              **Avoid a Criminal Investigation.**

17    Purser testified that Boehm offered to help Kathleen further her

18  plan to move to Seattle after she lost her home due to a default in

19  mortgage payments. *See Purser Deposition, Page 121*

20            **e. Purser Admits To Her Involvement In Scam To Steal Money**
              **From Carl Bucher**

21

22    In her deposition Purser confirms she made the following

23  statement "I was at my house and I woke up and Bambi was there.  And

24  Carl, the guy that I had met Bambi through, was sleeping downstairs

25  in my mom's room, and he had his pants -- he had his pants off but

26  they were wrapped around his arm so nobody could take what was in his

27  pockets and Bambi and I had gotten his pants away from him and ended

28  up stealing $2,000 from him and we left in his van that had $30,000

27

1    in a suitcase in the back and we went to the Holiday Inn Hotel
2    downtown across from the Millennium Club." *See Purser Deposition, Page*
3    *32.*

### f. Purser's Past Fraudulent Sexual Assault Claims

        Purser testified that she lied about being sexually assaulted by
her uncle because she did not like him and he was too strict. *See*
*Purser Deposition, Page 34-35.*

        Her previous false claims lends further credence to the argument
that her present claims are strictly money driven. An inference can be
drawn from her past false claims and contradictory testimony for the
purpose of assessing material facts in dispute in order to defeat
summary judgment.

### XII
### CONCLUSION

        For the foregoing reasons, Josef Boehm respectfully requests that
this Court deny Plaintiff's second motion for summary judgment as
there are numerous material facts in dispute.

OPPOSITION TO PLAINTIFF'S SECOND MOTION FOR SUMMARY JUDGMENT

1   Submitted this 29th day of December, 2006

2                                    KENNER LAW FIRM

3

4
                                     By:_____/s/_____
5                                         David E. Kenner
                                          California 41425
6                                         16000 Ventura Blvd.
                                          Penthouse 1208
7                                         Encino, California 91436

8

9

10

11                                   By:_____/s/_____
                                          Brett A. Greenfield
12                                        California 217343
                                          16000 Ventura Blvd.
13                                        Penthouse 1208
                                          Encino, California 91436
14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                        29