KENNER LAW FIRM, P.C.
David E. Kenner, SBN 41425
Brett A. Greenfield, SBN 217343
16000 Ventura Boulevard, PH 1208
Encino, CA 91364
818 995 1195
818 475 5369 - fax

Attorney for Defendant Josef F. Boehm

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| Sally C. Purser, | ) |
|     Plaintiff, | ) CERTIFICATE OF SERVICE |
|     v. | ) |
| Josef F. Boehm, Allen K. Bolling, and Bambi Tyree, | ) |
|     Defendants. | ) CASE NO.: A05-0085 (JKS) |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 1st day of February, 2007. I caused a true and correct copy of the foregoing 1. **MOTION TO FILE SUPPLEMENTAL BRIEF 2. DECLARATION OF BRETT A. GREENFIELD RE MOTION TO FILE SUPPLEMENTAL BRIEF (WITH CORRESPONDING EXHIBITS).**

The following parties were served via U.S. Mail on January 30, 2007:

Allen K. Bolling
Inmate No: 14911-006
USP Terre Haute
U.S. Penitentiary
P.O. Box 12015
Terre Haute, IN 47801
C.M. 7002 2410 0006 6742 2188

1

CERTIFICATE OF SERVICE

1  Bambi Tyree
2  c/o Mary Pate, Esq.
   425 G. Street, Suite 930
3  Anchorage, Alaska 99501
4
   Leslie Williams
5  Inmate No: 14903-006
6  FCI Yazoo City Medium
   P.O. Box 5888
7  Yazoo City, MS 39194
8
9
10 Dated:    February 01, 2007           *signature*
11                                        Rosie Ruiz
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

2

CERTIFICATE OF SERVICE