**KENNER LAW FIRM, P.C.**
**David E. Kenner, SBN 41425**
**Brett A. Greenfield, SBN 217343**
**16000 Ventura Boulevard, PH 1208**
**Encino, CA 91364**
**818 995 1195**
**818 475 5369 – fax**

**WADE, KELLY & SULLIVAN**
**733 W. 4th Avenue, Suite 200**
**Anchorage, Alaska 99501**
**(907) 561-7743**
**(907) 562-8977 - fax**

**Attorney for Defendant Josef F. Boehm**

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| Sally C. Purser, | ) |
| | ) REPLY TO PLAINTIFF'S OPPOSITION |
| Plaintiff, | ) TO DEFENDANT BOEHM'S MOTION TO |
| | ) COMPEL PSYCHIATRIC EXAMINATION |
| v. | ) PURSUANT TO FEDERAL RULES OF |
| | ) CIVIL PROCEDURE, RULE 35 |
| Josef F. Boehm, Allen K. Bolling, and Bambi Tyree, | ) |
| | ) |
| Defendants. | ) |

CASE NO.: A05-0085 (JKS)

**I.   DEFENDANTS REQUEST FOR AN EXAMINATION WAS TIMELY MADE AND GOOD CAUSE HAS BEEN SHOWN**

Defendant Boehm hereinafter addresses Plaintiff's opposition as follows:

**A. Plaintiff's Contention That Boehm Has Waited to the Last Minute to Perform a Mental Examination.**

Within one day of the Court's November 9, 2006 Order, counsel for Boehm attempted to meet and confer in order to set up an examination. <u>Plaintiff's counsel denied the request</u>.

1

1    Boehm's counsel again attempted to meet and confer on December
2  6, 2006. <u>Plaintiff's counsel again denied the request</u>.
3    The week of December 12, 2006, Boehm's counsel sent expert Dr.
4  Mark Mills to Anchorage for the purpose of an examination. <u>Plaintiff's
5  counsel refused refused</u>.
6    A trial date has not been set, therefore, Plaintiff will not be
7  prejudiced.
8    Defendant has never insinuated that he would refuse to allow a
9  deposition of any of his experts. In fact, Defendant believes a
10 Scheduling and Planning Conference is needed to calendar mutually
11 agreeable dates for the taking of expert depositions.
12   Plaintiff argues "Boehm did not include a mental examination as
13 part of the discovery plan to be incorporated in the Scheduling and
14 Planning Order".
15   Present counsel was not party to that agreement and has requested
16 a Scheduling and Planning Conference with this Honorable Court. Boehm
17 will again seek a Conference with the Court due to the outstanding
18 discovery issues and status of discovery within the present action.
19
20   **B. Plaintiff's allegation that Boehm has failed to show good Cause.**
21   Plaintiff alleges that Defendant does not show good cause because
22 he can obtain the information and has obtained it through other means.
23 Plaintiff sites to 1) the Dr. Rose report, and 2) Plaintiff's
24 deposition.
25   Many of the events of Purser's life were withheld from Dr. Rose
26 thus invalidating his findings as they relate to Defendant Boehm's
27 alleged conduct. Missing are the myriad of individuals for whom Purser
28

2

REPLY TO OPPOSITION TO MOTION TO COMPEL PSYCHOLOGICAL EVALUATION

smoked "crack" cocain with, obtained "crack" cocain from, traded sex for money and drugs with as well as a detailed account of her involvement in several scams to defraud men of their money and property with co-conspirator Bambi Tyree.

Dr. Rose opined "...***She is experiencing significant psychological problems, although she may be exaggerating her complaints...***". *Dr. Rose Report, page 8*

Furthermore, Defendant has shown a myriad of inconsistencies in Plaintiff's testimony and as compared to the information provided to her expert Dr. Rose. For this reason a true evaluation is needed.

**C. Plaintiff's Belief That an Independent Expert Should be Appointed.**

Plaintiff's counsel contends that an Independent Expert be appointed because Dr. Mark Mills "specializes in testifying for defense attorneys and one who is likely biased by the misinformation provided by Boehm and his legal team".

Counsel's comments are flagrant, irresponsible and highly demeaning.

Dr. Mills is one of the foremost experts in his field. His educational back round, reputation of honesty and professional experience are of the utmost respectability. His curriculum vitae provided to this Court speaks for itself. Plaintiff's counsel has no basis for his irresponsible allegations and insults.

Defendant's counsel has been more than up front with Plaintiff's counsel and has attempted and will continue civilized communications through writing, telephone and in person meetings. Defense counsel has been and continues to be the subject of an unwarranted and unprovoked

3

steady stream of personal attacks by Plaintiff's counsel throughout this case.

Defendant's counsel respectfully requests that the insults come to an end as they serve no purpose to the outcome of this litigation nor do they enhance the argument of either party.

Finally, Defendant has no objection to a observer being present in during the examination, to be there solely as an observer.

**II.  CONCLUSION**

For the foregoing reasons, Defendant Boehm respectfully requests that this Honorable Court Order Purser to submit to a psychological evaluation with Dr. Mills.

January 11, 2007            KENNER LAW FIRM, P.C.


                            By:_____/S/_____
                                David E. Kenner,
                                Attorney for Defendant Josef F. Boehm


                            By:_____/S/_____
                                Brett A. Greenfield,
                                Attorney for Defendant Josef F. Boehm

4

REPLY TO OPPOSITION TO MOTION TO COMPEL PSYCHOLOGICAL EVALUATION