```
KENNER LAW FIRM, P.C.
David E. Kenner, SBN 41425
Brett A. Greenfield, SBN 217343
16000 Ventura Boulevard, PH 1208
Encino, CA 91364
818 995 1195
818 475 5369 - fax

Attorney for Defendant Josef F. Boehm
```

## IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF ALASKA

| | |
|---|---|
| Sally C. Purser, | ) |
|    Plaintiff, | ) CERTIFICATE OF SERVICE |
| v. | ) |
| Josef F. Boehm, Allen K. Bolling, and Bambi Tyree, | ) |
|    Defendants. | ) CASE NO.: A05-0085 (JKS) |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 2nd day of February, 2007. I caused a true and correct copy of the foregoing **REPLY TO PLAINTIFF'S OPPOSITION TO DEFEDNANTS RULE 35 MOTION TO COMPEL.**

The following parties were served via U.S. Mail on February 2, 2007:

Allen K. Bolling
Inmate No: 14911-006
USP Terre Haute
U.S. Penitentiary
P.O. Box 12015
Terre Haute, IN 47801
C.M. 7002 2410 0006 6742 2188

1

CERTIFICATE OF SERVICE

1  Bambi Tyree
2  c/o Mary Pate, Esq.
   425 G. Street, Suite 930
3  Anchorage, Alaska 99501
4
   Leslie Williams
5  Inmate No: 14903-006
6  FCI Yazoo City Medium
   P.O. Box 5888
7  Yazoo City, MS 39194
8
9
10     Dated:    February 02, 2007    _____
11                                         Rosie Ruiz

2

CERTIFICATE OF SERVICE