```
KENNER LAW FIRM, P.C.
David E. Kenner, SBN 41425
Brett A. Greenfield, SBN 217343
16000 Ventura Boulevard, PH 1208
Encino, CA 91364
818 995 1195
818 475 5369 - fax

WADE, KELLY & SULLIVAN
733 W. 4th Avenue, Suite 200
Anchorage, Alaska 99501
(907) 561-7743
(907) 562-8977 - fax
```

Attorney for Defendant Josef F. Boehm

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| Sally C. Purser,<br><br>　　　　Plaintiff,<br><br>　　　v.<br><br>Josef F. Boehm, Allen K. Bolling, and Bambi Tyree,<br><br>　　　　Defendants. | DECLARATION OF BRETT A. GREENFIELD IN SUPPORT OF OPPOSITION TO PLAINTIFF'S MOTION TO STRIKE UNAUTHORIZED SURREPLY<br><br><br><br><br><br>CASE NO.: A05-0085 (JKS) |

I Brett A. Greenfield, declare as follows:

1.　I am the attorney of record for Defendant Josef Boehm in the above-entitled action.

2.　The following true and correct copies of documents have been marked and attached hereto as Exhibits to the Defendant's Opposition to Plaintiff's Motion to Strike Unauthorized Surreply:

　A.　Exhibit "A", Affidavit of Plaintiff and former Defendant Bambi Tyree;

1

---

**DECLARATION OF BRETT A. GREENFIELD IN SUPPORT OF OPPOSITION TO PLAINTIFF'S MOTION TO STRIKE UNAUTHORIZED SURREPLY**

1      B.   Exhibit "B", Affidavit of Plaintiff Salley Purser.

2      I declare under penalty of perjury that the foregoing is true
3  and correct.

4  DATED this 5th day of February, 2007 at Encino, California.

                                                _____
                                                Brett A. Greenfield

**DECLARATION OF BRETT A. GREENFIELD IN SUPPORT OF OPPOSITION PLAINTIFFS PLAINTIFF'S MOTION TO STRIKE UNAUTHORIZED SURREPLY**