**EXHIBIT "A"**

UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| SALLY C. PURSER, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) ) |
| JOSEF F. BOEHM, ALLEN K. BOLLING, LESLIE J. WILLIAMS, JR., and BAMBI TYREE, | ) ) ) |
| Defendants. | ) Case No. A05-085 CV (JKS) |

## AFFIDAVIT OF BAMBI L. TYREE

STATE OF ALASKA      )
                     ) ss.
THIRD JUDICIAL DISTRICT )

I, BAMBI L. TYREE, being of sound mind, not under the influence of alcohol or drugs, and under no duress or coercion of any kind whatsoever hereby state:

1. I was a witness at the sentencing hearing for Josef Boehm in the matter of the United States Department of Justice, Office of the U.S. Attorney versus Josef Boehm.

2. I have reviewed a copy of my testimony at that hearing prepared by Transcripts Only of Anchorage, Alaska.

3. The statements made in this Affidavit are true and accurate.

4. I was born in ▮▮▮▮▮▮▮▮ on ▮▮▮▮▮▮, ▮▮.

Affidavit of Bambi L. Tyree
Wallis v. Boehm, et al.
Case No. A06-031 CV (JKS)

Page 1 of 8

RECEIVED
DEC 2 ᵥ 2006
BY: