EXHIBIT "B"

RECEIVED
DEC 2 2 2006
BY

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| Salley Purser, | ) |
|     Plaintiff, | ) |
| v. | ) |
| Josef F. Boehm, Allen K. Bolling, And Bambi Tyree | ) |
|     Defendants | ) Case No: A05-0085 (JKS) |

AFFIDAVIT OF SALLEY PURSER

| | |
|---|---|
| STATE OF ALASKA | ) |
| | ) SS. |
| THIRD JUDICIAL DISTRICT | ) |

I, SALLEY PURSER, being of sound mind, not under the influence of alcohol or drugs, and under no duress or coercion of any kind whatsoever hereby state:

1. I was a witness in the sentencing hearing for the United States Department of Justice, Office of the U.S. Attorney versus Josef Boehm;

2. I was fifteen years of age (15) when I first met Josef Boehm;

3. When I first met Josef Boehm I was not addicted to crack cocaine ("crack");

DARRYL L. JONES
ATTORNEY AT LAW
109 W. 6TH AVENUE, SUITE 200
ANCHORAGE, ALASKA 99501
PH: (907) 278-1212   FAX: (907) 278-1213

1