```
KENNER LAW FIRM, P.C.
David E. Kenner, SBN 41425
Brett A. Greenfield, SBN 217343
16000 Ventura Boulevard, PH 1208
Encino, CA 91364
818 995 1195
818 475 5369 - fax
```

Attorney for Defendant Josef F. Boehm

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| Sally C. Purser, | ) |
| Plaintiff, | ) CERTIFICATE OF SERVICE |
| v. | ) |
| Josef F. Boehm, Allen K. Bolling, and Bambi Tyree, | ) |
| Defendants. | ) CASE NO.: A05-0085 (JKS) |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 5th day of February, 2007. I caused a true and correct copy of the foregoing 1. DEFENDANT'S JOSEF BOEHM'S OPPOSITION TO PLAINTIFF'S MOTION TO STRIKE UNAUTHORIZED SURREPLY 2. DECLARATION OF BRETT A. GREENFIELD RE: DEFENDANT'S JOSEF BOEHM'S OPPOSITION TO PLAINTIFF'S MOTION TO STRIKE UNAUTHORIZED SURREPLY (WITH CORRESPONDING EXHIBITS).

The following parties were served via U.S. Mail on February 5, 2007:

Allen K. Bolling
Inmate No: 14911-006
USP Terre Haute
U.S. Penitentiary
P.O. Box 12015
Terre Haute, IN 47801

1

CERTIFICATE OF SERVICE

1 | Bambi Tyree
2 | c/o Mary Pate, Esq.
  | 425 G. Street, Suite 930
3 | Anchorage, Alaska 99501
4 |
5 | Leslie Williams
  | Inmate No: 14903-006
6 | FCI Yazoo City Medium
  | P.O. Box 5888
7 | Yazoo City, MS 39194
8 |
9 |
10 | Dated:    February 05, 2007        _____
11 |                                              Rosie Ruiz

2

CERTIFICATE OF SERVICE