**KENNER LAW FIRM, P.C.**
**David E. Kenner, SBN 41425**
**Brett A. Greenfield, SBN 217343**
**16000 Ventura Boulevard, PH 1208**
**Encino, CA 91364**
**818 995 1195**
**818 475 5369 – fax**


**WADE, KELLY & SULLIVAN**
**733 W. 4th Avenue, Suite 200**
**Anchorage, Alaska 99501**
**(907) 561-7743**
**(907) 562-8977 - fax**

Attorney for Defendant Josef F. Boehm

### IN THE UNITED STATES DISTRICT COURT

### DISTRICT OF ALASKA

| | |
|---|---|
| **Sally C. Purser,** | ) |
|           Plaintiff, | ) [PROPOSED] ORDER RE MOTION FOR CONFERENCE REGARDING SCHEDULING AND PLANNING |
|           v. | ) |
| **Josef F. Boehm, Allen K. Bolling, and Bambi Tyree,** | ) |
|           Defendants. | ) |

**CASE NO.: A05-0085 (JKS)**

### ORDER ON MOTION FOR CONFERENCE REGARDING
### SCHEDULING AND PLANNING

It is hereby ORDERED that this matter shall be set for conference regarding scheduling and planning on _____, 2007 at _____, a.m./p.m.

1

ORDER RE MOTION FOR CONFERENCE REGARDING SCHEDULING AND PLANNING

1 | The parties should be prepared to discuss all issues
2 | related to discovery at that time.
3 |
4 | Dated this _____ day of _____, 2007.

2

ORDER RE MOTION FOR CONFERENCE REGARDING SCHEDULING AND PLANNING

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

3

ORDER RE MOTION FOR CONFERENCE REGARDING SCHEDULING AND PLANNING