KENNER LAW FIRM, P.C.
David E. Kenner, SBN 41425
Brett A. Greenfield, SBN 217343
16000 Ventura Boulevard, PH 1208
Encino, CA 91364
818 995 1195
818 475 5369 - fax

Attorney for Defendant Josef F. Boehm

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| Sally C. Purser, | ) CERTIFICATE OF SERVICE |
| Plaintiff, | ) |
| v. | ) |
| Josef F. Boehm, Allen K. Bolling, and Bambi Tyree, | ) |
| Defendants. | ) CASE NO.: A05-0085 (JKS) |

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 7th day of February, 2007. I caused a true and correct copy of the foregoing 1. **DEFENDANT'S JOSEF BOEHM'S SECOND MOTION FOR CONFERENCE REGARDING SCHEDULING AND PLANNING 2. PROPOSED ORDER**

The following parties were served via U.S. Mail on February 7, 2007:

Allen K. Bolling
Inmate No: 14911-006
USP Terre Haute
U.S. Penitentiary
P.O. Box 12015
Terre Haute, IN 47801

1

CERTIFICATE OF SERVICE

```
 1  Bambi Tyree
    c/o Mary Pate, Esq.
 2  425 G. Street, Suite 930
 3  Anchorage, Alaska 99501

 4
    Leslie Williams
 5  Inmate No: 14903-006
 6  FCI Yazoo City Medium
    P.O. Box 5888
 7  Yazoo City, MS 39194
 8

 9

10  Dated:     February 07, 2007            _____
11                                                 Rosie Ruiz
12
```

2

CERTIFICATE OF SERVICE