Darryl L. Jones, Esq.
109 W. 6th Avenue, Suite 200
Anchorage, AK 99501
Tel (907) 278-1212
Fax (907) 278-1213

Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| Salley C. Purser, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| Josef F. Boehm, Allen K. Bolling, | ) |
| and Bambi Tyree, | ) |
| | ) |
| Defendants. | ) |
| _____ | ) Case No: A05-0085 (JKS) |

**CERTIFICATE OF SERVICE**

This is to certify that on or about the 15th day of February, 2007, a true and correct copy of the foregoing document was caused to be mailed to the following parties of record via United States Certified Mail:

Allen K. Bolling
Inmate No: 14911-006
USP Terre Haute
U.S. Penitentiary
P.O. Box 12015
Terre Haute, IN 47801
CM No: 7006 2760 0002 7384 9056

Josef Boehm
c/o David Kenner
Kenner Law Firm
16000 Ventura Blvd., Ste.1208
Encino, CA 91436
CM No: 7006 2760 0002 7384 9063


Pamela Sullivan
Wade, Kelley & Sullivan
 745 W. 4th Avenue, Suite 200
Anchorage, Alaska 99501
CM No: 7006 2760 0002 7384 9070


_____/s/_____
Darryl L. Jones, Esq.
109 W. 6th Avenue, Suite 200
Anchorage, Alaska 99501
Tel: 907-278-1212
Fax: 907-278-1213
Email: lodj.federalnotices@yahoo.com
ABA No: 8811188


\_\_\_/s/_____
Darryl L. Jones
109 W. 6th Avenue, Suite 200
Anchorage, AK 99501
Ph: 907-278-1212
Fax: 907-278-1213
ABA No: 8811188