KENNER LAW FIRM, P.C.
David E. Kenner, SBN 41425
Brett A. Greenfield, SBN 217343
16000 Ventura Boulevard, PH 1208
Encino, CA 91364
818 995 1195
818 475 5369 – fax

WADE, KELLY & SULLIVAN
733 W. 4th Avenue, Suite 200
Anchorage, Alaska 99501
(907) 561-7743
(907) 562-8977 - fax

Attorney for Defendant Josef F. Boehm

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| SALLY PURSER, | ) [PROPOSED] ORDER RE PLAINTIFF'S |
| | ) SECOND MOTION TO COMPEL RESPONSES |
| Plaintiff, | ) TO DISCOVERY |
| | ) |
| v. | ) |
| | ) |
| JOSEF F. BOEHM, BAMBI TYREE, | ) |
| LESLIE J. WILLIAMS, JR., and | ) |
| ALLEN K. BOLLING, | ) |
| | ) |
| Defendant. | ) |
| | ) |
| _____ | ) CASE NO.: A05-0085 (JKS) |

ORDER

Pursuant to motion, IT IS HEREBY ORDERED that Plaintiff'S Motion to Compel Responses to Discovery be DENIED in its entirety.

_____     _____
DATE                         UNITED STATES
                             DISTRICT COURT JUDGE

1