KENNER LAW FIRM, P.C.
David E. Kenner, SBN 41425
Brett A. Greenfield, SBN 217343
16000 Ventura Boulevard, PH 1208
Encino, CA 91364
818 995 1195
818 475 5369 - fax

Attorney for Defendant Josef F. Boehm

# IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF ALASKA

| | |
|---|---|
| Sally C. Purser, | ) |
| Plaintiff, | ) CERTIFICATE OF SERVICE |
| v. | ) |
| Josef F. Boehm, Allen K. Bolling, and Bambi Tyree, | ) |
| Defendants. | ) CASE NO.: A05-0085 (JKS) |

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 22nd day of February, 2007. I caused a true and correct copy of the foregoing **Opposition to Plaintiff's Second Motion to Compel**

The following parties were served via U.S. Mail on February 22, 2007:

Allen K. Bolling
Inmate No: 14911-006
USP Terre Haute
U.S. Penitentiary
P.O. Box 12015
Terre Haute, IN 47801

1

CERTIFICATE OF SERVICE

1  Bambi Tyree
2  c/o Mary Pate, Esq.
   425 G. Street, Suite 930
3  Anchorage, Alaska 99501
4
5  Leslie Williams
   Inmate No: 14903-006
6  FCI Yazoo City Medium
   P.O. Box 5888
7  Yazoo City, MS 39194
8
9
10  Dated:     February 22, 2007                    _____
11                                                   Rosie Ruiz

2

CERTIFICATE OF SERVICE