Darryl L. Jones, Esq.
109 W. 6th Avenue, Suite 200
Anchorage, AK 99501
Tel (907) 278-1212
Fax (907) 278-1213

Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| Salley C. Purser, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>Josef F. Boehm, Allen K. Bolling, )<br>and Bambi Tyree, )<br>)<br>Defendants. )<br>_____) | Case No: A05-0085 (JKS) |

**PROPOSED ORDER**

This Court, having considered the merits of the Defendant's Motion and the Plaintiff's opposition thereto; hereby **DENIES** the Defendant's Second Motion for a Conference Regarding Scheduling and Planning.

DATED this ____ day of _____, 2007.

_____
Honorable James K. Singleton