Darryl L. Jones, Esq.
109 W. 6th Avenue, Suite 200
Anchorage, AK 99501
Tel (907) 278-1212
Fax (907) 278-1213

Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| Salley C. Purser, )<br>)<br>        Plaintiff, )<br>)<br>v. )<br>)<br>Josef F. Boehm, Allen K. Bolling, )<br>and Bambi Tyree, )<br>)<br>        Defendants. )<br>_____) | Case No: A05-0085 (JKS) |

**CERTIFICATE OF SERVICE**

      This is to certify that on the 26th day of February 2007, a true and correct copy of the foregoing document was caused to be mailed to the following parties of record via United States Certified Mail:

      Allen K. Bolling
      Inmate No: 14911-006
      USP Terre Haute
      U.S. Penitentiary
      P.O. Box 12015
      Terre Haute, IN 47801
      C.N. No.: 7006 2760 0002 7384 9117

Josef Boehm
c/o David Kenner
Kenner Law Firm
16000 Ventura Blvd., Ste.1208
Encino, CA 91436
C.M. No.: 7006 2760 0002 7384 9049


Pamela Sullivan
Wade, Kelley & Sullivan
745 W. 4th Avenue, Suite 200
Anchorage, Alaska 99501
C.M. No.: 7006 2760 0002 7384 9155



  /s/
Darryl L. Jones
109 W. 6th Avenue, Suite 200
Anchorage, AK 99501
Ph: 907-278-1212
Fax: 907-278-1213
ABA No: 8811188