```
 1 │ KENNER LAW FIRM, P.C.
   │ David E. Kenner, SBN 41425
 2 │ Brett A. Greenfield, SBN 217343
   │ 16000 Ventura Boulevard, PH 1208
 3 │ Encino, CA 91364
   │ 818 995 1195
 4 │ 818 475 5369 - fax
 5 │ Attorney for Defendant Josef F. Boehm
```

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| Sally C. Purser, | ) |
| Plaintiff, | ) CERTIFICATE OF SERVICE |
| v. | ) |
| Josef F. Boehm, Allen K. Bolling, and Bambi Tyree, | ) |
| Defendants. | ) CASE NO.: A05-0085 (JKS) |

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 1st day of March 2007. I caused a true and correct copy of the foregoing **REPLY TO OPPOSITION TO MOTION FOR LEAVE TO FILE SUPPLEMENTAL OPPOSITION TO PLAINTIFF'S SECOND MOTION FOR SUMMARY JUDGMENT** The following parties were served via U.S. Mail on March 1, 2007:

Allen K. Bolling
Inmate No: 14911-006
USP Terre Haute
U.S. Penitentiary
P.O. Box 12015
Terre Haute, IN 47801

1 | Bambi Tyree
2 | c/o Mary Pate, Esq.
3 | 425 G. Street, Suite 930
    Anchorage, Alaska 99501
4 |
5 | Leslie Williams
    Inmate No: 14903-006
6 | FCI Yazoo City Medium
7 | P.O. Box 5888
    Yazoo City, MS 39194
8 |
9 |
10 | Dated:    March 1, 2007              _____
11 |                                            Rosie Ruiz

2

CERTIFICATE OF SERVICE