KENNER LAW FIRM, P.C.
David E. Kenner, SBN 41425
Brett A. Greenfield, SBN 217343
16000 Ventura Boulevard, PH 1208
Encino, CA 91364
818 995 1195
818 475 5369 – fax

WADE, KELLY & SULLIVAN
733 W. 4th Avenue, Suite 200
Anchorage, Alaska 99501
(907) 561-7743
(907) 562-8977 – fax

Attorney for Defendant Josef F. Boehm

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| Sally C. Purser, | ) DECLARATION OF BRETT A. |
| Plaintiff, | ) GREENFIELD IN SUPPORT OF REPLY TO |
| | ) OPPOSITION TO MOTION FOR LEAVE TO |
| v. | ) FILE SUPPLEMENTAL MEMORANDUM OF |
| | ) POINTS AND AUTHORITIES. |
| Josef F. Boehm, Allen K. Bolling, and Bambi Tyree, | ) |
| Defendants. | ) |
| | ) CASE NO.: A05-0085 (JKS) |

I Brett A. Greenfield, declare as follows:

1.  I am an attorney duly licenced to practice law in the State of California and before this Honorable Court.

2.  Our office did not retain the Sentencing Hearing audio discs from the court until mid December, 2006. The audio discs were then sent for transcribing. The portion of the transcript containing Dr. Jacobsen's testimony was not received by defense counsel until after the time in which to file the original opposition.

1

DECLARATION IN SUPPORT OF REPLY TO OPPOSITION

1  I declare under penalty of perjury that the foregoing is true and
2  correct.
3  DATED this 1st day of March, 2007 at Encino, California.

*(signature)*

BRETT A. GREENFIELD

2

**DECLARATION IN SUPPORT OF REPLY TO OPPOSITION**