1  KENNER LAW FIRM, P.C.
   David E. Kenner, SBN 41425
2  Brett A. Greenfield, SBN 217343
   16000 Ventura Boulevard, PH 1208
3  Encino, CA 91364
   818 995 1195
4  818 475 5369 - fax

5  Attorney for Defendant Josef F. Boehm

6              IN THE UNITED STATES DISTRICT COURT

7                     DISTRICT OF ALASKA

8

9  Sally C. Purser,              )
                                  ) CERTIFICATE OF SERVICE
10         Plaintiff,             )
                                  )
11         v.                     )
                                  )
12 Josef F. Boehm, Allen K.       )
   Bolling, and Bambi Tyree,      )
13                                )
           Defendants.            )
14                                ) CASE NO.: A05-0085 (JKS)
                                  )
15 _____)

16                    **CERTIFICATE OF SERVICE**

17     I HEREBY CERTIFY that on this 1st day of March 2007. I caused a
18 true and correct copy of the foregoing **REPLY TO OPPOSITION TO MOTION**
19 **FOR LEAVE TO FILE SUPPLEMENTAL OPPOSITION TO PLAINTIFF'S SECOND MOTION**
20 **FOR SUMMARY JUDGMENT** The following parties were served via U.S. Mail
21 on March 1, 2007:

22
   Allen K. Bolling
23 Inmate No: 14911-006
24 USP Terre Haute
   U.S. Penitentiary
25 P.O. Box 12015
26 Terre Haute, IN 47801

27

28

                              1
   _____
                    CERTIFICATE OF SERVICE

1  Bambi Tyree
2  c/o Mary Pate, Esq.
   425 G. Street, Suite 930
3  Anchorage, Alaska 99501
4
   Leslie Williams
5  Inmate No: 14903-006
6  FCI Yazoo City Medium
   P.O. Box 5888
7  Yazoo City, MS 39194
8
9
10 Dated:    March 1, 2007            *Rosie Ruiz* (signature)
11                                    Rosie Ruiz
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

2

CERTIFICATE OF SERVICE