**KENNER LAW FIRM, P.C.**
**David E. Kenner, SBN 41425**
**Brett A. Greenfield, SBN 217343**
**16000 Ventura Boulevard, PH 1208**
**Encino, CA 91364**
**818 995 1195**
**818 475 5369 – fax**

**Attorney for Defendant Josef F. Boehm**

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| Sally C. Purser, | ) |
| | ) CERTIFICATE OF SERVICE |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| Josef F. Boehm, Allen K. | ) |
| Bolling, and Bambi Tyree, | ) |
| | ) |
| Defendants. | ) |
| | ) CASE NO.: A05-0085 (JKS) |
| | ) |
| | ) |

**CERTIFICATE OF SERVICE**

   I HEREBY CERTIFY that on this 8th day of March, 2007. I caused a true and correct copy of the foregoing: **DEFENDANT JOSEF BOEHM'S REPLY TO PLAINTIFF'S OPPOSITION TO SECOND MOTION FOR A CONFERENCE REGARDING SCHEDULING AND PLANNING.**

The following parties were served via U.S. Mail on March 8, 2007:

Allen K. Bolling
Inmate No: 14911-006
USP Terre Haute
U.S. Penitentiary
P.O. Box 12015
Terre Haute, IN 47801

1  Bambi Tyree
2  c/o Mary Pate, Esq.
   425 G. Street, Suite 930
3  Anchorage, Alaska 99501
4
5  Leslie Williams
   Inmate No: 14903-006
6  FCI Yazoo City Medium
7  P.O. Box 5888
   Yazoo City, MS 39194
8
9
10                                                         Rosie Ruiz

CERTIFICATE OF SERVICE