**KENNER LAW FIRM, P.C.**
David E. Kenner, SBN 41425
Brett A. Greenfield, SBN 217343
16000 Ventura Boulevard, PH 1208
Encino, CA 91364
818 995 1195
818 475 5369 – fax

**WADE, KELLY & SULLIVAN**
733 W. 4th Avenue, Suite 200
Anchorage, Alaska 99501
(907) 561-7743
(907) 562-8977 - fax

Attorney for Defendant Josef F. Boehm

# IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF ALASKA

| | |
|---|---|
| Sally C. Purser, | ) |
| Plaintiff, | ) NOTICE OF MOTION AND MOTION FOR RECONSIDERATION RE: SUMMARY JUDGMENT |
| v. | ) |
| Josef F. Boehm, Allen K. Bolling, and Bambi Tyree, | ) |
| Defendants. | ) |
| | ) CASE NO.: A05-0085 (JKS) |

PLEASE TAKE NOTICE THAT ON April 4, 2006 at 8:30 AM or as soon thereafter as the matter may be heard in the above-entitled Court, Defendant Josef Boehm will and hereby does move this Court to reconsider its order on plaintiff's motion for summary judgment.

This motion is made on the grounds that Defendant Boehm was not given the full amount of time required to respond to the affidavits of Salley Purser and Bambi Tyree. Thus, Defendant Boehm, using due diligence, was not able to provide his own

affidavit in time to support his opposition to Plaintiff's motion for summary judgment.

    This motion is based upon this notice of motion and motion, the accompanying memorandum of points and authorities, all pleadings and papers on file in this action, and upon such other evidence, argument, and matters as may be presented to the court at the time of hearing.

DATED this 4th day of April, 2007 at Encino, California.

                            KENNER LAW FIRM

                            By:_____/s/_____
                                David E. Kenner
                                California 41425
                                16000 Ventura Blvd.
                                Penthouse 1208
                                Encino, California 91436
                                Telephone: (818) 995-1195

                            By:_____/s/_____
                                Brett A. Greenfield
                                California 217343
                                16000 Ventura Blvd.
                                Penthouse 1208
                                Encino, California 91436
                                Telephone (818) 995-1195

**NOTICE OF MOTION AND MOTION RECONSIDERATION RE: SUMMARY JUDGMENT**