**EXHIBIT "A"**

```
KENNER LAW FIRM, P.C.
David E. Kenner, SBN 41425
Brett A. Greenfield, SBN 217343
16000 Ventura Boulevard, PH 1208
Encino, CA 91364
818 995 1195
818 475 5369 - fax

WADE, KELLY & SULLIVAN
733 W. 4th Avenue, Suite 200
Anchorage, Alaska 99501
(907) 561-7743
(907) 562-8977 - fax
```

Attorney for Defendant Josef F. Boehm

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| Sally C. Purser, | AFFIDAVIT OF JOSEF BOEHM |
| Plaintiff, | |
| v. | |
| Josef F. Boehm, Allen K. Bolling, and Bambi Tyree, | |
| Defendants. | CASE NO.: A05-0085 (JKS) |

DECLARATION OF JOSEF BOEHM

I Josef Boehm, say and declare as follows:

1. As to each of the allegations set forth in the Affidavits of Salley Purser and Bambi Tyree, I declare as follows:

2. I deny the allegation set forth in the affidavit of Salley Purser, paragraph 3;

1

DECLARATION OF JOSEF BOEHM

3.   I do not have sufficient facts in order to admit or deny the allegation set forth in the affidavit of Salley Purser, paragraph 3;

4.   I deny the allegations set forth in the affidavit of Salley Purser, paragraph 4;

5.   I deny the allegation set forth in the affidavit of Salley Purser, paragraph 5;

6.   I deny the allegations set forth in the affidavit of Salley Purser, paragraph 6;

7.   I deny the allegations set forth in the affidavit of Salley Purser, paragraph 7;

8.   I deny the allegations set forth in the affidavit of Salley Purser, paragraph 8;

9.   I deny the allegation set forth in the affidavit of Salley Purser, paragraph 9, subsections (a), (b), (c), (d), (e);

10.  I deny the allegations set forth in the affidavit of Salley Purser, paragraph 10;

11.  I deny the allegations set forth in the affidavit of Salley Purser, paragraph 11;

12.  I deny the allegations set forth in the affidavit of Salley Purser, paragraph 12;

13.  I deny the allegations set forth in the affidavit of Salley Purser, paragraph 13;

14.  I deny the allegations set forth in the affidavit of Salley Purser, paragraph 14;

15. I deny the allegations set forth in the affidavit of Salley Purser, paragraph 15;

16. I deny the allegations set forth in the affidavit of Salley Purser, paragraph 16;

17. I deny the allegations set forth in the affidavit of Salley Purser, paragraph 17;

18. I deny the allegations set forth in the affidavit of Salley Purser, paragraph 18;

19. I deny the allegations set forth in the affidavit of Salley Purser, paragraph 19;

20. I deny the allegations set forth in the affidavit of Salley Purser, paragraph 20;

21. I deny the allegations set forth in the affidavit of Salley Purser, paragraph 21;

22. I deny the allegations set forth in the affidavit of Salley Purser, paragraph 22;

23. I deny the allegations set forth in the affidavit of Salley Purser, paragraph 23. I do not have sufficient facts in which to admit or deny whether Salley Purser had intercourse with Leslie Williams while in Seattle.

24. I deny the allegations set forth in the affidavit of Salley Purser, paragraph 24;

25. I deny the allegations set forth in the affidavit of Salley Purser, paragraph 25;

3

DECLARATION OF JOSEF BOEHM

26. I deny the allegations set forth in the affidavit of Salley Purser, paragraph 26;

27. I deny the allegations set forth in the affidavit of Salley Purser, paragraph 27;

28. I do not have sufficient facts in which to admit or deny the allegations set forth in the affidavit of Salley Purser, paragraph 28;

29. I deny the allegations set forth in the affidavit of Salley Purser, paragraph 29;

30. I deny the allegations set forth in the affidavit of Salley Purser, paragraph 30 as they pertain to me;

31. I deny the allegations set forth in the affidavit of Salley Purser, paragraph 31;

32. I deny the allegations set forth in the affidavit of Salley Purser, paragraph 32;

33. I deny the allegations set forth in the affidavit of Salley Purser, paragraph 33;

34. I deny the allegations set forth in the affidavit of Salley Purser, paragraph 34;

35. I deny the allegations set forth in the affidavit of Bambi Tyree, paragraph 6;

36. I deny the allegations set forth in the affidavit of Bambi Tyree, paragraph 7;

37. I deny the allegations set forth in the affidavit of Bambi Tyree, paragraph 8;

38. I deny the allegations set forth in the affidavit of Bambi Tyree, paragraph 9;

39. I deny the allegations set forth in the affidavit of Bambi Tyree, paragraph 10;

40. I deny the allegations set forth in the affidavit of Bambi Tyree, paragraph 11;

41. I deny the allegations set forth in the affidavit of Bambi Tyree, paragraph 12;

42. I deny the allegations set forth in the affidavit of Bambi Tyree, paragraph 13;

43. I deny the allegations set forth in the affidavit of Bambi Tyree, paragraph 14;

44. I deny the allegations set forth in the affidavit of Bambi Tyree, paragraph 15;

45. I deny the allegations set forth in the affidavit of Bambi Tyree, paragraph 16;

46. I deny the allegations set forth in the affidavit of Bambi Tyree, paragraph 17;

47. I deny the allegations set forth in the affidavit of Bambi Tyree, paragraph 18;

46. I deny the allegations set forth in the affidavit of Bambi Tyree, paragraph 19;

47. I deny the allegations set forth in the affidavit of Bambi Tyree, paragraph 20;

5

DECLARATION OF JOSEF BOEHM

48. I deny the allegations set forth in the affidavit of Bambi Tyree, paragraph 21;

49. I deny the allegations set forth in the affidavit of Bambi Tyree, paragraph 22;

50. I deny the allegations set forth in the affidavit of Bambi Tyree, paragraph 23;

51. I deny the allegations set forth in the affidavit of Bambi Tyree, paragraph 24;

52. I deny the allegations set forth in the affidavit of Bambi Tyree, paragraph 25;

53. I deny the allegations set forth in the affidavit of Bambi Tyree, paragraph 26;

54. I deny the allegations set forth in the affidavit of Bambi Tyree, paragraph 27;

55. I deny the allegations set forth in the affidavit of Bambi Tyree, paragraph 28;

56. I deny the allegations set forth in the affidavit of Bambi Tyree, paragraph 29;

57. I deny the allegations set forth in the affidavit of Bambi Tyree, paragraph 30;

58. I deny the allegations set forth in the affidavit of Bambi Tyree, paragraph 31;

59. I deny the allegations set forth in the affidavit of Bambi Tyree, paragraph 32;

60. I deny the allegations set forth in the affidavit of Bambi Tyree, paragraph 33;

61. I deny the allegations set forth in the affidavit of Bambi Tyree, paragraph 34;

62. I deny the allegations set forth in the affidavit of Bambi Tyree, paragraph 35;

63. I have given this declaration of my own free will without any promise of reward or threat of coercion. I declare under penalty of perjury under the laws of the State of California that this declaration is the truth and I will testify consistent with if called to do so in a court of law. I have had the opportunity to read and revise this declaration prior to signing it.

Executed this 15TH day of January, 2007 at Victorville, California.

*(signature)*
JOSEF BOEHM

DECLARATION OF JOSEF BOEHM