```
KENNER LAW FIRM, P.C.
David E. Kenner, SBN 41425
Brett A. Greenfield, SBN 217343
16000 Ventura Boulevard, PH 1208
Encino, CA 91364
818 995 1195
818 475 5369 - fax
```

Attorney for Defendant Josef F. Boehm

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| Sally C. Purser, | ) CERTIFICATE OF SERVICE |
| Plaintiff, | ) |
| v. | ) |
| Josef F. Boehm, Allen K. Bolling, and Bambi Tyree, | ) |
| Defendants. | ) CASE NO.: A05-0085 (JKS) |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 4th day of April 2007. I caused a true and correct copy of the foregoing **NOTICE OF MOTION AND MOTION FOR RECONSIDERATION RE: SUMMARY JUDGMENT and MEMORANDUM OF POINTS AND AUTHORITIES ON MOTION FOR RECONSIDERATION RE: SUMMARY JUDGMENT**

The following parties were served via U.S. Mail on April 4, 2007:

```
Allen K. Bolling
Inmate No: 14911-006
USP Terre Haute
U.S. Penitentiary
P.O. Box 12015
Terre Haute, IN 47801
```

1

CERTIFICATE OF SERVICE

1
2  Bambi Tyree
   c/o Mary Pate, Esq.
3  425 G. Street, Suite 930
4  Anchorage, Alaska 99501
5
   Leslie Williams
6  Inmate No: 14903-006
7  FCI Yazoo City Medium
   P.O. Box 5888
8  Yazoo City, MS 39194
9
10
11 Dated:    April 4, 2007                    _____
                                              Rosie Ruiz
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

                                    2
                          CERTIFICATE OF SERVICE