**KENNER LAW FIRM, P.C.**
**David E. Kenner, SBN 41425**
**Brett A. Greenfield, SBN 217343**
**16000 Ventura Boulevard, PH 1208**
**Encino, CA 91364**
**818 995 1195**
**818 475 5369 – fax**

**WADE, KELLY & SULLIVAN**
**733 W. 4th Avenue, Suite 200**
**Anchorage, Alaska 99501**
**(907) 561-7743**
**(907) 562-8977 - fax**

**Attorney for Defendant Josef F. Boehm**

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| Salley Purser<br><br>　　　　　Plaintiff(s)<br>　　vs<br><br>Josef Boehm<br><br>　　　　　Defendant(s) | Case No.  (*Insert Case No*)<br><br>SCHEDULING AND PLANNING<br>　　CONFERENCE REPORT |

1.   **Meeting**. In accordance with Fed. R. Civ. P. 26(f), a meeting was held on (*April 5, 2007*) and was attended by:

　　　　Darell Jones　　　　　　　attorney for plaintiff Salley Purser

　　　　Pam Sullivan　　　　　　 attorney for defendant Josef Boehm

The parties recommend the following:

2. **Pre-Discovery Disclosures**. The information required by Fed. R. Civ. P. 26(a)(1):

    ___ have been exchanged by the parties

    ___ will be exchanged by the parties by (*insert date*)

Proposed changes to disclosure requirements: (*Insert proposed changes, if any*)

Preliminary witness lists

    _X_ have been exchanged by the parties

    ___ will be exchanged by the parties by (*insert date*)

3. **Contested Issues of Fact and Law**. Preliminarily, the parties expect the following issues of fact and/or law to be presented to the court at trial in this matter:

A. Liability;
B. Apportionment of fault; and
C. Damages

4. **Discovery Plan**. The parties jointly propose to the court the following discovery plan.

    A. Discovery will be needed on the following issues:

1. Criminal history records of parties and witnesses;
2. Physciatric records of Plaintiff Purser and witnesses in criminal matter *USA v. Josef Boehm*, Case Number 3:04-cr-00003 JWS;
3. All statements made by witnesses and parties to the criminal matter *USA v. Josef Boehm*, Case Number 3:04-cr-00003 JWS;
4. Probation and parol records of all parties in this case;
5. All of discovery in the possession of the United States Attorneys Office in case *USA v. Josef Boehm*, Case Number 3:04-cr-00003 JWS;

    B. Disclosure or discovery of electronically stored information should be handled as follows:

Stored on appropriate electronic medium and sent to appropriate party.

    C. The parties have agreed to an order regarding claims of privilege or of protection as trial preparation material asserted after production as follows:

D. All discovery commenced in time to be completed by (*February 1, 2008*) ("discovery close date").

E. Limitations on Discovery.

    1. Interrogatories

        __X__ No change from Fed .R. Civ. P. 33(a)

        ____ Maximum of ____ by each party to any other party.

        Responses due in ____ days.

    2. Requests for Admissions.

        __X__ No change from Fed. R. Civ. P. 36(a).

        ____ Maximum of ____ requests.

        Responses due in ____ days.

    3. Depositions.

        __X__ No change from Fed. R. Civ. P. 36(a), (d).

        ____ Maximum of ____ depositions by each party.

        Depositions not to exceed ____ hours unless agreed to by all parties.

F. Reports from retained experts.

    __X__ Not later than 90 days before the close of discovery subject to Fed. R. Civ. P. 26(a)(2)(C).

    ____ Reports due:

    From plaintiff (*insert date*)     From defendant (*insert date*)

G. Supplementation of disclosures and discovery responses are to be made:

    __X__ Periodically at 60-day intervals from the entry of scheduling and planning order.

        \_\_\_\_ As new information is acquired, but not later than 60 days before the close of discovery.

   H.   A final witness list, disclosing all lay and expert witnesses whom a party may wish to call at trial, will be due:

        _X_  45 days prior to the close of discovery.

        \_\_\_\_ Not later than (*insert date*)

5.   **Pretrial Motions**.

   _X_  No change from D.Ak. LR 16.1(c).

   The following changes to D.Ak. LR 16.1(c). [Check and complete all that apply]

   \_\_\_\_ Motions to amend pleadings or add parties to be filed not later than (*insert date*).

   \_\_\_\_ Motions under the discovery rules must be filed not later than (*insert date*).

   \_\_\_\_ Motions in limine and dispositive motions must be filed not later than (*insert date*).

6.   **Other Provisions**:

   A.  \_\_\_\_ The parties do not request a conference with the court before the entry of the scheduling order.

       _X_  The parties request a scheduling conference with the court on the following issue(s):

       Trial date

   B.  Alternative Dispute Resolution. [D.Ak. LR 16.2]

       \_\_\_\_ This matter is not considered a candidate for court-annexed alternative dispute resolution.

       _X_  The parties will file a request for alternative dispute resolution not later than November 1, 2007.

           _X_ Mediation      ___ Early Neutral Evaluation

C.    The parties ___ do _X_ not consent to trial before a magistrate judge.

D.    Compliance with the Disclosure Requirements of Fed. R. Civ. P. 7.1

     ___ All parties have complied     ___ Compliance not required by any party

7. **Trial**.

A.    The matter will be ready for trial:

     _X_ 60 days after the discovery close date.

     ___ not later than (*insert date*).

B.    This matter is expected to take   20   days to try. full court

C.    Jury Demanded _X_ Yes ___ No

     Right to jury trial disputed? ___ Yes _X_ No

Dated: April 5, 2007

                                By:_____/s/_____
                                Brett A. Greenfield
                                California 217343
                                16000 Ventura Blvd.
                                Penthouse 1208
                                Encino, California 91436

                                By:_____/s/_____
                                David E. Kenner
                                California 41425
                                16000 Ventura Blvd.
                                Penthouse 1208
                                Encino, California 91436

                                (Insert Signature Block for
                                Defendant's Attorney