CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 6th day of April, 2006. I caused a true and correct copy of the foregoing **STATUS REPORT** to be served on the following parties:

CARMEN E. CLARK, ESQ.
INGALDSON, MAASSEN & FITZGERALD, P.C.
813 W. 3RD AVENUE
ANCHORAGE, AK 99501-2001


Allen K. Bolling
Inmate No: 14911-006
USP Terre Haute
U.S. Penitentiary
P.O. Box 12015
Terre Haute, IN 47801
C.M. 7002 2410 0006 6742 2188

Bambi Tyree
c/o Mary Pate, Esq.
425 G. Sreet, Suite 930
Anchorage, Alaska 99501

Leslie Williams
Inmate No: 14903-006
FCI Yazoo City Medium
P.O. Box 5888
Yazoo City, MS 39194


Dated: April 6, 2007            _____/s/_____
                                Brett A. Greenfield