Darryl L. Jones, Esq.
905 Photo Avenue
Anchorage, AK 99503
Tel (907) 278-1212
Fax (907) 278-1213
Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

| | |
|---|---|
| Sally C. Purser, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
|     vs. | ) |
| | ) |
| Josef F. Boehm, et al., | ) |
| | ) |
|     Defendants. | ) |
| _____ ) | Case No. A05-0085 CV (JKS) |

**STATUS REPORT ON
SCHEDULING AND PLANNING**

On 23 March 2007 this Court entered an order on pending motions. (Docket 199). The Court directed that the parties meet and confer and try to reach an agreement on an updated discovery plan. Id., pp. 4-5. The Court also directed that if an agreement could not be reached, each party could submit their own proposal as to additional discovery. Id, p. 5.

Plaintiff's counsel has conferred with local counsel for defendant. Defendant's counsel believes discovery should be wide open, and trial should not occur until February 2008. Defendant's counsel believes trial in this case should be conducted to coincide with trial scheduled in another case against Boehm, apparently to save Boehm money on costs. Plaintiff's counsel strenuously objects to this plan proposed by defense counsel and contends the unreasonable delay will only serve to deny plaintiff a trial within a reasonable time. Moreover,

plaintiff's counsel does not believe that discovery should be "wide open" and in fact, discovery should remain closed.  See  Motion for Sanctions, Docket 144.

Plaintiff's counsel proposes the following:

**Trial Date**:   Mid to late July 2007.

**Discovery**:   Any party wishing to pursue additional discovery must file a motion for leave to do so, and show why the additional discovery is need and they must show that they have acted with due diligence in previous discovery requests.

**Motions**:  No dispositive motions will be allowed.

Motions related to additional discovery must be filed on or before April 30, 2007.

Motions regarding admissibility of evidence or objections will be filed on or before May 31, 2007.

**Exhibits:**  Proposed trial exhibits will be marked and exchanged on or before May 15, 2007.

**Witness Lists:**  A final list of witnesses will be filed on or before June 1, 2007.  The list shall contain only those witnesses who will be called to testify at trial, and only those witnesses who have been previously identified on the party's final witness list.  Additional of other witnesses, not previously listed, may be allowed by motion showing good cause.

DATED this 6th day of April 2007.

                /s/
Darryl L. Jones, Esq.
905 Photo Avenue
Anchorage, Alaska 99503
Tel: 907-278-1212
Fax: 907-278-1213
Email: lodj.federalnotices@yahoo.com
Ak.Bar.No. 8811188