Darryl L. Jones, Esq.
905 Photo Avenue
Anchorage, AK 99503
Tel (907) 278-1212
Fax (907) 278-1213

Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| Salley C. Purser,            )<br>                              )<br>        Plaintiff,           )<br>                              )<br>v.                            )<br>                              )<br>Josef F. Boehm, Allen K. Bolling, )<br>and Bambi Tyree,              )<br>                              )<br>        Defendants.            )<br>_____) | Case No: 3:05-85 JKS |

**CERTIFICATE OF SERVICE**

   This is to certify that on or about the 6th day of April 2007 a true and correct copy

of the foregoing documents were caused to be mailed to the following parties of record via

United States Postal Service:

  Allen K. Bolling
  Inmate No: 14911-006
  USP Terre Haute
  U.S. Penitentiary
  P.O. Box 12015
  Terre Haute, IN 47801

Josef Boehm
c/o David Kenner
Kenner Law Firm
16000 Ventura Blvd., Ste.1208
Encino, CA 91436


Pamela Sullivan
Wade, Kelley & Sullivan
745 W. 4th Avenue, Suite 200
Anchorage, Alaska 99501



_____/s/_____
Darryl L. Jones, Esq.
ABA No: 8811188