```
KENNER LAW FIRM, P.C.
David E. Kenner, SBN 41425
Brett A. Greenfield, SBN 217343
16000 Ventura Boulevard, PH 1208
Encino, CA 91364
818 995 1195
818 475 5369 – fax

WADE, KELLY & SULLIVAN
733 W. 4th Avenue, Suite 200
Anchorage, Alaska 99501
(907) 561-7743
(907) 562-8977 - fax
```

Attorney for Defendant Josef F. Boehm

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| KRYSTAL WALLIS, ) | |
| ) | |
| Plaintiff, ) | NOTICE OF ATTACHMENT |
| ) | |
| v. ) | |
| ) | |
| JOSEF F. BOEHM, ) | |
| ) | |
| Defendant. ) | |

This document is a notice of attachment.  Certificate of service is attached.

DATED this 6 day of April, 2007 at Anchorage, Alaska.

```
                            KENNER LAW FIRM


                            By:___/s/_____
                               David E. Kenner
                               California 41425
                               16000 Ventura Blvd.
                               Penthouse 1208
                               Encino, California  91436
```

1

**NOTICE OF ATTACHMENT**