```
 1  KENNER LAW FIRM, P.C.
    David E. Kenner, SBN 41425
 2  Brett A. Greenfield, SBN 217343
    16000 Ventura Boulevard, PH 1208
 3  Encino, CA 91364
    818 995 1195
 4  818 475 5369 - fax

 5  Attorney for Defendant Josef F. Boehm

 6              IN THE UNITED STATES DISTRICT COURT

 7                     DISTRICT OF ALASKA

 8

 9  Sally C. Purser,              )
                                  ) CERTIFICATE OF SERVICE
10         Plaintiff,             )
                                  )
11         v.                     )
                                  )
12  Josef F. Boehm, Allen K.      )
    Bolling, and Bambi Tyree,     )
13                                )
           Defendants.            )
14                                ) CASE NO.: A05-0085 (JKS)
                                  )
15  _____)
```

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 4th day of April 2007. I caused a true and correct copy of the foregoing **NOTICE OF MOTION AND MOTION FOR RECONSIDERATION RE: SUMMARY JUDGMENT** and **MEMORANDUM OF POINTS AND AUTHORITIES ON MOTION FOR RECONSIDERATION RE: SUMMARY JUDGMENT**

The following parties were served via U.S. Mail on April 4, 2007:

Allen K. Bolling
Inmate No: 14911-006
USP Terre Haute
U.S. Penitentiary
P.O. Box 12015
Terre Haute, IN 47801

1

CERTIFICATE OF SERVICE

Bambi Tyree
c/o Mary Pate, Esq.
425 G. Street, Suite 930
Anchorage, Alaska 99501

Leslie Williams
Inmate No: 14903-006
FCI Yazoo City Medium
P.O. Box 5888
Yazoo City, MS 39194

Dated:    April 4, 2007

_____
Rosie Ruiz

2

CERTIFICATE OF SERVICE