1  **KENNER LAW FIRM, P.C.**
   **David E. Kenner, SBN 41425**
2  **Brett A. Greenfield, SBN 217343**
   **16000 Ventura Boulevard, PH 1208**
3  **Encino, CA 91364**
   **818 995 1195**
4  **818 475 5369 – fax**

5  **WADE, KELLY & SULLIVAN**
   **733 W. 4th Avenue, Suite 200**
6  **Anchorage, Alaska 99501**
   **(907) 561-7743**
7  **(907) 562-8977 - fax**

8  **Attorney for Defendant Josef F. Boehm**

9             **IN THE UNITED STATES DISTRICT COURT**

10                      **DISTRICT OF ALASKA**

11

12 **Sally C. Purser,**                )
                                        ) NOTICE OF MOTION AND MOTION FOR
13         Plaintiff,                   ) LEAVE TO FILE THIRD PARTY
                                        ) COMPLAINTS
14         v.                           )
                                        )
15 **Josef F. Boehm, Allen K.**         )
   **Bolling, and Bambi Tyree,**        )
16                                      )
           Defendants.                  )
17                                      )
                                        )
18 _____) CASE NO.: A05-0085 (JKS)
                                        )
19

20   PLEASE TAKE NOTICE THAT ON April 20, 2006 at 8:30 AM or as

21 soon thereafter as the matter may be heard in the above-entitled

22 Court, Defendant Josef Boehm will and hereby does move this Court

23 to file third party complaints against Bambi Tyree, Kathleen

24 Purser, Al Bolling, Leslie Williams, Jay Whaley, estate of Carl

25 Bucher, Jay Harrison, Roberta Harrison, Deborah Axt, and Salley

26 Purser's Boyfriends and all possible defendants not yet known but

27 referenced as "Doe 1-50.".

28

                                    1

**NOTICE OF MOTION AND MOTION FOR LEAVE TO FILE THIRD PARTY**
                          **COMPLAINTS**

1  This motion is made on the grounds that evidence has been
2 acquired showing that the above listed people are responsible for
3 the alleged injuries of Salley Purser.
4  This motion is based upon this notice of motion and motion,
5 the accompanying memorandum of points and authorities, all
6 pleadings and papers on file in this action, and upon such other
7 evidence, argument, and matters as may be presented to the court at
8 the time of hearing.

DATED this 20th day of April, 2007 at Encino, California.

KENNER LAW FIRM

By:_____/s/_____
    David E. Kenner
    California 41425
    16000 Ventura Blvd.
    Penthouse 1208
    Encino, California 91436


By:_____/s/_____
    Brett A. Greenfield
    California 217343
    16000 Ventura Blvd.
    Penthouse 1208
    Encino, California 91436

**NOTICE OF MOTION AND MOTION FOR LEAVE TO FILE THIRD PARTY COMPLAINTS**