1  **KENNER LAW FIRM, P.C.**
   **David E. Kenner, SBN 41425**
2  **Brett A. Greenfield, SBN 217343**
   **16000 Ventura Boulevard, PH 1208**
3  **Encino, CA 91364**
   **818 995 1195**
4  **818 475 5369 – fax**

5  **WADE, KELLY & SULLIVAN**
   **733 W. 4th Avenue, Suite 200**
6  **Anchorage, Alaska 99501**
   **(907) 561-7743**
7  **(907) 562-8977 - fax**

8  **Attorney for Defendant Josef F. Boehm**

9              **IN THE UNITED STATES DISTRICT COURT**

10                  **DISTRICT OF ALASKA**

11

12  **Sally C. Purser,**                    **)**
                                            **) POINTS AND AUTHORITIES TO FILE**
13              **Plaintiff,**              **) THIRD PARTY COMPLAINTS**
                                            **)**
14              **v.**                      **)**
                                            **)**
15  **Josef F. Boehm, Allen K.**            **)**
    **Bolling, and Bambi Tyree,**           **)**
16                                          **)**
                **Defendants.**             **)**
17                                          **)**
                                            **) CASE NO.: A05-0085 (JKS)**
18  _____        **)**
                                            **)**
19
    **I.    INTRODUCTION**
20
21          **a.    Timing of motion to file third party complaints**

22      Boehm has recently obtained discovery that necessitates filing

23  third party complaints.  Third party complaints would have been

24  filed earlier, however, it has been an overwhelming and difficult

25  task locating witnesses, documents and other relevant information.

26  All of these difficulties have been compounded by the lack of

27  cooperation thus far by Purser's counsel.

28

                                    1

    **POINTS AND AUTHORITIES TO FILE THIRD PARTY COMPLAINTS**

1    In addition, predecessor counsel did very little by way of

2  discovery and motion practice leaving the Kenner Law Firm in a very

3  difficult and time sensitive position. Discovery thus far continues

4  to shed new light on the facts and circumstances surrounding the

5  claims against Boehm and continues to reveal individuals who

6  contradict each and every claim made by Purser. **Discovery**

7  **continues to reveal that others are responsible for Purser's**

8  **alleged damages.**

9    Many of the events in Salley Purser's life are unknown and she

10  continues to attempt to keep those events undiscovered in hopes

11  that she can claim that Boehm is the sole cause of her damages.

12  From the limited amount of discovery obtained by counsel, it is

13  clear that Salley Purser has been abused sexually, mentally, and

14  physically by parents, uncles, friends, cocaine dealers, pimps and

15  many others.  However, those people have **never** been sued by Salley

16  Purser and remain outside of this case.  The reasons that litigious

17  Salley Purser decided not to sue those people is clear and does not

18  require explanation.

19    Still missing from discovery are the myriad of individuals for

20  whom Purser smoked "crack" cocain with, obtained "crack" cocain

21  from, traded sex for money and drugs with as well as a detailed

22  account of her involvement in several scams to defraud men of their

23  money and property with co-conspirator Bambi Tyree.

24

25    The magnitude and complexity of this case is growing at an

26  extreme pace and further third party complaints will be necessary

27  as others are found to be responsible for Purser's alleged damages.

28

2

**POINTS AND AUTHORITIES TO FILE THIRD PARTY COMPLAINTS**

1     **B.   Acquired discovery shows that other parties are**

2               **responsible for Salley Purser's alleged damages, and**

3               **it is appropriate for Boehm to file third party**

4               **complaints against them.**

It is necessary for Boehm to file third party complaints against Bambi Tyree, Kathleen Purser, Al Bolling, Leslie Williams, Jay Whaley, estate of Carl Bucher, Jay Harrison, Roberta Harrison, Deborah Axt, Salley Purser's Boyfriends and all possible defendants not yet known but referenced as "Doe 1-50." The proposed complaint is attached and marked Exhibit A.

Facts presented by sworn testimony, third party affidavits, interviews and written discovery support Boehm filing third party complaints. The undisputed facts are broken down by person:

     **i.  Bambi Tyree**

Salley Purser obtained "crack" cocaine from and smoked crack with Bambi Tyree. See *Purser Deposition (attached as Exhibit B)*.

Salley Purser admits to theft of money and automobiles from numerous individuals including Boehm. Said actions were committed with Bambi Tyree and others. See *Purser Deposition (attached as Exhibit B)*;

Purser identifies a conspiracy by and between Tyree, Bolling and Williams to keep Boehm high on "crack" cocain and steal from him. Purser further stated that Tyree tried to harm Boehm by tainting his food and drugs in an effort to keep him incoherent and within her control. Purser referred to Tyree as the "ring leader". *Purser Interview with Private Investigator June 4, 2004*, *Page 4*.

**POINTS AND AUTHORITIES TO FILE THIRD PARTY COMPLAINTS**

1 The purser Interview is attached and Marked Exhibit C.

2     **ii.  Salley Purser's Father**

3     Purser witnessed violence within her family, specifically her
4 father beating her mother and choking her. *Dr. Rose report, page 1.*
5 The Dr. Rose report is attached and marked Exhibit D.

6     **iii.  Kathleen Purser**
7

8     Purser was left at home alone at a young age. She drank beer
9 with her mother who eventually became addicted to cocain. *Dr. Rose
Report, page 2* (Attached as Exhibit D).
10

11     Purser was physically assaulted by her mother who one time
12 almost "snapped her back". *Dr. Rose report, page 2* (Attached as
13 Exhibit D).

14     Purser's mother "blackmailed her daily to get drugs". *Dr. Rose
15 Report, page 3* (Attached as Exhibit D).

16     Salley Purser obtained "crack" cocaine and smoked crack with
17 Kathleen Purser. See *Purser Deposition (attached as Exhibit B)*.
18

19     Salley Purser traded sex for "crack" cocaine with numerous
20 individuals, including older men and drug dealers. In addition,

21 Purser's mother sold her to older men and drug dealers in exchange
22 for "crack" cocaine. Said acts occurred before, during and after
23 the time period encompassing her claims against Boehm. See *Purser
24 Deposition (attached as Exhibit B)*;

25     **iv.  Al Bolling**

26

27

28

**POINTS AND AUTHORITIES TO FILE THIRD PARTY COMPLAINTS**

1   Salley Purser obtained "crack" cocaine from Al Bolling and was

2   forcibly raped by Al Bollling.  See *Purser Deposition, page 86*

3   *(attached as Exhibit B)*.

4           **v.   Leslie Williams**

5       Salley Purser obtained "crack" cocaine from Leslie Williams.

6   Salley Purser had sex with Leslie Williams while she was under age.

7   See *Purser Deposition, page 96 (attached as Exhibit B)*.

8           **vi.   Jay Whaley**

9

10      Salley Purser, 16 years old, lived with Jay Whaley, an older

11  man, convicted drug dealer and escort service operator who paid for

12  her living expenses and provided her an unlimited source of "crack"

13  cocaine in exchange for sex during the time period encompassing her

14  claims against Boehm.  Purser was a minor during this period and

15  was arrested with Whaley for possession of crack cocaine. See

16  *Purser Deposition, page 36 (attached as Exhibit B)*;

17          **vii.  Carl Bucher**

18      **Salley Purser obtained "crack" cocaine from and smoked crack**

19  with Carl Bucher.  Carl Bucher was the first person that Salley

20  Purser exchanged drugs for sex.  She has also made statements in

21  the past that she was sold to Carl Bucher in exchange for money by

22  her mother.  See *Purser Deposition, page 22 (attached as Exhibit*

23  *B)*.

24

25

26          **viii.  Jay Harrison and Roberta Harrison**

27

28

5

**POINTS AND AUTHORITIES TO FILE THIRD PARTY COMPLAINTS**

1  Purser's uncle sexually abused her, made her go topless, took

2  nude pictures of her and attempted to massage her on several

3  occasions.[1] *Dr. Rose Report, page 2* (Attached as Exhibit D).

4  **ix.  Purser's Boyfriends**

5
6  Purser admits to becoming addicted to cocaine after a three

7  month relationship with her boyfriend. When she took her first

8  crack hit she had an "outer space feeling" and felt like "I could

9  not get enough".[2] *Dr. Rose Report, page 5* (Attached as Exhibit D).

10  Purser was abused by several boyfriends and drug dealers. *Dr.

11  Rose Report, page 6* (Attached as Exhibit D).

12  **x.  Deborah Axt**

13  Deborah Axt admitted that she knew that Salley Purser was

14  using crack and still allowed her to hang out at her house alone

15  providing a place where she can get high.  *See Interview of Deborah

16  Axt, Page 24* (Attached as Exhibit E).

17  **II.  ARGUMENT**

18
19  **A.  Authority for motion to file third party complaints.**

20  [1] **Purser denied any sexual misconduct by her uncle in her deposition and**

21  **went on to deny telling this to Dr. Rose raising yet another instance of**
   **Purser's flawed credibility. Purser went on to testify that the allegations made**

22  **against her uncle were false because she felt he was "strict". Purser has now**
   **taken three different positions with regard to her uncle's alleged behavior**

23  **lending further credence to the likelihood that her claims against Boehm are**
   **false and for the purpose of obtaining undeserved monetary benefit.**

24  [2] **Purser has repeatedly alleged that Boehm got her addicted to "crack".**

25  **Boehm has repeatedly denied this contention. Purser's statements to Dr. Rose**
   **indicate an immediate need for "crack" cocain after her first experience. Purser**

26  **also indicates an addiction as a result of a break up with her boyfriend.**
   **Finally, Purser testified to living with boyfriend Jay Whaley while she was 16**

27  **years old. Purser went on to testify that he provided her "crack" cocain and was**
   **a known drug dealer and escort service operator. Purser's addictions have nothing**

28  **to do with Boehm**

**POINTS AND AUTHORITIES TO FILE THIRD PARTY COMPLAINTS**

1    FRCP 14 states that "At any time after the commencement of the

2  action a (defendant) . . . may cause a summons and complaint to be

3  served upon a person not a party to the action **who is or may be**

4  **liable** to the (defendant) . . . for all or part of the plaintiff's

5  claim against the (defendant)."  FRCP 14(a)(emphasis added).

6    The purpose of impleader is to promote judicial efficiency by

7  eliminating the need for defendant to bring a separate action

8  against parties secondarily or derivatively liable to the defendant

9  on account of plaintiff's claim.  *Southwest Admin., Inc. V. Rozay's*

10 *Transfer*, 791 F.2d 769, 777 (9th Cir. 1986); *Lehman v. Revolution*

11 *Portfolio L.L.C.*, 166 F.3d 389, 394 (1st Cir. 1999).

12   Since the rule is designed to reduce multiplicity of

13 litigation, it is construed **liberally in favor of allowing**

14 **impleader.**  *Id. at 393* (emphasis mine).  Further, the district

15 court "should allow impleader on any colorable claim of derivative

16 liability that will not unduly delay or otherwise prejudice the

17 ongoing proceedings."  *FDIC v. Loube*, 134 FRD 270, 272 (ND CA

18 1991).

19

20   A third-party defendant need not be directly liable to the

21 original plaintiff.  The original defendant may recover judgment on

22 an impleader claim even if the third-party defendant bears no

23 direct liability to the original plaintiff.  *Huggins v. Graves*, 337

24 F.2d 486, 489 (6th Cir. 1964); *Irwin v. Mascott*, 94 F.Supp.2d 1052,

25 1056-1057 (ND CA 2000).

26   It need not be shown that the third party defendant is

27 automatically liable if the defendant loses the underlying lawsuit.

28

**POINTS AND AUTHORITIES TO FILE THIRD PARTY COMPLAINTS**

1  **It is sufficient if there is some possible scenario under which the**

2  **third party defendant may be liable for some or all of the**

3  **defendant's liability to the plaintiff.**  (emphasis mine) *Andrulonis*

4  *v. United States*, 26 F3d 1224, 1223 (2nd Cir. 1994); *Banks v. City*

5  *of Emeryville*, 109 FRD 535, 540 (ND CA 1985).

6      Here, it is clear that Bambi Tyree, Kathleen Purser, Al

7  Bolling, Leslie Williams, Jay Whaley, Carl Bucher, Kathleen

8  Purser's various drug connections and numerous other individuals

9  before, during and after the time period encompassing the alleged

10 actions of Boehm were responsible damages caused to Salley Purser.

11 Thus, these third parties may be liable for some or all of

12 Plaintiff Purser's alleged damages and should be brought into this

13 suit.

14     **B.    Any delay in filing the third party complaints will not**

15         **severely prejudice Purser.**

16

17     In *Charlotte Motor Speed Way*, a motion to file a third-party

18 complaint was properly granted by magistrate, despite 19-month

19 delay and allegation of prejudice by plaintiff; defendant offered

20 plausible explanation for delay in its contention that newly

21 emerging evidence obtained through discovery formed basis of third-

22 party complaint; scope of discovery would not be significantly

23 increased as additional parties had been or likely would have been

24 deposed anyway; finally, interest of judicial economy required that

25 third-party complaint could be allowed in order to avoid a

26 duplicative second action. *Charlotte Motor Speedway, Inc. V.*

27 *International Ins. Co.*, 125 F.R.D. 127 (M.D.N.C. 1989).

28

8

**POINTS AND AUTHORITIES TO FILE THIRD PARTY COMPLAINTS**

1    Further, the court in *McSparran* held that a motion of a

2 defendant for leave to file third-party complaint about 26 months

3 after service of his answer in action involving collision of three

4 automobiles would be granted, **where no significant prejudice or**

5 **evil resulted from delay, and filing of third-party complaint would**

6 **be in interest of justice and would serve expeditious operation of**

7 **court.** *McSparran v. Gable*, 223 F.Supp. 127 (E.D.Pa. 1963).

8    Here there will be no significant prejudice or evil resulting

9 from delay and filing of third-party complaint would be in interest

10 of justice and would serve expeditious operation of this court.

11 **III.  CONCLUSION**

12    Defendant Boehm respectfully requests leave to file third

13 party complaints against Bambi Tyree, Kathleen Purser, Al Bolling,

14 Leslie Williams, Jay Whaley, estate of Carl Bucher, Jay Harrison,

15 Roberta Harrison, Deborah Axt, Salley Purser's Boyfriends and all

16 possible defendants not yet known but referenced as "Doe 1-50."

17

18

19

20 DATED this 20th day of April, 2007 at Encino, California.

21

22                              KENNER LAW FIRM

23

24                              By:_____/s/_____
                                    David E. Kenner
25                                  California 41425
                                    16000 Ventura Blvd.
26                                  Penthouse 1208
                                    Encino, California 91436

27

28                              By:_____/s/_____

9

**POINTS AND AUTHORITIES TO FILE THIRD PARTY COMPLAINTS**

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Brett A. Greenfield
California 217343
16000 Ventura Blvd.
Penthouse 1208
Encino, California 91436

**POINTS AND AUTHORITIES TO FILE THIRD PARTY COMPLAINTS**