```
KENNER LAW FIRM, P.C.
David E. Kenner, SBN 41425
Brett A. Greenfield, SBN 217343
16000 Ventura Boulevard, PH 1208
Encino, CA 91364
818 995 1195
818 475 5369 – fax

WADE, KELLY & SULLIVAN
733 W. 4th Avenue, Suite 200
Anchorage, Alaska 99501
(907) 561-7743
(907) 562-8977 - fax
```

Attorney for Defendant Josef F. Boehm

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| Sally C. Purser, | ) |
| | ) THIRD PARTY COMPLAINTS |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| Josef F. Boehm, Allen K. Bolling, and Bambi Tyree, | ) |
| | ) |
| Defendants. | ) |
| | ) CASE NO.: A05-0085 (JKS) |
| | ) |
| | ) |

**THIRD PARTY COMPLAINT FOR EQUITABLE APPORTIONMENT AND INDEMNITY**

A. <u>PARTIES</u>

1. Josef F. Boehm is a resident of Anchorage, Alaska, Third Judicial District, at Anchorage.

2. Carl Bucher, now deceased, was at all relevant times, a resident of Anchorage, Alaska, Third Judicial District at Anchorage.

1

**THIRD PARTY COMPLAINTS**

3. Allan Bolling was at all relevant times, a resident of Anchorage, Alaska, Third Judicial District at Anchorage.

4. Leslie Williams was at all relevant times, a resident of Anchorage, Alaska, Third Judicial District at Anchorage.

5. Jay Harrison and Roberta Harrison, husband and wife, was at all relevant times, a resident of Spokane, Washington.

6. Kathleen Purser was at all relevant times, a resident of Anchorage, Alaska, Third Judicial District at Anchorage.

7. Bambi Tyree was at all relevant times, a resident of Anchorage, Alaska, Third Judicial District at Anchorage.

8. Jay Whaley was at all relevant times, a resident of Anchorage, Alaska, Third Judicial District at Anchorage.

9. Deborah Axt was at all relevant times, a resident of Anchorage, Alaska, Third Judicial District at Anchorage.

B.  EQUITABLE APPORTIONMENT

10. Josef F. Boehm is a resident of Anchorage, Alaska and is fully qualified to maintain his claims for equitable apportionment and indemnity.

11. Pursuant to Federal Rule of Civil Procedure 14(a), Josef F. Boehm hereby names Bambi Tyree, Kathleen Purser, Al Bolling, Leslie Williams, Jay Whaley, estate of Carl Bucher, Jay Harrison, Roberta Harrison and Deborah Axt as third parties whose fault may have been the cause of the damages claimed by Salley Purser, including but not limited to her claimed mental and emotional distress and physical harm resulting from that distress.

2

**THIRD PARTY COMPLAINTS**

12. During Salley Purser's youth and adolescence and prior to the time that she met Josef Boehm Ms. Purser was subjected to negligent and/or intentional physical abuse, mental abuse, physical and sexual assaults and neglect by one or more of the named third – party defendants to this action.

13. Prior to, during and/or following the time that Salley Purser associated with Josef Boehm, Ms. Purser was subjected to negligent and/or intentional physical abuse, mental abuse, physical and sexual assaults and neglect by one or more of the named third – party defendants to this action.

14. During Salley Purser's youth and adolescence and prior to the time that she met Josef Boehm Ms. Purser was introduced to and provided with controlled substances to which she was or became addicted, including cocaine, by one or more of the named third – party defendants to this action.

15. Prior to, during and/or following the time that Salley Purser associated with Josef Boehm, Ms. Purser was introduced to and provided with controlled substances to which she was or became addicted, including cocaine, by one or more of the named third-party defendants to this action.

16. Prior to, during and/or following the time that Salley Purser associated with Josef Boehm, Ms. Purser was sexually abused by one or more of the named third-party

3

**THIRD PARTY COMPLAINTS**

defendants to this action.

17. Prior to, during and/or following the time that Salley Purser associated with Josef Boehm, Ms. Purser exchanged sex for controlled substances with one or more of the named third-party defendants to this action.

18. Prior to, during and/or following the time that Salley Purser associated with Josef Boehm, Ms. Purser assisted one or more of the named third-party defendants to this action in enlisting females to have sex and use controlled substances with one or more of the named third-party defendants to this action.

19. Prior to, during and/or following the time that Salley Purser associated with Josef Boehm, Ms. Purser engaged in criminal behavior and/or assisted in criminal enterprises with one or more of the named third-party defendants to this action, including but not limited to theft, prostitution, use, purchase, sale and manufacture of cocaine including crack cocaine, and assault on Josef Boehm and others.

20. Salley Purser, if she suffered damages, suffered those damages that she currently alleges are the responsibility of Josef Boehm, including all damages prayed for in Ms. Purser's Amended Complaint and all consequential and incidental damages, as a result of the actions of one or more of the named third-party defendants, whether acting alone or conspiring with one another.

21. Pursuant to Alaska Statute 9.17.080, one or more of the

4

**THIRD PARTY COMPLAINTS**

   named third-party defendants, and not Josef Boehm, are responsible to Salley Purser for the damages alleged in Ms. Purser's Amended Complaint.

 C. <u>INDEMNITY</u>

  1. Josef Boehm re-alleges the allegations set forth in Paragraphs 1 – 12 of this Third – Party Complaint as though fully set forth herein.

  2. To the extent that Josef Boehm suffers damages and/or is obligated to pay Salley Purser for damages she incurred as a result of her claims, one or more of the named third-party defendants were ultimately responsible for said damages. Accordingly, one or more of the named third-party defendants have a duty to indemnify Josef Boehm.

WHEREFORE, Josef Boehm seeks the following relief:

a. For apportionment of damages to one or more of the third – party defendants for any amount of damages awarded to Salley Purser in this matter.

b. For Josef Boehm's actual legal costs and reasonable attorneys fees incurred in bringing this Third – Party Complaint.

c. For such other and further relief as the Court may deem just, proper and equitable.

DATED this 20th day of April, 2007 at Encino, California.

5

**THIRD PARTY COMPLAINTS**

KENNER LAW FIRM

By:_____/s/_____
    David E. Kenner
    California 41425
    16000 Ventura Blvd.
    Penthouse 1208
    Encino, California 91436

By:_____/s/_____
    Brett A. Greenfield
    California 217343
    16000 Ventura Blvd.
    Penthouse 1208
    Encino, California 91436

**THIRD PARTY COMPLAINTS**