TRANSCRIPT OF RECORDED
INTERVIEW OF SALLEY PURSER

June 4, 2004

(Re: U.S.A. v. Boehm)

TRANSCRIPTS ONLY

1943 Hillcrest Drive

Anchorage, Alaska 99517

(907) 276-0306

af7018e0-3665-4388-b9c1-eb52455a15e1

RECORDED INTERVIEW OF SALLEY PURSER
JUNE 4, 2004

### Page 2

```
 1              JUNE 4, 2004
 2     (CD 1)
 3     MS. PURSER: I'm Salley.
 4     MR. SHIRTLEFF: Good. How are you doing?
 5     UNIDENTIFIED SPEAKER: (Indiscernible).
 6     MR. SHIRTLEFF: That's okay. Thank you.
 7              SALLEY PURSER
 8  was interviewed as follows:
 9  BY MR. SHIRTLEFF:
10  Q  Hi, Salley.
11  A  Yo, you're.....
12  Q  Terry Shirtleff.
13  A  Huh?
14  Q  My name's Terry Shirtleff.
15  A  So you're not my attorney?
16  Q  No, I'm not your attorney. I'm an investigator for
17     another attorney. I work for Phillip Weidner. You know
18     who he is?
19  A  So you work for Josef, huh?
20  Q  I work for.....
21  A  What the fuck am I doing down here, then? Oh, wow. What
22     do you want? Hey, if you can get me out of jail I will do
23     anything for him. I -- I would do anything. I would even
24     testify with -- for -- and -- about Josef.
25  Q  Okay.
```

### Page 3

```
 1  A  Seriously.. I.....
 2  Q  Okay.
 3  A  .....promise. If you can get me out of jail within the
 4     next week.
 5  Q  Okay, well, I can't promise you anything, but if we can --
 6     if you've got time to talk.....
 7  A  No -- no, I have time to talk as soon as I -- come on.
 8  Q  Well, what.....
 9  A  You got your cameras running and all that.
10  Q  I -- because you're a federal witness for my protection I
11     have to record anything I ever say to you forever and
12     forever.
13  A  Well, I just -- I just lied about this. I just want to
14     get out of jail. I thought you were my attorney. I
15     thought I was coming down to.....
16  Q  Well, I'm -- I work for attorneys, so they -- they -- I
17     brought you down -- essentially, I don't want to know in
18     particular about you and Joe. What I want to know
19     about -- I don't know if you know that Bambi and Al.....
20  A  Yeah, they're all -- Bambi's not here, but everybody else
21     is. What about them?
22  Q  They -- they all rolled over on Joe.
23  A  Okay.
24  Q  I don't know if you knew that. They -- they are basically
25     claiming that orchestrated this whole thing.
```

### Page 4

```
 1  A  Which is a total lie.
 2  Q  Well, see, that's what we thought, too.
 3  A  It's a total fucking lie. They -- they -- oh, wow.
 4  Q  So, again, that's why I've got you down here, Salley,
 5     because, I mean, obviously, I've -- I've read the reports
 6     and I've seen -- I've seen this and that. I'd like to get
 7     it from your side of the equation, your side of the
 8     fence.....
 9  A  Well, I don't know why I should -- who I should and
10     shouldn't be talking to. I just want to get out of jail.
11     I don't care about Josef. I don't care about none of them
12     motherfuckers, especially Al.
13  Q  Uh-huh.
14  A  For all I care Al can eat his shit for the rest of his
15     life, okay?
16  Q  Well, I'm not inclined to disagree with you on that,
17     but.....
18  A  Al.....
19  Q  Can.....
20  A  .....(indiscernible), too.....
21  Q  I don't know -- I don't know.....
22  A  .....dirty ass motherfucker.
23  Q  .....I don't know if he will or not. Would you mind
24     talking to me about Al and.....
25  A  What about Al? He has AIDS.....
```

### Page 5

```
 1  Q  Well.....
 2  A  .....and he's spreading his disease.
 3  Q  He has AIDS and he's spreading his disease. Okay, so tell
 4     me about that.
 5  A  Tell you about that what? That he's a dirty motherfucker
 6     and he gives little girls tricks, like myself?
 7  Q  Is that -- is that what he did?
 8  A  He gave me an STD called Trichomonas.
 9  Q  Really.
10  A  Okay.
11  Q  Okay.
12  A  I had to get rid of it once I finally moved away from
13     Seattle. None of the people down there could tell what it
14     was for like the longest time. Now, comes to find out the
15     motherfucker has AIDS, okay, and.....
16  Q  Does he really?
17  A  .....yeah, I've been exposed.
18  Q  Sorry to hear that.
19  A  I'm only 18 years old and look at the life I'm leading.
20  Q  Right. I know.
21  A  So -- I know -- and I know I have control over it, but,
22     shit, you know what? What 15-year-old girl is gonna have
23     the best life in the whole world when her mom sells her
24     for crack and -- and Al and Leslie do nothing but, you
25     know, take compensation
```

RECORDED INTERVIEW OF SALLEY PURSER
JUNE 4, 2004

**Page 6**

1  Q  Okay, who.....
2  A  .....for it.
3  Q  .....who did your mom sell you to?
4  A  Josef, and I don't want to talk about it.
5  Q  Okay. Well.....
6  A  I know I'm not even supposed to be talking to you about
7     this, and I'd talk a lot better if that was off.
8  Q  Well, bec-- again, because you're a federal witness --
9     I'll tell you a story. I had a friend of mine who knew
10    somebody who was in jail, was gonna do 15 years. He --
11    that person decided to turn federal evidence against
12    somebody. My friend called him on the telephone and said,
13    hey, man, you're gonna do 15 years, you know, maybe you
14    shouldn't tell on people, you know, in the beginning of a
15    15-year stretch. The next day the FBI, the treasury
16    department and the federal marshals kicked in his door and
17    arrested him for tampering with a federal witness because
18    he told the guy who was in prison, who was going to do 15
19    years, that telling on people while you're in prison doing
20    15 years is a -- you shouldn't do that.
21 A  Well, I'll tell you what, if you come -- if you come back
22    and you can get me out of jail, I will tell you anything
23    and everything you want to know.
24 Q  Okay.
25 A  Okay.

**Page 7**

1  Q  Okay.
2  A  'Cause I really -- I don't deserve to be here. I got
3     arrested guilty by association.
4  Q  With Jay?
5  A  You know how -- you know who he is?
6  Q  Oh, yeah. Yeah. I've been.....
7  A  That's my dad (ph), okay?
8  Q  Oh, yeah, I know.
9  A  We're supposed to -- we have like this whole -- of course,
10    I was just daydreaming about this whole future we had,
11    but, still, fuck, it wasn't supposed to be this.
12 Q  Jay seems like a pretty decent guy.
13 A  He is. He is the biggest sweetheart in the whole world.
14 Q  I tried to get him to give me a statement about what
15    was -- I mean, 'cause he was around, kinda around there.
16    I can tell you that what the -- what the government is
17    alleging is that -- is that Joe was, you know, in on this
18    thing, when he was the victim.
19 A  Joe was just trying to get himself off and get high at the
20    same time.
21 Q  Now, my understanding based on some of the other girls
22    I've talked to, I mean, Joe really couldn't do anything
23    when he was getting high, anyway. I mean, he --
24    nothing.....
25 A  Unless he.....

**Page 8**

1  Q  .....worked.
2  A  .....had three Viagra in him. And then he couldn't do
3     anything about it.
4  Q  Well, again, that's what I'm talking about. I mean, he
5     was -- it was not working. It was not working. So.....
6  A  His anteater, we used to call it.
7  Q  I'm sorry?
8  A  Nothing.
9  Q  The -- the other thing I wanted to talk to you about, now,
10    my -- I have a gal who told me that they were putting --
11    actually, two gals that told me they were -- that Bambi
12    and Al and those guys were putting heroin in his dope to
13    knock him out. Do you -- did you ever see that?
14 A  I don't know anything about that.
15 Q  Okay. Two people who -- one that lived with Al and
16    another one that was there when they were.....
17 A  Amber?
18 Q  Huh?
19 A  Amber?
20 Q  No, Heather.
21 A  Oh, what? Heather's talking to you guys?
22 Q  Yeah. Talking to me.
23 A  The head of the escort service, right?
24 Q  Yeah.
25 A  God, what a little snitch. A lot of people you think --

**Page 9**

1     you know, you think people like me and you think people
2     like -- everybody else has got to be snitching, but when
3     it comes down to it the motherfuckers that are letting
4     their lips hang is the ones that did it all.
5  Q  Exactly.
6  A  And that's a bunch of bullshit.
7  Q  That -- exactly my point. That's why I'm here talking to
8     you, because.....
9  A  I can't do nothing. All I can do is sit here and stink up
10    and rot in this jail.
11 Q  Well, you -- you can do something. I mean, Joe.....
12 A  I want to get out of jail. That's what I want.
13 Q  Okay. Well, I don't know if we can help you with that,
14    but we can certainly look into it. I mean.....
15 A  Tell Josef if he gets me out of jail I will -- I will --
16    there's not a damn thing I can do. I know what I can do,
17    but I can't -- I can't turn around and go against
18    Detective Boltz. I'm not supposed to talk to you
19    (indiscernible).
20 Q  Why? Who told you that?
21 A  (Indiscernible). It don't matter.
22 Q  Did -- the.....
23 A  I can talk to (indiscernible).
24 Q  .....other thing, I -- I've heard -- I'm sorry?
25 A  Said but I can talk to whoever I want.

3 (Pages 6 to 9)

RECORDED INTERVIEW OF SALLEY PURSER
JUNE 4, 2004

Page 10

1  Q  Yeah. I -- I talk to -- I looked at some of the -- like
2     the interview with Erin with.....
3  A  You had one?
4  Q  No, I watched the video of the -- when the police
5     interviewed Erin, and they were screaming at her and
6     telling her that the -- she was lying, and telling her
7     that -- you know, that that's not the right answer, I
8     mean, when she said nothing happened, nothing happened,
9     that.....
10 A  The police videotaped her interview?
11 Q  Oh, yeah. Yeah, you bet.
12 A  Why didn't they videotape mine?
13 Q  They probably did. They probably -- if you were
14    interviewed at the police station they probably -- they
15    probably taped yours, too. That glass mirror there, that
16    glass window that's in the interview room, there's a video
17    camera behind that thing and it's going -- it's going the
18    whole time. It -- they -- I don't know -- they didn't
19    tell you that? Did they -- did they read you your Miranda
20    rights?
21 A  No.
22 Q  They didn't?
23 A  I just told the truth. I just told the truth about what
24    happened. Shit, put that motherfucker to justice, you
25    know? He ruined my life.

Page 11

1  Q  Who did? Joe?
2  A  All of them.
3  Q  All of them. Not.....
4  A  I mean, Josef.....
5  Q  .....necessarily Joe.
6  A  Josef is the whole -- Josef -- he didn't instigate the
7     whole thing.
8  Q  Uh-huh.
9  A  But money-wise he supported the whole thing.
10 Q  Now, that was the other -- that was another question I
11    had. He -- I mean, he was like the victim in this
12    whole.....
13 A  Yes.
14 Q  I mean, he -- they -- he was the mark.
15 A  He -- he's a victim just as much as I am, and you want to
16    know who the fucking ringleaders are? Al, Leslie
17    and.....
18 Q  And Bambi.
19 A  .....Bambi, okay? And everybody -- they're getting off,
20    fucking -- because Bambi snitches her little ass around
21    and fucking lies about whatever the fuck she did, she only
22    gets half her time in sent-- you know, the -- King Cou--
23    oh, my god.
24 Q  That.....
25 A  King County. That's.....

Page 12

1  Q  That's -- that's what I'm getting at. Why -- why should
2     these guys get off like that and they're gonna burn.....
3  A  You're for them. Why the fuck.....
4  Q  No, no, I don't represent them at all.
5  A  Who do you represent? Josef?
6  Q  Joe. Only Joe. Only Joe. Those guys are gonna --
7     they're gonna -- they're gonna let Joe burn for being the
8     mark, is the bottom line. I mean, he was a vic.
9  A  Tell Josef.....
10 Q  He was the one.....
11 A  .....tell Josef that I'm really sorry that all.....
12 Q  He's the -- he's the.....
13 A  .....(indiscernible).
14 Q  .....one that was being hustled.
15 A  Can I write him a note?
16 Q  Sure. He was the one that was being hustled.
17 A  I know, along with all the other people. You know, half
18    the time he didn't even want the bitches they'd bring in,
19    but he'd take them anyway.
20 Q  He would -- didn't he send them away, tell them to get the
21    fuck out of here when he found out they were underage?
22 A  But they'd never leave.
23 Q  Well, I know they never left.....
24 A  That's my.....
25 Q  .....(indiscernible).....

Page 13

1  A  .....brother?
2  Q  Huh?
3  A  That's my.....
4  Q  Yeah, I know.
5  A  .....brother.
6  Q  I know. Is he in Anchorage?
7  A  No.
8  Q  Is he still in Seattle? Or.....
9  A  No, he's in.....
10 Q  .....with your dad?
11 A  Yeah, he's with my dad.
12 Q  How about your mom, is she back here yet? Or is she
13    still.....
14 A  Fuck her. She's a crack whore on a roar in Seattle.
15 Q  On a roar in Seattle.
16 A  She's worse than.....
17 Q  I -- I -- I know. I -- I know.
18 A  Is there any way that me and Josef could talk face to
19    face?
20 Q  I don't know. I could find out for you.
21 A  I know he's -- did you just talk to him just now?
22 Q  I -- I told -- they brought him down when you were -- they
23    were supposed to be bringing you down, so.....
24 A  So he just got sent back up?
25 Q  Yeah

4 (Pages 10 to 13)

TRANSCRIPTS ONLY
(907) 276-0306

af7018e0-3665-4388-b9c1-eb52455a15e1

RECORDED INTERVIEW OF SALLEY PURSER
JUNE 4, 2004

### 14

1. A  Really? Bring him down now.
2. Q  They won't go for that.
3. A  Yeah, they will.
4. Q  No -- no two inmates in the same room.
5. A  Are you serious?
6. Q  Oh, yeah. They won't go for that. I wish they would.
7.    It'd be -- it would really save.....
8. A  I'd probably hug.....
9. Q  .....me a lot of time.
10. A  .....Josef.
11. Q  Yeah, well.....
12. A  I'd probably hug him.
13. Q  Yeah. Did the -- did the police ever offer you -- tell
14.    you you were gonna get paid, they.....
15. A  I got paid anyway when they sent me up here from Seattle.
16. Q  Oh, they did?
17. A  I got paid for food every day. And then I fucked off,
18.    missed my plane and got arrested, and now I have a felony.
19. Q  Really? Was that part of the.....
20. A  Was right now.
21. Q  .....the stuff that -- that -- right, was that part of the
22.    stuff that happened down in Seattle or.....
23. A  No.
24. Q  Oh, with -- with Jay?
25. A  Yeah.

### 15

1. Q  Was he carrying when you guys got.....
2. A  Yeah, I was carrying the motherfucking shit, damn it.
3.    Pissed me off. He all -- he all tossed the sack on the
4.    floor. I'm like what the fuck you doing, the cop's gonna
5.    find that, so I pick it up and I'm trying to stash it, and
6.    the cop walks up to the window. I don't want to see -- I
7.    don't want him to see me, you know, like doing anything,
8.    so I just hold it in my hand, I'm just like -- oh. Oh,
9.    well.
10. Q  Well, what about -- what about Leslie and Al and Bambi? I
11.    mean, would they ever joke around how they were robbing
12.    him?
13. A  Uh-huh.
14. Q  Joe?
15. A  Every day they robbed him.
16. Q  Now, I heard that they would go to his house as soon as
17.    he'd get up in the morning and get him loaded, and keep
18.    him loaded all day, so -- just so they could rob him. Is
19.    that.....
20. A  He -- he got loaded.....
21. Q  .....is that accurate?
22. A  .....he got loaded on his own, anyway.
23. Q  Well, I know that, I know that, but I heard that that's
24.    what they did. I heard that they.....
25. A  He -- stay out of here, motherfucker. Huh? I'm sorry.

### 16

1. Q  That's okay.
2. A  I'm just trying to enjoy my time in jail. I -- I all like
3.    came in here and didn't sleep for like six days, so I was
4.    sleeping for like five, and now I'm just like.....
5. Q  Oh, I understand.
6. A  .....on this natural high on life, like I couldn't give a
7.    flying fuck about anything routine, and it's really
8.    pissing me off.
9. Q  I -- I understand.
10. A  You're all like what is wrong with this girl.
11. Q  Oh, no. No.
12. A  Holy shit.....
13. Q  I -- I -- I.....
14. A  .....I cannot believe they did to this poor -- I used to
15.    be a.....
16. Q  Yeah.
17. A  .....decent young female. I did. I used to have a nice
18.    mouth. I used to have -- I used to -- I used to look good
19.    without makeup on, and now I'm all like cracked out and
20.    dirty and fucking -- I have a nasty mouth and a bad
21.    attitude towards life, and Bambi and Allen really ruined
22.    my life. If anything, Leslie helped me when he flew me
23.    down to Seattle.
24. Q  Uh-huh.
25. A  I'm sure you.....

### 17

1. Q  So Les-- Leslie was just taking you down there to go to
2.    treatment or something?
3. A  I'm sure -- no, fuck that, just to get away from all the
4.    drugs.
5. Q  Oh. So Joe paid for him to.....
6. A  Uh-huh.
7. Q  .....take you to get you.....
8. A  Yes.
9. Q  .....away from the dope.
10. A  Yes.
11. Q  He wasn't trying to get you out of town.....
12. A  Josef.....
13. Q  .....to hide you. He was.....
14. A  No.
15. Q  .....just trying to get you.....
16. A  Josef.....
17. Q  .....away from the dope.
18. A  Josef knew I was gonna die. I mean, Josef -- there'd be
19.    times Josef wouldn't let me lea-- leave his house because
20.    he knew that if I was out to go and do something I might
21.    get hurt or -- you know, like, really, I don't feel -- I
22.    don't feel Josef is, you know, a perpetrator in any of
23.    this. Like he's just as much a victim as I am of these
24.    three people, you know, let alone -- let alone my
25.    circumstances are a little bit more harsh than his because

5 (Pages 14 to 17)

TRANSCRIPTS ONLY
(907) 276-0306

af7018e0-3665-4388-b9c1-eb52455a15e1

RECORDED INTERVIEW OF SALLEY PURSER
JUNE 4, 2004

### Page 18

1      I'm a young female victim to.....
2  Q  Uh-huh.
3  A  .....you know, sexual -- whatever the fuck that shit is.
4      Okay?
5  Q  Uh-huh.
6  A  You know what I'm talking about?
7  Q  Oh, yeah, I'm -- I'm with you.
8  A  You know.....
9  Q  Yeah.
10 A  .....I mean, yeah, he's -- he's supposed to be older, more
11     wise and know what the right -- wrong and right --
12     right -- blah -- choices are, but crack cocaine can alter
13     anybody's mind, okay?
14 Q  I agree. I agree.
15 A  Anyone's, and Bambi was the only one smoking through this
16     whole thing besides the end, towards the end when Allen
17     started smoking. I wasn't there, though.
18 Q  So when the girls would come over there I heard --
19     Miranda.....
20 A  What about her?
21 Q  .....DiTullio, she said that when he found out the girls
22     were underage he would run them off or tell them they
23     couldn't come there. Is that.....
24 A  He tried.
25 Q  He tried, and.....

### Page 19

1  A  But the younger ones were his favorite.
2  Q  Yeah, but.....
3  A  Like I -- I was his favorite.....
4  Q  But Bambi -- Bambi.....
5  A  .....'cause I look like I'm 12 years old.
6  Q  .....wouldn't let them leave or would.....
7  A  No.
8  Q  .....keep them there? Is that.....
9  A  Well, I mean.....
10 Q  .....how it would work?
11 A  .....which they wouldn't leave. I mean, and if they did,
12     you know.....
13 Q  They wouldn't leave the.....
14 A  .....I mean, they left -- they left on their own.
15     Josef -- nobody ever listened to Josef in his own house.
16     It was sad.
17 Q  Really.
18 A  Nobody did.
19 Q  Each.....
20 A  Sometimes I wouldn't, you know.
21 Q  Right.
22 A  I mean, I hate to admit it.....
23 Q  Right.
24 A  .....but nobody listened to Josef in his house, and it was
25     just -- it was horrible, and I'd sit there and I'd tell

### Page 20

1      him, I'd be like, you know, this is your house, you need
2      to let those people know, you know, that you're putting
3      your foot down. You don't want, you know, so and so
4      having sex downstairs -- or upstairs in your bed. You
5      don't want -- you know, you don't want people making money
6      under your roof.....
7  Q  Right.
8  A  .....you know? But he never listened to me. What do I
9      know, I'm just a little 16-year-old idiot.
10 Q  So did -- so who would collect the money? Al and Bambi?
11     Would they supply the dope? I mean, who supplied the
12     dope?
13 A  Allen and Leslie.....
14 Q  Al and Leslie.....
15 A  .....supplied most of it.
16 Q  .....supplied the dope?
17 A  Uh-huh.
18 Q  To everybody?
19 A  What?
20 Q  They supplied the dope to everybody?
21 A  Just about. I mean, there'd be other times other people
22     would come in.
23 Q  But.....
24 A  Like Sticky (ph) or.....
25 Q  But it wasn't Joe supplying dope. He was just buying

### Page 21

1      dope. Is that right?
2  A  It wasn't Josef supplying dope?
3  Q  Yeah, he was buying the dope, right?
4  A  Well, he'd buy.....
5  Q  Joe.....
6  A  .....the -- he'd get the dope sack and he'd -- I know you
7      don't want to hear this, but he'd distribute it to all
8      the -- all the young females. Josef would give me dope.
9      Josef would give Bambi dope. Josef would give Liz dope.
10     Josef would give everybody dope. Josef was.....
11 Q  Did.....
12 A  .....the one that bought the dope.
13 Q  Joe -- Joe bought the dope.
14 A  Yes. I know you don't want to hear what -- that --
15     what -- the -- you know, what I just had to say, but it's
16     the truth.
17 Q  Well, right, I mean, the truth is the truth. I'm not here
18     to make -- ask for lies or.....
19 A  Uh-huh.
20 Q  .....have you say.....
21 A  You're here.....
22 Q  .....anything.....
23 A  .....you're here trying to get something on Josef's side,
24     but one thing I will tell you is Josef was not the
25     instigator. He was not.

RECORDED INTERVIEW OF SALLEY PURSER
JUNE 4, 2004

**Page 22**

1  Q  And do you.....
2  A  I mean.....
3  Q  .....think at any time he was really in on it? I mean, he
4     was just.....
5  A  No, he was just trying to get high and get off, like I
6     said. He was just trying to get high and get off. He was
7     never -- Josef has a good heart. He doesn't.....
8  Q  I agree.
9  A  He doesn't want to hurt nobody. If he wanted.....
10 Q  I agree.
11 A  .....me hurt and dead, I'd be hurt and dead and gone a
12    long time ago.
13 Q  I agree he's a good guy. I agree.....
14 A  He is.
15 Q  .....he's got a good heart.
16 A  He's a very good guy.
17 Q  Yeah, so.....
18 A  In fact, out of everybody that I ever met smoking crack he
19    was my favorite, and I hate to say, you know, everybody I
20    met smoking crack, da, da, da, you know?
21 Q  Uh-huh.
22 A  But he is a very -- he is a very good-hearted gentleman.
23 Q  I agree. So what about -- I mean, I hate to bring it up.
24    What about Carl Bucher (ph) and your mom and -- obviously,
25    I've been doing a lot of talking.....

**Page 23**

1  A  Obviously.
2  Q  .....(indiscernible).....
3  A  How the fuck do you know about that?
4  Q  I've been talking to everybody in the coun-- I mean.....
5  A  To everybody in the country. Wow.
6  Q  Well, I mean, that's -- that's.....
7  A  But nobody knows about Carl but my mother.
8  Q  I see.
9  A  Or nobody was supposed to. Carl was a fucking sicko. He
10    was.....
11 Q  Yeah.
12 A  .....the first guy I ever smoked crack with.
13 Q  I see.
14 A  And he forced me into some shit that Josef never even
15    forced me into.
16 Q  And when.....
17 A  He was the first person that I ever traded sexual favors
18    for money and -- and dope with. Josef.....
19 Q  Carl was?
20 A  Josef was the second.
21 Q  What about -- what about Gary Dee (ph)? Now, my
22    understanding is your mom pawned you or traded you or
23    something to Carl Bucher; is that right?
24 A  I did it on my own. Oh, wait, no -- I don't know.
25 Q  Did she get coke or.....

**Page 24**

1  A  Yeah, let's -- that.....
2  Q  .....(indiscernible) for that?
3  A  .....that -- that's got nothing to do with Josef.
4  Q  Okay. Well, I.....
5  A  You're gonna get me fucked up off this tape, you know
6     that?
7  Q  No, no.
8  A  Yeah, you are. I can see it now.
9  Q  I -- I -- what I'm trying to do is get a complete picture,
10    'cause if we end up going to trial the jurors are gonna
11    need to have a complete picture of what was going on here.
12    I mean, you know, you follow? I mean, I know you're smart
13    'cause I've listened to your tapes, I've -- I've listened
14    to -- I've -- I've, you know, done a bunch of research on
15    you. You should be on your way to Harvard, for crying out
16    loud.
17 A  Yeah, fucking right, what, Crack Harvard?
18 Q  Well, hey, you know what? I got to tell you.....
19 A  Crackology 101.
20 Q  .....something -- I want to share something with you. I
21    mean, this may not mean shit to you, but I've been clean
22    since I was 18. I was just like you.
23 A  Really?
24 Q  Really.
25 A  Smoking crack?

**Page 25**

1  Q  Well, at that time 20 years ago it was freebase.
2  A  Uh-huh.
3  Q  And I was into all of it from the time I was nine years
4     old until I was 18.
5  A  Maybe you'll be inspiration for me to quit.
6  Q  I've been clean.....
7  A  I like smoking too much, though. It's sad.
8  Q  I know. I know. I liked getting high, too, but I didn't
9     like going to jail. I didn't like waking up in the places
10    that I woke up in. I didn't like having to do the things
11    that I had to do to get high. I didn't not like getting
12    high. I loved getting high. I didn't love.....
13 A  You haven't got.....
14 Q  .....everything.....
15 A  .....high once.....
16 Q  No.
17 A  .....since then?
18 Q  I can't. If I get once, I'm gonna get high -- I don't
19    stop, just like you. When you pick up you don't stop.
20 A  Until I have to.
21 Q  Until you have to, you're forced to, someone holds you
22    down on the ground and takes the shit away from you.
23    I'm.....
24 A  So are you one of his attorneys? What are you?
25 Q  I'm an investigator. And -- and what I was gonna tell you

7 (Pages 22 to 25)

RECORDED INTERVIEW OF SALLEY PURSER
JUNE 4, 2004

26

1 is that I had -- I was just like you, in the exact same
2 spot you are at 18. I haven't picked up since. I
3 have -- I have a bachelor's degree. I have a master's
4 degree. I have -- I fly airplanes. I go scuba diving. I
5 go do -- I -- I have the freedom to do anything in the
6 world that I want to do today, just like you could, as
7 long as I don't pick up. If I pick up, that's all I get
8 to do. I have the whole world or I have dope. That's for
9 me. And.....
10 A You can't have both.
11 Q I can't have both. I've seen other people that get both.
12 I don't get both. I get dope, or I get everything else.
13 Sometimes the dope looks good, and that sounds ridiculous,
14 but that's the way it is with us, and that's -- that's the
15 way it is with me. So I'm just telling you that it's --
16 this isn't the dead end -- this isn't the dead end that
17 you may think it is. It could -- all you have to do is
18 just not want to get high just a smidge more than you want
19 to get high. I know it's tough.
20 A But you don't stay high long enough for it to even be
21 worth it, so.....
22 Q I know, and the longer it goes the longer.....
23 A Uh-huh.
24 Q .....more it doesn't work. You know that.
25 A Yeah. I hope he even reads that.

27

1 Q He'll read it.
2 A Huh?
3 Q He'll read it.
4 A He'll read it?
5 Q Uh-huh. I'll give (indiscernible). So.....
6 A So can I like relay notes back and forth between you? Or
7 you ain't never gonna talk to me again after this.
8 Q No, I'll talk to you again after this if you like. I'll
9 come in every day and talk.....
10 A I want.....
11 Q .....to you if you want.
12 A Really?
13 Q Sure.
14 A I'm so bored. I don't even know, man.
15 Q I can come in every day and talk to you.
16 A I was all -- did you see how happy I was to see.....
17 Q Yeah.
18 A .....somebody? I was like.....
19 Q Anybody. Well.....
20 A Hey.
21 Q .....what about Amber -- Amber Myers?
22 A What about her?
23 Q Was she around or what -- what -- what was -- what was
24 going on with her?
25 A Same thing. I can't tell you much about her, but, I mean,

28

1 just like every -- every situation was the same, you know.
2 If you got high.....
3 Q So.....
4 A .....you know, you weren't getting high for free. You
5 were sucking dick or doing something for it. Mostly.....
6 Q Not necessarily.....
7 A .....the easiest thing.....
8 Q .....with Joe, but.....
9 A Not necess-- yeah.
10 Q .....but just -- not necessarily.....
11 A (Indiscernible).
12 Q I mean, obviously, he was there.....
13 A Yeah.
14 Q .....but not necessarily with him. They were turning
15 tricks out of the house for -- with other people? Is that
16 right?
17 A Not necessarily. I mean, Josef was getting played a
18 little bit.
19 Q Josef -- Josef was a vic. no matter what. He.....
20 A Josef was getting played no matter what. He was
21 getting -- he was getting himself a piece of ass.
22 Q And he was gonna -- and they were gonna rip him.....
23 A No matter what. As long as he was happy everybody else
24 was happy, so.....
25 Q And they were gonna rip him off.

29

1 A I mean, well, what -- yeah. Well, it's not nec-- they
2 didn't rip him off all the time. He -- he gave it away a
3 lot of the times.
4 Q Well, what about -- I mean, the times.....
5 A He never woke up with what he went to sleep with, though.
6 He.....
7 Q That's what I'm talking about. I mean, that -- I've
8 talked to other witnesses who said the guy smoked crack
9 and then passed out. Well, you know, that just doesn't
10 usually happen, I mean, unless.....
11 A Well, when you've been up for so many days it does.
12 Q Yeah, or you've got heroin in your dope, it puts you right
13 out.
14 A Smoking heroin doesn't make you fall asleep.
15 Q Knocks you out.
16 A No.
17 Q Does me.
18 A If -- it does you? If you were -- if you -- if you -- if
19 you drink it, yeah. Smoking it doesn't, though. It just
20 prolongs your -- I don't know -- fuck it. I don't know
21 anything about drugs. I've never done them in my life.
22 Q I understand, Salley. That's -- that's a good answer.
23 A I mean, I feel like an idiot.
24 Q What about Chrystal Wallis, what was -- was she ever
25 around the house? Do you remember her.....

RECORDED INTERVIEW OF SALLEY PURSER
JUNE 4, 2004

30

1  A  No.
2  Q  .....from the Valley?
3  A  Who?
4  Q  From the Valley? There's these girls that came in from
5     the -- from Wasilla.....
6  A  Yeah.
7  Q  .....the Valley.
8  A  I don't know.
9  Q  You don't know her?
10 A  I don't remember any of them. I'm hungry, man.
11 Q  Understand. I think they're gonna feed you -- well.....
12 A  They already did.
13 Q  They're not gonna feed you for another couple hours.
14 A  They won't -- oh, really?
15 Q  3:30, I think.
16 A  See, I can't -- I don't even know what time of day it is.
17 Q  It's -- it's 10 after 1:00. So Cynthia Ramirez, you
18    remember her?
19 A  Yeah.
20 Q  What was -- what was.....
21 A  Uh-huh.
22 Q  .....the deal with her?
23 A  Yeah, I remember me, her and Josef were in a room all
24    alone together and she was sucking his dick at the condo.
25    I mean, I know you don't want to hear that.

31

1  Q  I didn't want to hear that.
2  A  It's the truth, though. It's the truth. I mean, I hate
3     to sit here and tell you that, but.....
4  Q  Right.
5  A  .....Josef has to 'fess up to the shit he did. You know,
6     I'm 'fessing up to the shit I did, you know, which isn't,
7     you know, half as bad as -- but, I mean, he is -- in a way
8     he is a victim to -- you know.....
9  Q  Did the.....
10 A  .....to Allen.
11 Q  Did the girls lie about their age to Joe?
12 A  No. I did. I'd tell him I was younger 'cause he liked
13    it. He'd always -- you know, I'd come in -- I'd walk in
14    the room and he'd be like you're a different one, and I'd
15    be like -- be like what are you talking about. He'd be
16    like how old are you, and I'd be like 14, and he'd
17    just -- he got a kick out of it. It was just -- it was
18    all a joke. It was all just a trip to -- it was all a
19    tweak, instead of -- instead of tweaking on the feds and
20    the cops coming, we'd tweak on, you know, different people
21    and age and shit, you know? 'Cause you know -- you know
22    if you smoke crack you're gonna get tweaked.
23 Q  Uh-huh.
24 A  So instead of tweaking on the carpet and tweaking on the
25    fucking police outside, we'd tweak on, you know, how

32

1     things changed.....
2  Q  Right.
3  A  .....the pictures, or like how we knew people on pornos.
4     You know, I'd sit and watch pornos and talk about there's
5     you, Salley, and be like, oh, my god.
6  Q  How about Jamie Millard?
7  A  Fucking Jamie was my brother's girlfriend.
8  Q  Yeah? And then she hooked up with Al; is that right?
9  A  She hooked up with Josef first.
10 Q  What about -- now, did -- did your brother and Ace, they
11    would bring girls to the house?
12 A  They brought Jamie.
13 Q  They brought Jamie.
14 A  Uh-huh.
15 Q  But they didn't bring any other girls?
16 A  I don't know. I don't know. I just know who I brought.
17    I mean, you can't ask me too much about everybody else
18    because, I mean -- I mean, I've -- I only know what I did
19    and what I saw.
20 Q  No, I -- I understand, and that's all I want to know
21    about, but you -- you know, that's all -- that's all I
22    want to know.
23 A  But I just -- I hope Josef -- I hope Josef doesn't -- I
24    really don't want him to spend the rest of his life in
25    jail. He doesn't deserve to. I mean, and.....

33

1  Q  Well, I.....
2  A  .....I really.....
3  Q  .....would agree to that.
4  A  I hope -- I -- I mean, if anything, he should get the same
5     sentence I do, five years, okay, 'cause I'm getting five
6     years for a dope sack that wasn't even mine, all right?
7     And it really pisses me off. You know, I didn't even get
8     to smoke that shit. If I would have -- if -- if I got to
9     smoke that shit it'd be a whole different story.
10 Q  Right.
11 A  I was just holding it for the motherfucker 'cause he was
12    too scared, you know, and, I mean, Josef, he does -- I
13    think -- I really -- I mean, I'm not one -- I -- I'm not
14    gonna be the judge or the jury of it, and I'm not
15    gonna.....
16 Q  Uh-huh.
17 A  .....choose what gets to be done to him, but I don't think
18    he should spend life in prison. He needs to get out -- he
19    needs -- I think he -- if -- if he gets out and he has the
20    chance to, you know, lead a sober life, a legit -- you
21    know, a better one, and he actually takes it and he does
22    it, let -- so be it.
23 Q  Right.
24 A  You know? Let him.....
25 Q  Right.

RECORDED INTERVIEW OF SALLEY PURSER
JUNE 4, 2004

### 34

1  A   But if he -- if he gets out and he picks up that pipe
2      again, you know, wants another 13-year-old-looking little
3      crack 'ho to suck on his dick, you know, he should be
4      right back in here.
5  Q   Okay. So -- just trying to think of anything else that --
6      now, the hotel rooms that would get rented around town,
7      would -- would people steal his credit cards and stuff and
8      rent hotel rooms under his name?
9  A   No, not that I know of. He wasn't allowed to rent hotel
10     rooms in the Anchorage area.
11 Q   Who? Leslie?
12 A   Josef.
13 Q   Joe wasn't allowed to rent hotel rooms in the Anchorage
14     area?
15 A   Uh-huh.
16 Q   I see.
17 A   And you should know that, though.
18 Q   Well, if I got evidence that doesn't -- I -- I have him
19     checking into hotel rooms, though.
20 A   Yeah, but like after awhile he was banned from certain
21     hotels because of how he'd leave them or shit.
22 Q   Oh, he'd leave them -- they'd be messy.
23 A   Or, you know, and.....
24 Q   Well, he -- would he -- he wouldn't really -- would he
25     stay there or would he leave and somebody else.....

### 35

1  A   He'd leave, you know.....
2  Q   .....would just kind of take it over.
3  A   .....yeah, like whoever he left there would bring in more
4      shit.
5  Q   I see. I see. So what about Erin. How much was she at
6      the house?
7  A   Not that much. Not as much as I was. I lived there for
8      three months.
9  Q   When your mom sold your house?
10 A   Uh-huh.
11 Q   So he gave you the place -- you and.....
12 A   Uh-huh.
13 Q   .....your -- your mom a place to stay, too, where.....
14 A   She.....
15 Q   .....she lived?
16 A   .....she -- she stayed in the driveway. He wouldn't let
17     her in the house. She stayed in her truck in the
18     driveway, and anytime that like I felt really sorry for
19     her I'd wake her up and -- oh, that was weird.
20 Q   Were people sneaking in the house in that back window.....
21 A   Yeah.
22 Q   .....that was broken open in the.....
23 A   I've snuck in that window.
24 Q   .....tanning room and -- you would sneak in there that
25     way?

### 36

1  A   I've snuck in that window.
2  Q   Now, who broke -- do you remember the -- the alarm got --
3      remember who disabled.....
4  A   The alarm got broken?
5  Q   Yeah. Do you remember who did that?
6  A   I wasn't there.
7  Q   Okay. Well, I'm just asking. You know, obviously these
8      are -- again, the whole picture of every -- all the things
9      that went on around there, the back window being broken,
10     the tanning room window being knocked out, that's how
11     people would sneak in and out. Somebody obviously dis--
12     disabled the alarm 'cause Joe's too paranoid not to have
13     set the thing at least once in awhile, at least from what
14     I saw when I -- when I had to dig a guy out of there a few
15     months -- last year.
16 A   Dig a guy out of his house?
17 Q   Well, I mean, figuratively. Somebody -- a friend of
18     mine -- you know him, Vince Blomfield (ph)?
19 A   Wow.
20 Q   You know Vince.
21 A   I only met him once.
22 Q   I know.
23 A   Oh, my god.
24 Q   Anyhow, Vince -- I had to dig -- pull Vince out of there
25     and Joe was -- actually, I pulled Vince out of there

### 37

1      twice. Joe was not exactly the most unparanoid guy I'd
2      ever met.
3  A   Josef's so fucking crazy. I want to see him so bad. I
4      like him. I like Josef. I was comfortable with him. I
5      never felt threatened. I know -- I know this will be a
6      good word for you to use. I never felt threatened with
7      Josef, but around Bambi and around Allen.....
8  Q   So would you say the stuff that you did with him was
9      consensual, then?
10 A   Yeah.
11 Q   I mean.....
12 A   If I -- if I were sober.....
13 Q   Yeah.
14 A   .....I would have never, ever done that.
15 Q   Okay, but.....
16 A   Ever.
17 Q   But you were high.
18 A   Since I was high on crack and I was dope feeding and I was
19     persuaded to do something that I honestly really didn't
20     want to, I mean -- of course, you know, if I wasn't in --
21     in some way every bit -- everything that went on in the
22     house was consensual, okay, or.....
23 Q   Uh-huh.
24 A   .....else it wouldn't have happened.....
25 Q   Right.

RECORDED INTERVIEW OF SALLEY PURSER
JUNE 4, 2004

Page 38

```
 1  A    .....you know.
 2  Q    'Cause he didn't like put a gun to your head.....
 3  A    No.
 4  Q    .....or nothing like that.
 5  A    No.
 6  Q    I mean.....
 7  A    No.
 8  Q    Okay. I'm just.....
 9  A    You guys are gonna use this and tear this up against me in
10       court. I know you are. Man.....
11  Q    Well, hopefully, this thing will never -- hopefully,
12       they'll.....
13  A    Hopefully, he just admits to doing the shit.
14  Q    Well, yeah, I mean, I would -- I would hope that, you
15       know, some sort of arrangement could be struck and we
16       didn't have to go to trial, but the way it looks like
17       right now.....
18  A    Tell him -- tell him that I.....
19  Q    .....it looks like we are going to trial.
20  A    Tell him -- tell him if -- does he still have lots and
21       lots of money? You're getting paid a lot of money, huh?
22  Q    I -- I'm getting paid for my time, absolutely.
23  A    'Cause all I want -- all I wanted was a settlement to
24       where I could be on my own and -- I mean, I don't -- I
25       don't want to take Josef to ja-- trial. I don't want to
```

Page 39

```
 1       use the feds, their money, so they -- they'll pay me to
 2       testify. I don't want to -- I don't want to go take Joe
 3       to a civil suit. I just want to -- I want to have enough
 4       money that my mom -- see, what happened, what fucked up
 5       everything the last time I left, is he gave all my money
 6       to my mom.
 7  Q    Oh.
 8  A    My mom used it all on dope when she got into Seattle.
 9  Q    I see.
10  A    Okay. And I didn't have nothing for myself.
11  Q    Now, when she was in Seattle it looks like she called Joe
12       a few times and tried to talk -- get some more money out
13       of him.
14  A    Uh-huh.
15  Q    At the same time she was talking to the police.
16  A    Uh-huh.
17  Q    Is that right or.....
18  A    Uh-huh. And (indiscernible). I.....
19  Q    Well, that's.....
20  A    .....called Josef just to say hi. Next time I called him
21       he told me he put 400 bucks in my account, or my Wells
22       Fargo -- he -- you know, he -- I love Josef, I do.
23  Q    So.....
24  A    I hate to see him go through all this, but I knew it would
25       come down sooner or later.
```

Page 40

```
 1  Q    Yeah. So just so I'm clear when you were down in Seattle
 2       your mom -- he -- Joe gave your -- the money that was
 3       meant for you to get off drugs, basically, get you set up
 4       so you could get off the dope, gave it to your mother.
 5       Your mother smoked the crack.....
 6  A    Uh-huh.
 7  Q    .....up; is that -- is that right?
 8  A    Yes.
 9  Q    And then -- and then while she was talking to the police
10       trying to put Joe in jail she was also trying to get money
11       out of him, and he wasn't giving up any more money.
12  A    That's why she started talking to the police.
13  Q    'Cause he wouldn't give her any more money.
14  A    My mom's a fucking bitch. That's why.
15  Q    I see. I see.
16  A    Gosh, I have such a dirty mouth.
17  Q    Hey, I'm not offended.
18  A    Yeah, 'cause I know when you run this tape in court and
19       shit they're just gonna be like, my god, listen to this
20       little girl.
21  Q    Well, you know.....
22  A    (Indiscernible).
23  Q    .....hey, you know, how hard is it -- you know, you -- you
24       have a tough one. I mean, that's -- you -- you -- you
25       know, you got a tough one. That's how it goes.
```

Page 41

```
 1  A    I just wish I -- I mean, I hate to ask Josef for anything,
 2       you know, because I know everybody's coming at him with I
 3       want this, I want this, I need this, I need that, you
 4       know.
 5  Q    Would you say that some of these gals that are coming at
 6       him are -- that the motivation is to try to rip him off or
 7       try to get money out of him?
 8  A    What do you mean?
 9  Q    Well, they're -- would you say that they're -- they're
10       coming forward -- some of these people may be coming
11       forward saying things happened that didn't happen just
12       to -- so they can get paid?
13  A    No, they're coming forward because their name's popping up
14       and the fucking feds won't leave them alone. That's why
15       they're coming forward. Why do you think -- dude, if you
16       would have asked -- ask the feds -- like when my mom tried
17       to get me to talk to them when I was in Seattle, dude, I
18       wouldn't even get on that phone.
19  Q    No?
20  A    Hell, no. You guys are all undercover working for Josef.
21       He's trying to see -- I had a trip going on from Seattle.
22       I was like he's trying to see if we're gonna snitch on
23       you. Then he's gonna come kill us, Mom. What the fuck
24       are you doing, right?
25  Q    I don't know. I mean, Joe certainly has a lot of
```

11 (Pages 38 to 41)

TRANSCRIPTS ONLY
(907) 276-0306

af7018e0-3665-4388-b9c1-eb52455a15e1

RECORDED INTERVIEW OF SALLEY PURSER
JUNE 4, 2004

42

1 resources, but I don't think he's a killer.
2 A Huh-uh. Most.....
3 Q He's.....
4 A .....definitely not.
5 Q He's just a regular guy.....
6 A Uh-huh.
7 Q .....that got hooked on crack.
8 A Uh-huh.
9 Q I mean.....
10 A And young pussy.
11 Q So -- so the feds were paying you or are paying you for
12   your testimony?
13 A Not any more.
14 Q They're not paying you for your -- well, yeah, now they're
15   probably pissed.
16 A Uh-huh.
17 Q Have they been in to talk to you?
18 A Detective Boltz won't even look at me.
19 Q Really.
20 A Uh-huh.
21 Q So have they been in to talk to you since this happened?
22 A They could care less about me now.
23 Q That piss you off?
24 A I could fucking care less. Dude, all they wanted was my
25   testimony and to use me anyway, you know?

43

1 Q That's all they wanted.
2 A Yeah. I mean, shit. I told them -- and like after they
3   brought me up here -- the only reason I came back up here
4   is 'cause it was a free ticket back to Alaska.
5 Q Right.
6 A I wanted -- I want -- I wanted to come back to Alaska
7   anyway.
8 Q It's your home.
9 A You know -- yes. You know, I didn't even want to move to
10   Seattle, but I needed to get away from all the dope.
11 Q Right.
12 A And once I got up here I found out that the trial was
13   postponed anyway, so I was like, aaah, you know, perfect,
14   it's.....
15 Q Sure.
16 A .....you know, works out. Then I got caught up with the
17   wrong hand all over again.
18 Q Uh-huh.
19 A Got arrested.
20 Q Uh-huh.
21 A Like an idiot I was driving down the road with my feet
22   sticking out the window. Did you hear about that?
23 Q No. Didn't hear about that yet. I actually haven't
24   pulled that report. I just.....
25 A That's how I got -- that's how we got pulled over, me and

44

1   Jay. That's how we got pulled over.
2 Q Really.
3 A And my head was in his lap, and my feet were out the
4   window.
5 Q Was he -- is he still driving that green -- that
6   green.....
7 A He was driving.....
8 Q .....Firestar?
9 A .....he was driving the red truck.
10 Q Oh, the red pickup, Kim's truck? Where is Kim at? She in
11   here?
12 A Huh-uh. She's in.....
13 Q Back at her.....
14 A Trailer.
15 Q Trailer. Yeah, I think they're searching your trailer
16   right now.
17 A Really? As we speak?
18 Q Before I came down here.
19 A They were searching the trailer?
20 Q Four cop cars.
21 A Oh, what?
22 Q Four cop cars in front of your trailer.
23 A Really?
24 Q Uh-huh.
25 A They're not gonna take any of my stuff, are they?

45

1 Q As long as -- I don't -- I don't know. I don't know,
2   I.....
3 A As long as it doesn't have to do with dope?
4 Q Typically they don't take anything that doesn't suit their
5   purpose. I mean, obviously, you know how they treated
6   you. Soon as you don't have any purpose to them they
7   don't really need you anymore.
8 A You know, that's bullshit. I feel so -- I feel more used
9   and abused than when Josef left me, you know?
10 Q Isn't that something?
11 A At least Josef kept me around, you know, and made sure I
12   was okay. The fucking feds put me in jail. Fuck them.
13 Q Uh-huh.
14 A And their fucking badges. Cock-sucking motherfuckers.
15   I'll say that again, too, Detective Boltz, you little
16   bitch.
17 Q Well, they're not.....
18 A Can we erase that?
19 Q No. No, they're -- they're not my friends either, I can
20   tell you that.
21 A He makes me mad. I mean, I don't -- I -- I should be most
22   mad at myself, really most mad at myself, but, yeah.
23 Q So were you.....
24 A I'm lost.
25 Q .....you were -- you were 16 at Joe's house or.....

12 (Pages 42 to 45)

TRANSCRIPTS ONLY
(907) 276-0306

af7018e0-3665-4388-b9c1-eb52455a15e1



**RECORDED INTERVIEW OF SALLEY PURSER**
**JUNE 4, 2004**

```
                                          46
 1  A   Fifteen.
 2  Q   Fifteen.
 3  A   Fifteen years old when I first walked in that house.
 4      Seventeen when I last left, so -- Detective Boltz is gonna
 5      be so mad at me. Don't let him hear that, please. You're
 6      gonna, too.
 7  Q   No, this -- this goes to -- this goes to Joe's attorney.
 8      That's it. Now, he has reciprocal discovery with the
 9      prosecution, but.....
10  A   Detective Boltz is gonna be so mad. Hey, that's all
11      right, you know. Act like a punk, they'll treat you like
12      a punk. But I can't say much more for myself. I'll tell
13      you that.
14  Q   Okay, so can you think of anything else that might be
15      helpful to Joe in terms of being the victim and being the
16      mark in this whole equation?
17  A   Well, just tell him -- just tell him -- I mean, this isn't
18      gonna have to do anything with the court system at all.
19      Just tell him -- just tell him, you know, just be honest,
20      okay? And I know -- I don't even know if he believes in
21      god, but just -- you know, just tell him he's gonna get
22      what he deserves. He is, no matter what. No matter how
23      hard he fights it, no matter -- how much money he puts
24      into it, he's gonna get what he deserves.
25  Q   Well, that's what we're trying to ensure happens.
```

```
                                          47
 1  A   So, I mean, I don't know what to tell him.
 2  Q   Yeah, I mean, if you -- and I like -- I appreciate you
 3      saying that, Salley, 'cause that's exactly what we're
 4      trying to ensure happens, 'cause the way the government is
 5      painting the picture right now he's not gonna -- he's
 6      going to get way, way, way more that he would des-- he
 7      should deserve, you know. Now, I'm not saying that he did
 8      anything (indiscernible). Obviously.....
 9  A   I think Allen.....
10  Q   .....I'm not trying to -- I'm not saying anything -- that
11      he did anything -- you know, did.....
12  A   I think -- I think......
13  Q   .....anything. I'm just saying that, you know, the
14      government is alleging that he was in on this thing with
15      Al, that he knew what they -- you know, that he.....
16  A   Yeah, fucking right, dude. They didn't know -- Allen.....
17  Q   They didn't -- he didn't know, right?
18  A   .....Allen and Bambi -- Allen and Bambi are the ones that
19      need to spend the rest of their fucking lives in jail, and
20      Bambi's gonna get off scot free because she snitched,
21      okay?
22  Q   They all.....
23  A   'Cause she's talking.
24  Q   They all are talking. Everyone.....
25  A   You know, and now -- oh, man, I'm done.
```

```
                                          48
 1  Q   They all are talking. All right, so anything else? Yeah,
 2      they're all talking, Salley. Every single one.
 3  A   I can't believe I just talked to Josef's investigator.
 4  Q   Well, I appreciate it, I can tell you that. I mean,
 5      you've shed a lot of light that I didn't have before.
 6  A   Seriously?
 7  Q   Yeah. Absolutely.
 8  A   Oops.
 9  Q   No, I mean, it's good. I mean, it's -- like I said
10      before.....
11  A   Tell Josef.....
12  Q   .....we -- we just want Joe to get what's -- you know,
13      take -- to -- to get whatever is coming to him, you know.
14      I mean, obviously, our hope is to exonerate him, but that
15      may not happen. I don't know. But our hope is to, you
16      know, beat this case. Certainly some of the charges are
17      completely ridiculous, as you've pointed out yourself. I
18      mean, you said it yourself, right? I mean, he wasn't in
19      on it with these guys.
20  A   No. He didn't even know what the fuck was going on. All
21      he wanted to do was get high and get off.
22  Q   Right.
23  A   And in order to get that done, you know, Allen and all
24      these other people made it a little bit more difficult.
25  Q   On Joe, they -- they had to keep.....
```

```
                                          49
 1  A   They were putting shit in his dope, though. I know they
 2      were.
 3  Q   To keep him high so that they could keep robbing him,
 4      right?
 5  A   The dope gets you high no matter what.
 6  Q   Well, I understand, but if you keep him so out of it.....
 7  A   Uh-huh.
 8  Q   .....that he can't make any rational decisions.....
 9  A   I know that they were putting stuff in the food.
10  Q   Were they?
11  A   Yeah, because Leslie and stuff would bring food over and
12      it'd already be opened and stuff, and like I remember one
13      time -- oh, wow, I don't know what the fuck it was sprayed
14      with, but I about puked.
15  Q   Really.
16  A   Uh-huh. The food.....
17  Q   Did you ever hear them talk about trying to kill Joe?
18      Anybody have -- did you ever hear of Bambi taking out a
19      life insurance policy on him or anything like that?
20  A   Huh-uh.
21  Q   Okay. Well, I appreciate you taking the time to talk with
22      me. I can't think of anything else.
23  A   Tell Josef.....
24  Q   I'll give him.....
25  A   .....tell Josef (indiscernible).
```

13 (Pages 46 to 49)

**TRANSCRIPTS ONLY**
(907) 276-0306

af7018e0-3665-4388-b9c1-eb52455a15e1

RECORDED INTERVIEW OF SALLEY PURSER
JUNE 4, 2004

50

1  Q  .....I'll give him your note, and do you want me to come
2     back and talk to you tomorrow?
3  A  Yeah, tell -- ask him -- ask him if he's like any --
4     just -- I don't want him to hate me.
5  Q  I can come back and talk to you tomorrow. I have to
6     record everything 'cause you're a federal witness.
7  A  I don't care.
8  Q  Okay.
9  A  Just tell Josef -- tell Josef that I wish the best for
10    him.
11 Q  Okay.
12 A  I do, and I'm sorry that things turned out this way.
13 Q  Okay. Really appreciate it. I'm gonna call him
14    (indiscernible).
15 A  You're gonna call Josef back down here?
16 Q  No. No, I don't see him 'til tonight.
17 A  'Til what?
18 Q  'Til tonight.
19 A  Tonight?
20 Q  Yeah, I come back in and go over some stuff with him
21    and.....
22 A  So he was sitting in this very chair?
23 Q  He was actually at the door. I saw him when they brought
24    him down.
25 A  Hmm. That's scary. Thank you, Terry Shirtleff.

51

1  Q  Shirtleff. Everybody calls me T-shirt.
2  A  Shirtleff?
3  Q  Yeah.
4     UNIDENTIFIED SPEAKER: (Indiscernible).
5  Q  Okay, thank you. It's gonna be a couple minutes. So, are
6     you getting to work out or anything or.....
7  A  Huh?
8  Q  Are you getting to work out or get out and -- I mean, are
9     they getting -- letting you out of your cell at all to do
10    anything, or are you just.....
11 A  (Indiscernible).....
12 Q  .....sitting around?
13 A  .....(indiscernible).
14 Q  Yeah.
15 A  I didn't just.....
16 Q  Well, yeah, you were kind of running pretty hard, you
17    know.
18 A  Not really.
19 Q  Really?
20 A  No. I mean, the cops when I -- when I came into the
21    federal building the cop, they had just woke me up. I was
22    sleeping in the trailer.
23 Q  Oh, really?
24 A  I wasn't even high, man (indiscernible).
25 Q  How come.....

52

1  A  (Indiscernible) last summer. I do much better when I'm
2     (indiscernible). Not really. I'm so bad. Please don't
3     use any of this against me. I.....
4  Q  I'll see you.....
5  A  .....(indiscernible).
6  Q  .....I'll see you tomorrow. I'll see you tomorrow,
7     Salley.
8  A  Yeah.
9     (End of recording)
10 /
11 /
12 /
13 /
14 /
15 /
16 /
17 /
18 /
19 /
20 /
21 /
22 /
23 /
24 /
25 /

53

TRANSCRIBER'S CERTIFICATE

I, Dana J. Kelly, Certified Electronic Transcriber, hereby certify:

That the foregoing pages numbered 1 through 52 are a true, accurate and complete transcript of an interview transcribed by me to the best of my knowledge and ability from a CD provided to me by Weidner & Associates.

DATED: June 14, 2004.

*[signature]*
Dana J. Kelly, CET

TRANSCRIPTS ONLY
(907) 276-0306             53

14 (Pages 50 to 53)