1  And that night he came by the house and tried to get in
2  the house, trying to bring beer over to my daughters
3  and.....
4  Q  Do you know what month and year this was in?
5  A  This was probably January.
6  Q  Of this year, '03?
7  A  Probably December, I take that back. Maybe even
8  November.
9  Q  Shortly after your arrest for DUI in October?
10 A  Right.
11 Q  So November or December of '02 most likely?
12 A  Right.
13 Q  Okay.
14 A  'Cause I'm -- I'm -- I can't remember when I actually
15    bailed my car out.
16 Q  Shortly after that?
17       OFFICER VANDEGRIFF: Did he end up giving you
18 some money for that?
19 A  No, he never did.
20       OFFICER VANDEGRIFF: And when's the last time
21 you talked to him -- when's the time you talked to him again
22 after that?
23 A  Uh, about a week later -- actually it was a week later
24    when I called him and asked him for a ride to work is
25    the -- when he tried to get in. 'Cause after he tried

*[handwritten note, illegible]*

to get in the house then I never had contact him again. He would call every now and then, but I would say I was busy. But, uh, about a week later I couldn't get anyone to give me a ride to work so I had -- I called him up on a Saturday afternoon and that's when he.....

OFFICER VANDEGRIFF: When you called him up did you call him on his home or his cell phone or.....

A   Cell phone. Uh, he -- I had his home number, but he was hardly ever there so he gave me his cell phone number to call him at.

OFFICER VANDEGRIFF: Do you still have that number?

A   I didn't, but I think when I just cleaned my room out the other day I found a number for him, but I think it's his home phone, but I'd have to look it up and see. It's easy enough for me to get his number. I.....

OFFICER VANDEGRIFF: How could you get his number?

A   Uh, just everybody at the bar knows Joe.

Q   Is that how it came (indiscernible - phone ringing) all the time?

A   Uh-hum. (Affirmative)

OFFICER VANDEGRIFF: Yeah, one thing we'd like for you to do is get that (indiscernible - phone ringing).

| | | |
|---|---|---|
| 1 | Q | When -- you said Erin has a history of running away or |
| 2 | | disappearing at times. Where do you think she goes |
| 3 | | when she runs away? |
| 4 | A | You know, I don't know. I've tried to find her. I've |
| 5 | | had her on a runaway thing for awhile. At, uh, one |
| 6 | | point she was gone for two weeks and, uh, when she |
| 7 | | finally did come back I took her right down and got her |
| 8 | | drug tested and she came positive. |
| 9 | | OFFICER VANDEGRIFF: For what? |
| 10 | A | Marijuana, uh, ecstasy and cocaine. |
| 11 | Q | When was that? |
| 12 | A | Um, either December or January 'cause I know..... |
| 13 | Q | Of 2003? |
| 14 | A | Yes. I know that's mostly the reason why I quit |
| 15 | | fighting my DUI case was because of, uh, what all was |
| 16 | | going on. My lawyer said that I could beat it, but, |
| 17 | | uh, there was one time I had came home from work and I |
| 18 | | was going through a whole lot in December, one to bail |
| 19 | | out my car I cleaned out all of my savings account |
| 20 | | which was all the dividends that we had got. And, uh, |
| 21 | | then my boss is sexually harassing me at work. And |
| 22 | | Erin kept running away. And I didn't know where she |
| 23 | | was. And, uh, then I -- that's when I started getting |
| 24 | | sick, too, so I had a whole lot I was going through. |
| 25 | | And one particular night, uh, I had had it with my |

| | |
|---|---|
| 1 | boss, he -- he had, uh, disrobed in -- and we shared an |
| 2 | office together and he disrobed and changed and walked |
| 3 | up behind me and grabbed my shoulders and started |
| 4 | rubbing them and I -- when I got off work I went, uh -- |
| 5 | one of the coworkers give me a ride and dropped me off |
| 6 | at Al's and so I had a couple drinks..... |
| 7 | (Tape ends) |
| 8 | Tape 1 Side 2 |
| 9 | Q      .....what? |
| 10 | A      Your cord long enough. |
| 11 |      OFFICER VANDEGRIFF:   (Inaudible). |
| 12 | A      But, uh..... |
| 13 |      OFFICER VANDEGRIFF:   So you went to -- went to |
| 14 | Al's> |
| 15 | A      I went to Al's.  And when I had, uh, gotten a ride home |
| 16 | I had came home and Sally was here.  And I looked |
| 17 | around my house and it was only Sally and my daughters |
| 18 | were in their room sleeping and Sally was up here on |
| 19 | the computer.  And I went into my bedroom and stuff in |
| 20 | my room had been gone through.  And ri- -- right around |
| 21 | the time that I had first got my divorce, '99, 2000, my |
| 22 | house was, uh, vandalized and then two weeks later |
| 23 | robbed of all my stuff so I was really hesitant coming |
| 24 | home and seeing Sally there because I don't -- didn't |
| 25 | like her.  I knew, uh, after those comments and then I |

Violated
TPC.
— prosecute

1  had talked to my daughters and they said yeah, Sally
2  gets high with her mom and does favors for Joe so he
3  can -- she can get money from him.  So I didn't want
4  her at the house.  And after Joe had made that comment
5  about, uh, buying my girls and then trying to come in,
6  I didn't want her in here.  So I started to kick her
7  out of the house, well then that woke up my daughters.
8  They called the police and I was out on bail with a no
9  drinking clause, so the, uh, prosecutor, I call it,
10 blackmailed me into taking, uh, saying that either I
11 was going to go -- my hearing was set for February 4th.
12 This was right at like January.  And he threatened that
13 if I didn't take, uh -- plead guilty to DUI they would
14 put me in jail until, uh....
15           OFFICER VANDEGRIFF:  Based on.....
16 A     .....my court case.
17           OFFICER VANDEGRIFF:  .....a violation of your
18 condition of release?
19 A     Yeah.
20           OFFICER VANDEGRIFF:  Okay.
21 A     And I didn't want my daughters out on the street with
22 Joe loose.  And.....
23 Q     Do you think they were cooperating -- I mean talking to
24 Joe during this time.....
25 A     I know they.....

1  Q      .....(indiscernible - simultaneous speech)?
2  A      .....were.  Erin.....
3  Q      How do you know that?
4  A      .....had a cell phone from Bambi.  And she kept
5         cropping up with new clothes, some of them clothes that
6         I wouldn't wear.
7  Q      Like what?
8  A      Uh, high heeled shoes, sexy shirts, uh, a little
9         lingerie thing, you know, it would be something that I
10        would think an adult would wear, not a 14 year old.
11 Q      She had this -- she had it at the house?
12 A      Yeah.
13 Q      So you see it on her.....
14 A      When she would come home after being gone....
15 Q      Yeah.
16 A      .....she would always pop up with something new.  And
17        so at that time even the -- when I was going through,
18        uh, my alcohol classes even the, uh, therapist there
19        that I talked to try to talk me out of taking the plea,
20        but -- and my lawyer tried to talk me out of it, but I
21        couldn't go back to jail with my kids on the street.
22 Q      So unfortunately that was taken care of and out of the
23        way so you were able to stay home.  And what -- did Joe
24        come back into the picture at any time?
25 A      Um, I hadn't seen him around.  I knew -- in fact, I

|    |   |                                                                                  |
|----|---|----------------------------------------------------------------------------------|
| 1  |   | thought he had quit calling, but then, uh, in March --                           |
| 2  |   | at the end of March, my older daughter, Brooke, that's                           |
| 3  |   | 24 moved back into town and she had moved her stuff                              |
| 4  |   | into Erica's room that Erin had been staying in right                            |
| 5  |   | before, uh, Brooke moved in and it has a separate line                           |
| 6  |   | inside the room there.                                                           |
| 7  | Q | What's that number                                                               |
| 8  | A | 336-5545.                                                                        |
| 9  | Q | Okay.                                                                            |
| 10 | A | And Joe was, I guess, calling that because Brooke said                           |
| 11 |   | that, uh, this isn't Erin's number anymore and I know                            |
| 12 |   | who you are so quit calling here, otherwise I'll call                            |
| 13 |   | the police or something like that, so -- but, uh, I do                           |
| 14 |   | know after that threat that I had -- Kathleen had said                           |
| 15 |   | that Joe was going to kill Erin, Erin, I guess, told me                          |
| 16 |   | -- and this was just the other night, that, uh, Joe                              |
| 17 |   | called her -- or got a hold of her, a couple of days                             |
| 18 |   | later she had talked to Joe and Bambi and, uh, then                              |
| 19 |   | Kathleen called just what, almost two weeks ago and say                          |
| 20 |   | -- said that, uh, Joe took Sally out of state and that                           |
| 21 |   | he's had her pretty high and, uh, that she almost died                           |
| 22 |   | in the hospital from an overdose.  And.....                                      |
| 23 | Q | Is that here in town or out of state?                                            |
| 24 | A | Out -- here in town and then ou- -- like a week after                            |
| 25 |   | she got out of the hospital or something like that Joe,                          |

R & R   COURT   REPORTERS

810 N STREET                     1007 WEST THIRD AVENUE
277-0572/Fax 274-8982            272-7515

ANCHORAGE, ALASKA  99501

WDA0000000109

```
 1              uh, took her.
 2   Q          Why'd he take her?
 3              OFFICER VANDEGRIFF:  Why -- why did he take
 4   her.....
 5   A          Uh.....
 6              OFFICER VANDEGRIFF:  .....did she say?
 7   A          ....he said -- she said that she's got him in prostit-
 8              -- her in prostitution and doing vid- -- porno films
 9              and that, uh, she wanted me to help because she knows
10              that Erin's doing it or Erin will be next or.....
11              OFFICER VANDEGRIFF:  Something to that effect?
12   A          Yeah.  And, uh.....
13   Q          Why Seattle?
14   A          She didn't know for sure where he -- she doesn't know
15              where for sure he took her.
16   Q          But why -- why did he take her out of the state?
17   A          Uh, I would imagine further porno....
18   Q          Did Kathleen say?
19   A          That's what she kind of assumed.
20              OFFICER VANDEGRIFF:  Did she indicate how she
21   knew if he took her out of state?
22   A          No.
23   Q          What's Kathleen's relationship with Joe, do you know?
24   A          All I know is hearsay from more my daughters and what
25              Joe has said.  Um, my, uh, daughters have said --
```

```
 1            'cause one time Erica had got mad at me and went and
 2            stayed at Sally's for awhile and said Kathleen's high
 3            on coke -- or crack again because, uh, she thinks bugs
 4            are crawling all over her and she's locked herself in
 5            her room again.  And I know at one time I had to go
 6            and, uh -- before I got my DUI I had to go and pick up
 7            Sally and Paxton and they were with Erin or -- at Taco
 8            Bell one night and it was after curfew and the police
 9            had stopped the car and so I had to......
10   Q        Sally, Erin and who?
11   A        Paxton.
12   Q        Who's that?
13   A        Sally's brother.
14   Q        Okay.  How old is he?
15   A        Uh, he should be 18 right now.
16   Q        Okay.
17                     OFFICER VANDEGRIFF:  Now what was the name of
18   the bar, Al's Alaskan Inn?
19   A        Yes.
20                     OFFICER VANDEGRIFF:  Do you know who owns it?
21   A        Allen, I don't know his last name.
22                     OFFICER VANDEGRIFF:  Bolling?
23   A        Pardon?
24                     OFFICER VANDEGRIFF:  Is it Al Bolling?
25   A        Uh, maybe.
```

| | | |
|---|---|---|
| 1 | Q | White guy, black guy? |
| 2 | A | White. |
| 3 | Q | How old? |
| 4 | A | Um, Al is probably 45ish and is -- he got it from his |
| 5 | | dad 'cause Allen, Sr. is probably 70, 80s, I see him |
| 6 | | there quite a bit, too. |
| 7 | Q | So you said Joe's -- you mentioned Joe with Kathleen, |
| 8 | | her daughter Sally, Erin, what about your oldest -- |
| 9 | | other daughter, Erica? |
| 10 | A | I don't think, uh, she's ever been around Joe. |
| 11 | Q | Okay. Any..... |
| 12 | A | I..... |
| 13 | Q | .....other women or young girls, you know, that have |
| 14 | | been hanging around Joe whose names you might know? |
| 15 | A | Um, not off the top of my head 'cause like I said, Erin |
| 16 | | was really secretive about certain things. And, |
| 17 | | uh..... |
| 18 | Q | Did..... |
| 19 | A | .....all I know is she kept saying Bambi give her the |
| 20 | | cell phone. |
| 21 | Q | How long has she had the cell phone? |
| 22 | A | Um, probably a month. |
| 23 | Q | When was that time frame? Was this after she ran away |
| 24 | | for two weeks and came back? |
| 25 | A | Yes. This was, uh, December, January-ish. |

1. Q  Do you know what that phone number was?
2. A  I don't. I -- it got turned off after awhile. I -- 'cause I took the cell phone away from Erin and wouldn't give it back to her.
3. Q  Did she ever run away while she had that or disappear at times while she had that cell phone?
4. A  Uh-hum. (Affirmative)
5. Q  What'd she do?
6. A  I don't know, I wouldn't.....
7. Q  I mean.....
8. A  .....(indiscernible - simultaneous speech).
9. Q  .....did she go for a day, couple of hours?
10. A  Couple of days.
11. Q  Okay.
12. A  And with not having a vehicle there was no way I could track her down.
13. Q  Where do you think she was?
14. A  I honestly don't know. All I know is there were, uh, times that when she came home she looked strung out, so, uh.....
15. Q  Where did you ever check for drug usage?
16. A  Where did I? Uh, the same place I had to do my, uh, drug screening at, uh, the medical labs on Northern Lights right, uh, across from Chuck-E-Cheese.
17. Q  Would it be possible for you to get a copy of her

R & R COURT REPORTERS

810 N STREET                          1007 WEST THIRD AVENUE
277-0572/Fax 274-8982                  272-7515

ANCHORAGE, ALASKA 99501

WDA0000000113