```
 1 │ KENNER LAW FIRM, P.C.
   │ David E. Kenner, SBN 41425
 2 │ Brett A. Greenfield, SBN 217343
   │ 16000 Ventura Boulevard, PH 1208
 3 │ Encino, CA 91364
   │ 818 995 1195
 4 │ 818 475 5369 – fax
 5 │ WADE, KELLY & SULLIVAN
   │ 733 W. 4th Avenue, Suite 200
 6 │ Anchorage, Alaska 99501
   │ (907) 561-7743
 7 │ (907) 562-8977 - fax
 8 │ Attorney for Defendant Josef F. Boehm
```

## IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF ALASKA

| | |
|---|---|
| Sally C. Purser, | ) |
| | ) CERTIFICATE OF SERVICE |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| Josef F. Boehm, Allen K. Bolling, and Bambi Tyree, | ) |
| | ) |
| Defendants. | ) CASE NO.: A05-0085 (JKS) |
| | ) |
| | ) |
| | ) |

I HEREBY CERTIFY that on this 14th day of April, 2007.  I caused a true and correct copy of the foregoing **NOTICE OF MOTION AND MOTION FOR LEAVE TO FILE THIRD PARTY COMPLAINTS AND POINTS AND AUTHORITIES TO FILE THIRD PARTY COMPLAINTS.**

The following parties were served April 20th, 2007:

CARMEN E. CLARK, ESQ.
INGALDSON, MAASSEN & FITZGERALD, P.C.
813 W. 3RD AVENUE

1

**CERTIFICATE OF SERVICE**

```
 1  ANCHORAGE, AK 99501-2001
 2
 3  Allen K. Bolling
 4  Inmate No: 14911-006
    USP Terre Haute
 5  U.S. Penitentiary
 6  P.O. Box 12015
    Terre Haute, IN 47801
 7  C.M. 7002 2410 0006 6742 2188
 8
 9  Bambi Tyree
    c/o Mary Pate, Esq.
10  425 G. Sreet, Suite 930
11  Anchorage, Alaska 99501
12
    Leslie Williams
13  Inmate No: 14903-006
14  FCI Yazoo City Medium
    P.O. Box 5888
15  Yazoo City, MS 39194
16
    DATE:  __4/20/07_____           ____/s/_____
17                                    John Ybarra
18
```

2

**CERTIFICATE OF SERVICE**