Darryl L. Jones, Esq.
905 Photo Avenue
Anchorage, AK 99503
Tel (907) 278-1212
Fax (907) 278-1213

Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| Salley C. Purser,                              )<br>                                                       )<br>            Plaintiff,                          )<br>                                                       )<br>v.                                                   )<br>                                                       )<br>Josef F. Boehm, Allen K. Bolling,    )<br>and Bambi Tyree,                          )<br>                                                       )<br>            Defendants.                      )<br>_____) | Case No: A05-0085 (JKS) |

**CERTIFICATE OF SERVICE**

     This is to certify that on or about the 4th day of May 2007, a true and correct copy of the foregoing documents were caused to be mailed to the following parties of record:

     Allen K. Bolling
     Inmate No: 14911-006
     USP Terre Haute
     U.S. Penitentiary
     P.O. Box 12015
     Terre Haute, IN 47801

     Josef Boehm
     c/o David Kenner
     Kenner Law Firm

16000 Ventura Blvd., Ste.1208
Encino, CA 91436


Pamela Sullivan
Wade, Kelley & Sullivan
733 W. 4th Avenue, Suite 200
Anchorage, Alaska 99501


_____/s/_____
Darryl Jones, Esq.
ABA No.: 8811188