1  **KENNER LAW FIRM, P.C.**
   **David E. Kenner, SBN 41425**
2  **Brett A. Greenfield, SBN 217343**
   **16000 Ventura Boulevard, PH 1208**
3  **Encino, CA 91364**
   **818 995 1195**
4  **818 475 5369 – fax**

5  **WADE, KELLY & SULLIVAN**
   **733 W. 4th Avenue, Suite 200**
6  **Anchorage, Alaska 99501**
   **(907) 561-7743**
7  **(907) 562-8977 - fax**

8  **Attorney for Defendant Josef F. Boehm**

9                  **IN THE UNITED STATES DISTRICT COURT**

10                      **DISTRICT OF ALASKA**

11

12 **Sally C. Purser,**                      )
                                             ) **CERTIFICATE OF SERVICE**
13           **Plaintiff,**                  )
                                             )
14           **v.**                          )
                                             )
15 **Josef F. Boehm, Allen K.**              )
   **Bolling, and Bambi Tyree,**             )
16                                           )
             **Defendants.**                 ) **CASE NO.: A05-0085 (JKS)**
17                                           )
                                             )
18 _____         )
                                             )
19

20      I HEREBY CERTIFY that on this 14th day of April, 2007.  I

21 caused a true and correct copy of the foregoing **NOTICE OF MOTION**

22 **AND MOTION FOR LEAVE TO FILE THIRD PARTY COMPLAINTS AND POINTS AND**

23 **AUTHORITIES TO FILE THIRD PARTY COMPLAINTS.**

24
        The following parties were served April 20th, 2007:
25

26
   CARMEN E. CLARK, ESQ.
27 INGALDSON, MAASSEN & FITZGERALD, P.C.
28 813 W. 3RD AVENUE

                                   1

                    **CERTIFICATE OF SERVICE**

ANCHORAGE, AK 99501-2001


Allen K. Bolling
Inmate No: 14911-006
USP Terre Haute
U.S. Penitentiary
P.O. Box 12015
Terre Haute, IN 47801
C.M. 7002 2410 0006 6742 2188

Bambi Tyree
c/o Mary Pate, Esq.
425 G. Sreet, Suite 930
Anchorage, Alaska 99501

Leslie Williams
Inmate No: 14903-006
FCI Yazoo City Medium
P.O. Box 5888
Yazoo City, MS 39194

DATE: __4/20/07_____          ____/s/_____
_____          John Ybarra

**CERTIFICATE OF SERVICE**