**KENNER LAW FIRM, P.C.**
David E. Kenner, SBN 41425
Brett A. Greenfield, SBN 217343
16000 Ventura Boulevard, PH 1208
Encino, CA 91364
818 995 1195
818 475 5369 – fax

**WADE, KELLY & SULLIVAN**
733 W. 4th Avenue, Suite 200
Anchorage, Alaska 99501
(907) 561-7743
(907) 562-8977 - fax

Attorney for Defendant Josef F. Boehm

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| Sally C. Purser, | ) |
| | ) NOTICE OF MOTION AND MOTION TO |
| Plaintiff, | ) CONTINUE THE TRIAL DATE |
| | ) |
| v. | ) |
| | ) |
| Josef F. Boehm, Allen K. Bolling, and Bambi Tyree, | ) |
| | ) |
| Defendants. | ) |
| | ) CASE NO.: A05-0085 (JKS) |
| | ) |

PLEASE TAKE NOTICE THAT ON May 18, 2007 at 8:30 AM or as soon thereafter as the matter may be heard in the above-entitled Court, Defendant Josef Boehm will and hereby does move this Court for an order continue the trial date to January 15, 2008.

This motion is based upon this notice of motion and motion, the accompanying memorandum of points and authorities, all pleadings and papers on file in this action, and upon such other evidence, argument, and matters as may be presented to the court at the time of hearing.

1

**NOTICE OF MOTION AND MOTION TO CONTINUE THE TRIAL DATE**

DATED this 18TH day of May, 2007 at Encino, California.

                                      KENNER LAW FIRM

                                      By:_____/s/_____
                                          David E. Kenner
                                          California 41425
                                          16000 Ventura Blvd.
                                          Penthouse 1208
                                          Encino, California 91436

                                      By:_____/s/_____
                                          Brett A. Greenfield
                                          California 217343
                                          16000 Ventura Blvd.
                                          Penthouse 1208
                                          Encino, California 91436

**NOTICE OF MOTION AND MOTION TO CONTINUE THE TRIAL DATE**