1  **KENNER LAW FIRM, P.C.**
   **David E. Kenner, SBN 41425**
2  **Brett A. Greenfield, SBN 217343**
   **16000 Ventura Boulevard, PH 1208**
3  **Encino, CA 91364**
   **818 995 1195**
4  **818 475 5369 – fax**

5  **WADE, KELLY & SULLIVAN**
   **733 W. 4th Avenue, Suite 200**
6  **Anchorage, Alaska 99501**
   **(907) 561-7743**
7  **(907) 562-8977 - fax**

8  **Attorney for Defendant Josef F. Boehm**

9                    IN THE UNITED STATES DISTRICT COURT

10                           DISTRICT OF ALASKA

11

12 | **Sally C. Purser,**              )
                                        ) **CERTIFICATE OF SERVICE**
13 |         Plaintiff,                 )
                                        )
14 |             v.                     )
                                        )
15 | **Josef F. Boehm, Allen K.**       )
   | **Bolling, and Bambi Tyree,**     )
16 |                                    )
   |         Defendants.                ) CASE NO.: A05-0085 (JKS)
17 |                                    )
                                        )
18 |_____)
                                        )
19

20      I HEREBY CERTIFY that on this 11th day of May, 2007.  I caused

21 a true and correct copy of the foregoing **NOTICE OF MOTION AND**

22 **MOTION TO CONTINUE THE TRIAL DATE** AND **POINTS AND AUTHORITIES TO**

23 **CONTINUE THE TRIAL DATE.**

24
        The following parties were served on the 18th day of May, 2007:
25

26
   CARMEN E. CLARK, ESQ.
27 INGALDSON, MAASSEN & FITZGERALD, P.C.

28 813 W. 3RD AVENUE

                                        1

                            **CERTIFICATE OF SERVICE**

```
ANCHORAGE, AK 99501-2001


Allen K. Bolling
Inmate No: 14911-006
USP Terre Haute
U.S. Penitentiary
P.O. Box 12015
Terre Haute, IN 47801
C.M. 7002 2410 0006 6742 2188


Bambi Tyree
c/o Mary Pate, Esq.
425 G. Sreet, Suite 930
Anchorage, Alaska 99501


Leslie Williams
Inmate No: 14903-006
FCI Yazoo City Medium
P.O. Box 5888
Yazoo City, MS 39194


DATE: __5/18/07_____          ____/s/_____
                                John Ybarra
```

2

**CERTIFICATE OF SERVICE**