Darryl L. Jones, Esq.
905 Photo Avenue
Anchorage, AK 99503
Tel (907) 278-1212
Fax (907) 278-1213
Email: lodj.federalnotices@yahoo.com

Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| Salley C. Purser, )<br>)<br>    Plaintiff, )<br>)<br>v. )<br>)<br>Josef F. Boehm, Allen K. Bolling, )<br>and Bambi Tyree, )<br>)<br>    Defendants. )<br>_____ ) | Case No: A05-0085 (JKS) |

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on June 1, 2007 a true and correct copy of the

Plaintiff's Opposition to Continue Trial was served on:

Allen K. Bolling
Inmate No: 14911-006
USP Terre Haute
U.S. Penitentiary
P.O. Box 12015
Terre Haute, IN 47801


Josef Boehm
c/o Kenner Law Firm

     Pamela Sullivan
     Wade, Kelley & Sullivan

by first class regular mail, if noted above, or by electronic means through the ECF System as indicated on the Notice of Electronic Filing.

__/s/_ Darryl L. Jones
Darryl Jones, Esq.
ABA No.: 8811188