**KENNER LAW FIRM, P.C.**
David E. Kenner, SBN 41425
Brett A. Greenfield, SBN 217343
16000 Ventura Boulevard, PH 1208
Encino, CA 91364
818 995 1195
818 475 5369 – fax

**WADE, KELLY & SULLIVAN**
733 W. 4th Avenue, Suite 200
Anchorage, Alaska 99501
(907) 561-7743
(907) 562-8977 - fax

Attorney for Defendant Josef F. Boehm

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| Sally C. Purser, | ) |
| | ) CERTIFICATE OF SERVICE |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| Josef F. Boehm, Allen K. Bolling, and Bambi Tyree, | ) |
| | ) |
| Defendants. | ) CASE NO.: A05-0085 (JKS) |
| | ) |
| | ) |
| | ) |

I HEREBY CERTIFY that on this 6th day of June, 2007. I caused a true and correct copy of the foregoing **REPLY TO PLAINTIFF'S OPPOSITION TO MOTION FOR CONTINUANCE.**

The following parties were served on the 6th day of June, 2007:

CARMEN E. CLARK, ESQ.
INGALDSON, MAASSEN & FITZGERALD, P.C.
813 W. 3RD AVENUE
ANCHORAGE, AK 99501-2001

1

**CERTIFICATE OF SERVICE**

1
2  Allen K. Bolling
   Inmate No: 14911-006
3  USP Terre Haute
4  U.S. Penitentiary
   P.O. Box 12015
5  Terre Haute, IN 47801
6  C.M. 7002 2410 0006 6742 2188

7
   Bambi Tyree
8  c/o Mary Pate, Esq.
9  425 G. Sreet, Suite 930
   Anchorage, Alaska 99501
10

11 Leslie Williams
   Inmate No: 14903-006
12 FCI Yazoo City Medium
13 P.O. Box 5888
14 Yazoo City, MS 39194

15 DATE: __6/6/07_____          ____/s/_____
16                                John Ybarra

17
18
19
20
21
22
23
24
25
26
27
28

2

**CERTIFICATE OF SERVICE**