1  **KENNER LAW FIRM, P.C.**
   **David E. Kenner, SBN 41425**
2  **Brett A. Greenfield, SBN 217343**
   **16000 Ventura Boulevard, PH 1208**
3  **Encino, CA 91364**
   **818 995 1195**
4  **818 475 5369 – fax**

5  **WADE, KELLY & SULLIVAN**
   **733 W. 4th Avenue, Suite 200**
6  **Anchorage, Alaska 99501**
   **(907) 561-7743**
7  **(907) 562-8977 - fax**

8  **Attorney for Defendant Josef F. Boehm**

9              IN THE UNITED STATES DISTRICT COURT

10                    DISTRICT OF ALASKA

11

12 **Sally C. Purser,**                  )
                                          ) NOTICE OF ATTACHMENT
13          Plaintiff,                    )
                                          )
14          v.                            )
                                          )
15 **Josef F. Boehm, Allen K.**           )
   **Bolling, and Bambi Tyree,**          )
16                                        )
            Defendants.                   ) CASE NO.: A05-0085 (JKS)
17                                        )
                                          )
18  _____       )
                                          )
19     The following is a notice of attachment.  Attached are the

20 declarations of Pam Sullivan as Exhibit 1 and Robert Van Norman as

21 Exhibit 2.

22                                  KENNER LAW FIRM

23                                  By: /s/ David E. Kenner
24                                      David E. Kenner
                                        California 41425
25                                      16000 Ventura Blvd.
26                                      Penthouse 1208
                                        Encino, California 91436
27

28

                             1

                    **CERTIFICATE OF SERVICE**

```
                              By: /s/ Brett A. Greenfield
                                  Brett A. Greenfield
                                  California 217343
                                  16000 Ventura Blvd.
                                  Penthouse 1208
                                  Encino, California 91436
```

**CERTIFICATE OF SERVICE**