KENNER LAW FIRM
16000 Ventura Blvd.
Penthouse 1208
Encino, California 91436

WADE, KELLY & SULLIVAN
733 W. 4th Avenue, Suite 200
Anchorage, Alaska 99501
(907) 561-7743
(907) 562-8977 / Facsimile
Sullivan@ak.net

Attorneys for Defendant Josef F. Boehm

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| SALLY C. PURSER, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> JOSEF F. BOEHM, ALLEN K. ) <br> BOLLING, LESLIE WILLIAMS, ) <br> JR., and BAMBI TYREE ) <br> ) <br> Defendants. ) <br> _____ ) | Case No. 3:05-cv-00085 JKS |

### DECLARATION OF PAMELA S. SULLIVAN

1. I, Pamela Sullivan, am an attorney with the law firm of Wade, Kelly & Sullivan, local Alaska counsel on behalf of Josef F. Boehm.

2. I am licensed to practice law in the Alaska State Courts, the United States

Declaration of Pamela S. Sullivan
Purser v. Boehm
No. 3:05-cv-00085 JKS

- 1 -

District Court, the Ninth Circuit Court of Appeals and the United States Supreme Court.

3. I respectfully submit the following declaration in support of the defendant's Motion to Continue the Trial Date, filed with the Court on May 18, 2007.

4. The plaintiff in this matter has filed an opposition to the defendant's Motion to Continue the Trial Date, in part arguing that local counsel could "assist in meeting deadlines in this case." The issue is not only meeting deadlines, but preparing for and trying the case.

5. Mr. Boehm retained David Kenner and the Kenner Law Firm to represent and defend him regarding civil lawsuits filed by six plaintiffs. Two cases were filed in federal court; the above captioned case and *Wallis v. Boehm, et al.*, 3:06-cv-00031-RRB. The other cases were consolidated in the Alaska Superior Court as *E.A. et al. v. Boehm v. Bolling et al.*, 3AN-05-11782 CI (Consolidated).

6. As local counsel, my primary focus of concentration has been on accumulation and distribution of discovery, communication with and coordination of plaintiffs' counsel, witnesses, investigators and experts regarding case planning and preparation and motion practice in the consolidated case before the Alaska Superior Court.

7. I was not anticipating being lead trial counsel in this matter, nor am I prepared

WADE, KELLY & SULLIVAN
745 W. 4TH AVE, SUITE 425
ANCHORAGE, AK 99503
(907) 561-7743
FAX (907) 562-8977

Declaration of Pamela S. Sullivan
Purser v. Boehm
No. 3:05-cv-00085 JKS

- 2 -

for trial in this case.

8. In addition, Mr. Boehm retained the law firm of Wade, Kelly & Sullivan as local, not primary, counsel, and I would consider it a breach of our firm's agreement with Mr. Boehm if I were to act as a substitute for David Kenner and the Kenner Law Firm representing Mr. Boehm as solo counsel at trial.

9. Accordingly, I am respectfully submitting this declaration in support of the Motion to Continue the Trial Date and requesting that the Court grant the defendant's motion.

DATED THIS 6th day of June, 2007.

Pamela S. Sullivan
Alaska Bar 9711072
WADE, KELLY & SULLIVAN
745 W. 4th Ave., Suite 425
Anchorage, Alaska 99501
907-561-7743 Ph.
907-562-8977 Fx.
Sullivan@ak.net

Declaration of Pamela S. Sullivan
Purser v. Boehm
No. 3:05-cv-00085 JKS

- 3 -