| | | |
|---|---|---|
| STATE OF SOUTH DAKOTA | ) | IN CIRCUIT COURT |
| | ) SS | |
| COUNTY OF CUSTER | ) | SEVENTH JUDICIAL CIRCUIT |

| | | |
|---|---|---|
| STATE OF SOUTH DAKOTA, | ) | Crim No 16FO6000124A0 |
| Plaintiff, | ) | Crim No 16FO6000125A0 |
| | ) | |
| vs. | ) | |
| | ) | **DECLARATION OF** |
| CHAD JOHN WILSON and | ) | **ROBERT W. VAN NORMAN** |
| JOHN J. MIDMORE, | ) | |
| Defendants. | ) | |

State of South Dakota )
              ) SS.
County of Pennington )

Robert Van Norman, having been duly sworn, states as follows:

1.     He is local counsel in the above-captioned case. Prime counsel in this case are David Kenner and Brett Greenfield of Encino, CA, who jointly represent the above-named defendants.

2.     The charges in this case are conspiracy to commit first degree murder, which in the event of a conviction carries the mandatory of life in prison without parole; 5 counts of attempted murder which carry 25 year maximum sentences upon conviction; and five counts of commission of a felony with firearm which, upon conviction, carry mandatory sentences consecutive to related convictions.

3.     As local counsel your affiant has a limited role, both by virtue of being "local counsel' under South Dakota law and, further, because the defendant clients have counsel of their choosing who are Mssrs. Kenner and Greenfield.

4.     This case involves thousands of pages of documents and surveillance and other videos. This case also involves extensive issues surrounding evidence and

*State v. Wilson and Midmore*
Declaration of Robert W. Van Norman
File 06-124/06-125

forensics, and various experts on DNA, ballistics, fingerprinting and scene

reconstruction.

     5.     Your affiant has neither been hired for nor involved in a fashion in this

case that would permit him to effectively represent the defendants on his own, as that

representation is guaranteed under the Sixth Amendment to the U.S. Constitution.

     6.     This case is scheduled to begin trial in Custer, Custer County, State of

South Dakota before the Honorable John J. Delaney, Circuit Judge, State of South Dakota

on September 24, 2007.  This is a firm trial date after this matter has been previously

rescheduled.  The clients are incarcerated and have demanded that trial take place as

scheduled on September 24.

     7.     Your affiant believes that the case will take no less than three weeks to try

before a jury.

     I declare the foregoing to be true and correct based on my best knowledge and

information.  Executed this ___4th___ day of June, 2007 at, Pennington County, South

Dakota.

THOMAS NOONEY BRAUN SOLAY
& BERNARD, LLP


Robert Van Norman, S.D. State Bar #1902
Attorney for Defendant Wilson/Midmore
632 Main Street – 2nd Floor
Rapid City, SD 57701
Phone: (605) 348-7516/Fax: (605) 348-5852

*State v. Wilson and Midmore*
Declaration of Robert W. Van Norman
File 06-124/06-125

STATE OF SOUTH DAKOTA

COUNTY OF PENNINGTON

On the _6th_ day of June, 2007, before me, the undersigned officer, personally appeared Robert W. Van Norman, known to me or satisfactorily proven to be the person whose name is subscribed to the within instrument and acknowledged that he executed the same for the purposes therein contained.

IN WITNESS WHEREOF, I hereunto set my hand and official seal.

LAKOTA CARBONE
NOTARY PUBLIC
State of South Dakota

_Lakota Carbone_
Notary Public

My commission expires: _9-19-09_
(SEAL)