Darryl L. Jones, Esq.
109 W 6th Avenue, Suite 200
Anchorage, Alaska 99501
Tel (907) 278-1212
Fax (907) 278-1213
Email: lodj.federalnotices@yahoo.com
ABA No: 8811188

Attorney for Plaintiff

## IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF ALASKA

| | |
|---|---|
| SALLY C. PURSER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| JOSEF F. BOEHM, et. al. ) | |
| ) | |
| Defendants. ) | Case No. 3:05-CV-00085-JKS |
| ) | |

## NOTICE TO THE COURT ON EXHIBIT REVIEW AS ORDERED

COMES NOW PLAINTIFF SALLEY PURSER by and through her attorney Darryl L. Jones and hereby gives notice to the court, that pursuant to this Courts Order Plaintiff has tried to get together with Defendant's Attorneys for the purpose of reviewing exhibits. Plaintiff has notified the court clerk of the failure of the Defendant's Attorneys to respond to Plaintiff's request. A letter was faxed and mailed to Attorney Sullivan and mailed to Attorney Kenner with no responses whatsoever.  Defendants are well aware of the court's order with respect to exhibit review, but they have failed to respond to Plaintiff's request to meet and review exhibits.  Id. Copy of letter and fax response attached to this notice.

Plaintiff gave the court clerk notice on June 19, 2007, that due to Mr. Jones being out of State and Mr. Jones's legal assistant leaving town for a few days, Plaintiff would like to review Plaintiff's exhibits with the court clerk and leave a courtesy copy for the Judge on Friday, June 22, 2007.

DATED this 22nd day of June 2007.

/s/ Darryl L. Jones
Darryl L. Jones, Esq.
905 Photo Avenue
Anchorage, Alaska 99503
Tel: 907-278-1212
Fax: 907-278-1213
Email: lodj.federalnotices@yahoo.com
ABA No: 8811188