# DARRYL L. JONES
## ATTORNEY AT LAW

905 Photo Avenue • ANCHORAGE, ALASKA 99503
(907) 278-1212 • FAX (907) 278-1213

June 18, 2007

Attorney Pamela Sullivan
Wade, Kelley and Sullivan
733 W. 4th Ave. Suite 200
Anchorage, Alaska 99501

Reason:   Purser v. Boehm
          Discovery

Dear Attorney Sullivan:

Please be advised that I am writing to you to try and resolve the Defendant Josef Boehm's failure of answering the Plaintiff's Fourth Set of Interrogatories, Admissions and Discovery requests. They were faxed to your office on May 17, 2007 and a hard copy sent via mail to you also. A copy was also mailed to Attorney Kenner's office.

This letter is an effort to try and resolve the discovery issue now prior to having to file a motion to compel discovery. As you are aware discovery in this litigation has closed.

Thank you for your prompt attention to this notice of trying to resolve this issue.

Respectfully,

THE LAW OFFICE OF DARRYL JONES

By: _____
    David Schlerf, Esq.
    0611090

Law Office of Darryl Jones
905 Photo Avenue
Anchorage AK  99503
(907) 278-1212
(907) 278-1213 fax

# Fax

To: Wade Kelley, P Sullivan  From: David Schley, ESQ
Fax: 562-8977  Pages: 2 total
Phone: 561-7743  Date: 6-18-07
Re: Purser v Riehm  Attn: Pam Sullivan

Comments/Special Instructions

### Fax Cover Disclaimer

The contents of this Fax message and any attachments are intended solely for the addressee(s) named in this message. This communication is intended to be and to remain confidential and may be subject to applicable attorney/client and/or work product privileges. If you are not the intended recipient of this message, or if this message has been addressed to you in error, please immediately alert the sender by telephone at the above number and then return the original message and its attachments by U.S. mail to the address above. Do not deliver, distribute or copy this message and/or any attachments and if you are not the intended recipient, do not disclose the contents or take any action in reliance upon the information contained in this communication or any attachments.

ACCOUNTING INFORMATION

CLIENT NAME _____  Client #: _____

POSTING DATE _____  BY: _____

FAX CHARGES  TOTAL PAGES SENT _____ X $.50 PER PAGE = $ _____

```
                TRANSMISSION VERIFICATION REPORT

                                    TIME    : 06/17/2007 20:46
                                    NAME    :
                                    FAX     :
                                    TEL     :
                                    SER. #  : BROE3J409058


DATE, TIME              06/17  20:46
FAX NO./NAME            5628977
DURATION                00:00:31
PAGE(S)                 02
RESULT                  OK
MODE                    STANDARD
                        ECM
```

Law Office of Darryl Jones
905 Photo Avenue
Anchorage AK 99503
(907) 278-1212
(907) 278-1213 fax

# Fax

To: Wade Kelley & Sullivan  From: David Sahlerf, ESQ
Fax: 562-8977    Pages: 2 total
Phone: 561-7743    Date: 6-18-07
Re: Purser v. Boehm    Attn: Pam Sullivan

Comments/Special Instructions

Fax Cover Disclaimer
The contents of this Fax message and any attachments are intended solely for the