Darryl L. Jones, Esq.
109 W. 6th Avenue, Suite 200
Anchorage, AK 99501
Tel (907) 278-1212
Fax (907) 278-1213
Email: lodj.federalnotices@yahoo.com
ABA No: 8811188

Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| Salley C. Purser,                                    )<br>                                                              )<br>             Plaintiff,                               )<br>                                                              )<br>v.                                                          )<br>                                                              )<br>Josef F. Boehm, et. al.                          )<br>                                                              )<br>             Defendants.                          )<br>_____)  | Case No: A05-0085 (JKS) |

**CERTIFICATE OF SERVICE**

      This is to certify that on the 22nd day of June 2007, a true and correct copy of the foregoing document was caused to be mailed to the following parties of record via United States Mail:

      Allen K. Bolling
      Inmate No: 14911-006
      USP Terre Haute
      U.S. Penitentiary
      P.O. Box 12015
      Terre Haute, IN 47801

Josef Boehm
c/o David Kenner
Kenner Law Firm
16000 Ventura Blvd., Ste.1208
Encino, CA 91436

Pamela Sullivan
Wade, Kelley & Sullivan
745 W. 4th Avenue, Suite 200
Anchorage, Alaska 99501


  /s/  Darryl L. Jones
Darryl L. Jones
109 W. 6th Avenue, Suite 200
Anchorage, AK 99501
Ph: 907-278-1212
Fax: 907-278-1213
ABA No: 8811188