Darryl L. Jones
905 Photo Avenue
Anchorage, Alaska 99503
Tel: 907-278-1212
Fax: 907-278-1213
Email: lodj.federalnotices@yahoo.com
ABA No: 8811188

Attorney for Plaintiff

## PLAINTIFF'S EXHIBIT LIST

Case No.: 3:05-cv-85 JKS
        Purser v. Boehm, et. al.

| Exhibit No. | Description |
|-------------|-------------|
| P-1 | Bambi Tyree Affidavit |
| P-2 | Salvation Army Records |
| P-3 | Dr. Rose Report |
| P-4 | Francis Gallela Report |
| P-5 | First National Bank Trust Accounting |
| P-6 | Articles regarding Boehm |
| P-7 | Boehm Criminal Indictment |