KENNER LAW FIRM
16000 Ventura Blvd.
Penthouse 1208
Encino, California 91436

WADE, KELLY & SULLIVAN
745 W. 4th Avenue, Suite 425
Anchorage, Alaska 99501
(907) 561-7743
(907) 562-8977 / Facsimile
Sullivan@ak.net

Attorneys for Defendant Josef F. Boehm

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| SALLY C. PURSER, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> JOSEF F. BOEHM, ALLEN K. ) <br> BOLLING, LESLIE WILLIAMS, ) <br> JR., and BAMBI TYREE ) <br> ) <br> Defendants. ) <br> _____ ) | Case No. 3:05-cv-00085 JKS |

**MOTION TO EXTEND DATE TO CLOSE DISCOVERY FOR THE LIMITED AND SOLE PURPOSE OF EXPERT EVALUATION**

Josef Boehm, defendant in this matter, through his counsel, the Kenner Law Firm and local counsel, the law firm of Wade, Kelly & Sullivan, respectfully requests the Court to allow extension of the deadline closing discovery in this case for the limited and

Motion to Extend Time and Motion
For Conference
Purser v. Boehm
No. 3:05-cv-00085 JKS

- 1 -

sole purpose of evaluation of the plaintiff, Sally Purser by defendant's expert Dr. Mark J. Mills.

As grounds for this motion, the defendant states that the evaluation of Ms. Purser was originally scheduled for June 25, 2007. All parties to the case, including the medical experts, agreed to this date. Although Dr. Mills was available to evaluate Ms. Purser prior to the date of the close of discovery, June 25, 2007, the defendant agreed to extend the discovery date until June 25, 2007, on the Court's approval, as Dr. Rose was not available prior to June 25, 2007 and he was to be present during Dr. Mills' evaluation pursuant to Court's Order.

Ms. Purser and Dr. Rose were present in local counsel's office on June 25 2007. Although travel and lodging arrangements had been made for Dr. Mills and Dr. Mills agreed to the June 25, 2007 date, Mr. Mills was not present on that date.

Mr. Jones, counsel for the plaintiff has been out of state the better part of June, and upon information and belief, will be out of state until the first week of July. Accordingly, he has been unavailable to discuss this development. On June 25, 2007 in local counsel's office, Ms. Purser, Dr. Rose and Dr. Mills (by telephone) agreed to reschedule Ms. Purser's evaluation for July 6, 2007.

Counsel for the defendant respectfully requests the Court to allow an extension of the discovery deadline in this case for the sole purpose of evaluation of Ms. Purser on July 6, 2007.

Motion to Extend Time and Motion
For Conference
Purser v. Boehm
No. 3:05-cv-00085 JKS

- 2 -

WADE, KELLY & SULLIVAN
733 W. 4TH AVE., SUITE 200
ANCHORAGE, AK 99503
(907) 581-7743
FAX (907) 582-8977

This motion is supported by affidavit of counsel and Dr. Mills, attached herewith.

DATED this 28TH day of June, 2007 at Anchorage, Alaska.

WADE, KELLY & SULLIVAN

s/ Pamela S. Sullivan
733 West 4th Avenue, Suite 200
Anchorage, Alaska 99501
907-561-7743 Ph.
907-562-8977 Fx.
Sullivan@ak.net
AK Bar No. 9711072

Motion to Extend Time and Uptown
For Conference
Purser v. Boehm
No. 3:05-cv-00085 JKS

**CERTIFICATE OF SERVICE**

I hereby certify that on June 28, 2007, a copy of the foregoing was served electronically on Darryl L. Jones, Esquire and by regular U.S. Mail on: Allen Bolling

s/ Pamela Sullivan.

- 3 -