KENNER LAW FIRM
16000 Ventura Blvd.
Penthouse 1208
Encino, California 91436

WADE, KELLY & SULLIVAN
745 W. 4th Avenue, Suite 425
Anchorage, Alaska 99501
(907) 561-7743
(907) 562-8977 / Facsimile
Sullivan@ak.net

Attorneys for Defendant Josef F. Boehm

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| SALLY C. PURSER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Case No. 3:05-cv-00085 JKS |
| v. | ) |
| | ) |
| JOSEF F. BOEHM, ALLEN K. | )[Proposed] **ORDER** |
| BOLLING, LESLIE WILLIAMS, | ) |
| JR., and BAMBI TYREE | ) |

Pursuant to defendant Josef Boehm's Motion to Extend Discovery;

IT IS HEREBY ORDERED THAT said motion is granted. Defendant is permitted to extend the discovery deadline in this case for the sole purpose of evaluation of Ms. Purser on July 6, 2007.

_____              _____
Date                                                                           U.S. DISTRICT COURT JUDGE

Certificate: I CERTIFY that this document was electronically transmitted to
Darryl Jones, Esq., and mailed via U.S. Mail to Allen Bolling this 28th day of
June 2007.