KENNER LAW FIRM
16000 Ventura Blvd.
Penthouse 1208
Encino, California 91436

WADE, KELLY & SULLIVAN
733 W. 4th Avenue, Suite 200
Anchorage, Alaska 99501
(907) 561-7743
(907) 562-8977 / Facsimile
Sullivan@ak.net

Attorneys for Defendant Josef F. Boehm

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| SALLY C. PURSER, ) | |
| ) | |
| Plaintiff, ) | |
| ) Case No. 3:05-cv-00085 JKS | |
| v. ) | |
| ) | |
| JOSEF F. BOEHM, ALLEN K. ) | |
| BOLLING, LESLIE WILLIAMS, ) | |
| JR., and BAMBI TYREE ) | |
| ) **MOTION FOR EXPEDITED** | |
| Defendants. ) **CONSIDERATION** | |
| ) | |

Josef Boehm, through his counsel, the Kenner Law Firm and the law offices of Wade, Kelly and Sullivan, hereby moves the court for a Motion for Expedited Consideration on defendant's Motion to Extend Date to Close Discovery for the Limited and Sole Purpose of Expert Evaluation.

As grounds for this request, the defendant states that plaintiff's expert, Dr. Rose, the plaintiff, Sally Purser, and defendant's expert, Dr. Mills, have discussed, agreed, and scheduled July 6, 2007 at 10:00 a.m. to conduct the psychological exam of Sally Purser. Counsel for defendant has tried unsuccessfully to reach an attorney from Mr. Jones' office for the last two days, and upon information and belief, Mr. Jones is aware of the July 6th date.

This pleading is supported by Defendant's Motion, Affidavit of Pamela S. Sullivan, and the Declaration of Dr. Mark Mills, attached herewith.

DATED this 28th day of June, 2007, at Anchorage, Alaska.

WADE, KELLY & SULLIVAN

s/ Pamela S. Sullivan
733 West 4th Avenue, Suite 200
Anchorage, Alaska 99501
907-561-7743 Ph.
907-562-8977 Fx.
Sullivan@ak.net
AK Bar No. 9711072

---

**CERTIFICATE OF SERVICE**

I hereby certify that on November 2, 2006, a copy of the foregoing was served electronically on Darryl L. Jones, Esquire and by regular U. S. Mail on: Allen Bolling

s/ Pamela Sullivan

- 2 -