KENNER LAW FIRM
16000 Ventura Blvd.
Penthouse 1208
Encino, California 91436

WADE, KELLY & SULLIVAN
733 W. 4th Avenue, Suite 200
Anchorage, Alaska 99501
(907) 561-7743
(907) 562-8977 / Facsimile
Sullivan@ak.net

Attorneys for Defendant Josef F. Boehm

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| SALLY C. PURSER, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | ) Case No. 3:05-cv-00085 JKS<br>)<br>) |
| JOSEF F. BOEHM, ALLEN K. BOLLING, LESLIE WILLIAMS, JR., and BAMBI TYREE | )<br>)<br>) [PROPOSED] **ORDER GRANTING** |
| Defendants. | )**MOTION FOR EXPEDITED**<br>)**CONSIDERATION**<br>) |

Josef Boehm, having moved this court for expedited consideration on his Motion to Extend Date to Close Discovery for the Limited and Sole Purpose of Expert Evaluation;

IT IS HEREBY ORDERED that the Motion to Expedite is GRANTED. Any opposition to the motion to extend the discovery deadline in order for the psychological

- 1 -

examination of Sally Purser to take place on July 6, 2007, must be filed with the court by

_____, 2007 at \_\_\_\_ \_ m.

DATED:_____   _____
U.S. District Court Judge