Darryl L. Jones, Esq.
905 Photo Avenue
Anchorage, AK 99503
Tel (907) 278-1212
Fax (907) 278-1213
Email: lodj.federalnotices@yahoo.com
ABA No: 8811188

Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| Sally C. Purser, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| Josef F. Boehm, et al., | ) |
| | ) |
| Defendants. | ) |
| _____) | **Case No. A05-0085 CV (JKS)** |

**MOTION TO COMPEL
ANSWERS TO INTERROGATORIES AND REQUEST FOR PRODUCTION**

Plaintiff, by and through undersigned counsel moves for an order compelling defendant Josef Boehm to respond to interrogatories and requests for production propounded upon him pursuant to Fed.R.Civ.P. 33 & 34. This motion is filed under Fed.R.Civ.P. 37 and is supported by the memorandum of points and authorities filed herewith and exhibits annexed thereto.

DATED this 28th day of June 2007.

   /s/ Darryl L. Jones
Darryl L. Jones, Esq.
905 Photo Avenue
Anchorage, Alaska 99503
Tel: 907-278-1212
Fax: 907-278-1213
Email: lodj.federalnotices@yahoo.com
Ak.Bar.No. 8811188