# DARRYL L. JONES
## ATTORNEY AT LAW

905 Photo Avenue • ANCHORAGE, ALASKA 99503
(907) 278-1212 • FAX (907) 278-1213

June 18, 2007

Attorney Pamela Sullivan
Wade, Kelley and Sullivan
733 W. 4th Ave. Suite 200
Anchorage, Alaska 99501

Reason:    Purser v. Boehm
           Discovery

Dear Attorney Sullivan:

Please be advised that I am writing to you to try and resolve the Defendant Josef Boehm's failure of answering the Plaintiff's Fourth Set of Interrogatories, Admissions and Discovery requests. They were faxed to your office on May 17, 2007 and a hard copy sent via mail to you also. A copy was also mailed to Attorney Kenner's office.

This letter is an effort to try and resolve the discovery issue now prior to having to file a motion to compel discovery. As you are aware discovery in this litigation has closed.

Thank you for your prompt attention to this notice of trying to resolve this issue.

Respectfully,

THE LAW OFFICE OF DARRYL JONES

By: _____
David Sehlerf, Esq.
0611090

EXHIBIT 2
Page 1 of 2

**DARRYL L. JONES**
ATTORNEY AT LAW

905 Photo Avenue • ANCHORAGE, ALASKA 99503
(907) 278-1212 • FAX (907) 278-1213

June 22, 2007

Pamela Sullivan
Wade, Kelly and Sullivan
745 W. 4th Avenue, Suite 425
Anchorage, Alaska 99501

RE:   Purser v. Boehm

Dear Pamela:

On page 9 of the Court's most recent Order, you will note that Judge Singleton has ruled that Ms. Purser is entitled to Mr. Boehm's financial information and has ordered that Mr. Boehm must answer Ms. Purser's Discovery Requests.

Pursuant to that Order, we are writing to inquire as to whether you intend to provide the requested information and when we can expect a response.

If we do not get an agreement today that we shall receive full and complete answers to all of our discovery requests, we shall file a motion for sanctions Monday morning. To be clear, we want two questions answered today: 1) Are you going to answer the discovery and 2) when can we expect an answer?

We look forward to hearing your response by the close of business today.

Respectfully,

THE LAW OFFICE OF DARRYL JONES

By: _____
    David Schlerf, Esq.
    ABA No: 0611090

EXHIBIT 2
Page 2 of 2