IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| Sally C. Purser,              )  | |
|                                            ) | |
|     Plaintiff,       ) | |
|                                            ) | |
|     vs.                  ) | |
|                                            ) | |
| Josef F. Boehm, et al.,   ) | |
|                                            ) | |
|     Defendants. ) | |
| _____) | **Case No. A05-0085 CV (JKS)** |

### [PROPOSED] ORDER ON MOTION TO COMPEL

Plaintiff having moved for an order compelling defendant, Josef Boehm's responses to outstanding discovery and the Court having considered the motion, and any response thereto;

IT IS HEREBY ORDERED, the motion is GRANTED and defendant Josef Boehm is directed to answer all outstanding discovery, including discovery seeking financial information. The discovery will be answered fully and completely with ___ days of the date of this order and the failure to do so could result in severe sanctions.

DATED this ___ of _____ 2007.

_____
Judge of the U.S. District Court