Darryl L. Jones, Esq.
905 Photo Avenue
Anchorage, AK 99503
Tel (907) 278-1212
Fax (907) 278-1213
Email: lodj.federalnotices@yahoo.com
ABA No: 8811188

Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| Sally C. Purser, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
|     vs. | ) |
| | ) |
| Josef F. Boehm, et al., | ) |
| | ) |
|     Defendants. | ) |
| _____ | ) **Case No. A05-0085 CV (JKS)** |

**MEMORANDUM IN SUPPORT OF MOTION TO COMPEL
ANSWERS TO INTERROGATORIES AND REQUEST FOR PRODUCTION**

In its order dated 20 June 2006 (Docket 228), this Court concluded that plaintiff is entitled to discovery regarding defendant's wealth. (Docket 228, p. 9). Josef Boehm continues to refuse to answer any discovery; in fact, he just refuses to cooperate in any discovery. In addition to the discovery denied pending decision on the motion for summary judgment (Docket 116; 199), plaintiff submitted additional discovery to the defendant. Exhibit 1. After this Court entered its 20 June 2006 order, plaintiff notified opposing counsel that the discovery needed to be answered. Exhibit 2. Plaintiff received no response from the defendant's counsel.

As this Court has correctly determined, punitive damages are available in a federal cause of action against an individual who engaged intentional conduct warranting an award of such

damages. See Carroll v. Bristol Twp., 827 F. Supp. 332, 335 (E.D. Pa. 1993) (citing City of Newport, 453 U.S. 247 at 267, 101 S. Ct. 2748, 69 L. Ed. 2d 616); see also Carey v. Piphus, 435 U.S. 247, 55 L. Ed. 2d 252, 98 S. Ct. 1042 (1978). Enticing a child to engage in sexual acts is outrageous conduct as a matter of law. Angie M. v. Superior Court, 44 Cal. Rptr. 2d 197, 204 (Calif. App. 4th 1995).

Because this Court has already determined liability, and already determined that Boehm must produce his financial information; he should now be specifically ordered to answer plaintiff's discovery and warned that severe sanctions may result from a failure to do so.

DATED this 28th day of June 2007.

/s/ Darryl L. Jones
Darryl L. Jones, Esq.
905 Photo Avenue
Anchorage, Alaska 99503
Tel: 907-278-1212
Fax: 907-278-1213
Email: lodj.federalnotices@yahoo.com
Ak.Bar.No. 8811188