Darryl L. Jones, Esq.
905 Photo Avenue
Anchorage, AK 99503
Tel (907) 278-1212
Fax (907) 278-1213
Email: lodj.federalnotices@yahoo.com
ABA No: 8811188

Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| Sally C. Purser, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| Josef F. Boehm, Allen K. Bolling, ) | |
| Leslie J. Williams, Jr. and Bambi Tyree, ) | **GOOD FAITH CERTIFICATE** |
| ) | **LOCAL RULE 37.1** |
| Defendants. ) | |
| _____ ) | **Case No. A05-0085 (JKS)** |

Undersigned counsel certifies his office has attempted to conferred in good faith in an attempt to resolve the question regarding Josef Boehm's failure to cooperate and respond to discovery and having failed in that attempt it is necessary to file the following motion:

a.   Motion to Compel response to Interrogatories and Requests for Production.

The motion will likely be opposed by Josef Boehm.

DATED this 28th day of June 2007.

/s/ Darryl L. Jones
Darryl L. Jones, Esq.
905 Photo Avenue
Anchorage, Alaska 99503
Tel: 907-278-1212
Fax: 907-278-1213
Email: lodj.federalnotices@yahoo.com
Ak.Bar.No. 8811188