Darryl L. Jones, Esq.
905 Photo Avenue
Anchorage, AK 99503
Tel (907) 278-1212
Fax (907) 278-1213
Email: lodj.federalnotices@yahoo.com
ABA No: 8811188

Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| Salley C. Purser,                 ) <br>                          ) <br>          Plaintiff,    ) <br>                          ) <br> v.                                 ) <br>                          ) <br> Josef F. Boehm, Allen K. Bolling, ) <br> and Bambi Tyree,              ) <br>                          ) <br>         Defendants.  ) <br> _____) | Case No: A05-0085 (JKS) |

**CERTIFICATE OF SERVICE**

     This is to certify that on or about the 29th day of June 2007, a true and correct copy of the foregoing documents were caused to be mailed to the following parties of record:

    Allen K. Bolling
    Inmate No: 14911-006
    USP Terre Haute
    U.S. Penitentiary
    P.O. Box 12015
    Terre Haute, IN 47801

    Josef Boehm

        c/o David Kenner
        Kenner Law Firm
        16000 Ventura Blvd., Ste.1208
        Encino, CA 91436

        Pamela Sullivan
        Wade, Kelley & Sullivan
        733 W. 4th Avenue, Suite 200
        Anchorage, Alaska 99501

<u>/s/ Darryl L. Jones</u>
Darryl Jones, Esq.
ABA No.: 8811188