IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| SALLY C. PURSER,            )<br>)<br>    Plaintiff,            )<br>                             )  Case No. 3:05-cv-00085 JKS<br>v.                           )<br>                             )<br>JOSEF F. BOEHM, et al.,      )  **ORDER GRANTING**<br>                             )  **MOTION FOR EXPEDITED**<br>    Defendants.              )  **CONSIDERATION**<br>_____) | |

Josef Boehm, having moved this Court for expedited consideration at **Docket No. 235** on his Motion to Extend Date to Close Discovery for the Limited and Sole Purpose of Expert Evaluation;

IT IS HEREBY ORDERED that the Motion to Expedite is **GRANTED**.

DATED: June 29, 2007                    /s/ James K. Singleton, Jr.
                                        U.S. District Court Judge

- 1 -