IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| SALLY C. PURSER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Case No. 3:05-cv-00085 JKS |
| v. | ) |
| | ) |
| JOSEF F. BOEHM, et al., | ) **ORDER** |
| | ) |
| Defendants. | ) |
| _____ | ) |

Pursuant to defendant Josef Boehm's Motion to Extend Discovery at **Docket No. 232**;

IT IS HEREBY ORDERED THAT said motion is **GRANTED**. The Court expects, given the circumstances and the time constraints, that opposing counsel will be generous with the schedule and not oppose this motion. Defendant is permitted to extend the discovery deadline in this case for the sole and limited purpose of evaluation of Ms. Purser on July 6, 2007. The Court notes what appears to be a typo on page 4 of Ms. Sullivan's affidavit at Docket No. 233, where she states that the evaluation will occur on July 7, 2007; however, in granting the motion, the Court assumes that the evaluation will occur on Friday, July 6, 2007, as stated elsewhere in Docket Nos. 232, 232, 234, and 235.

| | |
|---|---|
| June 29, 2007 | /s/ James K. Singleton, Jr. |
| Date | U.S. DISTRICT COURT JUDGE |