MINUTES OF THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

*Purser v. Boehm*
Case No. 3:05-cv-00085-JKS

By:             THE HONORABLE JAMES K. SINGLETON

PROCEEDINGS:    ORDER FROM CHAMBERS

      The Court is in receipt of a motion recently filed by Plaintiff to compel responses to discovery regarding Defendant's wealth. Docket Nos. 236 (motion); 237 (memorandum); 238 (good faith certificate). The Court has stated that discovery in this area is permissible, in light of the outcome of Plaintiff's motion for partial summary judgment establishing liability. Docket No. 228. Because it appears that the relief Purser requests has already been granted, a response is unnecessary at this time. Therefore, the Motion at Docket No. 236 is granted.

    **IT IS SO ORDERED.**

Entered at the direction of the Honorable James K. Singleton, United States District Judge.

DATE: June 29, 2007