KENNER LAW FIRM
16000 Ventura Blvd.
Penthouse 1208
Encino, California 91436

WADE, KELLY & SULLIVAN
745 W. 4th Avenue, Suite 425
Anchorage, Alaska 99501
(907) 561-7743
(907) 562-8977 / Facsimile
Sullivan@ak.net

Attorneys for Defendant Josef F. Boehm

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| SALLY C. PURSER, | ) |
| Plaintiff, | ) |
| v. | ) |
| JOSEF F. BOEHM, ALLEN K. BOLLING, LESLIE WILLIAMS, JR., and BAMBI TYREE | ) |
| Defendants. | ) Case No. 3:05-cv-00085 JKS |

## <u>NOTICE TO COURT REGARDING EXHIBITS</u>

Josef Boehm, defendant in this matter, through his counsel, the Kenner Law Firm and local counsel, the law firm of Wade, Kelly & Sullivan, respectfully files this Notice to Court Regarding Exhibits.

The defendant is represented by the Kenner Law Firm in Los Angeles,

California. Local counsel is the law firm of Wade, Kelly & Sullivan. The exhibits for this case were compiled by the Kenner Law Firm. Local counsel contacted the United States District Court Clerk by telephone on June 22, 2007 and informed the Clerk that the exhibits had not yet been received in Alaska.

Mr. Jones was not available on June 21 or 22, nor was he available during the week of June 25, 2007. Local counsel was unable to contact an attorney at Mr. Jones' office who could discuss exhibit review during the week of June 25, 2007. Mr. Jones called local counsel, although he was outside of Alaska, on June 28, 2007 and counsel informed him of the filing of this notice.

Counsel for the defendant respectfully reserves the right to object to the exhibits filed by the plaintiff. No duplicate exhibits have been filed.

RESPECTFULLY SUBMITTED this 2nd day of July, 2007 at Anchorage, Alaska.

WADE, KELLY & SULLIVAN

s/ Pamela S. Sullivan
733 West 4th Avenue, Suite 200
Anchorage, Alaska 99501
907-561-7743 Ph.
907-562-8977 Fx.
Sullivan@ak.net
AK Bar No. 9711072

**CERTIFICATE OF SERVICE**
I hereby certify that on July 2, 2007, a copy of the foregoing was served electronically on Darryl L. Jones, Esquire

s/ Pamela Sullivan     - 2 -