KENNER LAW FIRM
16000 Ventura Blvd.
Penthouse 1208
Encino, California 91436

WADE, KELLY & SULLIVAN
745 W. 4th Avenue, Suite 425
Anchorage, Alaska 99501
(907) 561-7743
(907) 562-8977 / Facsimile
Sullivan@ak.net

Attorneys for Defendant Josef F. Boehm

Case No. 3:05-cv-00085 JKS
*Purser v. Boehm, et al.*

## DEFENDANT'S FINAL EXHIBIT LIST

| EXHIBIT NO. | | DESCRIPTION |
|---|---|---|
| D-A | IDEN | APD Police Report Re 5-11-2003 |
| D-B | IDEN | Affidavit of Mark Thomas with Police Reports |
| D-C | IDEN | Amber Myers Grand Jury Transcript |
| D-D | IDEN | Amber Myers Statement |
| D-E | IDEN | Amber Myers Impact Statement |
| D-F | IDEN | Axt Complaint |
| D-G | IDEN | Axt Statement 2 |
| D-H | IDEN | Axt Statement |
| D-I | IDEN | Axt, Deborah Deposition in Alaska |
| D-J | IDEN | Axt, Erin Deposition in Alaska |
| D-K | IDEN | Bambi Tyree Vol. I |

- 1 -

| D-L | IDEN | Bambi Tyree Vol. II |
|---|---|---|
| D-M | IDEN | Bambi Tyree Vol. III |
| D-N | IDEN | Client Evaluations and Background |
| D-O | IDEN | Criminal Complaint |
| D-P | IDEN | Criminal History of Deborah Axt |
| D-Q | IDEN | Cynthia Ramirez Grand Jury Transcript |
| D-R | IDEN | Ditullio Grand Jury Transcript |
| D-S | IDEN | Ditullio Statement |
| D-T | IDEN | EA Complaint |
| D-U | IDEN | EA First Amended Complaint |
| D-V | IDEN | Eckstein Grand Jury Transcript |
| D-W | IDEN | Emily Swigart and Kim Swentek Statement |
| D-X | IDEN | FBI 302s |
| D-Y | IDEN | Grand Jury Testimony of Ace Robert Clark |
| D-Z | IDEN | Grand Jury Testimony of Amber Latimer |
| D-AA | IDEN | Grand Jury Testimony of Amber Myers |
| D-AB | IDEN | Grand Jury Testimony of Jamie Millard |
| D-AC | IDEN | Grand Jury Testimony of Krystal Wallis |
| D-AD | IDEN | Grand Jury Testimony of Leanne Harvey |
| D-AE | IDEN | Grand Jury Testimony of Miranda Ditullio |

| D-AF | IDEN | Grand Jury Testimony of Robert Bruce Burnett |
| --- | --- | --- |
| D-AG | IDEN | Grand Jury Testimony of Sally Purser |
| D-AH | IDEN | Grand Jury Testimony of Steve Boltz |
| D-AI | IDEN | Houser Statement |
| D-AJ | IDEN | Jamie Millard Grand Jury Transcript |
| D-AK | IDEN | Jamie Millard Victim Impact Statement |
| D-AL | IDEN | Kangas Statement |
| D-AM | IDEN | Kathleen Purser Arrest Information |
| D-AN | IDEN | Kathleen Purser Background |
| D-AO | IDEN | Leanne Harvey Grand Jury |
| D-AP | IDEN | Leanne Harvey Victim Impact Statement |
| D-AQ | IDEN | Leslie Williams Statement 1 |
| D-AR | IDEN | Leslie Williams Statement 2 |
| D-AS | IDEN | Paulando Williams Police Report |
| D-AT | IDEN | Paulando Williams Statement |
| D-AU | IDEN | Police Reports |
| D-AV | IDEN | Polly Harvey Impact Statement |
| D-AW | IDEN | Purser Complaint |
| D-AX | IDEN | Purser, Sally Deposition in Alaska |
| D-AY | IDEN | Purser Amended Complaint |

| D-AZ | IDEN | Purser Complaint |
|------|------|------------------|
| D-BA | IDEN | Regina Moore Statement |
| D-BBC | IDEN | Rose Pedento Statement |
| D-BC | IDEN | Sally & Kathleen Purser Statement 2 |
| D-BD | IDEN | Sally Purser Statement 1 |
| D-BE | IDEN | Sally Purser Statement 3 |
| D-BF | IDEN | Sentencing Transcript April 28, 2005 – Boehm |
| D-BG | IDEN | Sentencing Transcript April 29, 2005 – Boehm |
| D-BH | IDEN | Sentencing Transcript May 2, 2005 – Boehm |
| D-BI | IDEN | Sentencing Transcript May 3, 2005 – Boehm |
| D-BJ | IDEN | Sentencing Transcript May 4, 2005 – Boehm |
| D-BK | IDEN | Sentencing Transcript May 5, 2005 – Boehm |
| D-BL | IDEN | Sentencing Transcript May 6, 2005 – Boehm |
| D-BM | IDEN | Sentencing Transcript May 9, 2005 – Boehm |
| D-BN | IDEN | Sentencing Transcript May 10, 2005 – Boehm |
| D-BO | IDEN | Shawn Newkirk Statement |
| D-BP | IDEN | Sierra Roberts Statement |
| D-BQ | IDEN | Wallis Complaint |
| D-BR | IDEN | Wallis Grand Jury Transcript |

- 5 -

**CERTIFICATE OF SERVICE**

I hereby certify that on July 2, 2007, a copy of the foregoing was SERVED on Darryl. Jones, Esquire by hand delivery with exhibits to the same,

s/ Pamela Sullivan.