Darryl L. Jones, Esq.
905 Photo Avenue
Anchorage, AK 99503
Tel (907) 278-1212
Fax (907) 278-1213
Email: lodj.federalnotices@yahoo.com
ABA No: 8811188

Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| Sally C. Purser, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| Josef F. Boehm, et al., | ) |
| | ) |
| Defendants. | ) |
| _____ | ) Case No. A05-0085 CV (JKS) |

**PROPOSED VOIR DIRE QUESTIONS**

In addition to the Voir Dire Jury Questionaire and General Questions attached to this Court's Order of May 16, 2007 (Docket 217); plaintiff proposes the following questions to be asked of potential jurors:

1. This is a case filed by the plaintiff claiming she suffered damages as a result of defendants' conspiring to sex traffic in juveniles and because defendant provided plaintiff in cocaine in exchange for sexual favors. Have you heard of similar cases before? Have you formed an opinion about such cases? If so, what is that opinion?

4. Have you, or any member of your family or relative, or a friend been the victim of sexual assault or rape, or been accused as the perpetrator of sexual assault or rape -- whether or

not there was a formal complaint was ever made, or whether or not there was a conviction -- or served as a juror on a sexual assault or rape case?

    Individual voir dire:

        a. If so, when did it occur?

        b. What were the results?

        c. Did you have to testify at any proceeding in or out of court? What was the result of that proceeding?

        d. Were you satisfied with the result?

        e. How would your experiences affect you in deciding this case?

    5. Have you, or any member of your family or relative, or a friend been the victim of a crime, whether or not there was a formal complaint was ever made, or whether or not there was a conviction?

    Individual voir dire:

        a. What kind of crime?

        b. If so, when did it occur?

        c. What were the results?

        d. Was the crime ever solved?

        e. Did you have to testify at any proceeding in or out of court? What was the result of that proceeding?

        f. Were you satisfied with the result?

        g. How would your experiences affect you in deciding this case?

    6. Have you, or any member of your family or relative, or a friend or close associate been the victim of assaultive behavior by another person? If so, would this make it difficult for you to sit on this type of case?

Individual voir dire:

    a. If so, would this make it difficult for you to sit on this type of case?

    b. Did you have to testify in court?

    c. What were the results?

    d. Were you satisfied with the result?

    e. How would your experiences affect you in deciding this case?

7. Do you feel that people suing for personal injuries win too often?

8. Do you feel that someone who may have been using illegal drugs should not be monetarily compensated for their loss, caused by another individual who has committed a crime?

9. Do you feel that there should be a law that limits the amount of damages, which a jury can award in any action to compensate the victim of a defendant's conduct?

10. Do you feel that it might be too easy for someone to sue and get big verdicts in our courts?

11. Do you feel that there are too many unjustified negligence lawsuits in our courts?

12. Do you feel that negligence lawsuits have an adverse impact on people or society or the economy in general?

DATED this 2ND day of July 2007.

    /s/ Darryl L. Jones
Darryl L. Jones, Esq.
905 Photo Avenue
Anchorage, Alaska 99503
Tel: 907-278-1212
Fax: 907-278-1213
Email: lodj.federalnotices@yahoo.com
Ak.Bar.No. 8811188