Darryl L. Jones, Esq.
905 Photo Avenue
Anchorage, AK 99503
Tel (907) 278-1212
Fax (907) 278-1213
Email: lodj.federalnotices@yahoo.com
ABA No: 81188

Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| Sally C. Purser, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| Josef F. Boehm, et al., | ) |
| | ) |
| Defendants. | ) |
| _____) | **Case No. A05-0085 CV (JKS)** |

## MOTION FOR EXTENSION OF TIME

Plaintiff, through undersigned counsel, requests an extension of time to file her Trial Brief, proposed jury instructions and special verdict form, which documents are currently due on 2 July 2007. Plaintiff requests leave to file these documents on or before 5 July 2007. This motion is made pursuant to Rule 6 of the Federal Rules of Civil Procedure and the request is based on the fact that the Paralegal who is assisting counsel in research and preparation of these pretrial documents had a family emergency, which delayed preparation. Moreover, counsel is out of state and was unable to complete the documents. Accordingly, it is respectfully requested that plaintiff be granted an extension of time.

DATED this 2nd day of July 2007.

/s/   Darryl L. Jones
Darryl L. Jones, Esq.
905 Photo Avenue
Anchorage, Alaska 99503
Tel: 907-278-1212
Fax: 907-278-1213
Email: lodj.federalnotices@yahoo.com
Ak.Bar.No. 8811188