Darryl L. Jones, Esq.
905 Photo Avenue
Anchorage, AK 99503
Tel (907) 278-1212
Fax (907) 278-1213
Attorney for Plaintiff

                IN THE UNITED STATES DISTRICT COURT

                          DISTRICT OF ALASKA

| | |
|---|---|
| Sally C. Purser, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
|     vs. | ) |
| | ) |
| Josef F. Boehm, et al., | ) |
| | ) |
|     Defendants. | ) |
| _____ | ) **Case No. A05-0085 CV (JKS)** |

## [PROPOSED] ORDER

      IT IS HEREBY ORDERED, the Plaintiff's Motion for Extension of Time ti file her Trial Brief is GRANTED.

      Plaintiff shall file her Trial Brief on or before July ____, 2007.

                                                      _____
                                                    Judge of the U.S. District Court