Darryl L. Jones, Esq.
905 Photo Avenue
Anchorage, AK 99503
Tel (907) 278-1212
Fax (907) 278-1213

Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| Salley C. Purser, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| Josef F. Boehm, et. al. | ) |
| | ) |
| Defendants. | ) |
| _____ | ) Case No: 3:05-cv-85 JKS |

**CERTIFICATE OF SERVICE**

This is to certify that on or about the 2nd day of July 2007 a true and correct copy of the foregoing documents were caused to be mailed to the following parties of record via United States Postal Service:

    Allen K. Bolling
    Inmate No: 14911-006
    USP Terre Haute
    U.S. Penitentiary
    P.O. Box 12015
    Terre Haute, IN 47801

Josef Boehm
c/o David Kenner
Kenner Law Firm
16000 Ventura Blvd., Ste.1208
Encino, CA 91436


Pamela Sullivan
Wade, Kelley & Sullivan
745 W. 4th Avenue, Suite 200
Anchorage, Alaska 99501


_/s/_ Darryl L. Jones__
Darryl L. Jones, Esq.
ABA No: 8811188