KENNER LAW FIRM, P.C.
David E. Kenner, SBN 41425
Brett A. Greenfield, 217343
16000 Ventura Boulevard, PH 1208
Encino, CA 91364
818 995 1195
818 475 5369 – fax

WADE, KELLY & SULLIVAN
733 W. 4th Avenue, Suite 200
Anchorage, Alaska 99501
(907) 561-7743
(907) 562-8977 - fax

Attorney for Josef F. Boehm

IN THE UNITED STATES DISTRICT COURT
FOR THE STATE OF ALASKA
AT ANCHORAGE

| | |
|---|---|
| SALLY C. PURSER, ) | |
| ) | |
| ) | DEFENDANT'S PROPOSED JURY |
| Plaintiff, ) | INSTRUCTIONS |
| ) | |
| v. ) | |
| ) | |
| JOSEF F. BOEHM, ALLEN K. ) | |
| BOLLING and BAMBI TYREE ) | |
| ) | |
| Defendants. ) | |
| ) | CASE NO.: 3:05-CV-0085-JKS |
| ) | |

Josef Boehm, comes now by and through his counsel, David Kenner, to submit proposed jury instructions.

**NINTH CIRCUIT PATTERN JURY INSTRUCTIONS**

1.1C Duty of Jury (Court Reads and Provides Written Instructions at
      End of Case)

1.2  Claims and Defenses

1.3  Burden of Proof - Preponderance of the Evidence

1.4 Burden of Proof - Clear and Convincing Evidence

1.6 What is Evidence

1.7 What Is Not Evidence

```
 1  1.8  Evidence For Limited Purpose
 2  1.9  Direct and Circumstantial Evidence
 3  1.10 Ruling on Objections
 4  1.11 Credibility of Witnesses
 5  1.12 Conduct of Jury
 6  1.13 No Transcript Available to Jury
 7  1.14 Taking Notes
 8  1.15 Questions to Witnesses by Jurors
 9  1.18 Bench Conferences and Recesses
10  1.19 Outline of Trial
11  2.1 Stipulated Testimony
12  2.2 Stipulations of Fact
13  2.3 Judicial Notice
14  2.5 Transcript of Tape Recording
15  2.8 Impeachment Evidence - Witness
16  2.9 Tests and Experiments
17  2.10 Use of Interrogatories of a Party
18  2.11 Expert Opinions
19  2.12 Charts and Summaries Not Received in Evidence
20  2.13 Charts and Summaries in Evidence
21  2.14 Evidence in Electronic Format
22  3.1 Duty to Deliberate
23  3.2 Communication With Court
24  3.3 Return of Verdict
25  3.4 Additional Instructions
26  3.5 Deadlocked Jury
27
28           ALASKA PATTERN CIVIL JURY INSTRUCTIONS
    2.05 Closing Instructions - Damages
```

1  2.06 Closing Instructions - Attorney Fees and Costs
2  2.07 Closing Instructions - Resort to Chance
3  3.06 Legal Cause
4  20.01B Damages - Introductory Instruction, Liability Admitted
5  20.02A Past Medical Expenses
6  20.02B Future Medical Expenses
7  20.03 Past Earnings
8  20.04 Loss of Future Earning Capacity
9  20.05 Inflation and Present Value, Future Economic Losses
10 20.06 Non-Economic Losses
11 20.10 Future Damages - No Reduction to Present Value
12 20.11 Aggravation of Pre-Existing Condition or Disability
13 20.18A Avoidable Consequences
14
15
16
17 DATED this 2nd day of July, 2007 at Anchorage, Alaska.
18
19
20
21                               KENNER LAW FIRM
22
23
24                               By:/s/_DAVID E. KENENR_____
25                                   David E. Kenner
26                                   California 41425
27                                   16000 Ventura Blvd.
28                                   Penthouse 1208
                                     Encino, California 91436

| | |
|---|---|
| 1 | |
| 2 | |
| 3 | By:_/s/ Brett A. Greenfield_____ |
| 4 | Brett A. Greenfield |
| 5 | California 217343 |
| 6 | 16000 Ventura Blvd. |
| 7 | Penthouse 1208 |
| 8 | Encino, California 91436 |