KENNER LAW FIRM, P.C.
David E. Kenner, SBN 41425
Brett A. Greenfield, SBN 217343
16000 Ventura Boulevard, PH 1208
Encino, CA 91364
818 995 1195
818 475 5369 – fax

WADE, KELLY & SULLIVAN
733 W. 4th Avenue, Suite 200
Anchorage, Alaska 99501
(907) 561-7743
(907) 562-8977 - fax

Attorney for Defendant Josef F. Boehm

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| SALLY PURSER, ) | |
| ) | |
| Plaintiff, ) | PROPOSED VOIR DIRE QUESTIONS |
| ) | |
| v. ) | |
| ) | |
| JOSEF F. BOEHM, BAMBI TYREE, ) | |
| LESLIE J. WILLIAMS, JR., and ) | |
| ALLEN K. BOLLING, ) | |
| ) | |
| Defendant. ) | |
| ) | CASE NO.: A05-0085 (JKS) |
| ) | |

1. Is anyone in your family employed by the government?  In what capacity?

2. To what extent do you believe that a person is responsible for their own actions?

3. What are your thoughts about the plaintiff's claims that she was damaged by behavior that she willingly engaged in prior to meeting the defendant?

2. Have you, or any member of your family or relative, or a

friend or close associate been the victim of assaultive behavior by another person? If so, would this make it difficult for you to sit on this type of case?

A. Did you have to testify in court?

B. What were the results?

C. Were you satisfied with the result?

E. How would your experiences affect you in deciding this case?

DATED this 2nd day of July, 2007 at Anchorage, Alaska.

           KENNER LAW FIRM

           By:/s/_DAVID E. KENNER_____
            David E. Kenner
            California 41425
            16000 Ventura Blvd.
            Penthouse 1208
            Encino, California 91436

           By:_/s/Brett A. Greenfield_____
            Brett A. Greenfield
            California 217343
            16000 Ventura Blvd.
            Penthouse 1208
            Encino, California 91436