```
 1  KENNER LAW FIRM, P.C.
    David E. Kenner, SBN 41425
 2  Brett A. Greenfield, SBN 217343
    16000 Ventura Boulevard, PH 1208
 3  Encino, CA 91364
    818 995 1195
 4  818 475 5369 – fax

 5  WADE, KELLY & SULLIVAN
    733 W. 4th Avenue, Suite 200
 6  Anchorage, Alaska 99501
    (907) 561-7743
 7  (907) 562-8977 - fax

 8  Attorney for Defendant Josef F. Boehm
```

## IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF ALASKA

| | |
|---|---|
| Sally C. Purser, | ) |
| | ) SPECIAL VERDICT FORM |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| Josef F. Boehm, Allen K. | ) |
| Bolling, and Bambi Tyree, | ) |
| | ) |
| Defendants. | ) |
| | ) |
| | ) CASE NO.: A05-0085 (JKS) |
| _____ | ) |
| | ) |

(1) What are the damages, if any, suffered by Salley Purser as a result of Josef Boehm's actions?

  (A)  Past economic damages        $_____
       (medical bill, lost
       wages, other out of
       pocket losses):

  (B)  Past non-economic            $_____
       loss (pain and
       suffering, physical
       impairment,
       inconvenience, loss
       of enjoyment of
       life):

  (C)  Future economic loss         $_____
       (medical expenses,

1

**DEFENDANT BOEHM'S FINAL WITNESS LIST**

```
            lost wages or income,
            other out of pocket
            losses):

    (D)     Future non-economic              $_____
            loss (pain and
            suffering, physical
            impairment,
            inconvenience, loss
            of enjoyment of
            life):
```

_____

(2) If Salley Purser sustained damages, what percentage of these damages, if any, was she responsible for?

DATED this 2nd day of July, 2007 at Anchorage, Alaska.


                                    KENNER LAW FIRM

                                    By:/s/_DAVID E. KENENR_____
                                        David E. Kenner
                                        California 41425
                                        16000 Ventura Blvd.
                                        Penthouse 1208
                                        Encino, California 91436


                                    By:_/s/ Brett A. Greenfield_____
                                        Brett A. Greenfield
                                        California 217343

2

**DEFENDANT BOEHM'S FINAL WITNESS LIST**

1
2
3
4
5     16000 Ventura Blvd.                           Penthouse 1208
6                                                   Encino, California 91436
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

3

**DEFENDANT BOEHM'S FINAL WITNESS LIST**