KENNER LAW FIRM, P.C.
David E. Kenner, SBN 41425
Brett A. Greenfield, SBN 217343
16000 Ventura Boulevard, PH 1208
Encino, CA 91364
818 995 1195
818 475 5369 – fax

WADE, KELLY & SULLIVAN
733 W. 4th Avenue, Suite 200
Anchorage, Alaska 99501
(907) 561-7743
(907) 562-8977 - fax


Attorney for Defendant Josef F. Boehm

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA


| | |
|---|---|
| SALLY PURSER, | ) |
| | ) |
|      Plaintiff, | ) TRIAL BRIEF |
| | ) |
|      v. | ) |
| | ) |
| JOSEF F. BOEHM, BAMBI TYREE, | ) |
| LESLIE J. WILLIAMS, JR., and | ) |
| ALLEN K. BOLLING, | ) |
| | ) |
|      Defendant. | ) |
| | ) CASE NO.: A05-0085 (JKS) |
| | ) |
| _____ | ) |

I.    INTRODUCTION

        Plaintiff seeks compensation for damages she alleges were
caused by Defendant Boehm and others. She has placed her claimed
psychological and physiological damages at the fore front of this
litigation and demands compensation in excess of five million
dollars for her perceived problems.

        Plaintiff's Amended Complaint for damages  sets forth
allegations requiring discovery of Purser's claims. Purser alleges
that Boehm was:

1. responsible for Purser's "addicted to drugs" *paragraph 12*;

1

and

2. controlled her through "severe psychological coercion" *paragraph 12.*

    Plaintiff's cause of action for intentional infliction of Emotional Distress places her mental, emotional and physical condition at issue as follows:

    "...all of which had a mentally debilitating effect on the Plaintiff, leaving her confused, demoralized and unable to clearly think or reason." *paragraph 36;*

    "...intended to undermine and eventually completely destroyed the plaintiff's self-respect, self-esteem and the concept of self and self-worth so the plaintiff could be controlled by the defendants." *paragraph 37;*

    "The defendants conduct did, in fact, cause the plaintiff extreme mental and emotional distress and anguish, and physical harm resulting from the emotional distress." *paragraph 40;*

II.   PLAINTIFF'S EXPERT REPORT AND PSYCHOLOGICAL EVALUATION IS COMPROMISED BY PURSER'S LACK OF CANDOR AND FAILURE TO PROVIDE MANY  RELEVANT EVENTS.

    Plaintiff's Expert Dr. Rose conducted a psychological evaluation of Plaintiff and prepared a report based on his findings.

    Many of the events of Purser's life were withheld from Dr. Rose thus invalidating his findings as they relate to Defendant Boehm's alleged conduct. Missing are the myriad of individuals for whom Purser smoked "crack" cocain with, obtained "crack" cocain from, traded sex for money and drugs with as well as a detailed account of her involvement in several scams to defraud men of their money and property with co-conspirator Bambi Tyree. Dr. Rose did note a number of findings which place in issue which contribute to Plaintiff's psychological and physiological health:

1. Purser witnessed violence within her family, specifically her father beating her mother and choking her. *Dr. Rose report, page 1*

2. Purser was left at home alone at a young age. She drank beer with her mother who eventually became addicted to cocain. *Dr. Rose*

**TRIAL BRIEF**

*Report, page 2*

3. Purser was physically assaulted by her mother who one time almost "snapped her back". *Dr. Rose report, page 2*

4. Purser claimed that her adolescence was "fucked up because I was smoking dope and before that smoking weed, addiction runs really bad in my family." *Dr. Rose Report, page 2*

5. Purser's uncle sexually abused her, made her go topless, took nude pictures of her and attempted to massage her on several occasions.[1] *Dr. Rose Report, page 2*

6. Purser's mother "blackmailed her daily to get drugs". *Dr. Rose Report, page 3*

7. Purser was psychiatrically hospitalized and reports a long family history of bi-polar disorder. *Dr. Rose Report, page 4*

8. Purser has been prescribed zolof, Prozac as well as antipsychotic medication for which she believes is ineffective. *Dr. Rose Report, page 4*

9. Purser admits to suicide ideation seven years ago and attempted to cut her wrists with a pen. *Dr. Rose Report, page 4*

10. Purser admits to becoming addicted to cocain after a three month relationship with her boyfriend. When she took her first crack hit she had an "outer space feeling" and felt like "I could not get enough".[2] *Dr. Rose Report, page 5*

11. Purser was expelled from school in 10th grade for selling XTC. She smoked heroin and snorted Oxy and Vicodin. *Dr. Rose Report, page 5*

12. Purser was abused by several boyfriends and drug dealers. *Dr. Rose Report, page 6*

13. Purser is currently on Federal probation for drug possession. *Dr. Rose Report, page 7*

    Dr. Rose goes on to assess Purser's character traits, validity of complaints and personality type associated with her testing results.

"...*She is experiencing significant psychological problems, although she may be exaggerating her complaints...*". Dr. Rose Report, page 8

3

Dr. Rose goes on to report that individuals with Purser's clinical profile experience chronic psychological maladjustment. *Dr. Rose Report, page 8*

In describing the characteristics associated with Purser's clinical profile, Dr. Rose opines as follows *on page 8 of his report*:

1. They tend to manipulate others for their own gratification;
2. They rationalize their difficulties and blame others for their problems;
3. They behave in a somewhat aloof, cold and callous and uncompromising manner often attempting to advance themselves at the expense of others;
4. They are addiction prone to drugs and alcohol.

III. SALLEY PURSER INTENTIONALLY AND HEEDLESSLY FAILED TO PROTECT HER INTERESTS.  THUS HER ABILITY TO RECOVER DAMAGES SHOULD BE MITIGATED.

Contributory negligence, assumption of risk, and incurred risk do not apply to intentional torts.  *McGill v. Duckworth*, 944 F.2d 344, 352 –353 (1991). However, a person is barred from recovery if the injured person acted with knowledge of the danger and intentionally or heedlessly failed to protect his own interests. Restatement of Torts, § 918(2) (1939).  *Whirl v. Kern*, 407 F.2d 781, *798 (C.A.Tex. 1969).

<u>**Here, a large percentage of the damages claimed by Salley Purser are attributable to her own intentional acts of self gratification including but not limited to the following:**</u>

Purser obtained "crack" cocain and other drugs from numerous sources, including but not limited to Bambi Tyree, Kathleen Purser, Al Bolling, Leslie Williams, Jay Whaley, Carl Bucher, Kathleen

4

Purser's various drug connections and numerous other individuals before, during and after the time period encompassing the alleged actions of Boehm. See *Purser Deposition, Purser Investigator Interview, Tina Arndt Declaration, Vince Blomfield Declaration, Erin Axt Deposition Testimony*;

Purser smoked "crack" cocain with her mother Kathleen Purser, Bambi Tyree, Erin Axt, Carl Bucher, Al Bolling, Jay Whaley and numerous individuals before, during and after the time period encompassing the alleged actions of Boehm. See *Purser Deposition, Purser Investigator Interview, Tina Arndt Declaration, Vince Blomfield Declaration, Erin Axt Deposition Testimony*;

Purser began smoking marijuana, snorting cocain, using ecstasy, and drinking alcohol as early as 12 years old. *See Purser Deposition*;

Purser was suspended from junior highschool for drugs, specifically ecstacy, prior to the time period encompassing the alleged actions of Boehm. *See Purser Deposition, Purser Investigator Statement*;

Purser engaged in numerous acts of sex with older men and before, during and after the time period encompassing her claims against Boehm. *See Purser Deposition, Purser Investigator Statement, Tina Arndt Declaration, Vince Blomfield Declaration,*

**TRIAL BRIEF**

*Purser Grand Jury Testimony, Erin Axt Deposition Testimony;*

Purser traded sex for "crack" cocain with numerous individuals, including older men and drug dealers. In addition,Purser's mother sold her to older men and drug dealers in exchange  for "crack" cocain. Said acts occurred before, during and after the time period encompassing her claims against Boehm. *See Purser  Deposition, Purser Investigator Interview, Tina Arndt Declaration;*

Purser, 16 years old, lived with Jay Whaley, an older man, convicted drug dealer and escort service operator who paid for her living expenses and provided her an unlimited source of "crack" cocain in exchange for sex during the time period encompassing her claims against Boehm. *See Purser Deposition, Purser Investigator Interview*

Bambi Tyree with the assistance of Sally Purser and others with whom she was involved engaged in a plot to keep Mr. Boehm high on "crack" cocain to enable them to steal his property, cash, cars and too seek to gain control over his financial resources. *See Purser Investigator Statement, Purser Deposition, Tina Arndt Declaration, Vince Blomfield Declaration, Erin Axt Deposition Testimony, Report of Gary A. Jacobson, M.D.;*

Erin Axt's deposition taken on December 13, 2006, reveals that Erin Axt first smoked "crack" cocain with Sally Purser, provided by

**TRIAL BRIEF**

Purser, while at Purser's home. Deposition of Erin Axt, Pages 15-17.

In addition, Bambi Tyree provided "crack" cocain to Erin Axt.

*Deposition of Erin Axt, Page 17.*

Erin Axt first snorted powder cocainwith Sally Purser at Purser's home. She does not know where Purser obtained the cocain. *Deposition of Erin Axt. Pages 26, lines 22-25, Page 27, Page 28, lines 1-5.* Erin Axt would often smoke "crack" cocain at Sally Purser's home with Sally and Kathleen Purser. *Deposition of Erin Axt, Page 51, lines 2-21.*

On one occasion Erin Axt testified that Bambi Tyree, Sally Purser and Erin Axt stole Boehm's Cadillac and took it for a joy ride. While driving they were smoking "crack" cocain. They refused to give the car back to Boehm unless he gave them money. *Deposition of Erin Axt, Page 72, line 17 - page 74,line 14*

IV.  PURSER'S MOTIVATION FOR MONEY HAS RESULTED IN A CHANGE OF
     TESTIMONY

Purser's motivation to acquire a financial benefit from Boehm is transparent and proven by her own contradictions. Even more revealing is the following excerpt taken from her December 12, 2006 deposition:

Q. Now you have answered a number of questions this morning that I

7

asked you by saying that, for example, about Mr. Boehm being the

victim of Ms. Tyree and Mr. Bolling and Mr. Williams, by saying that's

what youbelieved when you said those things in 2004. But am I correct

in assuming that you're saying you no longer feel that way?

A. No, I do not any longer feel that way.

Q. Between that time and now you have filed a civil

complaint, is that correct?

A. Yes, that is correct.

Q. And that civil complaint is for damages for money, is

that right?

A. Yes.

Q. Is the fact that you have filed a lawsuit for money

making various allegations that are different than

what you felt in 2004, the reason that you changed

your feeling?

A. The reason I filed the civil suit is because my

feelings changed.

*See Purser Deposition, page 89, 90*

DATED this 2nd day of July, 2007 at Anchorage, Alaska.

                                KENNER LAW FIRM

**TRIAL BRIEF**

1

2              By:/s/_DAVID E. KENENR_____

3                   David E. Kenner

4                   California 41425

5                   16000 Ventura Blvd.

6                   Penthouse 1208

7                   Encino, California 91436

8

9

10

11

12

13             By:_/s/ Brett A. Greenfield_____

14                  Brett A. Greenfield

15                  California 217343

16                  16000 Ventura Blvd.

17                  Penthouse 1208

18                  Encino, California 91436

19

20

21

22

23

24

25

26

27

28

**TRIAL BRIEF**

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**TRIAL BRIEF**