**KENNER LAW FIRM, P.C.**
**David E. Kenner, SBN 41425**
**16000 Ventura Boulevard, PH 1208**
**Encino, CA 91364**
**818 995 1195**
**818 475 5369 – fax**

**Attorney for Josef F. Boehm**

IN THE UNITED STATES DISTRICT COURT DISTRICT OF ALASKA

| | |
|---|---|
| **Salley C. Purser,** | ) CASE NO.: A05-0085 |
| | ) |
| | ) CERTIFICATE OF SERVICE |
| Plaintiff, | ) |
| | ) DATE:    July 2, 2006 |
| v. | ) |
| | ) |
| **Joesef F. Boehm, Allen K.** | ) |
| **Bolling, Leslie J. Williams, Jr.** | ) |
| **and Bambi Tyree,** | ) |
| | ) |
| Defendants. | ) |
| | ) |

This is to Certify that on or about July 2, 2007 a true and correct copy of the **PROPOSED VOIR DIRE, SPECIAL VERDICT FORMS, PROPOSED JURY INSTRUCTIONS, TRIAL BRIEF**, **DEFENDANT BOEHM'S FINAL WITNESS LIST** attached documents were caused to be mailed to the following parties of record:

Allen K. Bolling
Inmate No: 14911-006
USP Terre Haute
U.S. Penitentiary
P.O. Box 12015
Terre Haute, IN 47801
C.M. 7002 2410 0006 6742 2188

The following parties were served electronically on October 13, 2006:

**Darryl L. Jones**
lodj.federalnotices@yahoo.com

**Mary L. Pate**

1  mary.pate@egpalaska.com
2
3
4
5
6                                    KENNER LAW FIRM, P.C.
7
8                                    By:_____/s/__John Ybarra_____
9                                    John Ybarra,
                                     KENNER LAW FIRM, P.C.
10                                   16000 Ventura Boulevard, PH 1208
11                                   Encino, CA 91364
12                                   Phone:  818 995 1195
                                     Fax:   818 475 5369
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28