1  KENNER LAW FIRM, P.C.
   David E. Kenner, SBN 41425
2  Brett A. Greenfield, SBN 217343
   16000 Ventura Boulevard, PH 1208
3  Encino, CA 91364
   818 995 1195
4  818 475 5369 – fax

5  WADE, KELLY & SULLIVAN
   733 W. 4th Avenue, Suite 200
6  Anchorage, Alaska 99501
   (907) 561-7743
7  (907) 562-8977 - fax

8  Attorney for Defendant Josef F. Boehm

9              IN THE UNITED STATES DISTRICT COURT

10                    DISTRICT OF ALASKA

11

12 Sally C. Purser,                )
                                    )  DEFENDANT BOEHM'S AMENDED WITNESS
13          Plaintiff,              )  LIST
                                    )
14          v.                      )
                                    )
15 Josef F. Boehm, Allen K.         )
   Bolling, and Bambi Tyree,        )
16                                  )
            Defendants.             )
17                                  )
                                    )
18 _____     )
                                    )  CASE NO.: A05-0085 (JKS)
19
   1.    Bradford Tuck, Ph.D
20       1822 Cindy Lee Lane
         Anchorage, AK  99507
21       907-563-1682

22       Bradford Tuck is an economist.  Based on his knowledge,

23 education and background as an economist, Mr. Tuck is expected to

24 testify addressing the lack of a purported connection between the

25 plaintiff's projected future economic loss and her involvement with

26 the defendants.

27

28

                                    1
   _____
              DEFENDANT BOEHM'S AMENDED WITNESS LIST

2.  **Mark J. Mills, J.D., M.D.**
    3301 New Mexico Avenue, N.W.
    Suite 252
    Washington, District of Columbia 20016
    202-752-3500

    Mark Mills is a board certified psychaitrist and board
certified forensic psychiatrist.  Based on his knowledge, education
and background as a psychiatrist, Mr. Mills is expected to testify
addressing the lack of a purported connection between the
plaintiff's claimed psychological and physiological damages and her
involvement with the defendants.

    Mr. Mills is further expected to testify as to psychological
and physiological damages resulting from the plaintiff's history
and lifestyle prior to, during, and after having any involvement
with the defendants.

3. Erin Axt

c/o Winner & Associates, P.C.
900W. 5th Ave., Suite 700
Anchorage, Alaska 99501
277-9522

This witness will offer testimony regarding circumstances and
events that have contributed to the damages alleged to have been
suffered by the plaintiff.

4. Allen Bolling

Inmate # 14911-006 USP
Terre Haute U.S" Penitentiary
P.O. 12015 Terre Haute,
IN 47801 CM No.: 7002 2410 0006 6742 2348

This witness will offer testimony regarding circumstances and
events that have contributed to the damages alleged to have been
suffered by the plaintiff.

2

**DEFENDANT BOEHM'S AMENDED WITNESS LIST**

5. Steven Boltz

DSN # 1394
Anchorage Police Department
4501 S. Bragaw St.
Anchorage, Alaska

This witness will offer testimony regarding circumstances and

events that have contributed to the damages alleged to have been

suffered by the plaintiff.

6. Leinna Harvey

c/o Russ Winner
900 West Fifth Avenue,
Suite 700
Anchorage, Alaska 99501-2029

This witness will offer testimony regarding circumstances and

events that have contributed to the damages alleged to have been

suffered by the plaintiff.

7. Jamie Millard

c/o Pamela Sullivan
Wade, Kelly & Sullivan
745 West Fourth Avenue
Suite 425
Anchorage, AK, 99501
Phone: (907) 561-7743
Fax: (907) 562-8977
E-Mail: sullivan@ak.net

This witness will offer testimony regarding circumstances and

events that have contributed to the damages alleged to have been

suffered by the plaintiff.

8. Sally Purser

c/o Darryl L. Jones, Esq.
109 W. Ave.,
Suite 200

3

Anchorage, Alaska 99501
(907)278-1212

This witness will offer testimony regarding circumstances and

events that have contributed to the damages alleged to have been

suffered by the plaintiff.

9. Kathleen Purser

c/o Pamela Sullivan
Wade, Kelly & Sullivan
745 West Fourth Avenue
Suite 425
Anchorage, AK, 99501
Phone: (907) 561-7743
Fax: (907) 562-8977
E-Mail: sullivan@ak.net

This witness will offer testimony regarding circumstances and

events that have contributed to the damages alleged to have been

suffered by the plaintiff.

10. Cynthia Ramirez

Cooke, Roosa & Valcarce, LLC
3700 Jewel Lake Road
Anchorage, Alaska 99502

This witness will offer testimony regarding circumstances and

events that have contributed to the damages alleged to have been

suffered by the plaintiff.

11. Bambi Tyree

c/o Mary Pate, Esq. Eide, Gingras & Pate, P.C.
425 G St.,
Suite 930
Anchorage, Alaska 99501
(907)279-0930

This witness will offer testimony regarding circumstances and

4

events that have contributed to the damages alleged to have been suffered by the plaintiff.

12. Krystal Wallis

c/o Verne E. Rupright Rupright & Associates,
LLC 322 Main St.
Wasilla, Alaska 99654
(907)373-3215

This witness will offer testimony regarding circumstances and events that have contributed to the damages alleged to have been suffered by the plaintiff.

13. Leslie Williams

Registration # 14903-006
FCI Victorville Medium II Federal Correctional Institution
P.O. Box 5700
Adelanto, California 92301

This witness will offer testimony regarding circumstances and events that have contributed to the damages alleged to have been suffered by the plaintiff.

14. Tina Arndt

c/o Rex Butler

745 West 4th Avenue
Anchorage, AK 99501

This witness will offer testimony regarding circumstances and events that have contributed to the damages alleged to have been suffered by the plaintiff.

15. Jay Whaley

This witness will offer testimony regarding circumstances and

5

events that have contributed to the damages alleged to have been

suffered by the plaintiff.

16. Allan Choi

Al's Alaskan Inn
7830 Old Seward Hwy
Anchorage, Alaska 99518

Current address and telephone numbers are unknown.

This witness will offer testimony regarding circumstances and

events that have contributed to the damages alleged to have been

suffered by the plaintiff.

17. Vince Blomfield

c/o Pamela Sullivan
Wade, Kelly & Sullivan
745 West Fourth Avenue
Suite 425
Anchorage, AK, 99501
Phone: (907) 561-7743
Fax: (907) 562-8977
E-Mail: sullivan@ak.net

This witness will offer testimony regarding circumstances and

events that have contributed to the damages alleged to have been

suffered by the plaintiff.

18. Paul Palladino.

(760) 639-6385;

This witness will offer testimony regarding circumstances and

events that have contributed to the damages alleged to have been

suffered by the plaintiff.

19. Terry Shurtleff

(907) 263-2406

This witness will offer testimony regarding circumstances and

events that have contributed to the damages alleged to have been

DEFENDANT BOEHM'S AMENDED WITNESS LIST

suffered by the plaintiff.

20. All mental health and or substance abuse treatment providers and physicians listed by plaintiff.

21. Any investigator, police officer, or any other person who interviewed plaintiff.

22. All witnesses listed by defendant.

23. All witnesses deposed.

24. All records custodians related to this matter.

25. All witnesses necessary for rebuttal.


DATED this 2nd day of July, 2007 at Anchorage, Alaska.




                                    KENNER LAW FIRM



                                    By:/s/_DAVID E. KENENR_____
                                        David E. Kenner
                                        California 41425
                                        16000 Ventura Blvd.
                                        Penthouse 1208
                                        Encino, California 91436




                                    By:_/s/ Brett A. Greenfield_____

7

1    Brett A. Greenfield

2    California 217343

3    16000 Ventura Blvd.

4    Penthouse 1208

5    Encino, California 91436

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DEFENDANT BOEHM'S AMENDED WITNESS LIST

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

DEFENDANT BOEHM'S AMENDED WITNESS LIST