```
1  KENNER LAW FIRM, P.C.
   David E. Kenner, SBN 41425
2  Brett A. Greenfield, SBN 217343
   16000 Ventura Boulevard, PH 1208
3  Encino, CA 91364
   818 995 1195
4  818 475 5369 – fax

5  WADE, KELLY & SULLIVAN
   733 W. 4th Avenue, Suite 200
6  Anchorage, Alaska 99501
   (907) 561-7743
7  (907) 562-8977 - fax

8  Attorney for Defendant Josef F. Boehm
```

## IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF ALASKA

| | |
|---|---|
| Sally C. Purser, | ) |
| | ) CERTIFICATE OF SERVICE |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| Josef F. Boehm, Allen K. Bolling, and Bambi Tyree, | ) |
| | ) |
| Defendants. | ) CASE NO.: A05-0085 (JKS) |
| | ) |
| | ) |
| | ) |

I HEREBY CERTIFY that on this 6th day of June, 2007. I caused a true and correct copy of the foregoing **DEFENDANT BOEHM'S AMENDED WITNESS LIST** to be served to the parties below.

The following parties were served on the 3rd day of July, 2007:

CARMEN E. CLARK, ESQ.
INGALDSON, MAASSEN & FITZGERALD, P.C.
813 W. 3RD AVENUE

1

**CERTIFICATE OF SERVICE**

1 | ANCHORAGE, AK 99501-2001

3 | Allen K. Bolling
4 | Inmate No: 14911-006
5 | USP Terre Haute
  | U.S. Penitentiary
6 | P.O. Box 12015
7 | Terre Haute, IN 47801
  | C.M. 7002 2410 0006 6742 2188

9 | Bambi Tyree
  | c/o Mary Pate, Esq.
10 | 425 G. Sreet, Suite 930
11 | Anchorage, Alaska 99501

13 | Leslie Williams
  | Inmate No: 14903-006
14 | FCI Yazoo City Medium
  | P.O. Box 5888
15 | Yazoo City, MS 39194

17 | DATE: __7/3/07_____          ____/s/_____
                                    John Ybarra

2

**CERTIFICATE OF SERVICE**