# MINUTES OF THE UNITED STATES DISTRICT COURT
# DISTRICT OF ALASKA

*Purser v. Boehm*
Case No. 3:05-cv-00085-JKS

By:              THE HONORABLE JAMES K. SINGLETON

Deputy Clerk:    Linda Christensen, Case Management: 677-6104

<u>PROCEEDINGS</u>:   ORDER FROM CHAMBERS

     The Court is in receipt of Defendant's Notice to the Court Regarding Exhibits at Docket No. 243, as well as Defendant's Final Exhibit List (Docket No. 244) and Corrected Final Exhibit List (Docket No. 250). In addition, 8 binders of exhibits have been forwarded to chambers. Defendant has marked his exhibits with letters rather than with numbers. As stated in the Trial Setting Order at Docket No. 217, page 3:

> For clarity and ease of identification, exhibits shall be identified as follows: All exhibits to be offered at trial must be sequentially numbered—1, 2, 3, etc., not A, B, C, . . . AA, BB, CC, etc. Plaintiff's exhibit numbers shall be preceded by a "P"—P1, P2, etc. Likewise, Defendant's exhibits shall be preceded by a "D"—D1, D2, etc. Exhibits to which both sides will refer shall not be grouped in a separate "joint" set of exhibits. The parties should simply agree as to which side shall include the exhibit in its set, and reference the exhibits accordingly.

     The Court will return Defendant's exhibits to the Clerk's Office, so that Defendant may pick them up and properly identify his exhibits.

     **IT IS SO ORDERED.**

Entered at the direction of the Honorable James K. Singleton, United States District Judge.

DATE: <u>July 3, 2007</u>