IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| Sally C. Purser, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
|     vs. | ) |
| | ) |
| Josef F. Boehm, et al., | ) |
| | ) |
|     Defendants. | ) |
| _____ | ) **Case No. A05-0085 CV (JKS)** |

## **ORDER**

IT IS HEREBY ORDERED, the Plaintiff's Motion for Extension of Time at Docket No. 248 to file her Trial Brief is GRANTED.

Plaintiff shall file her Trial Brief on or before July 5, 2007.

Dated this 3rd day of July, 2007.

                                                /s/ James K. Singleton, Jr.
                                                United States District Judge