KENNER LAW FIRM
16000 Ventura Blvd.
Penthouse 1208
Encino, California 91436

WADE, KELLY & SULLIVAN
745 W. 4th Avenue, Suite 425
Anchorage, Alaska 99501
(907) 561-7743
(907) 562-8977 / Facsimile
Sullivan@ak.net

Attorneys for Defendant Josef F. Boehm

Case No. 3:05-cv-00085 JKS
*Purser v. Boehm, et al.*

## *SECOND CORRECTED*
## DEFENDANT'S FINAL EXHIBIT LIST

| **EXHIBIT NO.** | | **DESCRIPTION** |
|---|---|---|
| D-1 | IDEN | APD Police Report Re 5-11-2003 |
| D-2 | IDEN | Affidavit of Mark Thomas with Police Reports |
| D-3 | IDEN | Amber Myers Grand Jury Transcript |
| D-4 | IDEN | Amber Myers Statement |
| D-5 | IDEN | Amber Myers Impact Statement |
| D-6 | IDEN | Axt Complaint |
| D-7 | IDEN | Axt Statement 2 |
| D-8 | IDEN | Axt Statement |
| D-9 | IDEN | Axt, Deborah Deposition in Alaska |
| D-10 | IDEN | Axt, Erin Deposition in Alaska |
| D-11 | IDEN | Bambi Tyree Vol. I |

| D-12 | IDEN | Bambi Tyree Vol. II |
|------|------|---------------------|
| D-13 | IDEN | Bambi Tyree Vol. III |
| D-14 | IDEN | Client Evaluations and Background |
| D-15 | IDEN | Criminal Complaint |
| D-16 | IDEN | Criminal History of Deborah Axt |
| D-17 | IDEN | Cynthia Ramirez Grand Jury Transcript |
| D-18 | IDEN | Ditullio Grand Jury Transcript |
| D-19 | IDEN | Ditullio Statement |
| D-20 | IDEN | EA Complaint |
| D-21 | IDEN | EA First Amended Complaint |
| D-22 | IDEN | Eckstein Grand Jury Transcript |
| D-23 | IDEN | Emily Swigart and Kim Swentek Statement |
| D-24 | IDEN | FBI 302s |
| D-25 | IDEN | Grand Jury Testimony of Ace Robert Clark |
| D-26 | IDEN | Grand Jury Testimony of Amber Latimer |
| D-27 | IDEN | Grand Jury Testimony of Amber Myers |
| D-28 | IDEN | Grand Jury Testimony of Jamie Millard |
| D-29 | IDEN | Grand Jury Testimony of Krystal Wallis |
| D-30 | IDEN | Grand Jury Testimony of Leanne Harvey |
| D-31 | IDEN | Grand Jury Testimony of Miranda Ditullio |

| D-32 | IDEN | Grand Jury Testimony of Robert Bruce Burnett |
| D-33 | IDEN | Grand Jury Testimony of Sally Purser |
| D-34 | IDEN | Grand Jury Testimony of Steve Boltz |
| D-35 | IDEN | Houser Statement |
| D-36 | IDEN | Jamie Millard Grand Jury Transcript |
| D-37 | IDEN | Jamie Millard Victim Impact Statement |
| D-38 | IDEN | Kangas Statement |
| D-39 | IDEN | Kathleen Purser Arrest Information |
| D-40 | IDEN | Kathleen Purser Background |
| D-41 | IDEN | Leanne Harvey Grand Jury |
| D-42 | IDEN | Leanne Harvey Victim Impact Statement |
| D-43 | IDEN | Leslie Williams Statement 1 |
| D-44 | IDEN | Leslie Williams Statement 2 |
| D-45 | IDEN | Paulando Williams Police Report |
| D-46 | IDEN | Paulando Williams Statement |
| D-47 | IDEN | Police Reports |
| D-48 | IDEN | Polly Harvey Impact Statement |
| D-49 | IDEN | Purser Complaint |
| D-50 | IDEN | Purser, Sally Deposition in Alaska |
| D-51 | IDEN | Purser Amended Complaint |

| | | |
|---|---|---|
| D-52 | IDEN | Purser Complaint |
| D-53 | IDEN | Regina Moore Statement |
| D-54 | IDEN | Rose Pedento Statement |
| D-55 | IDEN | Sally & Kathleen Purser Statement 2 |
| D-56 | IDEN | Sally Purser Statement 1 |
| D-57 | IDEN | Sally Purser Statement 3 |
| D-58 | IDEN | Sentencing Transcript April 28, 2005 – Boehm |
| D-59 | IDEN | Sentencing Transcript April 29, 2005 – Boehm |
| D-60 | IDEN | Sentencing Transcript May 2, 2005 – Boehm |
| D-61 | IDEN | Sentencing Transcript May 3, 2005 – Boehm |
| D-62 | IDEN | Sentencing Transcript May 4, 2005 – Boehm |
| D-63 | IDEN | Sentencing Transcript May 5, 2005 – Boehm |
| D-64 | IDEN | Sentencing Transcript May 6, 2005 – Boehm |
| D-65 | IDEN | Sentencing Transcript May 9, 2005 – Boehm |
| D-66 | IDEN | Sentencing Transcript May 10, 2005 – Boehm |
| D-67 | IDEN | Shawn Newkirk Statement |
| D-68 | IDEN | Sierra Roberts Statement |
| D-69 | IDEN | Wallis Complaint |
| D-70 | IDEN | Wallis Grand Jury Transcript |

**CERTIFICATE OF SERVICE**

I hereby certify that July 5, 2007 a copy of the foregoing was electronically served on Darryl. Jones, Esquire.

s/ Pamela Sullivan