Timothy J. Petumenos, ABA #7611147
Max D. Garner, ABA #9011096
Birch, Horton, Bittner and Cherot
1127 W. Seventh Avenue
Anchorage, AK  99501
(907) 276-1550
Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| SALLEY PURSER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No.: 3:05-CV-085 JKS |
| ) | |
| JOSEF BOEHM, ET AL., ) | |
| ) | |
| Defendants. ) | |
| _____) | |

## **NOTICE OF LIMITED ENTRY OF APPEARANCE**

BIRCH, HORTON, BITTNER and CHEROT, 1127 W. Seventh Avenue, Anchorage, Alaska, 99501, hereby enters its appearance in the above-captioned case on behalf of Alaska Industrial Hardware ("AIH") for the limited purpose of challenging subpoenaes issued to two of its employees that seek trial court testimony and an extensive amount of documents.  AIH requests that copies of all pleadings and correspondence pertaining to this case be directed to Timothy J. Petumenos and Max D. Garner.

DATED this  5th  day of July, 2007.

BIRCH, HORTON, BITTNER AND CHEROT
Attorneys for Alaska Industrial Hardware


By:   /s/ Max D. Garner
Timothy J. Petumenos, ABA #7611147
Max D. Garner, ABA #9011096
1127 W. Seventh Avenue
Anchorage, AK  99501
(907) 276-1550
Facsimile: (907) 276-3680
mgarner@bhb.com
tpetumenos@bhb.com


CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the  5th  day of July, 2007, a true and correct copy of the foregoing document was electronically served on the following parties:

Mr. Darryl L. Jones
Attorney at Law
905 Photo Avenue
Anchorage, AK  99503

BIRCH, HORTON, BITTNER AND CHEROT


By:   /s/ Martha K. Marshall