Timothy J. Petumenos, ABA #7611147
Max D. Garner, ABA #9011096
Birch, Horton, Bittner and Cherot
1127 W. Seventh Avenue
Anchorage, AK  99501
(907) 276-1550
Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| SALLEY PURSER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No.: 3:05-CV-085 JKS |
| ) | |
| JOSEF BOEHM, ET AL., ) | |
| ) | |
| Defendants. ) | |

## MOTION TO QUASH OR LIMIT SCOPE OF SUBPOENAES

Alaska Industrial Hardware ("AIH"), by and through undersigned counsel of record, hereby moves under Federal Rule of Civil Procedure 45(c)(3)(A) for entry of an order that either quashes, or alternatively limits, two subpoenaes that have been served upon current officers of AIH at the direction of Plaintiff's counsel. This motion is supported by the attached memorandum and affidavit of Terry Shurtleff.

DATED this __5th__ day of July, 2007.

BIRCH, HORTON, BITTNER AND CHEROT
Attorneys for Alaska Industrial Hardware


By:   __/s/ Max D. Garner__
Timothy J. Petumenos, ABA #7611147
Max D. Garner, ABA #9011096
1127 W. Seventh Avenue
Anchorage, AK  99501
(907) 276-1550
Facsimile: (907) 276-3680
mgarner@bhb.com
tpetumenos@bhb.com


CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the __5th__ day of July, 2007, a true and correct copy of the foregoing document was electronically served on the following parties:

Mr. Darryl L. Jones
Attorney at Law
905 Photo Avenue
Anchorage, AK  99503

BIRCH, HORTON, BITTNER AND CHEROT


By:   __/s/ Martha K. Marshall__

Case 3:05-cv-00085-JKS    Document 263    Filed 07/05/2007    Page 2 of 2

PURSER V. BOEHM                                           CASE NO. 3:05-CV-085 JKS
MOTION TO QUASH OR LIMIT SCOPE OF SUBPOENAES              PAGE 2 OF 2
F:\506026\3\MDG1089.DOC

BIRCH, HORTON, BITTNER AND CHEROT
ATTORNEYS AT LAW
1127 WEST SEVENTH AVENUE
ANCHORAGE, ALASKA  99501-3399
TELEPHONE (907) 276-1550 • FACSIMILE (907) 276-3680