Timothy J. Petumenos, ABA #7611147
Max D. Garner, ABA #9011096
Birch, Horton, Bittner and Cherot
1127 W. Seventh Avenue
Anchorage, AK  99501
(907) 276-1550
Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| SALLEY PURSER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No.: 3:05-CV-085 JKS |
| ) | |
| JOSEF BOEHM, ET AL., ) | |
| ) | |
| Defendants. ) | |
| _____) | |

**[PROPOSED] ORDER GRANTING MOTION
TO QUASH OR LIMIT SCOPE OF SUBPOENAES**

This matter, having come before the Court on the Motion to Quash or Limit Scope of Subpoenaes brought by Alaska Industrial Hardware ("AIH"), and having reviewed memoranda filed in support and opposition thereto, and being otherwise fully advised in the premises, hereby

GRANTS AIH's Motion.

IT IS HEREBY ORDERED that the subpoenaes issued to Terry Shurtleff and Kike Kangas of AIH are hereby quashed.

**OR**

BIRCH, HORTON, BITTNER AND CHEROT
ATTORNEYS AT LAW
1127 WEST SEVENTH AVENUE
ANCHORAGE, ALASKA  99501-3399
TELEPHONE (907) 276-1550 • FACSIMILE (907) 276-3680

IT IS HEREBY ORDERED that the subpoenaes issued to Terry Shurtleff and Kike Kangas of AIH are hereby limited to a documentary summary showing how much stock is owned by Mr. Boehm, the book value of those shares, and the amount of salary or disbursements paid to Mr. Boehm in the past three years.

DATED this _____ day of _____, 2007.

_____
Hon. Chief Judge John Sedwick
U.S. District Court Judge

CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the  5th  day of July, 2007, a true and correct copy of the foregoing document was electronically served on the following parties:

Mr. Darryl L. Jones
Attorney at Law
905 Photo Avenue
Anchorage, AK  99503

BIRCH, HORTON, BITTNER AND CHEROT

By:   /s/ Martha K. Marshall

BIRCH, HORTON, BITTNER AND CHEROT
ATTORNEYS AT LAW
1127 WEST SEVENTH AVENUE
ANCHORAGE, ALASKA  99501-3399
TELEPHONE (907) 276-1550 • FACSIMILE (907) 276-3680

PURSER V. BOEHM                                                             CASE NO. 3:05-CV-085 JKS
[PROPOSED] ORDER GRANTING MOTION TO QUASH OR LIMIT SUBPOENAES     PAGE 2 OF 2
F:\506026\3\TKM2683.DOC