Timothy J. Petumenos, ABA #7611147
Max D. Garner, ABA #9011096
Birch, Horton, Bittner and Cherot
1127 W. Seventh Avenue
Anchorage, AK  99501
(907) 276-1550
Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| SALLEY PURSER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No.: 3:05-CV-085 JKS |
| ) | |
| JOSEF BOEHM, ET AL., ) | |
| ) | |
| Defendants. ) | |
| _____) | |

## **AFFIDAVIT OF MAX D. GARNER**

STATE OF ALASKA        )
                                         ) ss:
Third Judicial District      )

I, Max D. Garner, being first duly sworn, depose and state as follows:

1. I am attorney of record for Alaska Industrial Hardware ("AIH"), and make this affidavit in support of AIH's Motion to Quash Subpoenaes.

2. On June 27, 2007, I wrote a letter to Darryl Jones after he failed to return telephone messages that I left with his secretary.  In that letter, I asked him to contact me so that we could discuss ways of limiting the scope and breadth of the subpoenaes that he had caused to be served on current AIH employees Terry Shurtleff and Mike Kangas.

PURSER V. BOEHM                                                                               CASE NO. 3:05-CV-085 JKS
AFFIDAVIT OF MAX D. GARNER                                                                          PAGE 1 OF 3
F:\506026\3\TKM2695.DOC

BIRCH, HORTON, BITTNER AND CHEROT
ATTORNEYS AT LAW
1127 WEST SEVENTH AVENUE
ANCHORAGE, ALASKA 99501-3399
TELEPHONE (907) 276-1550 • FACSIMILE (907) 276-3680

3.  I have never received a return telephone call or letter from Mr. Jones in response to that letter.  The only communication that my office had with Mr. Jones' office were two telephone calls that my secretary received on July 2, 2007, in which a person believed to be a paralegal with Mr. Jones' office stated in a rude and brusque manner that AIH was obligated by the federal rules and past court orders to comply with the subpoenaes and that AIH had no right to challenge the scope or validity of the subpoenaes.  I have not returned that telephone call since I find discussions with overly-aggressive paralegals who are unfamiliar with the procedures for challenging subpoenaes to be a waste of time.  I cannot offer any explanation as to why Mr. Jones has not replied to my voice mail messages or my letter of June 27, 2007.

FURTHER AFFIANT SAYETH NAUGHT.


    /s/ Max D. Garner
Max D. Garner

SUBSCRIBED AND SWORN to before me, this  5th  day of July, 2007.


    /s/ Martha K. Marshall
Notary Public for Alaska
My Commission expires:    03/23/08

CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the  5th  day of July, 2007, a true and correct copy of the foregoing document was electronically served on the following parties:

Mr. Darryl L. Jones
Attorney at Law
905 Photo Avenue
Anchorage, AK  99503

BIRCH, HORTON, BITTNER AND CHEROT


By:   /s/ Martha K. Marshall

BIRCH, HORTON, BITTNER AND CHEROT
ATTORNEYS AT LAW
1127 WEST SEVENTH AVENUE
ANCHORAGE, ALASKA  99501-3399
TELEPHONE (907) 276-1550 • FACSIMILE (907) 276-3680

PURSER V. BOEHM
AFFIDAVIT OF MAX D. GARNER
F:\506026\3\TKM2695.DOC

CASE NO. 3:05-CV-085 JKS
PAGE 3 OF 3