Darryl L. Jones, Esq.
905 Photo Avenue
Anchorage, AK 99503
Tel (907) 278-1212
Fax (907) 278-1213
Email: lodj.federalnotices@yahoo.com

Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| Salley C. Purser,                                )<br>                                                         )<br>            Plaintiff,                              )<br>                                                         )<br>v.                                                       )<br>                                                         )<br>Josef F. Boehm, Allen K. Bolling,  )<br>and Bambi Tyree,                          )<br>                                                         )<br>            Defendants.                        )<br>_____) | Case No: A05-0085 (JKS) |

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on July 5, 2007 a true and correct copy of the

Plaintiff's Trial Brief and Jury Instructions was served on:

    Allen K. Bolling
    Inmate No: 14911-006
    USP Terre Haute
    U.S. Penitentiary
    P.O. Box 12015
    Terre Haute, IN 47801


    Josef Boehm
    c/o Kenner Law Firm

      Pamela Sullivan
      Wade, Kelley & Sullivan

by first class regular mail, if noted above, or by electronic means through the ECF System as indicated on the Notice of Electronic Filing.

__/s/_ Darryl L. Jones
Darryl Jones, Esq.
ABA No.: 8811188