IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| Sally C. Purser, | ) |
|     Plaintiff, | ) ) ) |
| vs. | ) ) |
| Josef F. Boehm, et al., | ) ) |
|     Defendants. | ) ) |
| _____) | **Case No. A05-0085 CV (JKS)** |

## (PROPOSED) ORDER GRANTING MOTION IN LIMINE/STRIKE

Plaintiff having moved for an order striking certain witnesses and precluding the admission of certain evidence at the time of trial and the Court having considered the motion, grounds therefore and any opposition thereto:

IT IS HEREBY ORDERED, that the motion is GRANTED for the reasons stated in the motion.

DATED this ___ day of _____ 2007.

_____
Judge of the U.S. District Court