Darryl L. Jones, Esq.
905 Photo Avenue
Anchorage, AK 99503
Tel (907) 278-1212
Fax (907) 278-1213
Email: lodj.federalnotices@yahoo.com
ABA No: 8811188

Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| Sally C. Purser, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| Josef F. Boehm, et al., | ) |
| | ) |
| Defendants. | ) |
| _____ | ) **Case No. A05-0085 CV (JKS)** |

## MOTION FOR EXPEDITED CONSIDERATION

Plaintiff, by and through undersigned counsel, moves for expedited consideration of her motion for order to show cause. The reasons supporting expedited consideration are that the trial date is eminent and if the motion is allowed to take its normal course for response and resolution, plaintiff will be deprived of evidence necessary to prove an element of her case.

DATED this 18th day of July 2007.

   /s/  Darryl L. Jones
Darryl L. Jones, Esq.
905 Photo Avenue
Anchorage, Alaska 99503
Tel: 907-278-1212
Fax: 907-278-1213
Email: lodj.federalnotices@yahoo.com
Ak.Bar.No. 8811188