IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| Sally C. Purser, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| Josef F. Boehm, et al., | ) |
| | ) |
|     Defendants. | ) |
| _____ | ) **Case No. A05-0085 CV (JKS)** |

## ORDER ON MOTION FOR EXPEDITED CONSIDERATION

Plaintiff's motion for expedited consideration of her motion for order to show cause is GRANTED. Defendant shall respond to the motion on or before _____ am/pm on the __ day of _____ 2007 and any reply on the part of the plaintiff shall be filed on or before ____ am/pm on the ___ day of _____ 2007.

DATED this ___ day of July 2007.

_____
Judge of the U.S. District Court