Darryl L. Jones, Esq.
905 Photo Avenue
Anchorage, AK 99503
Tel (907) 278-1212
Fax (907) 278-1213
Email: lodj.federalnotices@yahoo.com
ABA No: 8811188

Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| Sally C. Purser, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| Josef F. Boehm, et al., | ) |
| | ) |
| Defendants. | ) |
| _____ | ) **Case No. A05-0085 CV (JKS)** |

## MOTION FOR ORDER TO SHOW CAUSE

Plaintiff, by and through undersigned counsel, moves for an order directing defendant Josef Boehm and/or his counsel to show cause why they should not be held in contempt of this Court for violating this Court's order of 20 June 2007 at Docket 228, p. 9 and this Court's order granting a motion to compel at Docket 242. Plaintiff also requests imposition of a daily penalty of $500.00 per day, beginning with the date of the order granting the motion to compel. This motion is supported by the memorandum of points and authorities filed herewith.

DATED this 18th day of July 2007.

###
###
###
###

       /s/ Darryl L. Jones  
Darryl L. Jones, Esq.  
905 Photo Avenue  
Anchorage, Alaska 99503  
Tel: 907-278-1212  
Fax: 907-278-1213  
Email: lodj.federalnotices@yahoo.com  
Ak.Bar.No. 8811188