IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| Sally C. Purser, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| Josef F. Boehm, et al., | ) |
| | ) |
|     Defendants. | ) |
| _____ | ) Case No. A05-0085 CV (JKS) |

## ORDER TO SHOW CAUSE

TO: JOSEF BOEHM AND HIS ATTORNEYS OF RECORD

YOU ARE HEREBY COMMANDED to appear before this Court on the ___ day of ____ 2007 at _____ am/pm and show cause why you should not be held in contempt of this Court for violating the Court's discovery orders. Counsel are directed, a part of this order, to make every effort to arrange the telephonic appearance of Josef Boehm at the date and time of the hearing.

DATED this ___ day of _____ 2007.

_____
Judge of the U.S. District Court