Darryl L. Jones, Esq.
905 Photo Avenue
Anchorage, AK 99503
Tel (907) 278-1212
Fax (907) 278-1213
Email: lodj.federalnotices@yahoo.com
ABA No: 8811188

Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| Sally C. Purser, | ) |
|     Plaintiff, | ) ) ) |
| vs. | ) ) |
| Josef F. Boehm, et al., | ) ) |
|     Defendants. | ) ) |
| _____) | **Case No. A05-0085 CV (JKS)** |

**MEMORANDUM IN SUPPORT OF**
**MOTION FOR ORDER TO SHOW CAUSE**

On 20 June 2007, this Court entered an order which clearly states: "Purser is entitled to complete discovery regarding Boehm's remaining assets in support of her punitive damages claim. Her discovery requests should be answered." (Docket 228, p. 9). On 29 June 2007, Purser filed a motion to compel discovery. (Docket 235, 236). Purser showed that discovery had been sought and ignored by Boehm and his counsel, and neither Boehm nor his counsel made any attempt to comply with this Court's order of 20 June 2007. Id. On 2 July 2007, this Court granted plaintiff's motion to compel. (Docket 242). Boehm and his counsel have still not complied with this Court's discovery orders and have provided no indication that they intend to do so. They completely ignore demands for Boehm's financial information. Accordingly, this

1

Court should set on a hearing at which time Boehm and his counsel should be held in contempt of this Court. This Court should also impose sanctions of $500.00 per day for every day the discovery order was not complied with, beginning with the date of the order at Docket 242. See Cunningham v. Hamilton County, 527 U.S. 198 (1999) (attorney may be sanctioned for client's failure to comply with discovery order); United States v. Sumitomo Marine & Fire Ins. Co., 617 F.2d 1365 (9th Cir. 1980) (a wide range of sanctions is available under Fed.R.Civ.P. 37 including monetary sanctions). Boehm and his counsel should also be ordered to pay all fees associated with the motion to compel at 235, 236 and the instant motion.

DATED this 18th day of July 2007.

    _/s/_ Darryl L. Jones
Darryl L. Jones, Esq.
905 Photo Avenue
Anchorage, Alaska 99503
Tel: 907-278-1212
Fax: 907-278-1213
Email: lodj.federalnotices@yahoo.com
Ak.Bar.No. 8811188