Darryl L. Jones, Esq.
905 Photo Avenue
Anchorage, AK 99503
Tel (907) 278-1212
Fax (907) 278-1213
Email: lodj.federalnotices@yahoo.com
ABA No: 8811188

Attorney for Plaintiff


IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA


| | |
|---|---|
| Salley C. Purser, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| Josef F. Boehm, et. al. ) | |
| ) | |
| Defendants. ) | |
| _____) | Case No: 3:05-cv-85 JKS |


**<u>CERTIFICATE OF SERVICE</u>**

This is to certify that on or about the 18th day of July 2007 a true and correct copy

of the foregoing documents were caused to be mailed to the following parties of record via

United States Postal Service:


Allen K. Bolling
Inmate No: 14911-006
USP Terre Haute
U.S. Penitentiary
P.O. Box 12015
Terre Haute, IN 47801

Josef Boehm
c/o David Kenner
Kenner Law Firm
16000 Ventura Blvd., Ste.1208
Encino, CA 91436


Pamela Sullivan
Wade, Kelley & Sullivan
745 W. 4th Avenue, Suite 200
Anchorage, Alaska 99501



 _/s/_ Darryl L. Jones_
Darryl L. Jones, Esq.
ABA No: 8811188