Darryl L. Jones, Esq.
905 Photo Avenue
Anchorage, AK 99503
Tel (907) 278-1212
Fax (907) 278-1213
Email: lodj.federalnotices@yahoo.com
ABA No: 8811188

Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| Sally C. Purser, | ) |
|     Plaintiff, | ) ) ) |
|     vs. | ) ) |
| Josef F. Boehm, et al., | ) ) |
|     Defendants. | ) ) |
| _____ ) | **Case No. 3:05-cv- 0085** |

## NOTICE OF CONDITIONAL WITHDRAWAL OF MOTION FOR ORDER TO SHOW CAUSE

COMES NOW, Plaintiff Sally Purser, by and through undersigned counsel, and hereby Notices this Court of her conditional withdrawal of her Motion for Order to Show Cause (docket no. 275).

Defendant Boehm's counsel has indicated to Plaintiff's attorney that all documents will be produced on or before August 1, 2007.

Plaintiff reserves the right to renew her Motion should Defendant's counsel fail to provide the documents as promised.

DATED this 18th day of July 2007.

###
###

1

/s/_Darryl L. Jones_
Darryl L. Jones, Esq.
905 Photo Avenue
Anchorage, Alaska 99503
Tel: 907-278-1212
Fax: 907-278-1213
Email: lodj.federalnotices@yahoo.com
Ak.Bar.No. 8811188