Darryl L. Jones
905 Photo Avenue
Anchorage, Alaska 99503
Tel: 907-278-1212
Fax: 907-278-1213
Email: **lodj.federalnotices@yahoo.com**
ABA No: 8811188

Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| SALLEY C. PURSER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| JOSEF BOHEM, et. al. ) | |
| _____) | Case No: A:05-cv-85 |

### MOTION TO AMEND THE CONDITIONAL WITHDRAWAL MOTION FOR ORDER TO SHOW CAUSE

COMES NOW, Plaintiff Salley Purser, by and through undersigned counsel, and hereby requests this Court to accept this amended motion for Defendant to show cause why they refuse to provide discovery documents, interrogatories and admission requested by Palintiff.

Plaintiff made a fourth discovery request and served all Defendants Attorney's on May 17, 2007 via fax as well as mailing. On June 18, 2007, Plaintiff's Attorney wrote a letter to Defendant's Attorneys asking to resolve the issue of them refusing and not providing the discovery requested by Plaintiff. On June 22, 2007 another letter was sent to Defendant's Attorneys informing them that the court has ordered them to provide the

discovery and they still refused to do so.

Plaintiff made a typographical error asking the court to wait until August 1, 2007 to issue a show cause order.

Plaintiff is requesting the court to hold off signing an order for Defendant's to show cause until Tuesday July 23, 2007. The parties to this litigation are trying to resolve the case on Friday July 20, 2007. If no resolution to this case can be reached on July 20, 2007, Plaintiff shall notify the court by the close of business on July 23, 2007 and request the court for the order for Defendant to show cause for his willful intentional failure to provide the discovery Plaintiff requested on May 17, 2007.The Defendants are already well beyond the thirty days allowed by rule to respond to Plaintiff's Interrogatories, Admissions and Discovery Requests

DATED this 19th day of July, 2007.

/s/ Darryl L. Jones, Esq.
Darryl L. Jones
905 Photo Avenue
Anchorage, Alaska 99503
Tel: 907-278-1212
Fax: 907-278-1213
Email: lodj.federalnotices@yahoo.com
ABA No: 8811188
Attorney for Plaintiff