Darryl L. Jones
905 Photo Avenue
Anchorage, Alaska 99503
Tel: 907-278-1212
Fax: 907-278-1213
Email: **lodj.federalnotices@yahoo.com**
ABA No: 8811188

Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| SALLEY C. PURSER,            )<br>                              )<br>       Plaintiff,            )<br>                              )<br>v.                            )<br>                              )<br>JOSEF BOHEM, et. al.          )<br>_____) | Case No: A:05-cv-85 |

### (PROPOSED) ORDER GRANTING MOTION TO AMEND THE CONDITIONAL WITHDRAWAL MOTION FOR ORDER TO SHOW CAUSE

This Court, having considered the merits of the Plaintiff's Motion to Amend the Conditional Withdrawal Motion for Order to Show Cause, hereby GRANTS the Plaintiff's Motion.

DATED this _____ day of July 2007.

_____
United States District Judge