Darryl L. Jones, Esq.
905 Photo Avenue
Anchorage, AK 99503
Tel (907) 278-1212
Fax (907) 278-1213
Email: lodj.federalnotices@yahoo.com
ABA No: 8811188

Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| Salley C. Purser,              )<br>                                          )<br>            Plaintiff,          )<br>                                          )<br>v.                                    )<br>                                          )<br>Josef F. Boehm, et. al.      )<br>                                          )<br>            Defendants.      )<br>_____) | Case No: 3:05-cv-85 |

**CERTIFICATE OF SERVICE**

This is to certify that on or about the 19th day of July 2007 a true and correct copy of the foregoing documents were caused to be mailed to the following parties of record via United States Postal Service:

   Allen K. Bolling
   Inmate No: 14911-006
   USP Terre Haute
   U.S. Penitentiary
   P.O. Box 12015
   Terre Haute, IN 47801

Josef Boehm
c/o David Kenner
Kenner Law Firm
16000 Ventura Blvd., Ste.1208
Encino, CA 91436


Pamela Sullivan
Wade, Kelley & Sullivan
745 W. 4th Avenue, Suite 425
Anchorage, Alaska 99501


 /s/ Darryl L. Jones_
Darryl L. Jones, Esq.
ABA No: 8811188