Darryl L. Jones, Esq.
905 Photo Avenue
Anchorage, AK 99503
Tel (907) 278-1212
Fax (907) 278-1213
Email: lodj.federalnotices@yahoo.com
ABA No: 81188

Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| Sally C. Purser, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
|     vs. | ) |
| | ) |
| Josef F. Boehm, et al., | ) |
| | ) |
|     Defendants. | ) |
| _____) | **Case No. 3:05-cv- 00085** |

### JOINT MOTION TO DIMISS WITH PREJUDICE

COMES NOW, the plaintiff and Defendant Josef Boehm, by and through their respective counsels of record, and hereby file this Joint Motion to Dismiss Josef Boehm from this action with Prejudice.

There has been a successful resolution to this case and the Plaintiff has agreed to dismiss Mr. Boehm from this action with Prejudice.

DATED this 27th day of July 2007.

                                                  /s/\_\_Darryl L. Jones\_\_\_\_
                                                Darryl L. Jones, Esq.
                                                905 Photo Avenue
                                                Anchorage, Alaska 99503
                                                Tel: 907-278-1212
                                                Fax: 907-278-1213
                                                Email: lodj.federalnotices@yahoo.com

Ak.Bar.No. 8811188

<u>/s/ Pamela S. Sullivan (consent given)</u>
Pamela Sullivan
Wade, Kelly & Sullivan
745 W. 4th Avenue, Suite 425
Anchorage, AK 99501
Tel: 907-561-7743
Fax: 907-562-8977
Email: <u>Sullivan@ak.net</u>
ABA No: 9711077