Darryl L. Jones, Esq.
905 Photo Avenue
Anchorage, AK 99503
Tel (907) 278-1212
Fax (907) 278-1213
Email: lodj.federalnotices@yahoo.com
ABA No: 8811188

Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| Salley C. Purser, )<br>)<br>        Plaintiff, )<br>)<br>v. )<br>)<br>Josef F. Boehm, et.al. )<br>)<br>        Defendants. )<br>_____) | Case No: 3:05-cv-0085 |

**CERTIFICATE OF SERVICE**

      This is to certify that on or about the 27th day of July 2007, a true and correct copy of the foregoing documents were caused to be mailed to the following parties of record via United States Certified Mail:

      Allen K. Bolling
      Inmate No: 14911-006
      USP Terre Haute
      U.S. Penitentiary
      P.O. Box 12015
      Terre Haute, IN 47801

Bambi Tyree
c/o Mary Pate
425 G Street, Suite 930
Anchorage, Alaska 99501


Josef Boehm
c/o David Kenner
Kenner Law Firm
16000 Ventura Blvd., Ste.1208
Encino, CA 91436


Pamela Sullivan
Wade, Kelley & Sullivan
733 W. 4th Avenue, Suite 200
Anchorage, Alaska 99501



/s/ Deborah Fenton
Deborah Fenton
Legal Assistant to Darryl L. Jones