KENNER LAW FIRM
16000 Ventura Blvd.
Penthouse 1208
Encino, California 91436

WADE, KELLY & SULLIVAN
733 W. 4th Avenue, Suite 200
Anchorage, Alaska 99501
(907) 561-7743
(907) 562-8977 / Facsimile
Sullivan@ak.net

Attorneys for Defendant Josef F. Boehm

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| SALLY C. PURSER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Case No. 3:05-cv-00085 JKS |
| v. | ) |
| | ) |
| JOSEF F. BOEHM, ALLEN K. | ) |
| BOLLING, LESLIE WILLIAMS, | ) |
| JR., and BAMBI TYREE | ) |
| | ) |
| Defendants. | ) |
| | ) |

## STIPULATION FOR DISMISSAL WITH PREJUDICE

COME NOW plaintiff and the defendant, by and through counsel, and pursuant to Alaska Rule of Civil Procedure 41(a)(1), stipulate to the dismissal of the above-captioned case with prejudice, each side to bear its own costs and attorney fees.

The undersigned counsel certify that the settlement information is

1  confidential pursuant to the terms of the Mutual Release and Settlement Agreement other

2  than as required under AS 09.68.130 and Civil Rule 41(a)(3) which information has been

3  submitted to the Alaska Judicial Council.

4

5

6                                        DARRYL L. JONES
7                                        Attorney for Plaintiff
                                         SALLEY C. PURSER
8  Date: 7/27/07
9                                        Darryl L. Jones
                                         ABA No. 8811188
10

11

12

13                                       WADE, KELLY & SULLIVAN
                                         Attorneys for Defendant
14                                       JOSEF F. BOEHM

15  Date: 7/27/07
16                                       Pamela S. Sullivan
                                         ABA No. 9711064
17

18

19

20

21

22

23

24

25
                                        - 2 -