IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| SALLY C. PURSER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Case No. 3:05-cv-00085 JKS |
| v. | ) |
| | ) |
| JOSEF F. BOEHM, ALLEN K. BOLLING, LESLIE WILLIAMS, JR., and BAMBI TYREE | ) ) ) |
| | ) |
| Defendants. | ) |
| | ) |

**FINAL ORDER FOR DISMISSAL WITH PREJUDICE**

IT IS SO ORDERED that the above captioned case is DISMISSED with prejudice in its entirety, each side to bear its own costs and fees.

DATED: _____     _____
　　　　　　　　　　　　　　Judge Singleton
　　　　　　　　　　　　　　Federal District Court, District of Alaska

- 4 -