IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| SALLY PURSER,<br><br>              Plaintiff,<br><br>   vs.<br><br>JOSEF F. BOEHM, ALLEN K. BOLLING, LESLIE WILLIAMS, JR., and BAMBI TYREE,<br><br>              Defendants. | Case No. 3:05-cv-00085 (JKS)<br><br>O R D E R<br>DISMISSING CASE WITH PREJUDICE |

**IT IS SO ORDERED** that the above-captioned case is **DISMISSED** with prejudice in its entirety, each side to bear its own costs and fees. Any motions still pending are denied as moot. The Final Pretrial Conference on Monday, August 13, 2007, and Trial by Jury commencing on Tuesday, August 14, 2007, are vacated.

Dated at Anchorage, Alaska, this 31st day of July 2007.

                                            /s/ James K. Singleton, Jr.
                                            **JAMES K. SINGLETON, JR.**
                                            United States District Judge